UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-623 |
| | : | |
| KIRSYN NIEMELA | : | |
| Defendant. | : | |

## ORDER

Pending before the Court is the defendant's motion to modify conditions of release. The motion having merit, the motion is GRANTED/DENIED. The defendant is no longer required to submit to drug testing.

Signed this _____ day of _____, 2022.

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE