# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | CRIMINAL NO. 21-CR-623 (CRC) |
| ) | |
| ) | |
| KIRSTYN NIEMALA ) | |

## DEFENSE COUNSEL'S MOTION TO WITHDRAW

Kira Anne West, court appointed counsel for Kirstyn Niemala, pursuant to the rules and laws of this Court, respectfully requests that this Honorable Court allow her to withdraw her representation of Ms. Niemela. In support of this request, she states the following:

1. Undersigned counsel has represented Ms. Niemela for approximately six months. During this time, undersigned counsel has endeavored to represent Ms. Niemela to the best of her ability.

2. During the last few weeks, insurmountable differences have emerged during the course of the representation. The critical confidence that needs to be present between a client who has been indicted criminally and her lawyer has eroded beyond repair.

3. Ms. Niemela's case has not yet been set for trial. No motions have been filed in the case and no scheduling order has been issued by the Court. Therefore, there is no material adverse effect on her.

For the reasons stated above, and other irreconcilable differences that undersigned counsel is not free to divulge, undersigned counsel respectfully requests that the Court allow her to withdraw.

Respectfully submitted,

KIRA ANNE WEST

By:  _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Ms. Niemela

## CERTIFICATE OF SERVICE

I hereby certify on the 13th day of July, 2022, a copy of same was delivered to the parties of record, via ECF pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____

Kira Anne West

2