# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-623** |
| | : | |
| **KIRSTYN NIEMELA** | : | |
| Defendant. | : | |

## ORDER

Pending before the Court is defense counsel's motion to withdraw. The motion having merit, the motion is GRANTED/DENIED. Ms. Kira Anne West may withdraw and new counsel will be appointed for the defendant.

Signed this _____ day of _____, 2022.

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE