# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | CRIMINAL NO. 21-CR-623 (CRC) |
| ) | |
| KIRSTYN NIEMALA    ) | |

## DEFENSE COUNSEL'S NOTICE TO THE COURT REGARDING WITHDRAWAL

Kira Anne West, court appointed counsel for Kirstyn Niemala, pursuant to the rules and laws of this Court, again respectfully requests that this Honorable Court allow her to withdraw her representation of Ms. Niemela. In support of this request, she states the following:

1. Undersigned counsel appeared on July 14, 2022 for a status conference and the motion to withdraw was heard by this Court. At that time, this Court ordered undersigned counsel to give it a week, discuss the issue with Ms. Niemela, and report back.

2. Undersigned counsel has done her very best to communicate with Ms. Niemela with no progress. There is clearly a fundamental inability to communicate between Ms. Niemela and undersigned counsel. Many of the emails sent by Ms. Niemela to undersigned counsel are difficult for undersigned counsel to understand and

therefore she is not adept at responding in a meaningful way. Undersigned counsel asked Ms. Niemela via email to call her to discuss the issue on July 19, 2022 and Ms. Niemela did not call undersigned counsel.

For the reasons stated above, and other irreconcilable differences that undersigned counsel is not free to divulge, undersigned counsel respectfully requests that the Court allow her to withdraw.

Respectfully submitted,

KIRA ANNE WEST

By: /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Ms. Niemela

**CERTIFICATE OF SERVICE**

I hereby certify on the 20th day of July, 2022, a copy of same was delivered to the parties of record, via ECF pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/

Kira Anne West