## CERTIFICATE OF SERVICE

On this 1st day of August 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Michael M. Gordon*
Michael M. Gordon
Assistant United States Attorney,
Detailee
601 D Street, N.W.
Washington, D.C. 20530
Telephone No. 813-274-6370
michael.gordon3@usdoj.gov
