UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 1:21-CR-623 (CRC) |
| KIRSTYN NIEMELA, : | |
| : | |
| Defendant. : | |

### UNITED STATES' UNOPPOSED MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, by and through the United States Attorney for the District of Columbia, hereby moves this Court to exclude the time within which a trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* (hereinafter, "the STA"), from September 28, 2022, to November 28, 2022. Government counsel has conferred with counsel for defendant Niemela, who indicated that he does not oppose this motion.[1]

In support of its motion, the government states as follows:

1. During the status conference held on September 28, 2022, attorney Rick Monteith appeared on behalf of the defendant, Ms. Niemela. Both Mr. Monteith and Ms. Niemela informed the Court that they had not met or spoken before the hearing.

2. Mr. Monteith advised the Court that since he and his co-counsel, Paul Garrity, were new to the case, neither had received any discovery from Ms. Niemela's prior counsel. He further informed the Court that he had a conflict on November 28, 2022—the date currently set for trial in this matter—and that he planned to seek a continuance of the trial date for this and other reasons.

---

[1] Time has already been excluded in the interest of justice until November 28, 2022, with respect to defendant Eckerman. *See* July 14, 2022 Minute Entry.

3. Government counsel and Mr. Monteith have since conferred and will work to ensure that defense counsel has access to the discovery in this case. In addition to the case-specific discovery provided to Ms. Niemela's former counsel, as of September 16, 2022, over 3.76 terabytes of data have been provided to the defense Relativity workspace through the global discovery process applicable to all Capitol riot cases.

4. The parties also discussed the possibility of a reverse proffer with Ms. Niemela as well as a potential renewed plea offer. Finally, the parties discussed the pending motions deadlines.

5. In light of the above, the parties need additional time to ensure the defense's access to discovery and ability to file pretrial motions as well as to continue discussions regarding a potential resolution of this matter short of trial.

Accordingly, the government submits that it is in the interests of justice, and outweighs the interests of the public and the defendant in a speedy trial, to exclude time under the Speedy Trial Act until November 28, 2022, to allow the defense to obtain and review discovery, file pretrial motions as appropriate, and discuss a potential pretrial resolution with the government. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), (iv).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:        /s/
Jessica Arco
Trial Attorney – Detailee

D.C. Bar No. 1035204
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
202-514-3204
Jessica.arco@usdoj.gov