# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 1:21-CR-623 (CRC) |
| : | |
| **KIRSTYN NIEMELA,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby:

**ORDERED** that the United States' Unopposed Motion to Exclude Time Under the Speedy Trial Act, is GRANTED; it is further

**ORDERED** that the time period between September 28, 2022 and November 28, 2022 is hereby excluded from the computation of time within which a trial must be commence under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The Court finds that the ends of justice served by excluding the time outweigh the best interest of the public and the defendant in a speedy trial, as doing so will enable the defense to obtain and review the voluminous discovery in this matter, file pretrial motions, as appropriate, and discuss a potential pretrial disposition with the government.

_____
THE HONORABLE CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE