AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-CR-623 (CRC) |
| KIRSTYN NIEMELA ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KIRSTYN NIEMELA

Date:   09/28/2022                             /S/ Richard F. Monteith
                                                              *Attorney's signature*

                                              Richard Monteith, Bar# 9352 (NH)
                                                        *Printed name and bar number*

                                                         14 Londonderry Road
                                                         Londonderry, NH 03053

                                                                  *Address*

                                                         monteithlaw@aol.com
                                                              *E-mail address*

                                                            (603) 437-2733
                                                           *Telephone number*

                                                            (603) 437-6472
                                                              *FAX number*