AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-CR-623 (CRC) |
| KIRSTYN NIEMELA | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KIRSTYN NIEMELA

Date: 09/28/2022

/S/ Paul J. Garrity
*Attorney's signature*

Paul Garrity, Bar# 905 (NH)
*Printed name and bar number*

14 Londonderry Road
Londonderry, NH 03053

*Address*

garritylaw@myfairpoint.net
*E-mail address*

(603) 434-4106
*Telephone number*

(603) 437-6472
*FAX number*