UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | Case No. 1:21-CR-623-2 (CRC) |
| | * | |
| KIRSTYN NIEMELA | * | |
| | * | |

**UNOPPOSED MOTION TO CONTINUE FINAL PRETRIAL AND JURY TRIAL**

NOW COMES the Defendant, Kirstyn Niemela, by and through counsel, Richard Monteith and Paul Garrity, and moves to continue the November 21, 2022 Final Pretrial and the November 28, 2022 Jury Trial.

In support thereof, Ms. Niemela states as follows:

1. Ms. Niemela is scheduled for a Final Pretrial on November 21, 2022 at 10:00 a.m. and for a Jury Trial on November 28, 2022 at 9:30 a.m.

2. Counsel was recently appointed to represent Ms. Niemela and requests further time to provide adequate assistance of counsel. Discovery provided to the defense has been voluminous and given the extent and nature of the materials, the review process will be lengthy.

3. In addition, the Defendant has expressed to the undersigned counsel that she is requesting additional time with the undersigned counsel, given their relatively recent entry into the case, to thoroughly review all of the relevant discovery with the undersigned counsel and to determine whether to proceed to trial or to enter into a plea agreement with the Government.

4. The parties in this case continue to work on a resolution which could result in a plea rather than a trial. A plea agreement has been offered by the government and the parties continue to discuss and negotiate.

5. If the parties are unable to come to an agreement, the Defendant will file a Motion for Change of Venue, which needs to be litigated prior to trial.

6. The US Attorney's Office has been contacted and does not oppose the Court granting this motion.

7. Ms. Niemela has been consulted and waives her rights to a speedy trial for the purposes of this requested continuance. A signed waiver will be sent under separate cover.

8. Counsel submits that the requested relief would be in the interest of justice allowing adequate time for all counsel to prepare the case.

WHEREFORE, the Defendant, Kirstyn Niemela, respectfully requests that this Honorable Court:

A) grant this Motion and continue the November 21, 2022 Final Pretrial and the November 28, 2022 Jury Trial;

B) Vacate all pretrial deadlines;

C) Order the parties to confer regarding a new proposed motion and pretrial schedule as well as trial date;

D) Set a Status Conference within 30 days for Ms. Niemela to confirm her intent to go to trial;

E) Exclude the time under the Speedy Trial Act 18 U.S.C. § 3161, et seq.; and

F) Order such other relief as may be just and proper.

                                                                                     Respectfully submitted
Kirstyn Niemela,
By her Attorneys,

Date:   November 2, 2022                    /s/     Paul J. Garrity
                                                                                Paul J. Garrity, Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
garritylaw@myfairpoint.net

                                                                                /s/     Richard F. Monteith
Richard Monteith, Bar No. 9352
14 Londonderry Road
Londonderry, NH 03053
603-437-2733
monteithlaw@aol.com

## CERTIFICATE OF SERVICE

      I, Richard F. Monteith and Paul J. Garrity, herein certify that on this 2nd day of November, 2022, a copy of the within was e-filed for all parties involved and mailed, postage pre-paid, to Kirstyn Niemela.

Date: November 2, 2022                      /s/     Paul J. Garrity
                                                                               Paul J. Garrity


                                                                                /s/     Richard F. Monteith
Richard Monteith