UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-623-2 (CRC) |
| | : | |
| **KIRSTYN NIEMELA,** | : | |
| | : | |
| Defendant. | : | |

**RESPONSE TO DEFENDANT'S MOTION TO
CONTINUE FINAL PRETRIAL AND JURY TRIAL**

The United States of America hereby respectfully responds to the defendant's Motion to Continue Final Pretrial and Jury Trial for the purpose of clarifying that, upon further consideration, the motion is joint.

In support thereof, the government states as follows:

1. In the status conference held on October 27, 2022, the parties advised the Court that they had engaged in a reverse proffer with the defendant, and that they believed a resolution of the matter short of trial was likely. The Court in turn advised the parties that it now had a conflict with the November 28, 2022, trial date.

2. Furthermore, the government advised during the status conference that it needed a response soon from both defendants as to whether they would plead, as the Court's deadline for submitting an exhibit list and Lewis/Giglio information was imminent— this Monday, November 7, 2022. *See* Dkt. No. 34. The Court indicated that in light of recent events, it would be amenable to providing relief from this deadline.

3. Thereafter, on October 28, 2022, the government submitted executed plea paperwork for defendant Eckerman to the Court. Should the Court accept defendant Eckerman's

plea at the hearing on November 8, 2022, this matter will be a single-defendant, misdemeanor-only case.

4. For the reasons stated in defendant Niemela's motion, and because there is a substantial likelihood the matter will result in a plea, the government thereby joins the pending motion to continue the trial date and vacate all deadlines so that the parties can continue to negotiate a resolution of this matter or prepare for a modified trial presentation.

A proposed order is attached.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/ Jessica Arco
JESSICA ARCO
Trial Attorney-Detailee
D.C. Bar No. 1035204
601 D St., NW
Washington, D.C. 20530
jessica.arco@usdoj.gov
Telephone: 202-514-3204

By: /s/ Michael M. Gordon
MICHAEL M. GORDON
Assistant United States Attorney
Florida State Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
michael.gordon3@usdoj.gov
Telephone: 813-274-6370