# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-623-2 (CRC)** |
| | : | |
| **KIRSTYN NIEMELA,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representations in the defendant's Motion to Continue Pretrial and Jury Trial as well as the United States' response joining that motion, and upon consideration of the entire record, it is hereby:

**ORDERED** that the defendant's Motion to Continue Pretrial and Jury Trial is GRANTED; it is further

**ORDERED** that the final pretrial conference set for November 21, 2022, the jury trial set for November 28, 2022, and all pending pretrial deadlines are hereby **VACATED**; it is further

**ORDERED** that the parties shall confer regarding a new motion and pretrial scheduling order as well as a new trial date; it is further

**ORDERED** that a status conference shall be held on December __, 2022; and it is

**ORDERED** that the time period between November 28, 2022 and December __, 2022 is excluded from the computation of time within which a trial must be commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.  The Court finds that the ends of justice served by excluding the time outweigh the best interest of the public and the defendant in a speedy trial, as doing so will enable the defense to review the voluminous discovery in this matter, file pretrial motions, as appropriate, and discuss a potential pretrial disposition with the government.

**SO ORDERED** this _____ day of _____, 2022.

_____
HONORABLE CHRISTOPHER COOPER
United States District Judge