UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-623-2 (CRC) |
| : | |
| KIRSTYN NIEMELA, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT AND PROPOSED PRETRIAL SCHEDULE

The United States of America, by and through the United States Attorney for the District of Columbia, and counsel for the defendant, Kirstyn Niemela, jointly provide the Court with the below information as it relates to the upcoming trial in this case. The parties also jointly propose the below pretrial schedule to the Court. In support thereof, the parties submit as follows:

1. On November 21, 2022, the Court held a status conference in which defense counsel advised the Court of their client's decision to reject the government's plea offer and proceed to trial.

2. In response to the Court's inquiry during the status conference as to whether the government would dismiss the two charges arising under 18 U.S.C. § 1752, the government can confirm that it will not dismiss those two charges to force a bench trial. *See United States v. Alford*, 21-cr-263 (TSC) (Capitol riot jury trial resulting in convictions on same four misdemeanor counts). For her part, Ms. Niemela has not yet decided whether she will demand a jury trial.

3. In a Minute Order dated November 4, 2022, the Court set a trial date in this matter for January 23, 2022, with the final pretrial conference to be held on January 17, 2023.

4. In light of the new trial date and the Court's prior pretrial scheduling order, Dkt. No. 34, the parties propose revised pretrial deadlines as follows:

a. December 5 – Pretrial motions as well as any oppositions to the government's pending motions *in limine*;

b. January 2 – Exhibit lists and *Giglio/Lewis* materials;

c. January 9 – Joint statement of the case and proposed *voir dire* questions;

d. January 11 – Objections to admissibility of exhibits;

e. January 17 – Witness list; and

f. January 19 – Proposed jury instructions.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481 052

/s/ Jessica Arco
Jessica Arco
Trial Attorney-Detailee
D.C. Bar No. 1035204
601 D St., NW
Washington, D.C. 20530
jessica.arco@usdoj.gov
Telephone: 202-514-3204

/s/ Michael M. Gordon
Michael M. Gordon
Assistant United States Attorney
Florida Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
michael.gordon3@usdoj.gov
Telephone: 813-274-6370

/s/   Paul J. Garrity
Paul Garrity
NH Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
(603) 434-4106

        garritylaw@myfairpoint.net

        */s/   Richard F. Monteith*
        Richard Monteith
        NH Bar No. 9352
        14 Londonderry Road
        Londonderry, NH 03053
        (603) 437-2733
        monteithlaw@aol.com