UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| V. | *   Case No. 1:21-CR-623-2 (CRC) |
| | * |
| KIRSTYN NIEMELA | * |
| | * |

**UNOPPOSED MOTION TO EXTEND MOTION FILING DEADLINE**

NOW COMES the Defendant, Kirstyn Niemela, by and through counsel, Richard Monteith and Paul Garrity, and moves to extend the motion filing deadline to December 6, 2022.

In support thereof, Ms. Niemela states as follows:

1. Ms. Niemela has a motion filing deadline of December 5, 2022.

2. However, the undersigned counsels' only legal assistant (who works for both Attorney Monteith and Attorney Garrity) will be out of the office on December 5. 2022. Both undersigned counsels rely on their legal assistant for all e-filing, copying, typing, and any other computer needs and office work support.

3. The US Attorney's Office has been contacted and does not oppose the Court granting this motion.

4. Counsel submits that the requested relief would be in the interest of justice allowing adequate time for all counsel to prepare the case.

WHEREFORE, the Defendant, Kirstyn Niemela, respectfully requests that this Honorable Court:

A) grant this Motion and extend the motion filing deadline from December 5, 2022 to December 6, 2022;

B) Order such other relief as may be just and proper.

|  |  |
|---|---|
|  | Respectfully submitted<br>Kirstyn Niemela,<br>By her Attorneys, |
| Date:  December 1, 2022 | /s/     Paul J. Garrity<br>Paul J. Garrity, Bar No. 905<br>14 Londonderry Road<br>Londonderry, NH 03053<br>603-434-4106<br>garritylaw@myfairpoint.net |
|  | /s/     Richard F. Monteith<br>Richard Monteith, Bar No. 9352<br>14 Londonderry Road<br>Londonderry, NH 03053<br>603-437-2733<br>monteithlaw@aol.com |

## CERTIFICATE OF SERVICE

I, Richard F. Monteith and Paul J. Garrity, herein certify that on this 1st day of December, 2022, a copy of the within was e-filed for all parties involved and mailed, postage pre-paid, to Kirstyn Niemela.

Date: December 1, 2022           /s/     Paul J. Garrity
                                 Paul J. Garrity


                                 /s/     Richard F. Monteith
                                 Richard Monteith