UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| V. * | Case No. 1:21-CR-623-2 (CRC) |
| * | |
| KIRSTYN NIEMELA * | |
| * | |

**UNOPPOSED MOTION TO APPEAR REMOTELY FOR PRETRIAL**

NOW COMES the Defendant, Kirstyn Niemela, by and through counsel, Richard Monteith and Paul Garrity, and moves this Court for authorization for the Defendant and counsels to appear remotely for the January 17, 2023 Pretrial Hearing.

In support thereof, Ms. Niemela states as follows:

1. Ms. Niemela is scheduled for a Pretrial on January 17, 2023 a t 3:00 p.m. in Courtroom 27A.  Jury Trial is scheduled for January 23, 2023.

2. An in-person Pretrial Hearing requires the Defendant and her counsel to fly down to Washington D.C. in order to appear in-person. The undersigned counsels are court appointed to represent Ms. Niemela, who is indigent.

3. The undersigned counsels assert that they are able to effectively represent Ms. Niemela and appear remotely for the schedule Pretrial Hearing. Furthermore, it would be cost efficient for all parties if the undersigned counsels and Ms. Niemela appear remotely for the January 17, 2023 Pretrial Hearing.

4. The US Attorney's Office has been contacted and does not oppose the Court granting this motion.

5. Counsel submits that the requested relief would be in the interest of justice.

WHEREFORE, the Defendant, Kirstyn Niemela, respectfully requests that this Honorable Court:

A) Grant this Motion and allow the undersigned counsels and Ms. Niemela to appear remotely for the January 17, 2023 Pretrial Hearing

B) Order such other relief as may be just and proper.

                                                          Respectfully submitted
Kirstyn Niemela,
By her Attorneys,

Date:   January 4, 2023                  /s/     Paul J. Garrity
Paul J. Garrity, Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
garritylaw@myfairpoint.net

                                                          /s/     Richard F. Monteith
Richard Monteith, Bar No. 9352
14 Londonderry Road
Londonderry, NH 03053
603-437-2733
monteithlaw@aol.com

## CERTIFICATE OF SERVICE

I, Richard F. Monteith and Paul J. Garrity, herein certify that on this 3rd day of January, 2023, a copy of the within was e-filed for all parties involved and mailed, postage pre-paid, to Kirstyn Niemela.

Date: January 4, 2023                   /s/     Paul J. Garrity
Paul J. Garrity

                                                          /s/     Richard F. Monteith
Richard Monteith