UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No.: 21-cr-623 (CRC) |
| : | |
| KIRSTYN NIEMELA, : | |
| : | |
| Defendant. : | |

## JOINT PROPOSED STATEMENT OF THE CASE

Pursuant to this Court's Minute Order on November 23, 2022, the parties hereby submit the attached proposed neutral statement of the case.

Respectfully submitted,

FOR THE DEFENDANT                    FOR THE UNITED STATES

By: /s/    Paul J. Garrity            MATTHEW M. GRAVES
Paul Garrity                          United States Attorney
NH Bar No. 905                        D.C. Bar No. 481052
14 Londonderry Road
Londonderry, NH 03053                 By: /s/ Jessica Arco
(603) 434-4106                        Jessica Arco
garritylaw@myfairpoint.net            Trial Attorney-Detailee
                                      D.C. Bar No. 1035204
/s/    Richard F. Monteith            601 D Street NW
Richard Monteith                      Washington, DC 20530
NH Bar No. 9352                       jessica.arco@usdoj.gov
14 Londonderry Road                   Telephone: 202-514-3204
Londonderry, NH 03053
(603) 437-2733                        /s/ Michael M. Gordon
monteithlaw@aol.com                   Michael M. Gordon
                                      Assistant United States Attorney
                                      Florida Bar No. 1026025
                                      400 N. Tampa St., Suite 3200
                                      Tampa, Florida 33602
                                      michael.gordon3@usdoj.gov
                                      Telephone: 813-274-6370

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No.: 21-cr-623 (CRC) |
| KIRSTYN NIEMELA, | : |
| Defendant. | : |

### PROPOSED STATEMENT OF THE CASE

This is a criminal case, in which the defendant, Kirstyn Niemela, is charged by Information with four crimes related to her conduct at the United States Capitol on January 6, 2021. Specifically, Ms. Niemela is charged with unlawfully entering or remaining in the U.S. Capitol building and grounds at a time when they were a restricted area. She is also charged with engaging in disorderly or disruptive conduct while inside the U.S. Capitol building, as well as unlawfully parading, demonstrating, or picketing. Ms. Niemela, who is presumed innocent, denies the allegations.