UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| V. * | Case No. 1:21-CR-623-2 (CRC) |
| * | |
| KIRSTYN NIEMELA * | |
| * | |

## UNOPPOSED MOTION TO EXTEND FILING DEADLINE FOR OBJECTIONS TO ADMISSIBILITY OF EXHIBITS

NOW COMES the Defendant, Kirstyn Niemela, by and through counsel, Richard Monteith and Paul Garrity, and moves this Court to extend the filing deadline of objections to the admissibility of exhibits from January 11, 2023 to January 12, 2023.

In support thereof, Ms. Niemela states as follows:

1. This Court has set a filing deadline of January 11, 2023 for the filing of objections to the admissibility of exhibits.

2. The undersigned counsels are seeking input on potential objections to some of the exhibits from the Defendant. Extending the filing deadline to January 12, 2023 would assist the undersigned counsels in obtaining that input.

3. The US Attorney's Office, AUSA Jessica Arco, has been contacted and does not oppose the Court granting this motion.

WHEREFORE, the Defendant, Kirstyn Niemela, respectfully requests that this Honorable Court:

A) Grant this Motion and extend the filing deadline of objections to the admissibility of exhibits from January 11, 2023 to January 12, 2023.

B) Order such other relief as may be just and proper.

|  |  |
|---|---|
|  | Respectfully submitted<br>Kirstyn Niemela,<br>By her Attorneys, |
| Date:   January 11, 2023 | /s/     Paul J. Garrity<br>Paul J. Garrity, Bar No. 905<br>14 Londonderry Road<br>Londonderry, NH 03053<br>603-434-4106<br>garritylaw@myfairpoint.net |
|  | /s/     Richard F. Monteith<br>Richard Monteith, Bar No. 9352<br>14 Londonderry Road<br>Londonderry, NH 03053<br>603-437-2733<br>monteithlaw@aol.com |

## CERTIFICATE OF SERVICE

I, Richard F. Monteith and Paul J. Garrity, herein certify that on this 11th day of January, 2023, a copy of the within was e-filed for all parties involved and mailed, postage pre-paid, to Kirstyn Niemela.

Date: January 11, 2023          /s/     Paul J. Garrity
                                Paul J. Garrity


                                /s/     Richard F. Monteith
                                Richard Monteith