UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | Case No. 1:21-CR-623-2 (CRC) |
| | * | |
| KIRSTYN NIEMELA | * | |
| | * | |

**DEFENDANT'S SUPPLEMENTAL OBJECTIONS TO GOVERNMENT'S TRIAL EXHIBITS**

NOW COMES the Defendant, Kirstyn Niemela, by and through counsel, Richard Monteith and Paul Garrity, and submits the following supplemental objections to the Government's Exhibit List that was submitted to this Court on January 2, 2023.

In support thereof, Ms. Niemela states as follows:

1. The Defendant objects to Government Exhibit #914, an excerpt from a January 7, 2021 group chat regarding Trump in control, and submits that this exhibit is irrelevant, vague, and prejudicial and should be precluded from introduction into evidence pursuant to FRE 401 and 402.

2. The Defendant objects to Government Exhibit #915, which consists of a group chat certifying at 1:00 p.m. and treason, and submits that this exhibit is irrelevant, vague, and prejudicial and should be precluded from introduction into evidence pursuant to FRE 401 and 402.

3. The Defendant objects to Government Exhibit #916 and #917, an excerpt from January 7, 2021 group chat with Niemela sending Flynn gematria post, and submits that these exhibits

is irrelevant, vague, and prejudicial and should be precluded from introduction into evidence pursuant to FRE 401 and 402.

4. The Defendant objects to Government Exhibit #921, an excerpt from a January 7, 2021 group chat regarding Speaker Pelosi being detained and new government in place, and submits that this exhibit is irrelevant, vague, and prejudicial and should be precluded from introduction into evidence pursuant to FRE 401 and 402.

5. The Defendant objects to Government Exhibit #922 and #923, excerpts and posts sent by the Defendant regarding "Corporation of America", and submits that these exhibits are irrelevant, vague, and prejudicial and should be precluded from introduction into evidence pursuant to FRE 401 and 402.

6. The Defendant objects to Government Exhibit #924 and #925, excerpts from a January 13, 2021 group chat regarding "First Arrests Will Shock The World", and submits that these exhibits are irrelevant, vague, and prejudicial and should be precluded from introduction into evidence pursuant to FRE 401 and 402.

7. The Defendant objects to Government Exhibit #926 and #927, a post from January 13, 2021 sent by Niemela regarding "Three Options If Something Doesn't Happen", and submits that these exhibits are irrelevant, vague, and prejudicial and should be precluded from introduction into evidence pursuant to FRE 401 and 402.

WHEREFORE, the Defendant, Kirstyn Niemela, respectfully requests that this Honorable Court:

A) Uphold her objections and preclude the Government from introducing the above-referenced exhibits.

B) Order such other relief as may be just and proper.

Respectfully submitted
Kirstyn Niemela,
By her Attorneys,

Date:   January 12, 2023

/s/      Paul J. Garrity
Paul J. Garrity, Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
garritylaw@myfairpoint.net


/s/      Richard F. Monteith
Richard Monteith, Bar No. 9352
14 Londonderry Road
Londonderry, NH 03053
603-437-2733
monteithlaw@aol.com


## CERTIFICATE OF SERVICE

I, Richard F. Monteith and Paul J. Garrity, herein certify that on this 12th day of January, 2023, a copy of the within was e-filed for all parties involved and mailed, postage pre-paid, to Kirstyn Niemela.


Date: January 12, 2023

/s/      Paul J. Garrity
Paul J. Garrity


/s/      Richard F. Monteith
Richard Monteith