UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| V.           * | Case No. 1:21-CR-623-2 (CRC) |
| * | |
| KIRSTYN NIEMELA      * | |
| * | |

## UNOPPOSED MOTION FOR LATE FILING

NOW COMES the Defendant, Kirstyn Niemela, by and through her attorneys, Paul J. Garrity and Richard Monteith, and respectfully requests this Court to authorize the late entry of the Supplemental Voir Dire Questions for filing with this Court

In support this motion, the following is stated:

1. The deadline for the filing of Voir Dire Question was January 9, 2023.

2. The parties submitted/filed Proposed Voir Dire Questions on January 9, 2023 in compliance with this Court's filing schedule.

3. However, upon further consideration of the issues involved in the Defendant's case the Defendant is requesting that this Court authorize the late filing of the Supplemental Voir Dire Questions and submits that the issue that the Supplemental Voir Dire Questions address will assist in selecting a fair jury panel.

4. That the US Attorney's Office, ACA Jessica Arco, has been contacted and assents to this within motion;

WHEREFORE, the Defendant respectfully requests that this Court grant this motion and authorize the late entry of the Supplemental Voir Dire Questions.

|  |  |
|---|---|
|  | Respectfully submitted<br>Kirstyn Niemela,<br>By her Attorneys, |
| Date:   January 17, 2023 | /s/      Paul J. Garrity<br>Paul J. Garrity, Bar No. 905<br>14 Londonderry Road<br>Londonderry, NH 03053<br>603-434-4106<br>garritylaw@myfairpoint.net |
|  | /s/      Richard F. Monteith<br>Richard Monteith, Bar No. 9352<br>14 Londonderry Road<br>Londonderry, NH 03053<br>603-437-2733<br>monteithlaw@aol.com |

## CERTIFICATE OF SERVICE

    I, Richard F. Monteith and Paul J. Garrity, herein certify that on this 17th day of January, 2023, a copy of the within was e-filed for all parties involved and mailed, postage pre-paid, to Kirstyn Niemela.

| | |
|---|---|
| Date: January 17, 2023 | /s/      Paul J. Garrity<br>Paul J. Garrity |
| | /s/      Richard F. Monteith<br>Richard Monteith |