UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-623-2 (CRC) |
| | : | |
| KIRSTYN NIEMELA, | : | |
| Defendant. | : | |
| | : | |

## VERDICT FORM

**Count Three – Entering or Remaining in a Restricted Building or Grounds**

_____          _____

Guilty                                              Not Guilty

**Count Four – Disorderly or Disruptive Conduct in a Restricted Building**

_____          _____

Guilty                                              Not Guilty

**Count Six – Disorderly Conduct in a Capitol Building**

_____          _____

Guilty                                              Not Guilty

**Count Eight – Parading, Demonstrating, or Picketing in a Capitol Building**

_____          _____

Guilty                                              Not Guilty


Dated this _____ day of _____, 2023


_____ FOREPERSON