## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | :     **Case No. 21-CR-623 (CRC)** |
| **KIRSTYN NIEMELA,** | : |
| | : |
| **Defendant.** | : |
| | : |

## <u>GOVERNMENT'S TRIAL EXHIBIT LIST</u>

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | | | | | |
| **000 SERIES - VIDEO MONTAGES** | | | | | |
| 001 | U.S. Capitol CCTV Camera Montage | | | | |
| 002 | Congressional Proceeding Montage House and Senate Floor Cameras | | | | |
| 003 | (Intentionally Omitted) | | | | |
| 004 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | | | |
| 005 | Certificate of Authenticity of Records - House Recording | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | Studio (Douglas Massengale) | | | | |
| **100 SERIES – U.S. CAPITOL CLOSED-CIRCUIT TELEVISION (CCTV) FOOTAGE** | | | | | |
| 101 | CCTV 0925 Upper Terrace West | | | | |
| 102 | CCTV 0102 Senate Wing Door | | | | |
| 103 | CCTV 0402 Crypt North | | | | |
| 104 | CCTV 0403 Crypt South | | | | |
| 105 | CCTV 0171 Memorial Door | | | | |
| 106 | (Intentionally omitted) | | | | |
| 107 | CCTV 0262 Statuary Hall | | | | |
| 108 | CCTV 0259 Statuary Hall Connector | | | | |
| 109 | CCTV 0251 Main Door Hall | | | | |
| 110 | CCTV 0250 East Stairs | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 111 | CCTV 0264 Upper House Door Interior | | | | |
| 112 | CCTV 0267 Upper House Door Interior | | | | |
| 113 | CCTV 0266 East Front House Door | | | | |
| | | | | | |
| | | | | | |
| **200 SERIES – GENERAL EVIDENCE OF CAPITOL GROUNDS** | | | | | |
| 201 | Overview Map of Capitol Building and Grounds | | | | |
| 202 | Overview Map of Capitol Building and Grounds with Restricted Area Outlined | | | | |

3

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 203 | Photo of "Area Closed" sign on Capitol grounds fencing | | | | |
| 204 | Photo of multiple "Area Closed" signs on fencing on Capitol grounds | | | | |
| 205 | Photo of "Area Closed" signs on bike rack barricade | | | | |
| 206 | Photo of "Area Closed" sign on bike rack barricade at Peace Circle during breach | | | | |
| 207 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | | | | |
| 208 | Ariel Diagram of Capitol Building | | | | |
| 209 | Map - First Floor of Capitol Building | | | | |
| 210 | Map - Second Floor of Capitol Building | | | | |
| 211 | 3D Model of Capitol | | | | |
| 212 | Time Lapse of West Front | | | | |
| | | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| **300 SERIES – U.S. SECRET SERVICE** | | | | | |
| 301 | 1/5/21 Email from Lanelle Hawa re: Head of State Notification | | | | |
| 302 | Secret Service Head of State Notification Worksheet | | | | |
| 303 | CCTV 9322 footage of Vice President Pence's motorcade leaving East side of Capitol, 1:58:40 -- 1:59:40 PM | | | | |
| 304 | CCTV 0462 footage of Vice President Pence and family exiting Senate Chamber, 2:25:47 -- 2:26:20 PM | | | | |
| 305 | USSS Radio Run Exhibit | | | | |
| | | | | | |
| | | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| **400 SERIES – OPEN-SOURCE VIDEOS AND IMAGES** | | | | | |
| 401 | Video of Niemela and Chiguer following General Flynn at Dec. 2020 "Stop the Steal" rally in D.C. | | | | |
| 402 | Video of Niemela and Chiguer by Proud Boys at Dec. 2020 "Stop the Steal" rally in D.C. | | | | |
| 403 | Video of Niemela on lamp post on West Plaza | | | | |
| 404 | Video of Niemela, Chiguer, and Eckerman (the "trio") approaching steps below scaffolding | | | | |
| 405 | Photograph of trio in Statuary Hall from CNN coverage ("Capitol Police Asking for Additional Law Enforcement Help"), 2:30 p.m. | | | | |
| 406 | Video clip of trio in Statuary Hall from RMG News | | | | |
| 407 | Video clip of trio in Statuary Hall Connector from RMG News | | | | |
| 408 | Video clip of Senate Wing Doors with broken glass and alarm blaring | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 409 | Video clip of trio in Statuary Hall Connector during police line breach | | | | |
| 410 | ITV News video clip of trio at bottom of staircase near Memorial Doors | | | | |
| 411 | FreedomNews TV video clip of trio ascending stairs by Memorial Door | | | | |
| 412 | Video of trio inside Rayburn room | | | | |
| 413 | Video of trio entering Statuary Hall connector and near police line | | | | |
| 414 | "Jayden X" video depicting trio in Statuary Hall Connector during police line breach | | | | |
| 415 | C-Span video of police guarding barricaded doors from inside the House Chamber | | | | |
| | | | | | |
| | | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| **500 SERIES – VIDEOS RECOVERED FROM KNOWN PERSONS** | | | | | |
| 501 | 1/6/21 video from cell phone of Jesus Rivera depicting trio on outdoor stairs to Upper West Terrace | | | | |
| 502 | 1/6/21 video from GoPro camera of James Rahm III depicting defendants in Crypt of the Capitol | | | | |
| 503 | 1/6/21 video from cellphone of Anthony Mariotto depicting trio as police line near Memorial Doors breached | | | | |
| 504 | Stills from Mariotto Memorial Door video | | | | |
| 505 | 1/6/21 video from cellphone of Anthony Mariotto depicting trio near stairs as fire extinguisher released | | | | |
| 506 | 1/6/21 video from Christopher Grider cell phone depicting trio in Crypt of Capitol | | | | |
| | | | | | |
| | | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | | | | | |
| **600 SERIES – CHIGUER PLEA DOCUMENTS** | | | | | |
| 601 | Chiguer criminal information | | | | |
| 602 | Chiguer plea agreement | | | | |
| 603 | Chiguer statement of offense | | | | |
| | | | | | |
| | | | | | |
| **700 SERIES – GOOGLE GEOFENCE DATA** | | | | | |
| 701 | Certificate of Authenticity from Google from Broad Geofence SW | | | | |
| 702 | Pertinent Data from Google Search Warrant Return | | | | |
| 703 | Geo Location Data Map for Niemela | | | | |
| | | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | | | | | |
| | **800 SERIES – FACEBOOK** | | | | |
| 801 | Certificate of Authenticity for Facebook Account 100000130515078 ("Kirstyn Niemela") | | | | |
| 802 | Certificate of Authenticity for Facebook Account 100049724228048 ("Kirst Niem") | | | | |
| 803 | Certificate of Authenticity for Facebook Account 100063753853831 ("Kirst Ashley") | | | | |
| 804 | Facebook subscriber information for "Kirstyn Niemela" account | | | | |
| 805 | Facebook subscriber information for "Kirst Niem" account | | | | |
| 806 | Facebook subscriber information for "Kirst Ashley" account | | | | |
| 807 | IP address location data for "Kirstyn Niemela" Facebook account for Jan. 6, 2021 | | | | |
| 808 | Excerpt from "Kirstyn Niemela" Facebook account re: -7169 | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | phone number | | | | |
| 809 | 11/24/2020 excerpt from "Kirstyn Niemela" Facebook account re: Trump press release on election fraud | | | | |
| 810 | 11/30/2020 and 12/1/2020 excerpts from "Kirstyn Niemela" Facebook account re: "the Kraken" and "high level arrests" | | | | |
| 811 | 12/13/2020 profile picture for "Kirstyn Niemela" Facebook account showing Niemela on scooter with Trump "Don't tread on me" flag | | | | |
| 812 | 12/21/2020 excerpt from "Kirstyn Niemela" Facebook account re: Q posts and "daily briefings with POTUS" | | | | |
| 813 | 12/31/2020 excerpt from "Kirstyn Niemela" Facebook account re: wildprotest.com, sent to R. Michelle | | | | |
| 814 | 1/2/2021 excerpt from "Kirstyn Niemela" Facebook account re: "I think jfk might be appearing Jan 6th" | | | | |
| 815 | 1/3/2021 excerpt from "Kirstyn Niemela" Facebook account re: | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | "how do we all feel about carrying for DC" and "they banned Q" | | | | |
| 816 | 1/3/2021 excerpt from "Kirstyn Niemela" Facebook account re: hoping for "gitmo for all our government" | | | | |
| 817 | 1/3/2021 excerpt from "Kirstyn Niemela" Facebook account re: Proud Boys "armed and ready to go" | | | | |
| 818 | 1/3/2021 excerpt from "Kirstyn Niemela" Facebook account re: members of Congress being "nervous as to how I would safely exit the building" on January 6 | | | | |
| 819 | 1/4/2021 conversation with Chiguer from "Kirstyn Niemela" Facebook account re: whether to carry gun to D.C. | | | | |
| 820 | 1/4/2021 excerpt from "Kirstyn Niemela" Facebook account with "Kill the Deep State" helmet picture | | | | |
| 821 | 1/4/2021 excerpt from "Kirstyn Niemela" Facebook account with Lin Wood posts and "let's hang em high" | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 822 | 1/6/2021 excerpt from "Kirstyn Niemela" Facebook account re: video sent by Niemela to group in response to news of breach of Capitol | | | | |
| 823 | 1/6/2021 excerpt from "Kirstyn Niemela" Facebook account with photos taken by Niemela from tree of Capitol grounds and fencing | | | | |
| 824 | 1/6/2021 excerpt from "Kirstyn Niemela" Facebook account re: standing "behind little fence with minimal security" | | | | |
| 825 | 1/7/2021 excerpt from "Kirstyn Niemela" Facebook account re: "We all better be ready to fight this war" | | | | |
| 826 | 1/7/2021 excerpt from "Kirstyn Niemela" Facebook account with Twitter post alleging "police opened up the barricades" because "the President ordered it" | | | | |
| 827 | 1/7/2021 excerpt from "Kirstyn Niemela" Facebook account re: "Grab your popcorn…its coming" | | | | |
| 828 | 1/7/2021 excerpt from "Kirstyn Niemela" Facebook account re: "Trump supporters did go in. But we did not burn, destroy or break | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | the windows and shit" | | | | |
| 829 | 1/8/2021 excerpt from "Kirstyn Niemela" Facebook account re: General Flynn post decoded with "Gematria" | | | | |
| 830 | 1/8/2021 excerpt from "Kirstyn Niemela" Facebook account re: "if it ain't fixed we going back locked and loaded" | | | | |
| 831 | 1/8/2021 excerpt from "Kirstyn Niemela" Facebook post re: "take it back one way or another" | | | | |
| 832 | 1/8/2021 excerpt from "Kirstyn Niemela" Facebook account re: "we are at war" | | | | |
| 833 | 1/8/2021 excerpt from "Kirstyn Niemela" Facebook account re: Italy and Obama election fraud theory | | | | |
| 834 | 1/10/2021 excerpt from "Kirstyn Niemela" Facebook account re: Trump sworn in as 19th president because U.S. is a corporation | | | | |
| 835 | 1/10/2021 excerpt from "Kirstyn Niemela" Facebook account re: pope, child sex trafficking, and | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | "let's hang em all" | | | | |
| 836 | 1/19/2021 excerpt from "Kirstyn Niemela" Facebook account re: "True patriots will stand armed and ready if all else fails" | | | | |
| 837 | 1/20/201 excerpt from "Kirstyn Niemela" Facebook account re: "120 million locked and loaded" and defending Q | | | | |
| 838 | 1/20/2021 excerpt from "Kirstyn Niemela" Facebook account re: Speaker Pelosi no longer being member of Congress due to treason | | | | |
| 839 | 1/31/2021 excerpt from "Kirst Niem" Facebook account re: Pizzagate | | | | |
| 840 | 2/1/2021 excerpt from "Kirst Niem" Facebook account re: "JFK jr. is still alive and secretly working with Trump" | | | | |
| 841 | 2/8/2021 excerpt from "Kirst Niem" Facebook account re: "time to take our country back" and with adrenochrome photo | | | | |
| 842 | 2/10/2021 excerpt from "Kirst Niem" Facebook account re: "WWG1WGA" | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 843 | 12/31/2020 excerpt from "Kirstyn Niemela" Facebook account re: wildprotest.com, sent to S. Chiguer | | | | |
| 844 | 12/31/2020 excerpt from "Kirstyn Niemela" Facebook account re: wildprotest.com, sent to V. Holt | | | | |
| 845 | 12/31/2020 excerpt from "Kirstyn Niemela" Facebook account re: wildprotest.com, sent to M. Leach | | | | |
| 846 | 12/31/2020 excerpt from "Kirstyn Niemela" Facebook account re: wildprotest.com, sent to S. Trudeau | | | | |
| 847 | 11/10/2020 excerpt from "Kirstyn Niemela" Facebook account re: Supreme Court petition to "demand a full investigation of this election" | | | | |
| 848 | 1/8/2021 excerpt from "Kirstyn Niemela" Facebook account sharing Twitter post re: wanting Lindsey Graham to "purge this election of this massive corruption" | | | | |
| | | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| **900 SERIES – ECKERMAN CELL PHONE** | | | | | |
| 901 | Eckerman residential SW return | | | | |
| 902 | FBI report on Eckerman's cell phone (serial 42) | | | | |
| 903 | FBI report on Eckerman's cell phone (serial 69) | | | | |
| 904 | Chain of custody log re: Eckerman's cell phone | | | | |
| 905 | 1B7 evidence item – Eckerman's cell phone | | | | |
| 906 | Forensic extraction report for Eckerman's cell phone | | | | |
| 907 | First page of group chat from Eckerman's cell phone beginning on Jan. 7, 2021 | | | | |
| 908 | Excerpt from Jan. 7, 2021 group chat with pictures and videos sent by Niemela and Chiguer from Jan. 6, 2021 | | | | |
| 909 | Photo sent by Niemela taken on Upper West Terrace on Jan. 6, 2021, ending in 142151.jpg | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 910 | Photo sent by Niemela taken from tree on Capitol grounds on Jan. 6, 2021, ending in 140218.jpg | | | | |
| 911 | Photo sent by Niemela showing M. Leach and others outside on Jan. 6, 2021, ending in 111730.jpg | | | | |
| 912 | Photo sent by Niemela showing trio and C. Eckerman on Jan. 6, 2021, ending in 111719.jpg | | | | |
| 913 | Photo sent by Niemela showing Niemela, Eckermans, and C. Herman outside on Jan. 6, 2021, ending in 111712.jpg | | | | |
| 914 | Excerpt from Jan. 7, 2021 group chat re: Trump in control and 10 days of silence | | | | |
| 915 | Excerpt from Jan. 7, 2021 group chat re: certifying at 1PM and treason | | | | |
| 916 | Excerpt from Jan. 7, 2021 group chat with Niemela sending Flynn gematria post | | | | |
| 917 | Flynn gematria post shared by Niemela | | | | |
| 918 | Excerpt from Jan. 7, 2021 group chat with pictures of Niemela and Chiguer | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 919 | Photograph of Niemela, Chiguer, and C. Herman outside on Jan. 6, 2021 | | | | |
| 920 | Photograph of trio and C. Herman outside on Jan. 6, 2021 | | | | |
| 921 | Excerpt from Jan. 7, 2021 group chat re: Pelosi being detained and new government in place | | | | |
| 922 | Excerpt from Jan. 7, 2021 group chat with Niemela sending post re: Corporation of America and new government being formed | | | | |
| 923 | Post sent by Niemela re: Corporation of America and new government being formed | | | | |
| 924 | Excerpt from Jan. 13, 2021 group chat with Niemela sending post re: first arrest will shock the world | | | | |
| 925 | Post sent by Niemela re: first arrest will shock the world | | | | |
| 926 | Excerpt from Jan. 13, 2021 group chat with Niemela sending post re: 3 options if something doesn't happen | | | | |
| 927 | Post sent by Niemela post re: 3 options if something doesn't happen | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 928 | Jan. 7, 2021 group chat with Chiguer sharing photos and videos with the Eckermans | | | | |
| 929 | Photograph sent by Chiguer of trio in Rayburn Conference Room on Jan. 6, 2021 | | | | |
| 930 | Video sent by Chiguer ("IMG_1556"), recorded on West Plaza showing bike barricades being removed | | | | |
| 931 | Video sent by Chiguer ("IMG_1558"), recorded on West Plaza showing pieces of scaffolding being removed | | | | |
| | | | | | |
| | | | | | |
| **1000 SERIES – VIDEOS RECORDED BY CHIGUER** | | | | | |
| 1001 | Video of trio's entry to Statuary Hall connector | | | | |
| 1002 | Video of trio outside House Chamber doors | | | | |
| | | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| **1100 SERIES – LEGAL AND CONGRESSIONAL RECORDS** | | | | | |
| 1101 | U.S. Constitution – 12th Amendment | | | | |
| 1102 | 3 U.S. Code § 15 | | | | |
| 1103 | 3 U.S. Code § 16 | | | | |
| 1104 | 3 U.S. Code § 17 | | | | |
| 1105 | 3 U.S. Code § 18 | | | | |
| 1106 | Senate Concurrent Resolution 1 (Jan. 3, 2021) | | | | |
| 1107 | Congressional Record -- Senate (Vol. 167, No. 4, S13, S14, S18) | | | | |
| 1108 | Congressional Record -- House (Vol. 167, No. 4, H75, H76, H84, H85) | | | | |
| 1109 | Screenshots from House Chamber video at 1:43pm, 1:48pm, 1:54pm, 1:59pm, 2:04pm, 2:10pm, 2:14pm | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 1110 | Screenshots from Senate chamber video at 1:39pm, 1:48pm, 1:54pm, 2:00pm, 2:05pm, 2:10pm | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **1200 SERIES – STIPULATIONS** | | | | | |
| 1201 | Stipulations agreed upon by the parties | | | | |
| | | | | | |
| | | | | | |