## UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
        Plaintiff,

                               CRIMINAL NO. 21-CR-623-2 (CRC)

     vs.

KIRSTYN NIEMELA
        Defendant.

### COUNSELS' ACKNOWLEDGMENTS CONCERNING TRIAL EXHIBITS

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.


1\26\23
DATE EXHIBITS WENT TO JURY


_____
PLAINTIFF COUNSEL


_____
DEFENSE COUNSEL