CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
| vs. | ) ) ) ) ) ) | Civil/Criminal No.: __21-CR-623-2 (CRC)__ |
| KIRSTYN NIEMELA | | |

## NOTE FROM JURY

Your Honor,
The jury has reached verdicts on each
of the 4 counts

Date: __26 Jan 2023__

Time: __2:27__

FOREPERSON

1/26/2023

CSO.>ADC  1425