UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KIRSTYN NIEMELA,

Defendant.

Case No. 21-cr-623 (CRC)

**VERDICT FORM**

**Count One:** Entering or Remaining in a Restricted Building or Grounds

__X__  
Guilty

_____  
Not Guilty

**Count Two:** Disorderly or Disruptive Conduct in a Restricted Building

__X__  
Guilty

_____  
Not Guilty

**Count Three:** Disorderly Conduct in a Capitol Building

__X__  
Guilty

_____  
Not Guilty

**Count Four:** Parading, Demonstrating, or Picketing in a Capitol Building

__X__  
Guilty

_____  
Not Guilty

Dated this __26__ day of __Jan__, 2023

_____  
FOREPERSON