UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| V.  * | Case No. 1:21-CR-623-2 (CRC) |
| * | |
| KIRSTYN NIEMELA * | |
| * | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Kirstyn Niemela's attorney, Richard F. Monteith, and hereby moves this Court to allow him to withdraw from further representation of Ms. Niemela in the above-entitled matter.

In support of this Motion, Attorney Monteith states as follows:

1. Attorney Monteith was appointed to represent Ms. Niemela in the above-referenced case;

2. However, Ms. Niemela has retained Attorney John Pierce to represent her in this case. Attorney Pierce filed his appearance on February 14, 2023.

WHEREFORE, Attorney Monteith respectfully requests that this Court grant this Motion and allow him to withdraw from further representation of Kirstyn Niemela regarding the above-entitled matter.

Respectfully submitted,
Richard Monteith,
Attorney for Kirstyn Niemela,

Date:  February 16, 2023          /s/     Richard F. Monteith

Richard F. Monteith, Bar No. 9352<br>
14 Londonderry Road<br>
Londonderry, NH 03053<br>
603-434-4106<br>
garritylaw@myfairpoint.net

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 16th day of February, 2023, a copy of this within Motion to Withdraw has been e-filed for all parties involved.

Date: February 16, 2023                    /s/     Richard F. Monteith
                                           Paul J. Garrity