```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2       - - - - - - - - - - - - - - - x
        THE UNITED STATES OF AMERICA,
3                                      Criminal Action No.
                      Plaintiff,       1:21-cr-623-CRC-2
4                                      Wednesday, January 25, 2023
        vs.                            9:07 a.m.
5
        KIRSTYN NIEMELA,
6
                      Defendant.
7       - - - - - - - - - - - - - - - x
        _____
8
                     TRANSCRIPT OF JURY TRIAL
9          HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
                    UNITED STATES DISTRICT JUDGE
10      _____
        APPEARANCES:
11      For the United States:    MICHAEL MATTHEW GORDON, ESQ.
                                  DOJ-USAO
12                                400 North Tampa Street, Suite 3200
                                  Tampa, FL 33602
13                                (813) 274-6370

14                                JESSICA ARCO, ESQ.
                                  U.S. DEPARTMENT OF JUSTICE
15                                950 Pennsylvania Avenue NW
                                  Washington, DC 20530
16                                (202) 532-3867

17      For the Defendant:        PAUL GARRITY, ESQ.
                                  LAW OFFICES OF PAUL GARRITY
18                                14 Londonderry Road
                                  Londonderry, NH 03053
19                                (603) 434-4106

20                                RICHARD F. MONTEITH, JR., ESQ.
                                  LAW OFFICES OF RICHARD F. MONTEITH
21                                14 Londonderry Road
                                  Londonderry, NH 03053
22                                (603) 437-2733

23      Court Reporter:           Lisa A. Moreira, RDR, CRR
                                  Official Court Reporter
24                                U.S. Courthouse, Room 6718
                                  333 Constitution Avenue, NW
25                                Washington, DC  20001
                                  (202) 354-3187
```

1                          I N D E X

2

    WITNESSES:                                      PAGE

3

    SPECIAL AGENT MARK HASTBACKA

4         (By Ms. Arco)......................................556
          (By Mr. Garrity)..................................675

5         (By Ms. Arco)......................................711

6   MARK LEACH
          (By Mr. Garrity)..................................725

7         (By Mr. Gordon)...................................744
          (By Mr. Garrity)..................................781

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      P R O C E E D I N G S

2              THE COURTROOM DEPUTY:  Your Honor, we're back on

3    the record for Criminal Case 21-623, *United States of*

4    *America vs. Kirstyn Niemela.*

5              THE COURT:  All right.  Good morning, everybody.

6              COUNSEL IN UNISON:  Good morning.

7              Okay.  Mr. Gordon, would you like to put on the

8    record the communication that you had with the Court last

9    evening?

10             MR. GORDON:  Yes, Your Honor.  Thank you.

11             Your Honor, so last night I sent an email to

12   chambers, cc'ing defense counsel, as well as Your Honor's

13   clerk and your courtroom deputy, concerning an issue that

14   arose to the government's attention yesterday after the

15   defense's opening.

16             During the defense's opening the defense suggested

17   to the jury that they would hear from a man named Mark

18   Leach, who had accompanied Ms. Niemela from New Hampshire to

19   D.C. for the January 6th rally and had been with Ms. Niemela

20   at The Ellipse, had walked with her from The Ellipse to the

21   Capitol grounds, had been with her outside on the Capitol

22   grounds for much of that time, had sort of seen what she'd

23   seen, heard what she heard, et cetera, but then had split

24   off from her before she entered.

25             The government's concern is that if Mr. Leach

1    testifies, as the opening suggested he would, that he may be

2    asked questions and may be in a position where he has to

3    admit that he was within the restricted area, one of the

4    elements of a violation of 18 USC 1752(a)(1); and we expect

5    that he would deny that he knew he was in the restricted

6    area, didn't have lawful authority to be there.

7    Nevertheless, that testimony could create criminal liability

8    for Mr. Leach.

9         And so before he testifies, it may be advisable --

10    if the Court thinks it's an issue, due to the fact that it

11    would trigger a Fifth Amendment right for him to either

12    decline to testify entirely or at least to decline to answer

13    questions about where exactly he was and what he saw or

14    heard or knew at the time he was there, the Court may find

15    it advisable to provide or appoint counsel for Mr. Leach so

16    that he can evaluate whether or not he wants to testify or

17    invoke his constitutional right.

18         The government made it very specific that we are

19    not requesting that necessarily.  We're not asking for

20    specific action from the Court.  That's why we didn't file

21    it as a motion.  We just thought, in an abundance of caution

22    and to make sure that we were being respectful of everyone's

23    rights, that we flag the issue for the Court.

24         THE COURT:  Okay.  Just for the record, does the

25    government have any independent information that Mr. Leach

1     either went into the Capitol or engaged in any illegal

2     conduct outside of the Capitol other than potentially just

3     being within the restricted area?

4            MR. GORDON:  We do not, Your Honor.

5            THE COURT:  Okay.  In response to Mr. Gordon's

6     communication last night, I advised defense counsel to, if

7     possible, make Mr. Leach available this morning.  I also

8     reached out to the Federal Public Defender, who has

9     graciously agreed to advise Mr. Leach on this issue, if

10    necessary.

11           And so, Mr. Garrity, do you want to -- and I

12    passed the defender's information on to defense counsel, and

13    I understand that they have passed it along to Mr. Leach.

14    Is that correct?

15           MR. GARRITY:  That's correct, Your Honor.  I've

16    texted to Mr. Leach Mr. Kramer's contact information.  I've

17    spoken to Mr. Leach both last night and this morning with

18    respect to the concern.  I think he kind of already knew

19    what the concern was, so he's fully aware of a potential

20    issue.

21           I understand he had some communication with

22    Mr. Kramer this morning.  He drove through the night to get

23    here, Your Honor, so he's on his way to the courthouse.

24           THE COURT:  Okay.

25           MR. GARRITY:  So I expect he'll be here sometime

1    early this morning.

2              THE COURT:  All right.  Well, when he arrives,

3    let's find a time for me to chat with him outside the

4    presence of the jury on the record to make sure that he

5    understands the implications of testifying to see whether

6    he's taken advantage of the opportunity to speak with

7    Mr. Kramer on that question, and to see what he would like

8    to do in light of those developments.  Is that fair?

9              MR. GARRITY:  That's fair.  Thank you.

10             THE COURT:  Okay.  We finalized a draft of the

11   instructions last night.  I don't want to deal with them

12   now, but you'll see what we've done.  It largely tracks

13   instructions that we have given in other cases on these same

14   counts which I think the government proposed.

15             But we can discuss the defense's proposed changes.

16   And to the extent I go with the version proposed by the

17   government, you can lodge your objections to them for the

18   record.

19             There is one thing.  She was obviously indicted

20   with a co-defendant, so the counts are not sequential, which

21   I think is confusing for the jury.

22             In prior cases where I've had just, you know, one

23   of several co-defendants go to trial, I have -- you know, my

24   general practice is not to send the indictment back to the

25   jury.  So if the indictment will not be with the jury, I

 1    would propose that we renumber the Counts 1 through 4 on the

 2    verdict form and in the jury instructions so there's no

 3    confusion so that they aren't speculating what these other

 4    counts are and who the co-defendants might be.

 5               Mr. Eckerman is testifying, or not?

 6               MR. GARRITY:  It's my understanding he is not

 7    testifying, Your Honor.

 8               THE COURT:  Okay.  So if he doesn't testify, I

 9    don't think there will be any information before the jury as

10    to who she might have been indicted with originally.  So I

11    think the best way to deal with the issue is just to

12    renumber them on the jury -- on the verdict form.  Is that

13    fair?

14               MR. GARRITY:  It is, Your Honor.

15               MS. ARCO:  Yes, Your Honor.

16               THE COURT:  Okay.

17               (Jury enters courtroom)

18               THE COURT:  All right.  Welcome back, ladies and

19    gentlemen.  I hope you had a good evening.

20               We are ready to proceed.

21               You all will remember Agent Hastbacka from

22    yesterday, right?

23               Why don't we take a minute to get set up.

24               MS. ARCO:  Thank you, Your Honor.

25               THE COURT:  Okay.

```
 1                    (Pause)

 2            SPECIAL AGENT MARK HASTBACKA, Resumed

 3                 DIRECT EXAMINATION, Continued

 4     BY MS. ARCO:

 5     Q.  Okay.  Good morning, Special Agent Hastbacka.

 6     A.  Good morning.

 7            MS. ARCO:  Ms. Jones, can you please bring up

 8     Government Exhibit 816, which has already been admitted into

 9     evidence.

10            And if you can please highlight the last comment

11     on the page, or call out.  Thank you.

12     Q.  What are we looking at?

13     A.  This is a caption from Facebook which I obtained through

14     my search warrant, and it is a comment written by Kirstyn

15     Niemela on January 3, 2021.  And the body is "and GTMO for

16     all our government."

17            MS. ARCO:  And actually, can you please call out

18     the approximately last four comments.

19     Q.  Okay.  And can you please read the body of the second

20     comment.

21     A.  I assume you're saying --

22     Q.  From the top.

23     A.  From here?

24     Q.  Yes, thank you.

25     A.  "I hope they all get whats coming to them."
```

1    Q.   I'm sorry, did you say the date on these comments?

2    A.   That's January 3, 2021.

3    Q.   Have you heard the term "gitmo" before?

4    A.   A lot.

5    Q.   What is that referring to?

6    A.   It is a detention facility in Guantanamo Bay, Cuba,

7    where enemy combatants are being held, and they have been

8    since shortly after 9/11.

9    Q.   Okay.  Thank you.

10            MS. ARCO:  Ms. Jones, can you please pull up

11   Government's Exhibit 817, which has already been admitted

12   into evidence.

13   Q.   What are we looking at?

14   A.   This is a Facebook return that I obtained pursuant to

15   the search warrant.

16   Q.   Okay.  And what is the date of this message thread?

17   A.   January 3, 2021.

18   Q.   Okay.  And could you please, if you can -- I know it's a

19   little small.  If you can read the back-and-forth starting

20   with the first comment.

21   A.   The top?

22   Q.   Is it too small?

23   A.   From what I can see on the top, it says, "Your not going

24   alone, are you?"  I don't know who that's coming from.

25            The author responds back -- the author being

1    Kirstyn Niemela responds "Two friends."

2          Again, Kirstyn "And caravans of people coming from

3    mass," which I believe to be Massachusetts.

4          And someone named Kathy Perdigao responds back,

5    "You'll most likely see a lot of militia type people there.

6    Proud Boys, etc.  Armed and ready to go!"

7          Kirstyn responds, "Oh, yeah... I can only imagine.

8    With how many there were last time."

9          Kathy comes back responding, "When are you going

10   to leave" -- "When are you leaving to head that way?"

11         Again, Kathy, another response from Kirstyn [sic]

12   says, "Take extra supplies."

13         Kirstyn responded, "I'm leaving Tuesday after

14   work."

15         Kathy responded, "Driving?"

16         Kirstyn responds, "Yes."

17         Kathy responds back to that comment, "Will you be

18   able to get there in time?  Doesn't sound like there's gonna

19   be any sleep involved."

20         Kirstyn responds, "No sleep lol.  Didnt sleep last

21   time.  Went to work and drove straight thru 7 hours and

22   slept for maybe two hours and went to rally and then drove

23   back."

24   Q.  Thank you.  In particular, what is the significance of

25   that last comment to your investigation?  Do you know what

1   she's referring to?

2   A.  She's referring to coming down to D.C. on, I believe,

3   December 13th, the Stop the Steal rally.

4   Q.  Okay.  And did your investigation uncover any other

5   evidence of Ms. Niemela's participation in a Stop the Steal

6   rally in D.C. in December of 2020?

7   A.  There were some open source photographs of her down

8   there at that rally.

9   Q.  Any videos?

10  A.  I believe there were videos as well.

11  Q.  Okay.

12          MS. ARCO:  If you could please bring up Government

13  Exhibit 818, which has been admitted into evidence.

14          Okay.  If you could highlight the last comment on

15  the page, or, sorry, call out.

16  Q.  Okay.  What are we looking at?

17  A.  Kirstyn Niemela is the author on January 3, 2021.  She

18  sent a photograph, some sort of an image.

19          MS. ARCO:  Okay.  And could we please go to the

20  next page to see that image.

21          And can you highlight the text or call out the

22  text, please.

23  A.  This message -- this photograph --

24  Q.  Let me just ask a question.  Sorry.

25          So the text says, "I gotta say, if I were a

1    Congressman called to DC on Jan 6 (knowing everyone of the

2    traitors are together at one location) & there were some 1

3    million pissed off Patriots outside, I would be rather

4    nervous as to how I would safely exit the building.  Not a

5    good situation."

6              Special Agent, what is the significance of this to

7    your investigation?

8    A.  Well, January 6th was when Congress was going to meet to

9    certify the election, and in this message the insinuation is

10   there are going to be a million people coming to disrupt

11   that certification of Congress.

12   Q.  Okay.

13             MS. ARCO:  And if we could go back to the first

14   page of this exhibit, please.

15   Q.  What's the date of this exchange?

16   A.  January 3, 2021.

17   Q.  Okay.  So that's three days before January 6th?

18   A.  It is.

19   Q.  And who does she appear to have sent this photograph to?

20   A.  I'm not exactly sure who she's sending it to.  This is a

21   conversation between her and Mark Leach.

22   Q.  Okay.  Thank you.

23             MS. ARCO:  If you could please bring up Government

24   Exhibit 820, which has been admitted into evidence.

25   Q.  Okay.  What are we looking at?

1   A.   Facebook records that I obtained through the search

2   warrant.

3   Q.   Okay.  Can you please read the date of the second

4   comment.

5   A.   This is January 4, 2021.

6   Q.   Okay.  And who is the author?

7   A.   Kirstyn Niemela.

8   Q.   And what does the body -- what's, like, the content of

9   the message?

10  A.   Again, it's an image, JPEG.

11       MS. ARCO:  Can you please scroll to the second

12  page so we can see that image.

13       THE WITNESS:  Yes.

14  Q.   What text do we see on that photograph?

15  A.   Well, you have the QAnon phrase on the top of the

16  helmet, the WWG1WGA --

17  Q.   Okay.

18  A.   -- the flag, and then below that, on the back of that

19  helmet, "Kill the deep state."

20  Q.   Do you know the significance of the phrase "the deep

21  state"?

22  A.   It's believed by some that there is some secret society

23  or secret group of politicians running things behind the

24  scenes.

25  Q.   Okay.  And can you please read the message immediately

1    below this photograph.

2    A.  It's from Kirstyn Niemela on January 4, 2021, in which

3    she says, "Dope."

4    Q.  Okay.

5         MS. ARCO:  If you could please pull up, but not

6    publish quite yet, Government Exhibit 821.

7         The government moves to admit Government Exhibit

8    821 into evidence.  It hasn't been --

9         MR. GARRITY:  No objection, Your Honor.

10        THE COURT:  So moved.

11        MS. ARCO:  Thank you.

12        If you could please publish.

13   Q.  What are we looking at?

14   A.  Facebook records obtained through the search warrant.

15   Q.  Okay.  Can you please read the date of the last comment

16   on the first page.

17   A.  The last comment is from somebody named Martina

18   Keneally, dated January 4, 2021.  It's a photograph she

19   sent.

20   Q.  Okay.  And can we please scroll to the next page to take

21   a look at that photograph.

22        Could you review and to the best of your ability

23   summarize the content of this photo?

24   A.  I'm having a hard time reading it.

25        MS. ARCO:  Okay.  Can you pull up -- if you can

1   just pull it up a little bit, maybe half of the top page?

2          Sure, thank you.

3   A.  It looks like some post by somebody named Lin Wood.

4   Q.  Do you know who Lin Wood is?

5   A.  Not really.

6   Q.  And do you see the comment on the bottom right of the

7   callout box?  What does that say?

8   A.  It starts with "Jeffrey Epstein used the same blackmail

9   scheme of child rape & child murder to either further his

10  own interests or those of any intelligence agency with whom

11  he worked.

12         "ALL who flew on his private jet or visited his

13  island must be IMMEDIATELY interrogated & brought to the

14  justice."

15         MS. ARCO:  And could you call out the callout box,

16  please.

17  Q.  What does the large print headline say on the

18  photograph?

19  A.  "Declass Has Begun."

20  Q.  What's your understanding of the term "declass"?

21  A.  Declassifying documents that are typically marked as

22  secret, top secret.  Only certain people in the government

23  can declassify that.  You have to be a classifying

24  authority.

25  Q.  Okay.  And who is the individual on the photograph on

1    the left?

2    A.   Former Vice President Michael Pence.

3    Q.   And can you please read the author of what looks like

4    the beginning of a second message on the bottom of the page.

5    A.   These all look to be Lin Wood.

6    Q.   I'm sorry.  I mean, at the very bottom it says "Author"

7    and then "Sent"?

8    A.   Oh.  The author there at the very bottom is author

9    Kirstyn Niemela.  It's January 4, 2021.

10   Q.   Okay.

11        MS. ARCO:  Can you please call out the bottom-left

12   column.

13   Q.   Can you read the bottom comment?

14   A.   The very bottom one from Lin Wood says, "I believe Chief

15   Justice John Roberts & a multitude of powerful individuals

16   worldwide are being blackmailed in a horrendous scheme

17   involving rape & murder of children captured on video."

18   Q.   And just to be clear, who is Chief Justice John Roberts?

19   A.   He is the chief justice of the U.S. Supreme Court.

20   Q.   Okay.  Thank you.

21        MS. ARCO:  If we could please go up to the second

22   page.

23   Q.   And can you please read the body of the continuation of

24   Ms. Niemela's comment at the very top of the page.

25   A.   Correct.  "The shit coming out finally is insane.  Let's

1    hang em high."

2    Q.  Okay.  And do you understand who she's referring to by

3    "em," them?

4    A.  Government officials.

5    Q.  Okay.  Thank you.

6              MS. ARCO:  If you could please pull up but not

7    quite publish Government Exhibit 401.

8              The government moves to admit Government Exhibit

9    401.

10             MR. GARRITY:  No objection, Your Honor.

11             THE COURT:  So moved.

12             MS. ARCO:  Okay.  I will actually play this from

13   the podium, Ms. Jenkins.

14             (Video playing)

15   Q.  Special Agent Hastbacka, what are we looking at?

16   A.  So this is open source video.  As you can see, it's

17   embedded, it says "Getty Images available on the Internet."

18             That's former General Flynn in the red sweater or

19   shirt with the blue jacket.  This is the Stop the Steal

20   rally back in December in 2021 [sic], and then right here is

21   the subject known to me as Ms. Niemela.

22   Q.  Okay.  Do you recognize anyone else in this still shot?

23   A.  Right here is someone I know to be Stefanie Chiguer.

24   Q.  Okay.  And what is Ms. Chiguer's relationship to

25   Ms. Niemela?

1    A.  They were girlfriends in a relationship.

2    Q.  Thank you.

3            MS. ARCO:  Continuing -- sorry, I paused at second

4    16.  I'm now continuing on and will pause at second 39.

5            (Video playing)

6    Q.  Okay.  And do you happen to recognize the specific

7    location?

8    A.  This is the JW Marriott on Pennsylvania Avenue in

9    downtown Washington, D.C.

10   Q.  Okay.  And how do you know that?

11   A.  I've stayed at that hotel.

12   Q.  Okay.  So you know this is Washington, D.C.?

13   A.  I do.

14   Q.  Okay.  Could you please read the sign that's circled?

15   A.  "Stop the Steal."

16   Q.  Okay.

17           MS. ARCO:  You can pull that down.

18   Q.  Special Agent, were any phones seized as part of this

19   investigation?

20   A.  There were.

21   Q.  Okay.  From whom?

22   A.  I had a search warrant for Ms. Niemela's phone --

23   Q.  Okay.

24   A.  -- at the time she got arrested.  And there was a phone

25   seized by our agents in Kansas City off of a gentleman named

1    Michael Eckerman.

2    Q.  Okay.  And was that phone searched pursuant to a search

3    warrant?

4    A.  It was.

5    Q.  Okay.  And what, if anything, of relevance to

6    Ms. Niemela's investigation was found on Mr. Eckerman's

7    phone?

8    A.  There were group chats on Mr. Eckerman's phone that

9    Ms. Niemela was part of.

10   Q.  Okay.  Anything else?

11   A.  Images.  Videos, I believe, too.

12              MS. ARCO:  Okay.  I'm going to read Stipulation

13   No. 9 from -- I think we formally need to move into evidence

14   Government Exhibit 1201.  I thought we had done that at the

15   beginning of the case, but we'd like to do that now.

16              THE COURT:  So moved.

17              No objection?

18              MR. GARRITY:  No objection.

19              THE COURT:  So moved.

20              MS. ARCO:  Thank you.

21              If you could please pull up Government's Exhibit

22   1201 and scroll to Stipulation No. 9, which I will read into

23   the record.

24              The exhibits in the Government's 900 series

25   (including text message threads, photos, and videos) were

1    obtained through legal process and are authentic, accurate,

2    and exact copies from co-defendant Michael Eckerman's Apple

3    iPhone bearing the serial number IC-579C-E0385A.  The

4    exhibits representing the contents of Eckerman's phone have

5    not been altered or edited in any way and are as they were

6    when the phone was seized from Eckerman's residence on

7    September 17, 2021.  The photo and video exhibits derived

8    from the phone are a fair and accurate depiction of the

9    events at the U.S. Capitol building and grounds on January

10   6, 2021, and the video footage was not altered or edited in

11   any way.  The video footage is authentic in that it is what

12   it purports to be.  The following phone numbers and email

13   coincide with the following individuals:

14          Kirstyn Niemela, (603)288-7169;

15          Michael Eckerman,

16   michael.eckerman@yrcfreight.com --

17          THE COURT:  Counsel, slow down.

18          MS. ARCO:  -- and (316)303-4690;

19          Stefanie Chiguer, (978)996-1187;

20          Candace Eckerman, (316)308-3579;

21          Crystal Herman, (417)771-917;

22          And Mark Leach, (603)765-5535."

23          If you could please bring up Government Exhibit

24   911, which has already been admitted into evidence from

25   counsel's table, Ms. Jenkins.  Thank you.

1   Q.  What are we looking at?

2   A.  This is some sort of a selfie photograph taken from

3   Michael Eckerman's cell phone pursuant to the search

4   warrant.

5   Q.  Okay.  Do you recognize any individuals in this picture?

6   A.  Three for sure.  I have Ms. Niemela right here,

7   Ms. Chiguer right here, and Mr. Leach right there.

8   Q.  Okay.  And what are they wearing?

9   A.  Ms. Niemela is wearing a black hoodie, sunglasses, and a

10  U.S. flag as a cape.

11          Ms. Chiguer is wearing a black hoodie, looks like

12  some red thing around her neck, and a U.S. flag as a cape.

13          And Mr. Leach is wearing a black hoodie.  He's got

14  three-rings on his finger.  He's got the Trump hat on,

15  sunglasses on top of the hat, and he's got a U.S. flag as a

16  cape.

17  Q.  Okay.  And based on your investigation, do you know the

18  date this photo was taken?

19  A.  This was taken on January 6th, I believe.

20  Q.  2021?

21  A.  2021.

22          MS. ARCO:  If you could please pull up Government

23  Exhibit 912, which has already been admitted into evidence.

24  Q.  What are we looking at?

25  A.  Again, this is taken from Mr. Eckerman's cell phone

1    pursuant to the search warrant, another selfie.  It

2    appears to be taken on or about January 6, 2021.  And I

3    have a photograph of who I know to be Ms. Niemela here,

4    Mr. Eckerman here, and Ms. Chiguer right here.

5    Q.  Thank you.

6         MS. ARCO:  If you could please pull up Government

7    Exhibit 913, which has already been admitted into evidence.

8         Oh, actually can we stop here for a second and go

9    back to 912.  I'm so sorry.

10        Oh, okay, you can see it in both pictures.

11   Q.  What is Mr. Eckerman wearing?

12   A.  Mr. Eckerman is wearing a red Trump hat, and he has a

13   sort of black type of jacket, it looks like.  And then on

14   top of the jacket is some sort of tactical vest.

15   Q.  Okay.  Thank you.

16        MS. ARCO:  And if you could please pull up

17   Government Exhibit 913.

18   Q.  And, again, can you please identify any individuals you

19   recognize in this photo?

20   A.  I recognize Ms. Niemela here.  Mr. Eckerman there.

21   Q.  Okay.  And, again, do you, from your investigation, know

22   when this photograph was taken?

23   A.  This was taken on or about January 6, 2021.

24   Q.  Okay.

25        MS. ARCO:  Can you please pull up Government

1    Exhibit 919, which has already been admitted into evidence.

2    Q.  Okay.  Again, what are we looking at?

3    A.  This is a photograph taken from Mr. Eckerman's cell

4    phone.  It is taken on or about January 6, 2021.  It appears

5    to be a selfie.

6         We have Ms. Chiguer right here, Ms. Niemela right

7    here; and I recognize this to be Mr. Eckerman right here,

8    based partly on the fact that this side part of his tactical

9    vest is in the picture as well.

10   Q.  Okay.  And if you look in the foreground of the

11   photograph, do you see anything you recognize?

12   A.  Right here is the Washington Monument.

13   Q.  Thank you.

14        MS. ARCO:  If you could please pull up Government

15   Exhibit 920, which has already been admitted into evidence.

16   Q.  And, again, please identify the individuals you see, and

17   if you know them.

18   A.  This was taken from Mr. Eckerman's cell phone as well.

19   I have Ms. Chiguer right here, Ms. Niemela right here, and

20   Mr. Eckerman right there.

21   Q.  Okay.  And do you know what the text says on

22   Ms. Niemela's sweatshirt?

23   A.  It appears to say, "We the people" in cursive; and then

24   below that is the writing "are pissed off."

25   Q.  And do you know or do you have a sense of who the

1    individual is in the red beanie hat?

2    A.  That I'm not 100 percent sure.

3    Q.  Okay.  But do you know her general relation to

4    Ms. Niemela and Ms. Chiguer?

5    A.  I believe they met that woman the night before at a

6    hotel in Maryland somewhere.

7         MS. ARCO:  Okay.  If you could please pull up

8    Government Exhibit 1201.  I'm going to read Stipulation No.

9    12 into evidence.

10        Stipulation No. 12, Identity of the Defendant.

11        "The photos below were captured in Washington,

12   D.C., on January 6, 2021.  Defendant Niemela is pictured in

13   Government Exhibits 913 and 920 below."

14        I'm going to show an exhibit from the podium,

15   Ms. Jenkins.

16   Q.  Special Agent, I'm going to show you several videos now

17   and ask you some questions about them.

18   A.  Okay.

19   Q.  I'm pulling up Government's Exhibit 403, which has

20   already been admitted into evidence.

21        What are we looking at here?

22   A.  This is somebody named Mike Carter, a Twitter post he

23   made.  And this is a picture taken outside the U.S. Capitol

24   on January 6th.  It appears to be ground level on the north

25   side of the U.S. Capitol on the west side of the building,

1    north end.

2              Those stairs here, from my knowledge, lead to the

3    Senate side of the U.S. Capitol.

4    Q.  Okay.  And what is that white structure that you see on

5    the right side?

6    A.  Sure.  So all of this white structure is the scaffolding

7    you can see behind, and then you have some white mesh that

8    was zip-tied to that.  And this is where they were setting

9    up the construction for the inauguration.

10             And then right here you have stairs that are

11   leading up to the Senate side.

12   Q.  Thank you.

13             MS. ARCO:  I'm going to play and pause at the

14   four-second mark.

15             (Video playing)

16   Q.  What do you see in this shot?

17   A.  You have to really look deep in here, but you can see

18   some of this protection around the scaffolding starting to

19   fail in here.  They're ripping it off.

20             Up in here is being taken off.

21   Q.  Okay.  And what is -- can you tell what this is in the

22   center of the circle?

23   A.  Sure.  That appears to be some individual who I don't

24   know to be climbing into the scaffolding area.

25   Q.  Okay.

1           MS. ARCO:  I'm going to play and pause at the 12-

2    second mark.

3               (Video playing)

4    Q.  Can you identify the person in the yellow circle?

5    A.  That individual is known to me as Ms. Niemela.

6    Q.  And what does she appear to be doing?

7    A.  She's got what appears to be a cell phone in her hand

8    either taking a picture or video from that location.

9    Q.  Okay.  And where is she in relation to the rest of the

10   individuals in the scene?

11   A.  She's a little bit elevated above the crowd.  There

12   appears to be some sort of -- something you can get up on

13   there next to the light pole.

14   Q.  Okay.  Thank you.

15          MS. ARCO:  I'm going to play and pause at the 17-

16   second mark.

17              (Video playing)

18   Q.  Do you recognize any individuals toward the right-hand

19   side of the screen?

20   A.  Sure.  I've got two things going on here.  I have

21   Mr. Eckerman right here looking down.  He's got the tactical

22   vest.  You can tell by the structure of the vest.

23          And then you have Ms. Niemela over here appearing

24   to look down for some reason herself.

25          MS. ARCO:  Okay.  I'm going to play and pause

1    again.

2                  (Video playing)

3    Q.  Do you recognize this person right here?

4    A.  That person is known to me as Ms. Chiguer.

5                  MS. ARCO:  Okay.  If you could please pull up --

6    oh, it's me.  Hold on one second.

7                  I'm pulling up Government Exhibit 930 from the

8    podium.  I'm going to play this in its entirety for the

9    jury.

10                 (Video playing)

11   Q.  Do you know who recorded this video?

12   A.  That I don't know.

13   Q.  Okay.  And what, if anything, in this video is relevant

14   to your investigation?

15   A.  Well, if you watch the whole video from beginning to

16   end, there's a couple of things going on.

17                 You can see this white protective net on the

18   right-hand side of the screen at some point in this video

19   failing and people climbing through the white netting and

20   going into the scaffolding.

21                 And then you see several people -- these are the

22   bike racks --

23                 THE COURT:  Excuse me, sir.

24                 Is the whole video in evidence or just this clip?

25                 MS. ARCO:  The whole video is in evidence, Your

1    Honor.  My apologies.

2    A.  And you can see the bike racks being used as basically

3    ladders to get up.  And then they're passing the bike racks

4    up to the group that's up above them.

5              MS. ARCO:  Okay.  I'm going to play it again very

6    quickly and pause at the end of the video.

7              (Video playing)

8    Q.  Did you see anyone in that very last frame of the video

9    that you recognize?

10   A.  In the very last frame you can see Mr. Eckerman on the

11   right-hand side of the screen walking away from the camera.

12   Q.  Okay.

13   A.  And I recognize him by the tactical vest.

14   Q.  Okay.  And did you hear any comment right at the end of

15   the video that is relevant to your investigation?

16   A.  The comment -- someone was calling out to Mike.

17   Q.  Okay.  Do you recognize the voice?

18   A.  I recognize the voice to be who I believe is Stefanie

19   Chiguer.

20   Q.  Okay.

21   A.  I know that from speaking to her during an interview.

22   Q.  Thank you.

23             MS. ARCO:  I'm going to pull up Government Exhibit

24   931, which has already been admitted into evidence.

25             I'm going to play it in its entirety for the jury.

1              (Video playing)

2              MS. ARCO:  I'm pausing at the 15-second mark

3       quickly.

4       Q.  What are we witnessing?

5       A.  You have the people inside the scaffolding now tearing

6       down the white still, and you have people passing these bike

7       racks above their heads to others in the crowd.

8              MS. ARCO:  Okay.  I'm going to continue playing.

9              (Video playing)

10      Q.  Do you recognize anybody in this still shot at the 17-

11      second mark?

12      A.  From the back this appears to me to be Mr. Eckerman

13      based on the brief photographs I've seen of the red hat and

14      this tactical vest here.

15      Q.  Thank you.

16             MS. ARCO:  I'm going to bring up Government's

17      Exhibit 101, which has already been admitted into evidence.

18      Q.  What is this?

19      A.  This is surveillance video from the U.S. Capitol, the

20      Upper West Terrace, which is taken from a view higher than

21      ground level, obviously.  And you'll see the white

22      scaffolding here.  The stairs leading up to the Senate are

23      right here.  And this is some construction area going on

24      behind those forms, so to speak.

25      Q.  Okay.  And can you please read the time-stamp in the

1    upper left corner?

2    A.   The time-stamp is -- oh, up top?   It is at 2:20 p.m. on

3    January 6th.

4    Q.   Thank you.

5            And based on your investigation, do you know

6    whether there is any other way to get through -- up to this

7    staircase besides through that scaffolding area?

8    A.   To my knowledge, no.

9    Q.   Okay.

10           MS. ARCO:   I'm going to play for the jury and

11   pause at the 26-second mark.

12           (Video playing)

13   Q.   Do you recognize any individuals in this still shot?

14   A.   Well, just prior to this stopping I saw Mr. Eckerman

15   going up and shaking this guy's hand.

16           This is Ms. Chiguer right there, and this is

17   Ms. Niemela.

18   Q.   Okay.   Thank you.

19           MS. ARCO:   I'm continuing to play.

20           (Video playing)

21           MS. ARCO:   And I'm stopping at the end of the

22   clip.

23           I'm going to pull up Government Exhibit 501, which

24   has already been admitted into evidence.

25   Q.   What is this?

1    A.   This is video from somebody named JR, initials, so it's

2    somebody that was there, not an official government video.

3              And this is the ground level on the U.S. Capitol,

4    west side, going up the stairs towards the Senate.

5    Q.   Okay.  And are those the stairs that we just saw in the

6    surveillance footage?

7    A.   It is, but from the ground level.

8              MS. ARCO:  Okay.  I'm going to play and pause at

9    the five-second mark.

10             (Video playing)

11   Q.   Can you identify the individual in the yellow circle?

12   A.   Sure.  This right here is Ms. Niemela.  This is

13   Ms. Chiguer.  And if you look carefully, this is

14   Mr. Eckerman right there.

15   Q.   Thank you.

16             MS. ARCO:  Continuing to play.

17             (Video playing)

18             MS. ARCO:  I'm pausing at the 21-second mark.

19   Q.   Can you give us a rough estimate of how many people are

20   on those stairs?

21   A.   Oh, hundreds.

22             MS. ARCO:  Playing through the end of the clip.

23             (Video playing)

24             MS. ARCO:  I'm going to pull up Government's

25   Exhibit 102, which has already been admitted into evidence.

1            (Video playing)

2            MS. ARCO:  I'm pausing at the three-second mark.

3     Q.  What do you see on the right side of the screen?  What's

4     going on?

5     A.  On the right-hand side obviously this window has been

6     broken out.  This is not a normal way of egress in and out

7     of that building.  So people are climbing through the

8     window.

9            I recognize this as a surveillance photograph from

10    the U.S. Capitol inside the Senate Wing.

11    Q.  Okay.  And can you please read the time-stamp at the top

12    of the corner?

13    A.  This is at 2:23 on January 6, 2021.

14    Q.  Okay.

15            MS. ARCO:  I'm going to play and pause at second

16    13.

17            (Video playing)

18    Q.  And from here on out, Special Agent, if you could, as I

19    continue to play the clip, focus on the people coming in

20    through the window.

21            (Video playing)

22    Q.  Approximately how many people went through the window in

23    those five seconds -- or ten seconds?

24    A.  Four or five.

25    Q.  Do you recognize anybody in that window at the moment?

```
1              MS. ARCO:  I'm pausing at the 23-second mark.
2    A.  Sure.  If you look very carefully, you can see
3    Ms. Niemela right here.
4              Let me clear that.
5              Yes.  Ms. Chiguer right there, and Mr. Eckerman
6    right there.
7    Q.  Okay.  Thank you.
8              And does Ms. Niemela appear to be wearing anything
9    on her face?
10   A.  She has sunglasses on.
11   Q.  Okay.
12             MS. ARCO:  Continuing to play.
13             (Video playing)
14             MS. ARCO:  Pausing at the 43-second mark.
15   Q.  What did we just witness?
16   A.  So you have Mr. Eckerman right here, Ms. Chiguer right
17   here, and Ms. Niemela right here.
18             This is the Capitol video still, the Senate Wing
19   Door.  They came in the door and immediately go off to the
20   right.
21             The actual Senate is over here in this direction
22   here.
23             This hallway leads you to an area known as the
24   Crypt.
25   Q.  Thank you.
```

1          MS. ARCO:  I'll continue to play through the end.

2          (Video playing)

3          MS. ARCO:  I'm going to pull up Government Exhibit

4    408, which has already been admitted into evidence.

5          (Video playing)

6          MS. ARCO:  Pausing at the 22-second mark.

7    Q.  What are we seeing?  What are we hearing?

8    A.  So this appears to be a private citizen's video, and I

9    know this to be the U.S. Capitol, west side, Senate Wing.

10         Watching this video, the Senate Wing Doors are

11   right here (indicating) with the crowd chanting "Take it

12   back."

13         And for a reference point, off to the left would

14   be the Senate parliamentary door.  You really can't see it

15   here, but just as a point of reference.

16   Q.  Thank you.

17         MS. ARCO:  And I'll continue to play.

18         (Video playing)

19         MS. ARCO:  Pausing at the 47-second mark.

20   Q.  What is the yellow arrow pointing to?

21   A.  This is broken glass window or door to the Senate side.

22   Q.  Okay.  Is this the same door that we just saw

23   Ms. Niemela enter through?

24   A.  It is.

25         So for reference point, this is the door they

1    entered, and this is the -- over here, where you see this

2    gentleman in the tan hood going, that is the window they

3    were crawling through or jumping through.

4    Q.  Okay.  Thank you.

5           MS. ARCO:  I'm going to play again and pause at

6    second 53.

7           (Video playing)

8    Q.  What did we just witness?  What are we hearing?

9    A.  You hear an audible pitch.  That was the alarm going on

10   with the doors being breached.

11   Q.  Thank you.

12          MS. ARCO:  I'm going to pull up Government's

13   Exhibit 103, which has been admitted into evidence.

14   Q.  What are we looking at?

15   A.  This is surveillance footage from the U.S. Capitol

16   themselves.  This is the area known as the Crypt.

17   Q.  Okay.  And do you see anything of relevance in the

18   center of the screen?

19   A.  Well, you have the police trying to make a police line

20   in this area here.  It looks like there's an officer over

21   here and some back-ups over here.  And then the crowd's

22   gathering in front of them.

23   Q.  Okay.

24          MS. ARCO:  I'm going to play and pause at the

25   three-minute-38-second mark.

```
 1              Actually I'll skip to the three-minute mark to
 2      save some time.
 3              Playing from the three-minute mark.
 4              (Video playing)
 5      Q.  Okay.  And in the center of the screen kind of between
 6      those columns that you were pointing out just now, does the
 7      police line still appear to be intact here?
 8      A.  It does.
 9      Q.  Okay.
10              MS. ARCO:  I'm going to continue to play.
11              (Video playing)
12      Q.  Now it's blurry, but do you recognize anyone on the
13      right side of the screen to the right of the statue?
14      A.  I can't say I do right now.
15      Q.  Okay.  What about in that circle?
16      A.  I'm not 100 percent sure.  It's a little blurry still.
17      Q.  Okay.
18              MS. ARCO:  Continuing to play.
19              (Video playing)
20      Q.  What about this individual in the circle?
21      A.  So I recognize, based on the hat and the green color for
22      the tactical vest, who I believe to be Michael Eckerman
23      there.
24      Q.  Okay.  And that's at the three-minute-52-mark?
25      A.  It is.
```

 1    Q.  Okay.

 2              (Video playing)

 3    Q.  Again, it's blurry, but do you recognize anyone in the

 4    circle?

 5    A.  There's a black hood.  That's what Kirstyn Niemela had

 6    on her head at the time.  But with the back view, it could

 7    be anybody else, too.

 8              (Video playing)

 9              MS. ARCO:  Pausing at the three-minute-54-second

10    mark.

11    Q.  Special Agent, based on your review of footage

12    throughout the Capitol, either surveillance footage or

13    otherwise, do you know whether Ms. Niemela was ever

14    separated from Mr. Eckerman or Ms. Chiguer during her time

15    in the Capitol?

16    A.  They were not.  All three stayed together the entire

17    time.

18    Q.  Okay.  So do you believe that they're together in this

19    particular scene?

20    A.  They are.  As a still photograph, it's blurry.  But

21    as you see them walk in, you can see Mr. Eckerman and

22    Ms. Chiguer clearly, because she has a bigger frame than

23    Ms. Niemela, so you can kind of get lost in the crowd.

24              But when they stop it, it's kind of blurry.  But

25    watching the video as it rolls, it's...

1    Q.   Okay.  Thank you.  I know it's not the best footage.

2              MS. ARCO:  Continuing to play.

3              (Video playing)

4              MS. ARCO:  I'm pausing at the four-minute-four-

5    second mark.

6    Q.   Does the police line that you identified earlier still

7    appear to be intact?

8    A.   No.  In this video you see the police line has now

9    failed.  The crowd has been -- is now pushing forward.

10   There's not nearly as many people down in this area now as

11   there had been moments before.

12   Q.   Okay.  Thank you.

13             MS. ARCO:  I'm pulling up Government Exhibit 502,

14   which has already been admitted into evidence.

15             I'm going to play from the two-minute-35-second

16   mark.

17             (Video playing)

18   Q.   Just in this still photograph, do you recognize any

19   individuals towards the left side of the circle?

20   A.   I'd have to see it played the whole way through.

21   Q.   Okay.  I'll play it a little bit.

22             MS. ARCO:  I'm playing from the two-minute-31-

23   second mark.

24             (Video playing)

25             MS. ARCO:  Pausing at the two-minute-32 mark.

1    Q.  What about this individual here?  Do you recognize that

2    individual?

3    A.  That individual is Ms. Chiguer.

4    Q.  Okay.

5              (Video playing)

6    Q.  I've continued to play.  I'm now pausing at the three-

7    minute-10-second mark.

8              Do you recognize the individual in the yellow

9    circle?

10   A.  I do.  That's Ms. Niemela.

11   Q.  Okay.  And do you recognize any other individuals in

12   this still shot?

13   A.  Just before this paused, Ms. Chiguer is somewhere behind

14   this individual here.  And this is who I know to be

15   Lieutenant Detorie.

16   Q.  Thank you.

17             MS. ARCO:  I'm pulling up Government's Exhibit

18   104, which has already been admitted into evidence, and

19   playing for the jury.

20             (Video playing)

21   Q.  What are we looking at, Special Agent?

22   A.  This is surveillance video from inside the U.S. Capitol.

23   This is U.S. Capitol surveillance cameras.

24             And this is the Crypt area, and you have the

25   police line holding right here right now.

1    Q.   Thank you.  And could you please read the time-stamp?

2    A.   The time-stamp on this is 2:25 p.m. on January 6, 2021.

3    Q.   Thank you.

4            MS. ARCO:  I'm going to play.

5            (Video playing)

6            MS. ARCO:  Pausing at the 29-second mark.

7    Q.   And, Special Agent, from here, if you could just focus

8    on the left corner between these two pillars.

9            MS. ARCO:  I'm playing.

10           (Video playing)

11   Q.   Again, I know it's blurry, but do you recognize the

12   individual in the circle?

13   A.   That's Lieutenant Detorie.  I recognize her from her

14   blonde hair and reviewing these with her in the past.

15           MS. ARCO:  Continuing to play.

16           (Video playing)

17           MS. ARCO:  Pausing at the one-minute-four-second

18   mark.

19   Q.   What did we just witness?

20   A.   The sheer weight of this crowd has overwhelmed the

21   limited amount of police officers, and now Detorie is right

22   here in the middle trying to, I guess, survive the swarm.

23   Q.   Okay.

24           MS. ARCO:  Continuing to play.

25           (Video playing)

1    Q.  What do you see Lieutenant Detorie doing in this still

2    shot or in the past couple of seconds?

3    A.  She is trying to -- I don't know how to put it.

4            I mean, she's just -- she was overwhelmed by the

5    folks, and she's trying to get back to her other officers.

6    Q.  Okay.  And do you see any fellow officers in her

7    vicinity?

8    A.  There were.  At some point they get -- there was like

9    four of them total to go back to back over here to protect

10   themselves.

11   Q.  And is that what they're doing right now, back to back?

12   A.  Yes.

13   Q.  Thank you.

14           MS. ARCO:  And I'll continue to play.

15           (Video playing)

16           MS. ARCO:  Pausing at the one-minute-47-second

17   mark.

18   Q.  Do you recognize the person immediately in front of

19   Lieutenant Detorie at the moment?

20   A.  So everyone here -- this is Lieutenant Detorie on here.

21   This individual right here is Mr. Eckerman.  And this one

22   here is Ms. Chiguer.

23   Q.  Okay.

24           MS. ARCO:  Continuing to play.

25           (Video playing)

1             MS. ARCO:  Pausing at the one-minute-52-second

2    mark.

3    Q.  What about now?  Do you recognize anyone else in the

4    vicinity of Lieutenant Detorie?

5    A.  Sure.  So as this video was rolling, I was paying

6    attention to Lieutenant Detorie right there.  Mr. Eckerman,

7    just prior to the stopping, was saying something directly in

8    her direction.  And then this is Ms. Niemela.

9    Q.  Okay.  And in what direction does she appear to be

10    looking?

11    A.  She's looking in the direction of Lieutenant Detorie

12    right there.

13              MS. ARCO:  Continuing to play.

14              (Video playing)

15              MS. ARCO:  And pausing at the one-minute-58-second

16    mark.

17    Q.  In the moments we just saw, how far away would you say

18    Ms. Niemela was from Lieutenant Detorie approximately?

19    A.  Approximately three feet, two or three feet.

20    Q.  I'm sorry, what did you say?

21    A.  Approximately two to three feet as she passed by.

22    Q.  Thank you.

23              MS. ARCO:  Pulling up Government Exhibit 105,

24    which has already been admitted into evidence.

25              (Video playing)

1          MS. ARCO:  Pausing at the eight-second mark.

2     Q.  What are we looking at?

3     A.  So this is surveillance video from the U.S. Capitol

4     inside the Crypt area.  You have a police line right here

5     trying to stop the group from moving forward.  And in the

6     rear here is what's known as Memorial Door.

7     Q.  Okay.  And is that an internal door?  External door?

8     A.  That I'm not sure of.

9          I can also -- for a reference point, there are

10    stairs here that lead up to the next floor.

11    Q.  Okay.  And approximately how many officers are in the

12    shot that you see?

13    A.  I can see three.

14    Q.  Okay.  And approximately how many rioters?

15    A.  Hundreds.

16          MS. ARCO:  Continuing to play.

17          (Video playing)

18          MS. ARCO:  Pausing at the 53-second mark.

19    Q.  Do you recognize -- I know it's hard to see -- anyone in

20    the blue circle?

21    A.  So coming into frame right here is Mr. Eckerman, and

22    Ms. Chiguer right there.

23          MS. ARCO:  Continuing to play.

24          (Video playing)

25    Q.  What about now?  Did you see anyone else in this clip

1    that we just witnessed?

2              MS. ARCO:  Pausing at the one-minute-three-second

3    mark.

4    A.  Sure.  So what you just witnessed was Mr. Eckerman

5    there, Ms. Chiguer here, and Ms. Niemela in here.  And they

6    made their way -- from this area they made their way through

7    the crowd to the front.

8    Q.  Okay.

9    A.  I could note to you, one way to watch it, too, is to

10   watch that they hold the back of Mr. Eckerman's tactical

11   vest as they make their way through the crowd.

12   Q.  I'm sorry, what did you say?  They hold what?

13   A.  Mr. Eckerman is wearing a tactical vest, a green one.

14   And they're holding on to the back of his tactical vest as

15   he leads them through the crowd to the front.

16   Q.  Okay.

17             I'm going back to the one-minute mark.  If you can

18   just direct your attention to beneath the chandelier behind

19   the police line or just behind the police line.

20             (Video playing)

21   Q.  If you could focus in this area, Special Agent.

22             (Video playing)

23   Q.  What did we just witness in that area?

24   A.  So you saw a couple of officers coming to back up these

25   officers holding the line.  This individual is known to me

1    through this investigation as Officer Yetter.

2    Q.  Okay.  And where are Ms. Niemela and her companions

3    right now?

4    A.  I believe they're up here in the front.

5    Q.  Approximately how many rows back from the police line at

6    this particular moment?

7    A.  One or two.

8              MS. ARCO:  Continuing to play.

9              (Video playing)

10   Q.  What did we just witness?

11             MS. ARCO:  Pausing at the one-minute-26-second

12   mark.

13   A.  So the police line failed here as well, and you saw

14   Mr. Eckerman, Ms. Chiguer, and Ms. Niemela come through the

15   line right at this point here.  You lost them for a little

16   bit with this flag coming in front.  But if you watch from

17   the beginning through it, they push through.

18   Q.  Okay.  And if you could please direct your attention to

19   kind of just beyond the chandelier in this area, please, as

20   I continue to play the clip.

21             (Video playing)

22             MS. ARCO:  Pausing at the one-minute-48-second

23   mark.

24   Q.  What did we just witness in that area beyond the

25   chandelier?

1    A.  Off to the right here you see the crowd start to

2    identify that staircase going upstairs and pushing their way

3    up in that direction.

4    Q.  Okay.  And what about -- if you kind of look through the

5    chandelier -- I know it's hard.  I'm going to play it one

6    more time from the one-minute-44-second mark just in this

7    area, if you notice anything.

8              (Video playing)

9              MS. ARCO:  Pausing at the one-minute-49-second

10   mark.

11   Q.  Did you notice anything just now?

12   A.  Sure.  So the still photograph, it's hard to see.  But

13   if you watch the video seconds before and after these clean

14   defined lines here are starting to blur because there is

15   smoke appearing in these areas right here.

16   Q.  Thank you.

17             MS. ARCO:  Continuing to play the clip.

18             (Video playing)

19   Q.  And what did we just witness just now?

20             MS. ARCO:  Pausing at the two-minute-two-second

21   mark.

22   A.  So the smoke -- the brown door that was in here is

23   now -- you can't see.  Smoke has filled that room, and some

24   of the crowd is now coming back this way.

25   Q.  Okay.

1                 MS. ARCO:  Continuing to play.

2                 (Video playing)

3                 MS. ARCO:  Pausing at the two-minute-10-second

4    mark.

5    Q.  Did you recognize any individuals just below the

6    chandelier?

7    A.  Sure.  You have Ms. Niemela right here.  Ms. Chiguer

8    right here.

9    Q.  Okay.

10                MS. ARCO:  Continuing to play.

11                (Video playing)

12                MS. ARCO:  Pausing at the two-minute-33-second

13   mark.

14   Q.  What did we just witness?

15   A.  We saw Mr. Eckerman leading the way, with Ms. Chiguer

16   behind him and Ms. Niemela behind her going up these stairs

17   right here or looking -- what appear to be looking up the

18   stairs.  And then they disappear off screen to the right.

19                You catch Ms. Chiguer looking hard up to her right

20   up those stairs.

21   Q.  Okay.  Thank you.

22                MS. ARCO:  I'm going to pull up Government Exhibit

23   503, which has been admitted into evidence.

24                (Video playing)

25   Q.  What are we looking at, Special Agent?

1          MS. ARCO:  Pausing at the eight-second mark.

2     A.  So this is video that appears to be taken by a private

3     citizen at that same location but not from an aerial view

4     now.  This is ground level.

5          Where we were talking earlier about the three

6     officers, here are two of the three right here.  And then

7     those stairs that I was referencing a moment ago going

8     upstairs are right there.

9     Q.  Okay.  And what does the officer on the right appear to

10    be doing?

11    A.  He appears to be on a radio of some sort or trying to

12    listen to some sort of communication.

13    Q.  Okay.

14         MS. ARCO:  Continuing to play.

15         (Video playing)

16    Q.  Did you hear anything of relevance just now?

17    A.  "This is wrong."

18    Q.  Okay.  I'm just going to -- I had paused at the 24-

19    second mark.  I'm going to roll it back to the 20-second

20    mark.

21         Let me know if you hear any other comments of

22    relevance.

23         (Video playing)

24         MS. ARCO:  I'm pausing at the 23-second mark.

25    Q.  Did you hear any other comments of relevance?

1    A.  Some reference to Antifa.

2    Q.  And following that comment?

3    A.  "This is war."

4    Q.  Okay.  I'm going to play it one more time, and then

5    we'll see if there's anything else that comes up.

6              (Video playing)

7    Q.  Did you hear that comment?

8    A.  I can't say I did.

9    Q.  Okay.  It's okay.

10             MS. ARCO:  I'm going to play from the 20-second

11   mark.

12             (Video playing)

13   Q.  Did you hear any comments of relevance just now?

14   A.  "We're going to go, bro."

15             MS. ARCO:  Okay.  I'm paused at the 35-second

16   mark, and now continuing to play.

17             (Video playing)

18   Q.  What did we just witness?

19   A.  The group was kind of trying to push forward.  And you

20   have one, two, three -- maybe a fourth back here -- officers

21   coming to back him up.  And this individual I know through

22   my investigation, through interviews, to be Officer Yetter.

23   Q.  Okay.

24             MS. ARCO:  Continuing to play from the 55-second

25   mark.

```
 1                    (Video playing)
 2                    MS. ARCO:  Pausing at the one-minute-seven-second
 3       mark.
 4       Q.  What do the officers appear to be doing?
 5       A.  They're trying to detain one of the protesters.
 6                    MS. ARCO:  Okay.  If you could -- I'm continuing
 7       to play.
 8                    (Video playing)
 9       Q.  What did we just witness?
10       A.  The police line failed.
11                    (Video playing)
12                    MS. ARCO:  Pausing at the one-minute-15-second
13       mark.
14       Q.  Do you recognize anyone on the screen?
15       A.  If you look carefully, this is Mr. Eckerman right here.
16       He appears to have his left hand extended, and Officer
17       Yetter has got his hand on his shoulder right there.
18       Q.  Okay.  And what about -- I know it's hard to see --
19       A.  This is very tight, but this is a side profile of
20       Ms. Chiguer.
21       Q.  Okay.
22                    MS. ARCO:  Continuing to play through the end.
23                    (Video playing)
24       Q.  Okay.  And what did we just witness?
25       A.  We witnessed the group overpower the limited amount of
```

1    police officers there at that choke point, and they tried to

2    detain one of them, and then the group just surged forward.

3    Q.  Okay.

4               MS. ARCO:  I'm going to pull up Government Exhibit

5    504, which has already been admitted into evidence.

6    Q.  What are we looking at?

7    A.  Some sort of video inside the U.S. Capitol.

8               This is the same -- this would be the same area we

9    just watched -- were watching.  And you have Ms. Chiguer

10   right there.

11   Q.  Do you recognize anyone in this frame?

12   A.  Yes.  Mr. Eckerman right here.  And I believe this is

13   going to be Officer Yetter.

14   Q.  Okay.  In what direction is Mr. Eckerman looking?

15   A.  He's looking directly in Yetter's face.

16              MS. ARCO:  Okay.  Continuing to move through the

17   slide show.

18   Q.  And what do you see in this frame?

19   A.  We have Ms. Chiguer right here, Mr. Eckerman right here,

20   Officer Yetter here, and the stairs going upstairs right

21   here.

22   Q.  Okay.  And what does Mr. Eckerman and Officer Yetter

23   appear to be doing?

24   A.  The hand appears to be -- right here -- appears to be

25   Officer Yetter's hand on his shoulder.

1    Q.  On whose shoulder?

2    A.  On Mr. Eckerman's shoulder.

3             MS. ARCO:  Okay.  Continuing to click through the

4    slides.

5             (Pause)

6             MS. ARCO:  Stopping on Slide 78.

7    Q.  What did we just witness?

8    A.  The group advancing on the officers.

9    Q.  Okay.  I'm going to go back to Slide 62, and if you

10   could please focus on Officer Yetter and Mr. Eckerman.

11            MS. ARCO:  Clicking through again.

12                 (Slides playing)

13   Q.  Do you know, what did we just witness?

14   A.  So you see Officer Yetter lose contact with his hands

15   with Mr. Eckerman as Mr. Eckerman is advancing.  He's

16   pushing with his left arm on to Officer Yetter.

17   Q.  Okay.  And based on your review of footage of this

18   scene, including the surveillance footage we've just

19   witnessed, is Ms. Niemela present during this scene?

20   A.  Yes.  She'd be somewhere back in here.  You can -- by

21   the -- I believe this is going to be Ms. Chiguer right

22   there.  And based on the entirety of what I've reviewed in

23   this, Ms. Niemela will be somewhere in that area, too, but

24   she is smaller.

25   Q.  Okay.  And based on your review of the footage, how far

1    away approximately is Ms. Niemela at any given time during

2    this scene from Ms. Chiguer and Mr. Eckerman?

3    A.   During this scene?  No more than a foot or two,

4    typically holding on to each other going through the crowd.

5    Q.   Thank you.

6         MS. ARCO:   I'm going to pull up Government Exhibit

7    411, which has already been admitted into evidence.

8         (Video playing)

9    Q.   What is this, Special Agent Hastbacka?

10   A.   So this is something -- video footage within the Capitol

11   on January 6th by somebody calling themselves Freedom News.

12   It's common now for people to call themselves reporters or

13   whatever person in audit groups.

14        But regardless, what you're seeing in this

15   video is Mr. Eckerman right here, Ms. Chiguer right here,

16   Ms. Niemela right here.

17   Q.   Okay.  And what area are they in right now?

18   A.   We are -- this video is inside that -- well, the lower

19   level by the Crypt area.  And what you're witnessing here is

20   the other view.  The stairs we were mentioning earlier are

21   here.

22        But you have this individual, who is a key to pay

23   attention to because he has now picked up a fire

24   extinguisher.  And as the video will roll through, you will

25   see this individual pull the pin to that fire extinguisher

1    and set it off.

2              And in the previous video, if you recall, you saw

3    smoke in this -- this particular hallway that caused the

4    group to retreat, and I believe that smoke in that hallway

5    came from this fire extinguisher right here with these three

6    right here.

7    Q.  Okay.  Thank you.

8              MS. ARCO:  I'm going to continue to play the clip.

9    And I had paused at the two-second mark.

10             (Video playing)

11             MS. ARCO:  Pausing at the seven-second mark.

12   Q.  Do you see anyone on the screen that you recognize?

13   A.  Sure.  This is Ms. Niemela looking back in the direction

14   of this camera, Ms. Chiguer right there, and Mr. Eckerman

15   right there.

16   Q.  Thank you.

17             MS. ARCO:  Continuing to play.

18             (Video playing)

19             MS. ARCO:  Pausing at the ten-second mark.

20   Q.  What do we see on the screen?

21   A.  You see an officer here trying to stop these individuals

22   going up the stairs.

23   Q.  Okay.  And do you know where the stairs lead to,

24   approximately?

25   A.  In the area of Statuary Hall.

1    Q.  Okay.

2              MS. ARCO:  Continuing to play.

3              (Video playing)

4              MS. ARCO:  I'm going to pull up Government's

5    Exhibit 410, which has been admitted into evidence.

6              (Video playing)

7    Q.  What are we looking at?

8              MS. ARCO:  Pausing at the four-second mark.

9    A.  This is video publicly available, Getty Images.  It's

10   from ITV, which is a British broadcasting company.

11             This is inside the Crypt -- you can identify the

12   columns here -- inside the United States Capitol on January

13   6th.

14   Q.  Okay.

15             MS. ARCO:  Continuing to play.

16             (Video playing)

17   Q.  What did we just witness?

18   A.  The group advancing on the filmer here.  And I believe

19   you see Ms. Chiguer right here and Ms. Niemela right here.

20   Q.  Okay.  And are they in the same space that we've been

21   seeing in the videos just recently?

22   A.  So like I said, this is Statuary Hall.  This is the

23   smoke in this doorway here.  And I believe the stairs going

24   upstairs are right here.  And here they are looking in that

25   direction.

1    Q.  Okay.

2            MS. ARCO:  Continuing to play.

3            (Video playing)

4    Q.  What, if anything, was significant in your investigation

5    of what we just viewed?

6    A.  Well, what we just viewed is this woman, who I don't

7    know, telling people to get up the stairs.

8            But the other individual, just seconds before that

9    that had pulled the fire extinguisher, was exiting that

10   room, and -- in the direction to the bottom of the camera.

11   And people were starting to go up to the second floor based

12   on this woman's directions.

13   Q.  And was Ms. Niemela and her companions some of the

14   individuals who went up the stairs?

15   A.  They were.  And whoever this woman was, obviously by her

16   appearance, did not appear to be an employee of the Capitol.

17           MS. ARCO:  Calling up Government's Exhibit 505,

18   which has now been admitted into evidence.

19           (Video playing)

20           MS. ARCO:  I'm pausing at the four-second mark.

21   Q.  What is this?

22   A.  This is video taken by one of the participants.  And

23   this is that little area -- that little room outside of the

24   Crypt where the stairs are right in this area here.  And

25   you'll see the crowd going up the stairs.

 1          MS. ARCO:  Continuing to play.

 2          (Video playing)

 3   Q.  And what are we looking at at the top of the screen by

 4   the stairs?

 5   A.  There's an officer here trying to block their way from

 6   going up.

 7   Q.  Okay.

 8          MS. ARCO:  Continuing to play.  And that was the

 9   16-second mark.

10          (Video playing)

11          MS. ARCO:  Pausing at the 17-second mark.

12   Q.  What does the yellow arrow appear to be pointing to?

13   A.  I can't see anything right now on this screen.

14   Q.  Okay.  If I could direct your attention to the doorway,

15   I'm going to back the clip up --

16   A.  Oh, okay.

17   Q.  -- from the 16-second mark.

18   A.  So this is the smoke from that fire extinguisher in that

19   hallway.

20          MS. ARCO:  Okay.  And that's at the 17-second

21   mark.

22          Continuing to play.

23          (Video playing)

24          MS. ARCO:  Pausing at the 29-second mark.

25   Q.  Do you recognize the individual in the yellow circle?

1    A.   Sure.   This is Ms. Niemela.   This is Ms. Chiguer right

2    here.   And this is Mr. Eckerman right here.

3              The individual I pointed out earlier that pulled

4    the fire extinguisher is right here walking away from the

5    direction of the smoke.

6    Q.   Okay.   And besides the tactical vest and the hat that

7    you identified earlier that Mr. Eckerman was wearing,

8    anything else that he's wearing that was of note?

9    A.   Yes.   It's easy to pick him out of the crowd at points

10   because he has these yellow neon gloves that aren't

11   typically worn in this crowd.   And at some points when I was

12   trying to find him in the crowd, you would see the gloves

13   that would draw your attention to him.

14   Q.   Okay.   And does the -- and what can you tell us about

15   the top right of the screen?

16   A.   There's one officer here.   The crowd is not yet going up

17   that stairway.

18              Ms. Niemela does not have her sunglasses on

19   anymore.

20   Q.   Okay.   Is she wearing anything else on her face?

21   A.   She now has a black mask of some sort over her face.

22   Q.   Okay.

23              MS. ARCO:   Continuing to play.

24              (Video playing)

25              MS. ARCO:   Pausing at the 37-second mark.

1   Q.  Did you notice anything of relevance to your

2   investigation just now?

3   A.  Sure.  Just before this stopped you see the three of

4   them pull back off those stairs for a moment.  But they

5   never go back into this Crypt area.  They stay in that

6   little area at the bottom of the stairs.

7              MS. ARCO:  Continuing to play.

8              (Video playing)

9              MS. ARCO:  Pausing at the 56-second mark.

10  Q.  Do you recognize anyone in this still shot?

11  A.  You have Mr. Eckerman here, Ms. Niemela here,

12  Ms. Chiguer here.  They're all looking up the stairs.  The

13  stairs have not yet failed for security purposes, but

14  they're looking in that direction.

15             MS. ARCO:  Okay.  Continuing to play through the

16  end.

17             (Video playing)

18  Q.  And what did we just witness?

19  A.  The limited resources the Capitol Police had guarding

20  those stairs failed, and you see Ms. Niemela, Ms. Chiguer,

21  and Mr. Eckerman advance up the stairs.

22  Q.  Okay.

23             MS. ARCO:  Pulling up Government's Exhibit 107,

24  which has already been admitted into evidence.  And I'll

25  begin from the one-minute mark.

```
1                    (Video playing)

2    Q.   What are we looking at, Special Agent?

3    A.   So this is the next level up at the Capitol.  This is

4    U.S. Capitol surveillance tape, and this is what's known as

5    Statuary Hall inside the U.S. Capitol on January 6th.

6    Q.   Can you please read the time-stamp?

7    A.   2:30 p.m.

8    Q.   Okay.

9              MS. ARCO:  Continuing to play.

10                   (Video playing)

11             MS. ARCO:  Pausing at the one-minute-16-second

12   mark.

13   Q.   Do you recognize anyone on the screen?

14   A.   Sure.  As I mentioned earlier, the neon gloves are

15   kind of an indicator.  That's Mr. Eckerman right here,

16   Ms. Chiquer right here, and Ms. Niemela right here walking

17   away from the camera.

18             MS. ARCO:  Continuing to play.

19                   (Video playing)

20             MS. ARCO:  Pausing at the one-minute-34-second

21   mark.

22   Q.   And what did we just witness?

23   A.   They just exited the view of the camera.

24             MS. ARCO:  Pulling up Government's Exhibit 405,

25   which has been admitted into evidence.
```

1            Oh, I actually think this is -- sorry.  If we can

2    publish from counsel's table, please.

3    Q.  What are we looking at?

4    A.  This is CNN video of January 6, 2021.  This is

5    Mr. Eckerman right here.  This is Ms. Chiguer right here.

6    And Ms. Niemela right here.

7            MS. ARCO:  Okay.  I'm going to pull up

8    Government's Exhibit 406.  If we can publish from the

9    podium.  This has already been admitted into evidence.

10           (Video playing)

11   Q.  And what is this, Special Agent?

12   A.  This is another view, private citizen's video, of

13   Statuary Hall on January 6, 2021.

14           THE COURT:  Counsel, how much longer?

15           MS. ARCO:  Pardon?

16           THE COURT:  How much longer?

17           MS. ARCO:  We've got a while to go.  Maybe now

18   would be a good time for a break if you were --

19           THE COURT:  Well, how much longer?

20           MS. ARCO:  About another hour.  We have a lot of

21   videos to get through.

22           THE COURT:  Okay.  Why don't we take our morning

23   break, ladies and gentlemen.  Let's reconvene at five

24   minutes to 11:00.  Okay?

25           MS. ARCO:  Thank you.

```
 1                    (Jury exits courtroom)
 2             THE COURT:  All right.  You can step down, sir.
 3             MS. ARCO:  I should have answered the question
 4       asked.
 5             THE COURT:  We've seen a lot of video.  Let's see
 6       if we can streamline a little bit.
 7             MS. ARCO:  Okay.
 8             THE COURT:  It's your case, obviously, but food
 9       for thought.
10             MS. ARCO:  Thank you.
11             THE COURT:  All right.  See you in 15 minutes.
12             Oh, Mr. Kramer has an appearance in another
13       courtroom starting about now, and he said he would come here
14       afterwards.
15             I don't know if Mr. Leach is available or not, but
16       you may -- he's in the building, and he'll come to the
17       courtroom when he's ready.  Okay?
18             MR. GARRITY:  Thank you.
19             THE COURT:  Ms. Arco?
20             MS. ARCO:  I should note for the record -- we
21       usually do in any case where the Federal Public Defender is
22       involved -- my husband works at the Federal Public
23       Defender's office.  So I'm sure A.J. will see me; he'll know
24       that; and he will have to advise Mr. Leach accordingly.
25             THE COURT:  I'm sure A.J. will be professional.
```

```
1              MS. ARCO:  Yes.

2              (Recess taken)

3              THE COURT:  All right.  Welcome back, ladies and

4     gentlemen.  I know that it's a little chilly in here.  We

5     have requested GSA to try to warm it up a little bit.  So

6     hopefully it will be more comfortable.

7              Ms. Arco.

8              MS. ARCO:  Thank you.

9     BY MS. ARCO:

10    Q.  We were discussing, Special Agent, Government Exhibit

11    406.

12             MS. ARCO:  And I'm going to play from the 27-

13    second mark.

14             (Video playing)

15    Q.  Do you recognize anyone on the screen?

16    A.  Yes.  Ms. Chiguer right here.  Ms. Niemela right here.

17    And right in front of them is Mr. Eckerman.

18    Q.  Okay.  Is Ms. Chiguer wearing anything on her face?

19    A.  Ms. Chiguer does not have anything on her face at all

20    right now.

21    Q.  And what about Ms. Niemela?  Can you tell in this photo?

22    A.  It looks like she still has the mask on here, and then

23    she has her glasses on here, and the hood is pulled up, and

24    later Chiguer has nothing.

25    Q.  Okay.  Thank you.
```

 1                 MS. ARCO:  Continuing to play.

 2                 (Video playing)

 3   Q.  Did you hear what the individuals appear to be shouting

 4   just now?

 5   A.  If you can wind it back.  I was paying more attention to

 6   the physical movements.

 7                 MS. ARCO:  Okay.  That was at the 50-second mark

 8   playing back from the 38-second mark.

 9                 (Video playing)

10   Q.  Did you hear?

11   A.  "We all came this far.  Kick 'em out."

12   Q.  What did you just say?

13   A.  "We all came this far," and either "take 'em out" or

14   "kick 'em out."

15   Q.  Okay.  Thank you.

16                 MS. ARCO:  I had paused --

17   A.  And it's coming from this guy right here.

18                 MS. ARCO:  I had paused at the 48-second mark.

19                 I'm going to pull up Government's Exhibit 407,

20   which has been admitted into evidence.

21   Q.  And what is this?

22   A.  So this is obviously video from one of the participants,

23   and this is the hallway leading from Statuary Hall to the

24   House side.  These are the doors over there to the House of

25   Representatives.

```
 1                  Right here you have Ms. Chiguer in view.
 2    Q.  Okay.
 3                  MS. ARCO:  Playing from the one-second mark.
 4                  (Video playing)
 5                  MS. ARCO:  Pausing at the ten-second mark.
 6    Q.  Who's the yellow arrow pointing to?
 7    A.  Ms. Niemela here, Ms. Chiguer here, Mr. Eckerman here.
 8    The police line is here.
 9    Q.  Okay.
10                  MS. ARCO:  Continuing to play from the ten-second
11    mark.
12                  (Video playing)
13                  MS. ARCO:  Pausing at the 45-second mark.
14    Q.  Do you see police officers in this scene?
15    A.  There appears to be a police officer possibly right
16    there.  There's definitely one here based on the patch and
17    the hat.
18                  MS. ARCO:  Continuing on.
19                  (Video playing)
20                  MS. ARCO:  Pausing at the one-minute-four-second
21    mark.
22    Q.  What about now?  Do you see any police officers?
23    A.  Sure, yeah.  One, two, three, four, five.
24                  You have Mr. Eckerman over here with the yellow
25    gloves.  He was gesturing just moments after pointing at the
```

1    officer saying, "There's a million people outside."

2    Q.  Okay.  And what do the police appear to be doing?

3    A.  Holding a line, or trying to.

4    Q.  Okay.

5            MS. ARCO:  Continuing on.

6            (Video playing)

7    Q.  Do you recognize anyone on the screen?

8    A.  I have Ms. Chiquer here, who is now wearing glasses and

9    a mask.  You have Mr. Eckerman here.

10   Q.  Okay.

11   A.  And the police line is here.

12   Q.  Okay.  Approximately how far back do they appear to be

13   from the police line?

14   A.  One row.  You have this one row in front of them.  You

15   have this guy who is trying to give some sort of directions

16   about going into the House of Representatives.

17   Q.  Okay.  And based on your review of this and other

18   footage, surveillance footage, do you know where Ms. Niemela

19   is in relation to Mr. Eckerman?

20   A.  She will be behind whoever this individual is with the

21   hood.

22   Q.  Okay.

23           MS. ARCO:  I'm going to pull up Government's

24   Exhibit 108, which has already been admitted into evidence.

25   Q.  What are we looking at?

1    A.  This is the U.S. Capitol surveillance tapes from January

2    6, 2021, at approximately 2:30.  And this appears to be

3    Statuary Hall way down here.  This is the corridor leading

4    to, and this is the archway.

5              Right behind here will be the House of

6    Representatives.  The police line is holding here.

7    Q.  Okay.  So is this just the opposite view of what we were

8    just viewing?

9    A.  It is.

10   Q.  Okay.

11             MS. ARCO:  Skipping to the 30-second mark.

12             (Video playing)

13             MS. ARCO:  Pausing at the 39-second mark.

14   Q.  Do you recognize any individuals in the blue circle?

15   A.  It appears to be Mr. Eckerman there with the red hat.

16   And directly behind, just the top side of Ms. Chiguer's

17   head, from what I believe from my prior interviews with her.

18   Q.  Okay.

19             MS. ARCO:  Continuing on.

20             (Video playing)

21   Q.  Oh, and can you please read the time-stamp?

22   A.  This is at 2:30 p.m.

23             (Video playing)

24             MS. ARCO:  Pausing at the one-minute-16-second

25   mark.

616

```
1    Q.  Do you recognize anyone in the blue circle here?

2    A.  Sure.  I followed them through the crowd.  They made

3    their way through the crowd to the front here.  You have

4    Mr. Eckerman right here, and Ms. Niemela right there.

5    Q.  Okay.  And when you say "to the front," what do you

6    mean, "to the front"?

7    A.  At this camera angle they started back here when I first

8    identified Mr. Eckerman and Ms. Chiguer.  Ms. Niemela wasn't

9    in the frame.

10        But as they made their way through the crowd,

11   because of her height, she now becomes visible in this frame

12   here.

13   Q.  Okay.  And what's in the foreground of the frame?

14   A.  The police line still holding here.

15   Q.  Okay.  What does Ms. Niemela appear to be wearing on her

16   face?

17   A.  Ms. Niemela right there has sunglasses and some sort of

18   a dark-colored mask on her face and the black hoodie pulled

19   up.

20   Q.  Okay.

21           MS. ARCO:  Continuing to play.

22           (Video playing)

23   Q.  And do you recognize anyone else next to Ms. Niemela and

24   Mr. Eckerman?

25   A.  Sure.  You have Ms. Chiguer right there now.
```

1    Q.   Does she appear to be wearing anything on her face?

2    A.   She has nothing on her face.

3    Q.   Okay.  Continuing on.

4                  (Video playing)

5    Q.   Oh, and approximately how far back is Ms. Niemela from

6    the police line and what we just witnessed?

7    A.   The police are right here, so there are a row of people

8    here, and they're one or two rows back.

9    Q.   Okay.

10                 MS. ARCO:  Skipping to the two-minute mark.

11   Q.   Do you still see any -- Ms. Niemela or her companions in

12   the frame?

13   A.   I can't pick -- I just pick up the head of Niemela right

14   there, Ms. Niemela.

15                 Ms. Chiguer, you get a side-view of her face right

16   here.  And Mr. Eckerman is looking directly forward at the

17   police line.

18   Q.   Okay.

19                 MS. ARCO:  I'm going to play.  And if you could

20   just focus on them, please.

21                 (Video playing)

22                 MS. ARCO:  Pausing at the two-minute-15-second

23   mark.

24   Q.   What did we just witness?

25   A.   So Ms. Chiguer, right before this, was holding a phone

 1   in her hand either taking pictures or videos.  And then
 2   Ms. Niemela reaches over and pulls this red mask up over her
 3   face.
 4   Q.  So she pulls the mask up over Ms. Chiguer's face?
 5   A.  Over Ms. Chiguer's face.
 6            MS. ARCO:  Continuing to play.
 7            (Video playing)
 8   Q.  And do you see Ms. Chiguer in this scene?
 9   A.  Ms. Chiguer is right there.
10            Correction, Ms. Niemela is right there.
11   Mr. Eckerman is there, and Ms. Chiguer is right behind her.
12   Q.  And what is she wearing on her face now?
13   A.  Ms. Niemela has sunglasses and a mask on.  Hard to tell
14   about Ms. Chiguer as far as the mask is still there, but now
15   she has sunglasses on.
16   Q.  Okay.  Thank you.
17            MS. ARCO:  Skipping to the five-minute-45-second
18   mark.
19   Q.  Does the police line still appear to be intact at this
20   moment?
21   A.  It does.
22            MS. ARCO:  Okay.  I'm going to play.
23            (Video playing)
24            MS. ARCO:  Pausing at the six-minute-eight-second
25   mark.

1    Q.  What did we just witness?

2    A.  The sheer weight of all this crowd caused the police

3    line to fail, and they've advanced forward.

4    Q.  Okay.  And was Ms. Niemela part of that crowd?

5    A.  They were right there in the front one or two rows when

6    that line failed.

7    Q.  Okay.

8           MS. ARCO:  Pulling up Government's Exhibit 409,

9    which has already been admitted into evidence.

10          (Video playing)

11   Q.  What are we looking at?

12   A.  So that's the corridor that runs directly in front of

13   the House of Representatives part of the U.S. Capitol, so

14   it's almost like a T.  This is the top of the T.  This will

15   be the bottom of the T.  This corridor here runs out towards

16   Statuary Hall.

17   Q.  Is that the same corridor we just witnessed in

18   surveillance footage?

19   A.  It is.  So the hallway in front of the House of

20   Representatives is empty at that point in time.  This is the

21   line that we just witnessed holding --

22   Q.  I don't think it's drawing, if you're trying to draw.

23   A.  No, I wasn't.

24          But this is a line, a police line, trying to hold

25   that group from coming down.

1    Q.   Okay.  Thank you.

2              MS. ARCO:  I had paused at the 11-second mark.

3    Continuing on.

4              (Video playing)

5              MS. ARCO:  Pausing at the 21-second mark.

6    Q.   Who is in the yellow circle?

7    A.   Ms. Niemela is right there with a hoodie and the

8    sunglasses on.  Mr. Eckerman is right here with his tactical

9    vest, his hat.  And then you have Ms. Chiguer right here

10   with the sunglasses, the black shirt, and this red bandana

11   is now down back around her neck.

12   Q.   Okay.  And how far back from the police line do

13   Ms. Niemela and her companions appear to be?

14   A.   At this point one or two rows.

15   Q.   Okay.

16              MS. ARCO:  Continuing on.

17              (Video playing)

18   Q.   What did we just witness?

19   A.   The police line totally collapsed under the sheer weight

20   of the group who pushed forward.  The officers peeled off to

21   both sides, and the group advanced on this door right here

22   that leads to the U.S. House of Representatives.

23   Q.   And by "House of Representatives," do you mean the House

24   floor?

25   A.   House floor.

1    Q.  Okay.

2              MS. ARCO:  Playing from the one-minute-45-second

3    mark.

4              (Video playing)

5    Q.  Do you recognize anyone in this frame?

6              MS. ARCO:  I have paused at the two-minute mark.

7    A.  Mr. Eckerman right here, and I believe Ms. Chiguer is

8    right there.

9    Q.  Okay.  And what about Ms. Niemela?  Do you see her on

10   the screen?  Based on your investigation, do you know where

11   she is?

12   A.  She's somewhere right in this area.

13   Q.  Okay.

14             MS. ARCO:  Continuing to play.

15             (Video playing)

16   Q.  What about now?  Do you --

17             (Video playing)

18             MS. ARCO:  Pausing at the two-minute-six-second

19   mark.

20   Q.  Do you see Ms. Niemela in the frame?

21   A.  Yes.  So you have Ms. Niemela right here, the hoodie

22   pulled up, sunglasses on, mask on.  She's got the cape

23   still.

24             And Ms. Chiguer right here is wearing the cape, no

25   longer has the mask on.

1    Q.  Okay.

2              MS. ARCO:  Continuing to play.

3              (Video playing)

4    Q.  I know it's kind of hard to see, but if you can, do you

5    know which direction Ms. Niemela is looking?

6    A.  She's looking, based on my opinion -- her glasses are on

7    the side of her head.  She's looking in the direction of the

8    House -- doors that lead to the House floor.

9    Q.  Okay.  Thank you.

10             MS. ARCO:  Pulling up Government Exhibit 414,

11   which has been admitted into evidence.

12             (Video playing)

13             MS. ARCO:  Pausing at the seven-second mark.

14   Q.  What are we looking at?

15   A.  So this is a video by a gentleman named John Sullivan.

16   He goes by Jayden X.  And he was filming at the front of the

17   line.  He was a participant in the events of January 6th.

18   Q.  And what are we witnessing in the foreground of the

19   screen?

20   A.  You have these officers.  There's one, two, three, four,

21   five, six, seven back there trying to support these people

22   here, these officers up front.

23   Q.  Okay.  And is this a different angle of the footage that

24   we've been seeing in the past couple of clips?

25   A.  It is.  It's ground level from one of the participants.

1    Q.  Okay.

2              MS. ARCO:  Continuing on.

3              (Video playing)

4    Q.  Did you hear anyone shout anything just now?

5    A.  This gentleman here is telling the crowd to "Stop,

6    stop."  And somebody else says, "No, we're not stopping."

7              MS. ARCO:  Continuing on.  That was from the 20-

8    second mark.

9              (Video playing)

10             MS. ARCO:  Pausing at the 43-second mark.

11   Q.  What do the police appear to be doing?

12   A.  They're holding a line.  I don't know who this guy is or

13   why they're not throwing him out of that line, because he's

14   not an employee, to the best of my knowledge.

15             Off to the side here, this gentleman and this

16   officer told them there was nobody on the House side.  He

17   was not telling them the truth.  He was trying to divert

18   them some other way, I believe.

19             But this one, he's engaged in a conversation over

20   here.  He is telling him to "Stand down.  There are a

21   million of us out here."

22             MS. ARCO:  Continuing on.

23             (Video playing)

24   Q.  Who's in the yellow circle, if you know?

25   A.  Right there is Mr. Eckerman.

1    Q.  And based on the footage we've already seen, do you know

2    where Ms. Niemela is right now?

3    A.  They're right behind him in that area.

4    Q.  And by "they," who do you mean?

5    A.  Ms. Niemela and Ms. Chiguer.

6    Q.  Okay.

7              MS. ARCO:  Continuing on.

8              (Video playing)

9              MS. ARCO:  Pausing at the one-minute-11-second

10   mark.

11   Q.  What is that brown object over here, do you know?

12   A.  This is some sort of a flagpole.  It's obviously not

13   police-issued, government-issued.  Somebody brought that in

14   there with them.

15              You know, a typical police item will be black in

16   color, a baton, usually expandable.  Based on the width of

17   that, you know, they would never have an end like that.

18              And as this plays through, you can see a bit of a

19   flag coming on this side of it.

20   Q.  And how is it being held?

21   A.  Right now it's being held by I believe both the police

22   officer and part of -- maybe this woman comes in -- hands on

23   and off it.  But it's being used to try to hold the crowd

24   back.

25              MS. ARCO:  Continuing on.

```
1                    (Video playing)
2    Q.  Can you identify the person in the yellow circle?
3    A.  Mr. Eckerman there.  Ms. Chiguer there.
4              MS. ARCO:  Continuing on from the one-minute-49-
5    second mark.
6                    (Video playing)
7    Q.  Do you know who this individual is in the blue circle?
8    A.  I have no idea.  He's one of the protesters.
9    Q.  Okay.  Does he appear to be law enforcement?
10   A.  Absolutely not.
11   Q.  Okay.
12             MS. ARCO:  That was the two-minute-nine-second
13   mark.
14             Continuing on.
15                  (Video playing)
16             MS. ARCO:  Pausing at the two-minute-38-second
17   mark.
18   Q.  What is the demeanor of the crowd?
19   A.  Angry, hostile.
20   Q.  Okay.
21             MS. ARCO:  Continuing on.
22                  (Video playing)
23             MS. ARCO:  Pausing at the two-minute-52-second
24   mark.
25   Q.  Who is in the yellow circle?
```

1    A.   Right there is Ms. Niemela with the sunglasses on.

2    Q.   Okay.  Is there anything distinctive about her

3    sunglasses?

4    A.   They have a reflection that comes back at you.

5    Q.   Okay.  Thank you.

6              MS. ARCO:  Continuing on.

7              (Video playing)

8              MS. ARCO:  Pausing at the three-minute-six-second

9    mark.

10   Q.   Approximately how many people are in that space?

11   A.   You've got hundreds.  And then you have Mr. Eckerman

12   here, Ms. Chiguer right here -- she has the mask on and the

13   glasses -- and then you have Ms. Niemela here with the

14   hoodie pulled up, mask, and the glasses.

15   Q.   Okay.  And, I'm sorry, what was your answer about

16   approximately how many people?

17   A.   A hundred.

18   Q.   Okay.  And how many police officers did we witness in

19   front?

20   A.   Seven or eight.

21   Q.   Okay.  What kind of ratio is that?

22   A.   At least 10 to 1.  I would say probably 15 to 1.

23   Q.   Okay.

24             MS. ARCO:  Continuing on.

25             (Video playing)

1          MS. ARCO:  Pausing at the three-minute-51-second

2     mark.

3     Q.  What did the man in the gray hoodie and the bullhorn

4     appear to be saying?

5     A.  He was talking about going in to sit inside the House of

6     Representatives with his little blow horn and telling the

7     crowd there will be no violence inside, and to "Go in there

8     and sit down."

9     Q.  Did you hear the crowd's response?

10    A.  I don't -- I wasn't paying attention to that.

11    Q.  Okay.

12          MS. ARCO:  I'll play it back from the...  I'm

13    playing back from the three-minute-35-second mark, if you

14    can listen to the crowd after the comment on the bullhorn.

15          (Video playing)

16    Q.  Okay.  Did you hear the crowd's response to his comment?

17    A.  They weren't positive with their response.

18          MS. ARCO:  Okay.  Continuing on.  I'm going to

19    skip to the four-minute-40-second mark.

20          (Video playing)

21    Q.  Who is in the yellow circle?

22    A.  That's Ms. Niemela right there.

23    Q.  Ms. Niemela?

24    A.  Yes.

25          MS. ARCO:  From the four-minute-42-second mark,

```
 1    I'm going to play.
 2                (Video playing)
 3                MS. ARCO:  Pausing at the five-minute-32-second
 4    mark.
 5    Q.  What did we just witness?
 6    A.  The police line failing.  The individual closest to the
 7    camera saying, "It's starting.  It's starting.  They're
 8    going."
 9    Q.  Okay.  And based on review of the footage we've been
10    seeing, the surveillance footage, where was Ms. Niemela in
11    relation to the police line when it's finally breached?
12    A.  One or two rows back from the police officers in the
13    front of the line.
14                MS. ARCO:  Continuing on.
15                (Video playing)
16                MS. ARCO:  Pausing at the five-minute-51-second
17    mark.
18    Q.  What did you hear just now?
19    A.  Somebody said, "No violence."
20                Another one responded, "Too late for that."
21                And then members of the crowd start chanting "Stop
22    the Steal."
23    Q.  Okay.
24                MS. ARCO:  Continuing on.
25                (Video playing)
```

1    Q.  What did we just witness?

2            MS. ARCO:  Pausing at the six-minute-11-second

3    mark.

4    A.  They're all gathering at the House door trying to get in

5    there.

6    Q.  Okay.

7            MS. ARCO:  Skipping to the seven-minute-40-second

8    mark.

9            (Video playing)

10           MS. ARCO:  Pausing at the seven-minute-49-second

11   mark.

12   Q.  Do you witness anything of relevance?

13   A.  Right over here they start using this flag and the

14   flagpole to smash through the windows to the House of

15   Representatives, the interior floor.

16   Q.  Okay.

17           MS. ARCO:  Continuing to play.

18           (Video playing)

19           MS. ARCO:  Pausing at the eight-minute-23-second

20   mark.

21   Q.  Who is in the yellow circle?

22   A.  Ms. Chiguer.

23   Q.  Okay.  And based on your review of surveillance and

24   other footage, is Ms. Niemela present with her at this

25   moment?

1    A.  They are from the video before.  All three of them are

2    here in this area.

3    Q.  Okay.  And based on your review of surveillance footage,

4    were they in that area up until this point of this footage?

5    A.  They were.

6              MS. ARCO:  I'm going to pull up Government Exhibit

7    416.

8    Q.  What are we looking at?

9              MS. ARCO:  Oh, pardon.  This has not been admitted

10   into evidence yet.

11             The government moves to admit it into evidence.

12             MR. GARRITY:  No objection, Your Honor.

13             THE COURT:  So moved.

14   Q.  What are we looking at, Special Agent?

15   A.  This is a photograph of that same door from within the

16   House floor, and the video we saw right before is on the

17   other side of this door.  And this is the response from

18   within House Chambers.

19             You have three officers or some officials with

20   guns drawn pointing at the door.

21   Q.  Okay.  Thank you.

22   A.  And they have something.  I don't know what this is

23   blocking the door.

24             MS. ARCO:  Okay.  I'm going to pull up

25   Government's Exhibit 109, which has been admitted into

```
1    evidence.

2    Q.  What are we looking at?

3    A.  This is surveillance video from the U.S. Capitol on the

4    House side.

5    Q.  Okay.  And can you please read the time-stamp at the top

6    left?

7    A.  This is 2:35 p.m. on January 6, 2021.

8    Q.  Okay.

9             MS. ARCO:  I'm going to play.

10            (Video playing)

11            MS. ARCO:  I'll just skip to the 52-second mark,

12   continuing to play.

13            (Video playing)

14            MS. ARCO:  Pausing at the one-minute-seven-second

15   mark.

16   Q.  We're about a minute into the clip.  Safe to say it's

17   now 2:36 p.m.?

18   A.  Yes.

19   Q.  And what did we just witness?

20   A.  The police line in this hallway had failed.  The

21   protesters surged forward, and the House floors are right

22   over here.

23   Q.  So this is a different angle of the same scene we've

24   been watching?

25   A.  Different angle.  This will be from the east side of the
```

1    building looking down that corridor.

2              House Chamber -- the House floor is over here, and

3    there are some conference rooms and whatnot down here.

4              MS. ARCO:  Okay.  Continuing to play.

5              (Video playing)

6              MS. ARCO:  I'm going to skip to the two-minute

7    mark.

8              (Video playing)

9    Q.  Do you know where Ms. Niemela and her companions are in

10   this scene?

11             MS. ARCO:  And I've stopped at the two-minute-and-

12   16-second mark.

13   A.  From watching all the videos, I know Ms. Niemela and

14   Ms. Chiguer to be there, and Mr. Eckerman to be there.

15   They're identified by these capes, the two ladies.  And

16   Mr. Eckerman by the red hat, because I had views from other

17   angles to know where to look on this frame where they would

18   be.

19   Q.  And what do they appear to be doing?

20   A.  They are standing in that hallway watching the crowd.

21   Q.  Okay.

22             MS. ARCO:  Continuing on.

23             (Video playing)

24             MS. ARCO:  Pausing at the two-minute-21-second

25   mark.

1    Q.   Do you see any police officers in this scene?

2    A.   There's a police officer here and here walking away.

3    Q.   You said walking away?

4    A.   They appear to be walking away.

5    Q.   Okay.

6              MS. ARCO:  Skipping to the --

7    Q.   And approximately how many individuals in the crowd do

8    you see behind them?

9    A.   Maybe 60, 70.  Because there's going to be a bunch of

10   them in this corridor here leading into the House that we

11   saw surge forward and out of view.

12             And we have this view here, and I don't know how

13   many are back here in this hallway.

14   Q.   Okay.

15             MS. ARCO:  Okay.  Skipping to the four-minute-39-

16   second mark -- four-minute-38-second mark, playing from

17   there.

18             (Video playing)

19             MS. ARCO:  And pausing at the four-minute-41-

20   second mark.

21   Q.   Do you recognize anyone in the center of the screen?

22   A.   You have some police officers here, one of them being

23   Officer Yetter who I've -- I know to be Officer Yetter from

24   doing interviews with him.

25   Q.   Okay.  Is there anything notable about his appearance?

1    A.  He now -- if you notice the jackets from the other

2    officers here, they're all clean.  The top of his jacket has

3    some sort of white tinge to it.

4    Q.  Okay.  And has your investigation revealed how he got

5    that white residue?

6    A.  He got sprayed with some item.

7         MS. ARCO:  Skipping to the five-minute-25-second

8    mark.  Continuing to play.

9         (Video playing)

10        MS. ARCO:  Pausing at the five-minute-45-second

11   mark.

12   Q.  What did we just witness?

13   A.  I see a gentleman come out of this room here, which is

14   the Rayburn Conference Room.  And he's pointing in that

15   direction to people in the crowd.

16        You have Ms. Niemela here, Ms. Chiguer here, and

17   Mr. Eckerman here advancing forward in that direction.

18   Q.  Okay.  And so approximately how long were Ms. Niemela

19   and her companions in the area near House Chamber doors

20   based on the time-stamp?

21   A.  Four, five minutes.

22   Q.  Okay.

23        MS. ARCO:  Playing from the five-minute-45-second

24   mark.

25        (Video playing)

1          MS. ARCO:  Stopping at the five-minute-55-second

2     mark.

3     Q.  What did we just witness?

4     A.  You saw Ms. Niemela, Ms. Chiguer, and Mr. Eckerman enter

5     the Rayburn Conference Room.

6     Q.  Okay.

7          MS. ARCO:  Skipping to the six-minute-25-second

8     mark and playing.

9          (Video playing)

10         MS. ARCO:  Stopping at the six-minute-45-second

11    mark.

12    Q.  What did we just witness?

13    A.  Something drew the mass attention of this crowd back

14    here, and they all started pushing en masse east down this

15    hallway.

16         And at the same time they're passing the Rayburn

17    Conference Room, you see Ms. Niemela, Ms. Chiguer, and

18    Mr. Eckerman leave that room and join the crowd rushing east

19    down that corridor.

20    Q.  Anything notable about Ms. Niemela and her companions'

21    appearance?

22    A.  They now all have masks on.

23    Q.  Okay.  And in what direction are they headed?

24    A.  They're heading east down that corridor.

25         So the House floor is all along this side here.

1    Q.  Okay.

2            MS. ARCO:  Okay.  Pulling up Government Exhibit

3    412, which has been admitted into evidence.

4            (Video playing)

5    Q.  What are we looking at?

6            MS. ARCO:  Pausing at the nine-second mark.

7    A.  That's the entrance to the Rayburn Conference Room.

8    Q.  Okay.  What kind of footage does this appear to be?

9    A.  This is from one of the participants in the event.

10   Q.  Okay.

11           MS. ARCO:  Continuing to play.

12           (Video playing)

13           MS. ARCO:  Pausing at the 22-second mark.

14   Q.  What are we looking at?

15   A.  We have a portrait of George Washington here on the

16   wall.  You have Ms. Niemela here wearing her sunglasses and

17   mask, the cape.  You have Mr. Eckerman here.  Ms. Chiguer

18   here.

19           And it appears Ms. Chiguer is taking some sort of

20   a selfie or video of the three of them in front of that

21   portrait.

22   Q.  Okay.

23           MS. ARCO:  Continuing to play.

24           (Video playing)

25           MS. ARCO:  Pausing at the 39-second mark.

1    Q.  Did you hear anything just now of relevance?

2    A.  I heard Ms. Chiguer's voice saying, "Oh, my God.

3    Kirstyn, come on."

4            MS. ARCO:  And that was paused at the 39-second

5    mark.

6            Pulling up Government's Exhibit 414, and I'm going

7    to pick up from the 11-minute mark.  Playing from the 11-

8    minute mark.

9            (Video playing)

10   Q.  What did we just witness?

11   A.  So this is a video from John Sullivan, again, otherwise

12   known as Jayden X, who posts a lot.  This is public-source

13   information.

14           And this is the corridor from a different view,

15   ground level.  And you see Ms. Niemela, Mr. Eckerman, and

16   Ms. Chiguer entering the Rayburn Room.  And then they'll

17   turn east on that corridor in front of the House.

18   Q.  Do you mean exiting?

19   A.  They're exiting the Rayburn Room, and they're going to

20   turn left to head east down that corridor.  And then

21   eventually, when they get to this area here, this door,

22   they'll take a hard right and head south down the adjacent

23   corridor.

24   Q.  Okay.

25           MS. ARCO:  Continuing on.

 1              (Video playing)

 2              MS. ARCO:  Pausing at the 11-minute-22-second

 3      mark.

 4      Q.  Who is in the yellow circle?

 5      A.  In the yellow circle is Ms. Niemela.  Right above her is

 6      Mr. Eckerman.  You have Ms. Chiguer behind.

 7              Of note also is the sign right here pointing

 8      towards the exit to the right, and this -- leading them down

 9      this corridor here.

10              MS. ARCO:  Continuing to play from the 11-minute-

11      22-second mark.

12              (Video playing)

13              MS. ARCO:  Pausing at the 11-minute-51-second

14      mark.

15      Q.  What are we witnessing?

16      A.  So this is the east side corridor.  The House floor is

17      here.  These doors are entrance doors to the House Chamber.

18              This individual is kicking the door.  You have

19      Ms. Niemela here.  You have Ms. Chiguer here.  And out of

20      frame here but above, if you looked -- backed up a second or

21      two, you would see the exit sign pointing to the exit of the

22      building.

23      Q.  Okay.  And in which direction does Ms. Niemela appear to

24      be looking?

25      A.  They're looking in the direction of this gentleman in

1    the red jacket and red hat kicking the doors.

2    Q.  Okay.  And based on your investigation, do you know who

3    or what is on the other side of those doors?

4    A.  The members of the House of Representatives are on the

5    other side of those doors.

6    Q.  Okay.

7              MS. ARCO:  Continuing on.

8              (Video playing)

9              MS. ARCO:  Pausing at the 11-minute-54-second

10   mark.

11   Q.  In what direction does Ms. Niemela appear to be looking?

12   A.  Ms. Niemela is looking off this way to her left.

13   Ms. Chiguer is also looking to her left.  And I know from my

14   investigation there's an exit door over here.

15   Q.  Pardon?  What did you say?

16   A.  There is an exit door off this way.

17              You know, above -- when you view the whole thing a

18   few frames before that, there was an exit sign up on the top

19   above this.

20   Q.  And is that -- based on your investigation, do you know

21   if that's an internal or external door?

22   A.  That's an external door.

23   Q.  Okay.  And based on your review of the surveillance

24   footage, are the doors open at this point?

25   A.  They are.

1              MS. ARCO:  Continuing on.

2                  (Video playing)

3              MS. ARCO:  Pausing at the 12-minute-three-second

4       mark.

5       Q.  What are we looking at?

6       A.  We have Ms. Niemela here; Ms. Chiguer here, who is no

7       longer wearing a mask; and Mr. Eckerman here.

8       Q.  Have they now passed the exit?

9       A.  They have passed it and kept going straight down this

10      hallway heading south on the east side corridor of the

11      House.

12      Q.  Okay.

13              MS. ARCO:  Continuing on.

14                  (Video playing)

15              MS. ARCO:  Pausing at the 12-minute-13-second

16      mark.

17      Q.  What's going on right now?

18      A.  The crowd's gathering in this hallway.  They're bunching

19      up, and somebody is screaming to open the door.

20      Q.  Okay.

21              MS. ARCO:  I'm going to pull up Government's

22      Exhibit 111, which has been admitted into evidence.

23      Q.  What are we looking at?

24      A.  This is surveillance cameras from the U.S. Capitol on

25      the House side.

```
1    Q.  Can you please read the time-stamp?

2    A.  This is 12:42 p.m. on January 6, 2021.

3    Q.  Did you say 12:42?

4    A.  Oh, correction, sorry, 2:42.  My apologies.

5    Q.  The "2021" is a little close.

6    A.  Yes.

7            MS. ARCO:  Playing from the two-second mark.

8    Q.  And do you know what's kind of behind this camera based

9    on your review of footage?

10   A.  I'm not really sure right now.  I'd have to watch it

11   through.

12           (Video playing)

13           THE WITNESS:  Okay.  I know where this is.

14           MS. ARCO:  Okay.  I'll ask you a question in a

15   second.

16           Pausing at the 18-second mark.

17   Q.  Do you know what space this is now?

18   A.  Yes.  This is the House wing exterior doors.  The doors

19   are over here -- I believe are over there.

20           You have this -- normally this would be a check-in

21   spot.  And the crowd is moving in this direction on that

22   interior corridor.

23   Q.  Okay.

24           MS. ARCO:  Continuing on.

25           (Video playing)
```

```
 1              MS. ARCO:  I've paused at the 22-second mark.
 2   Q.  Do you recognize anyone in the blue circle?
 3   A.  Yes.  You have Mr. Eckerman there, Ms. Niemela just
 4   behind him a little bit shorter wearing the black mask, and
 5   you have Ms. Chiguer just coming into view.
 6              Remember the video just before this when they're
 7   walking south down that hallway?  They glance to the left.
 8   And it's because this door is open and people are now coming
 9   through this door.
10   Q.  Okay.  In what direction do they appear to be looking?
11   A.  They are looking east towards the exit to their left.
12   Q.  Okay.
13              MS. ARCO:  Continuing on.
14              (Video playing)
15              MS. ARCO:  Pausing at the 30-second mark.
16   Q.  What did Ms. Niemela and her companions do just now?
17   A.  They continued traveling south on that corridor.
18   Q.  Okay.
19              MS. ARCO:  Picking up at the two-minute-30-second
20   mark.  Skipping, to, excuse me, the two-minute-30-second
21   mark.
22              (Video playing)
23              MS. ARCO:  And pausing at the two-minute-42-second
24   mark.
25   Q.  What did we just witness?
```

1    A.  You witnessed Mr. Eckerman leading his way out those

2    exit doors on the House wing --

3    Q.  Okay.

4    A.  -- and Ms. Chiguer directly behind him, and Ms. Niemela

5    behind her.

6          MS. ARCO:  I thought I heard someone talking.

7    Q.  Do you know if they finally exited the Capitol at this

8    point?

9    A.  They did.

10   Q.  And what is the time-stamp on this?

11   A.  It is 2:44 on January 6, 2021.

12   Q.  Thank you.

13         MS. ARCO:  Okay.  If you could please pull up

14   Stipulation No. 9 in Government Exhibit 1201, which has been

15   admitted into evidence.

16         Oh, I think I actually already read this one into

17   evidence, okay.  We can continue on.

18         Can you please pull up Government's Exhibit 907,

19   which has been admitted into evidence.

20   Q.  Okay.  What are we looking at, Special Agent?

21   A.  This is a Cellebrite report taken -- these are phone

22   numbers or contact numbers taken off of Mr. Eckerman's phone

23   pursuant to a search warrant after his arrest in Kansas

24   City.

25   Q.  And what is a Cellebrite report?

1    A.  You need a search warrant to do it, or someone can

2    voluntarily sign over a waiver, but you hook it up to a

3    device, and you will download your entire phone and contacts

4    and everything else to a database that we can use.

5    Q.  Okay.  And based on your investigation and the

6    stipulation we just entered, do you know who the

7    participants in this group are?

8         MS. ARCO:  And if you could call out the top half

9    of the screen.

10   A.  So 7169 is known to me to be the cell phone of

11   Ms. Niemela.

12        87 is known to me to be the phone number of

13   Ms. Chiguer.

14        And then also you have -- I don't know who this

15   number is.  This is somebody named C.J. Eckerman that he

16   had -- Mr. Eckerman had loaded in the phone with that.

17        And this is Mr. Eckerman himself.

18   Q.  Okay.  The same individual with the tactical vest we've

19   been looking at?

20   A.  It is.

21   Q.  Okay.

22        MS. ARCO:  And can you please bring up Government

23   Exhibit 908, which has been admitted into evidence.

24        Can you call out the top comment.

25   Q.  And what is this?

1   A.  This is a group chat that was recovered off of

2   Mr. Eckerman's cell phone.

3   Q.  Okay.  And could you please read the last two sentences

4   of that chat?

5   A.  "I'd like everybody's best pics and videos, too.  I'll

6   go through mine tonight and send some too."

7              MS. ARCO:  Okay.  You can come out of it.

8              And if you --

9   Q.  And then who responds?

10             MS. ARCO:  Can you call out the second -- the top

11   half of the second response.

12   Q.  And who appears to respond?

13   A.  I recognize this phone number to be Ms. Niemela's ending

14   with 7169.  She responds with photographs to that request.

15             MS. ARCO:  Okay.  If we could slowly scroll.

16   Q.  And what does she appear to be sending?

17   A.  Photographs from January 6th.

18   Q.  Okay.

19             MS. ARCO:  If you could please scroll to Page 4.

20             And can you call out the second message numbers,

21   please.

22   Q.  And who appears to be sending this message?

23   A.  Based on the phone number at the top, the "From" line,

24   ending with 7169, Ms. Niemela is sending out this message.

25   Q.  Okay.  And what does she appear to be sending?

1    A.  Photographs from January 6, 2021.

2    Q.  Okay.

3            MS. ARCO:  The Court's indulgence just one second,

4    please.

5            (Pause)

6            MS. ARCO:  Okay.  And if you could please pull up

7    Government Exhibit 909, which has already been admitted into

8    evidence.

9    Q.  What are we looking at?

10   A.  This is a photograph obtained from the search warrant on

11   Michael Eckerman's cell phone, and this is a picture of the

12   U.S. Capitol, and this appears to be from the Senate side.

13           These are stairs leading up to the Senate Wing.

14   There's the scaffolding here.  And there's an aerial view

15   looking down on the crowd over here.

16   Q.  Okay.  And is this from the group chat we just viewed?

17   A.  It is.

18           MS. ARCO:  Okay.  Can you please bring up

19   Government's Exhibit 910 that has been admitted into

20   evidence.

21   Q.  And what is this?

22   A.  This is another photograph obtained from Mr. Eckerman's

23   cell phone pursuant to that search warrant that was included

24   in that group chat looking down at the crowd on January 6th.

25   Q.  Okay.  And what do you see below that blue line?

1    A.   The snow fencing.

2    Q.   Okay.  Anything on the snow fencing?

3    A.   You can see the signs right here, this most visible.

4    And by the view you have here, it shows that the crowd's on

5    the proper side, at least, because this doesn't have the "No

6    Trespassing" type warning on this side.

7              MS. ARCO:  Okay.  Can you please go back to

8    Government Exhibit 908.  And can you call out the entire

9    second message, please.

10   Q.   And based on what we just saw, do you recognize any of

11   the pictures in the thumbnails?

12   A.   These are pictures from that same -- January 6th.

13   Q.   Are these the same photos we just viewed?

14   A.   Yes.  And they're from the group chat.

15   Q.   And who's sending them?

16   A.   Based on this phone number here, it's Ms. Niemela

17   sending them out to the group.

18             MS. ARCO:  The government moves to admit

19   Exhibit 915 into evidence.

20             MR. GARRITY:  No objection, Your Honor.

21             THE COURT:  So moved.

22   Q.   Okay.  And what are we looking at?

23   A.   Group chats.

24   Q.   Okay.

25             MS. ARCO:  Can you please highlight the green

 1    comment bubbles.

 2    Q.  And please read the first comment bubble.

 3    A.  The top one is from Mr. Eckerman's cell phone.  He says

 4    to the group, "This is going down they all must pay."

 5    Q.  And the second message, what does it appear to be

 6    sending?

 7    A.  So Mr. Eckerman is sending to the group some link to a

 8    Parler post.

 9            MS. ARCO:  Okay.  And can you please come out and

10    highlight the blue message.

11    Q.  Can you please read the content of that message?

12    A.  "Oh, my God.  I can't take much more."

13            MS. ARCO:  Okay.  And if you can scroll to the

14    second page, please.

15            Okay.  Can you please call out those comment

16    bubbles.  Highlight, rather.  Call out.

17    Q.  Can you please read the contents of these two messages?

18    A.  The top one appears to be coming from Ms. Niemela, and

19    it says, "That's what I was telling u that night."

20            The one below that again appears to be coming from

21    Ms. Niemela, and it says, "They got that around 1 pm and

22    still certified."

23    Q.  What do you understand her to be referring to when she

24    says "certified"?

25    A.  She's talking about the election being certified by the

1    members of the U.S. --

2         MS. ARCO:  Okay.  And can you please scroll to the

3    third page and highlight the next comment bubble.

4    Q.  Who is this message from?

5    A.  Based on the phone number, it's coming from Ms. Niemela.

6    Q.  And what is the content of the message?

7    A.  It just says "TREASON."

8    Q.  Okay.

9         MS. ARCO:  Can you please pull out Government

10   Exhibit 918, which has already been admitted into evidence.

11   Q.  Okay.  And what are we looking at?

12        MS. ARCO:  If you can pull out the top comment.

13   A.  It is a group chat message recovered from Mr. Eckerman's

14   phone.  It looks like it's dated January 8, 2021.  And he

15   has -- whoever sent that message has a couple of attachments

16   of selfies taken on January 6th in the crowd.

17        MS. ARCO:  Okay.  The government moves to admit

18   Government Exhibit 926 into evidence.

19        MR. GARRITY:  No objection, Your Honor.

20        THE COURT:  So moved.

21   Q.  And can you please read the second message?

22        And who is this message -- first, who is this

23   message from?

24   A.  The message is from Ms. Niemela on January 17, 2021.

25   Q.  Can you please read the content of the message.

1    A.  "If something doesn't happen in the next day we have 3

2    options.  Every trump supporter gets locked and loaded and

3    fights, we get all of ourselves cause really who wants to

4    live like that" --

5    Q.  Can you read that second line again?  I'm sorry, I think

6    it says something else.

7    A.  Okay.  "Every trump supporter gets locked and loaded and

8    fights, we all off ourselves cause really who wants to live

9    like that, or we all buy land and live off the grid" -- "off

10   grid."

11   Q.  And can you scroll to the next page and read the next

12   comment, please.  And who is the message from?

13   A.  This message is from Ms. Niemela on January 17, 2021.

14   Q.  Okay.  And what is the content of the message?

15   A.  It says, "Couple of days."

16   Q.  Okay.  What, if anything, was set to occur after January

17   17, 2021?

18   A.  The changeover of administrations.  President Biden

19   would be taking office on I believe the 20th or the 21st,

20   whatever that date is.

21   Q.  Okay.

22           MS. ARCO:  And if you could please scroll to the

23   top of the third page, and if you'd call out that comment.

24   Q.  And read the first message, just the content of the

25   message.

1   A.  "We shall form our own colony."

2          MS. ARCO:  And if you could please highlight the

3   next comment.

4   Q.  Who is the message from?

5   A.  The message is from Ms. Niemela.

6   Q.  Okay.  And what's the content?

7   A.  "We should.  Cause im allset with this shit."

8          MS. ARCO:  Can you please pull up Government

9   Exhibit 928, which has been admitted into evidence.

10          Can you please look at the top of the page and

11  call out the participants.

12          THE WITNESS:  This would be somebody known in his

13  phone as CJ Eckerman.  I recognize this phone number to be

14  Ms. Chiguer, and then obviously Mr. Eckerman.

15          MS. ARCO:  Okay.  And if you could please pull up

16  the bottom half of Page 5.

17  Q.  Who appears to be sending this message?

18  A.  Based on that, this phone number here, that would be

19  Ms. Chiguer.

20  Q.  Okay.  And do you see that thumbnail in the middle of

21  the screen?

22  A.  Yes.

23  Q.  Okay.

24          MS. ARCO:  Now, if you could please pull up

25  Government Exhibit 929, which has been admitted into

1    evidence.

2    Q.  What are we looking at?

3    A.  We're looking at a selfie of Ms. Niemela, Mr. Eckerman,

4    and Ms. Chiguer.

5            Based on my investigation, I believe this was

6    taken in the Rayburn Room in front of that portrait of

7    George Washington in the back.

8    Q.  Okay.

9            MS. ARCO:  I'm going to pull up Government Exhibit

10   930, which has been admitted into evidence.

11           And if we could play from the podium, please.

12           I'm going to play the entirety of this exhibit for

13   the jury.

14           (Video playing)

15   Q.  I think we actually already played that for the jury,

16   but what was that?

17   A.  That was outside the U.S. Capitol on the Senate side

18   outside, obviously.

19           You saw Mr. Eckerman in the front or down to the

20   bottom right, and you heard Ms. Chiguer yell out, "Mike."

21   Q.  Okay.

22           MS. ARCO:  Could you please pull up Government

23   Exhibit 822, which has been admitted into evidence.

24   Q.  What are we looking at here?

25   A.  These are records from Facebook that I obtained.  And

1    there's some sort of chat message going on between Stacy

2    Blackwell Ryan and Valerie Holt.

3    Q.  Okay.  And what is the date of these messages?

4    A.  January 6, 2021.

5    Q.  And where is this page coming from again?

6    A.  It's coming from the search warrant I did on

7    Ms. Niemela's Facebook accounts.

8    Q.  Okay.

9         MS. ARCO:  And if you could scroll to the second

10   page.

11   Q.  And please read what you see on that page.

12   A.  It says something from Elijah Schaffer, whoever that

13   might be.  "BREAKING:  Trump supporters have breached the

14   Capitol building, tearing down 4 layers of security fencing

15   and are attempting to occupy the building -- fighting

16   federal police who are overrun.

17        "This is the craziest thing I've ever seen in my

18   life.  Thousands, police can't stop them."

19        MS. ARCO:  Okay.  Can you please scroll to the top

20   of the next page.  And can you please call out the first

21   comment.

22   Q.  Who is it from?

23   A.  It's from Kirstyn Niemela.  The body says she sent that

24   video.

25   Q.  She sent a video?  Okay.  And what's the date?

1   A.  January 6, 2021.

2   Q.  And the time?

3   A.  It's 19:25 UTC, so you have to subtract, I believe, five

4   hours from that.

5        So five hours, that's military time; that is

6   typically 7:25.  Subtract five hours, so that would be 2:25.

7   Q.  Okay.  And based on your investigation, was Ms. Niemela

8   in the Capitol at 2:25 p.m.?

9   A.  She was.

10        MS. ARCO:  You can pull out, please.

11   Q.  Special Agent, did you receive any video files from

12   Facebook in the search warrant returned from Ms. Niemela's

13   account?

14   A.  I did not.

15   Q.  Do you know why not?  If you know?

16   A.  They didn't have any in the videos.  They had shut down

17   her accounts.

18   Q.  What did you say?

19   A.  They had shut down the accounts so there were no more

20   videos available to me through that account.

21   Q.  Okay.  And by "shut down the account," what do you mean?

22        MR. GARRITY:  Objection, Judge, beyond the account

23   was shut down.

24        THE COURT:  Sustained.

25        MS. ARCO:  Okay.  And can you please call out the

```
 1    next three messages in the thread.

 2              THE WITNESS:  They're all by Valerie Holt.  One

 3    says, "DO ITTT."

 4              The next one after that, "Take the shit down we're

 5    done."

 6              And then the third is "Fk it all up," which I

 7    understand to mean fuck it all up.

 8              MS. ARCO:  Okay.  Can you please open Government

 9    Exhibit 823, which has been admitted into evidence.

10              Okay.  Can you please call out the...

11    Q.  Who is the author, and what is the date of this message?

12    A.  Kirstyn Niemela.  It's on January 6, 2021, 22:18 UTC,

13    which would convert to roughly -- military time, you convert

14    that over; so it's 10:18 at night.  Subtract the five hours,

15    we're talking about 5:18 at night.

16    Q.  Okay.  And what's the content of the message?

17    A.  She sent 15 photographs.

18    Q.  Okay.

19              MS. ARCO:  If we can pop out, please.

20              And can you please scroll to the bottom of the

21    second page.

22              Actually keep going to Page 4.  And can you call

23    out the photograph, please.

24    Q.  What are we looking at?

25    A.  Sure.  You're looking at a crowd gathering in
```

 1    Washington, D.C., somewhere in the area of the Mall or

 2    whatnot.

 3              But you see the snow fencing here, and based on my

 4    investigation, it's got to be in the area of the Capitol

 5    because you have those signs facing the crowd warning them

 6    this is a restricted area.

 7    Q.  Okay.  So you said this is inside the restricted area

 8    based on the fencing?

 9    A.  This photograph was taken from within the restricted

10    area because you cannot see any writing on this side of the

11    signs, but there is -- you know, the snow fencing's still up

12    there, too.

13    Q.  And can you scroll to Page 5, please.

14              MS. ARCO:  Okay.  And can you highlight that

15    photograph.

16    Q.  And what are we looking at?

17    A.  This is records I obtained from Facebook for Kirstyn

18    Niemela's Facebook account pursuant to the search warrant.

19    It's a selfie of Ms. Niemela within the restricted area of

20    the Capitol from an elevated view based on the snow fencing

21    here and the signs posted along that snow fencing facing the

22    other direction.

23    Q.  Okay.

24              MS. ARCO:  Can you please scroll to Page 9.

25              Okay.  And please highlight the photo.

1    Q.  What do you see in this circle of relevance, if

2    anything?

3    A.  The snow fencing is still up, and I can say that because

4    the signs are still elevated off the ground and the signs

5    are facing outwards.

6         MS. ARCO:  Can you please pull up Government

7    Exhibit 824, which has been admitted into evidence.

8    Q.  Can you please read the top comment, the date, and the

9    body of the comments.

10   A.  Sure.  I obtained these through a search warrant.  These

11   are Facebook results.

12   Q.  Can speak up a little bit.  I'm sorry.

13   A.  Sure.  These are all Facebook results from my Facebook

14   search warrant.  They are all -- appear to be dated on

15   January 7, 2021.

16        And the first one has "Kirstyn Niemela commented.

17   'So you ask yourself this... if we are so violent, crazy

18   trump supporters why don't u look at millions of supporters

19   who stood outside over night in the cold stood in line and

20   still didn't make it in.  Stood behind little fence with

21   minimal security.  No one stormed thru, no one damaged the

22   city.  It is so much more.  But im beyond fed up trying to

23   wake up the sleeping."

24   Q.  Okay.  And what's the significance of this comment to

25   you, if any?

1    A.  To me it means she's acknowledging the fence was still

2    up there and blaming them for not having enough security on

3    the fence.

4    Q.  Okay.  And can you --

5    A.  By that -- because she comments --

6            THE COURT:  Counsel, I think this is argument.

7    You can make these arguments in closing, if you wish, okay?

8            MS. ARCO:  Okay.

9    Q.  Can you please read the last comment on the page and the

10   date?

11   A.  January 7, 2021, Kirstyn Niemela commented, "Stop

12   listening to the news.  Proven to spread false lies to make

13   trump look bad.  No one stopped antifa who burnt, killed,

14   beat people and cops.  Did u hear of any cops being shot??

15   Capital burnt down?  Shit ruined?  Maybe by antifa who

16   actually broke in.  Followed by patriots who are fed up.  We

17   take our" -- and whatever that may say after that.

18           MS. ARCO:  And if you could go just to the top

19   line of the next page?

20   A.  I can get it.

21           "We take our country back or good luck."

22   Q.  Okay.  And do you know what "Antifa" means?

23   A.  Yeah.  It's a loose affiliation of protesters.  They

24   have no centralized command.  Some of them take their

25   directions from a guy named Mark Bray, who is a professor at

1    Dartmouth College in Hanover, New Hampshire, who wrote *The*

2    *Anti-Fascist Handbook*.

3    Q.  Does Antifa stand for "antifascist"?

4    A.  It does.

5            MS. ARCO:  Can you pull up Government's Exhibit

6    825.

7            Yes, can you please highlight those.

8    Q.  Can you briefly summarize the highlighted discussion?

9    A.  Some sort of chat going on between Valerie Holt, Stacy

10   Blackwell Ryan, and Kirstyn Niemela.

11   Q.  Okay.  And what's the gist of this conversation?

12   A.  They're talking about the 25th Amendment.  They're

13   talking about movement to oust President Trump using the

14   25th Amendment without an impeachment.

15   Q.  Okay.  And can you please read Ms. Niemela's comments?

16   A.  On January 7, 2021, she responds, "We all better be

17   ready to fight this war."

18            And then her next comment underneath that is "He

19   needs to arrest them NOW."

20            MS. ARCO:  Okay.  Can you please pull up

21   Government's 826 which has been admitted into evidence.

22            Can you please call out the bracketed comment.

23            THE WITNESS:  Okay.  This is a comment written by

24   Ms. Niemela on January 7, 2021, she sent an attachment.

25            The summary says, "Guys, we have been here for

1    hours...  NO ONE stormed anything.  THE POLICE OPENED THE

2    BARRICADES.  They were telling people The President ordered

3    it.  They let them on the steps.  This was a set up to bait

4    Conservatives into creating a riot.  Mainstream media" -- or

5    I mean, "The MSM," which I know to mean mainstream media,

6    "is full of," blank, blank.

7    Q.  Okay.  And has your investigation uncovered any evidence

8    that the police opened up the barricades on January 6th?

9    A.  Absolutely not.

10             THE COURT:  Just to be clear, Counsel.  Did Ms.

11   Niemela post this as an attachment including something that

12   someone else said, or did she post those words?

13             THE WITNESS:  She -- I believe this is an

14   attachment because there's a link to it underneath.

15             THE COURT:  Okay.  So someone else wrote that?

16             THE WITNESS:  Right.

17             THE COURT:  And she posted it to her --

18             THE WITNESS:  Correct.  She posted that, whatever

19   this link is, below.

20             THE COURT:  Okay, thank you.

21             MS. ARCO:  Thank you, Your Honor.

22             Can you please bring up Government Exhibit 827.

23             And can you please highlight the bottom comment.

24   Q.  And what is the date on this comment, Special Agent?

25   A.  This comment is on January 7, 2021.

1    Q.  Okay.  And was this sent privately or posted publicly

2    based on your knowledge of Facebook search warrant returns?

3    A.  I am not quite sure.

4    Q.  Okay.

5    A.  I recognize the name on there though.

6    Q.  I think that's actually not supposed to be part of that

7    comment.

8         MS. ARCO:  Can you call out -- yes, just that.

9    Thank you.

10   Q.  Can you please read the comment?

11   A.  Sure.  This is something that was posted January 7,

12   2021.

13   Q.  By "posted," do you mean publicly?

14   A.  Yes.

15   Q.  Okay.  Thank you.

16   A.  When you post something, you know, that means posting it

17   on Facebook versus messaging it.

18        "Status."  It says, "Grab your popcorn.... it's

19   coming.  For all of you sleeping and believing your media I

20   feel bad for you and your kids future.  THIS IS AMERICA AND

21   WE THE PEOPLE WILL TAKE IT BACK!!!  We are tired of the

22   traitors who have robbed us in all ways.  YOU WORK FOR US

23   DON'T FORGET STAND UP OR U STAND FOR NOTHING"

24        Well, there's no period, but it ends.

25        MS. ARCO:  And can you please bring up

1    Government's Exhibit 828, which has been admitted into

2    evidence.

3            Can you please call out the bracketed comments.

4    Q.  Can you please read the date of this thread?

5    A.  The date of this thread is on -- it overlaps a couple of

6    days, a day or two, because if you took the UTC back the

7    five hours, it would have started actually on January 6th

8    shortly before midnight.  And it goes through January 7th.

9            Actually, all those date stamps would make this

10   January 6th comments late, late at night because I'm

11   converting it over.  4:43 a.m. minus the five hours is going

12   to bring you down to like 11:43 that night, January 6th.

13   Q.  Okay.  And just can you summarize the top comment

14   without reading it entirely?

15   A.  It's just a conversation between Kirstyn Niemela and

16   somebody named Kathy talking about being there at the

17   incident on January 6th.

18   Q.  Okay.  And can you please read Ms. Niemela's responses?

19   A.  "Oh, my God, you have no idea.

20            "It was insane.

21            "The media is disgusting.

22            "I was here first hand.

23            "Trump supporters did go in.  But we did not burn,

24   destroy or break the windows and shit.  They had breached

25   before we all even got to the capital.  Antifa are paid

1    mother fuckers.

2              "And we have week ass republicans.

3              "Yes."

4              MS. ARCO:  The government moves to admit

5    Government Exhibit 848.

6              MR. GARRITY:  No objection, Your Honor.

7              THE COURT:  So moved.

8              MS. ARCO:  Can you call out the bottom comment,

9    please.

10             THE WITNESS:  Okay.

11   Q.  What's the date on this?

12   A.  This would be January 8, 2021, Kirstyn Niemela, sent

13   January 8, 2021, and it looks like she is sharing with some

14   sort of a group a Twitter comment of some sort.

15             And the summary of the Twitter comment that she's

16   sharing within this group says, "Lindsey Graham just made

17   the mistake walking by me and a mass of angry patriots at

18   the airport in D.C.  All America wants is for you to AUDIT

19   OUR VOTE and purge this election of this massive

20   corruption... and you won't do it.  We're" --

21             MS. ARCO:  And then the next page for the rest of

22   the comment, please.

23             THE WITNESS:  I can get it.

24   A.  "We're not letting this 'slide' so expect more of this."

25             THE COURT:  Do you want to tell the jury who

```
 1    Lindsey Graham is?
 2              THE WITNESS:  Lindsey Graham is a member of the
 3    U.S. Congress.
 4    Q.  Okay.  Do you know if he's Republican?  Democrat?
 5    A.  No idea.
 6              MS. ARCO:  Okay.  Can you please pull up
 7    Government's Exhibit 830, which has been admitted into
 8    evidence.
 9              And we're nearing the end.
10              THE COURT:  Let's bring it home.
11              THE COURTROOM DEPUTY:  It's not in.
12              MS. ARCO:  Oh, can we please move into evidence
13    Government's Exhibit 830.
14              MR. GARRITY:  No objection, Your Honor.
15              THE COURT:  So moved.
16              MS. ARCO:  Can you please highlight those
17    comments -- call out, rather.
18    Q.  Okay.  What is the date of this thread?
19    A.  This thread is on January 8, 2021.
20    Q.  Okay.  And can you please read through the first two
21    comments?
22    A.  Somebody named Deb Fleury commented, "BTW" -- means "by
23    the way" -- "very proud of you and all my friends who went
24    to D.C. and protested peacefully!  You are representing for
25    all who couldn't be there!!!  Millions of us too!!  Thank
```

1    you!!!"

2    Q.  And Ms. Niemela's response?

3    A.  Ms. Niemela responds, "You're" -- it should say

4    "welcome," I believe.  The word is spelled wrong.  It's

5    "welxome."

6          "But if it ain't fixed we're going back locked and

7    loaded.  We will take back our country."

8          MS. ARCO:  Okay.  Can you please pull up

9    Government Exhibit 831, which should be admitted into

10   evidence?

11         THE COURTROOM DEPUTY:  It's not.

12         MS. ARCO:  It's not.

13         The government moves 831 into evidence.

14         MR. GARRITY:  No objection, Your Honor.

15         THE COURT:  So moved.

16         MS. ARCO:  Can you please highlight the second

17   half of the page starting right here.

18   Q.  Can you please read the date and the author of the top

19   two comments?

20   A.  Written by Kirstyn Niemela on January 8, 2021.

21         Comment, the body of it, "Oh I know u would.  But

22   we are all standing be ready and waiting."

23   Q.  "Be ready and waiting"?

24   A.  "By ready."  "By ready" instead of "be ready and

25   waiting," but it says "by," "by ready and waiting."

1              And then the comment below that is "We will take

2       our country back."

3       Q.  Okay.  And can you read the larger comment in the center

4       of the page.  Who is it from?

5       A.  It looks like Kirstyn Niemela on January 8, 2021.  "I

6       thought I lost people before... just wait till I proudly

7       wear all my maga shit... everyday!!  Wave my flags on my

8       truck and will stand by him.  These people have lost their

9       minds.  Its OUR capital.  This is PEOPLES America and we

10      will take it back one way or another."

11             MS. ARCO:  Okay.  To the extent it's not into

12      evidence, the government moves into evidence Government

13      Exhibit 832.

14             MR. GARRITY:  No objection, Your Honor.

15             THE COURT:  So moved.

16      Q.  Can you please read the "author," "date," and "body"

17      fields?

18      A.  Sure.  It's from Kirstyn Niemela on January 8, 2021, and

19      she's sending three photographs.

20      Q.  Okay.

21             MS. ARCO:  And can you please scroll to the next

22      page.

23      Q.  And please read the text on the page, Special Agent.

24      A.  Somebody named Relentless Truth.  "Apparently this needs

25      to be heard now more than ever...

```
 1                    "Its Thursday, January 7th 2021 and Joe Biden will

 2       NEVER be your President.

 3                    "If you're giving up on the plan because it's

 4       scary, shame on you.

 5                    "We are at WAR.

 6                    FIGHT LIKE OUR FUTURE GENERATIONS DEPEND ON IT.

 7                    "God.  Wins."

 8       Q.   And so just to be clear, Ms. Niemela sent this photo?

 9       A.   She did.

10       Q.   Okay.

11                    MS. ARCO:  The government moves to admit

12       Government's Exhibit 835.

13                    MR. GARRITY:  No objection, Your Honor.

14                    THE COURT:  So moved.

15                    MS. ARCO:  Can you call out the last comment

16       bubble, please.

17       Q.   Who is the author, what is the date, and what is the

18       body of this message?

19       A.   The author is Kirstyn Niemela on January 10, 2021, and

20       she sent two photographs.

21       Q.   Okay.

22                    MS. ARCO:  And we can come out of the callout box

23       and go to the next page.

24                    Can you highlight the top portion of the text.

25       Q.   I'll just read it quickly.
```

1        "Over the next 10-14 days, you will learn shocking

2    information about many of our government officials & wealthy

3    elite.

4        "Child sex trafficking and pedophilia are the

5    worldwide pandemic.

6        "Revelations will relate to Joe Biden, Barack

7    Obama, Chief Justice John Roberts, Hillary Clinton, Nancy

8    Pelosi, Mike Pence, Jeffrey Epstein, Bill Gates, and

9    thousands more.

10       "I have seen the evidence.  It is conclusive.

11       "This truly is the battle between good & evil."

12       Special Agent, just to be clear, Ms. Niemela sent

13    this photograph; she didn't write this photograph, right?

14    A.  She sent it.  She did not write it.

15    Q.  Okay.

16       MS. ARCO:  If you can call out -- scroll to the

17    next page.  Actually, keep going.  And if you can call out

18    the picture and the caption.

19       THE WITNESS:  It's another posting by somebody

20    named Lin Wood, and it appears to be the Pope and some other

21    religious figure at the Vatican.

22    Q.  Okay.  And what is the caption below the picture?

23    A.  "VATICAN BLACKOUT:  Pope arrested on 80 count indictment

24    for Child Trafficking and Fraud."

25    Q.  And just to be clear, Ms. Niemela did not write this,

1     but she sent it?  She shared it?

2     A.  Correct.

3     Q.  Okay.  And to your knowledge, has the Pope ever been

4     arrested on an 80-count indictment?

5     A.  No.

6              MS. ARCO:  An you please scroll to the next page

7     and call out the top comment.

8     Q.  Who is the author, what is the date, and what does it

9     say, please?

10    A.  The author is Kirstyn Niemela.  It was on January 10,

11    2021, and it says, "Let's hang em all."

12             MS. ARCO:  Okay.  If you could pull up Government

13    Exhibit 836.

14             THE COURTROOM DEPUTY:  It's not in, either.

15             MS. ARCO:  The government moves to admit 836.

16             MR. GARRITY:  No objection, Your Honor.

17             THE COURT:  So moved.

18             MS. ARCO:  Can you please call out those three

19    messages, Ms. Jones.

20    Q.  What is the date of this thread?

21    A.  January 20, 2021.

22    Q.  Okay.  Can you please read Ms. Niemela's comment?

23    A.  "True patriots will stand armed and ready if all else

24    fails."

25    Q.  Okay.  And based on the time of that comment, do you

 1    know what date this was sent?

 2    A.  This was sent the day that there was going to be a

 3    transition to power from President Trump to President Biden.

 4    Q.  Okay.  The inauguration?

 5    A.  It was.

 6              MS. ARCO:  Okay.  No further questions, Your

 7    Honor.

 8              THE COURT:  Okay.  Very well.

 9              All right.  Ladies and gentlemen, it is about

10    12:30, I believe.  We're going to take our lunch break.

11    Let's reconvene or be ready to reconvene at 1:45.  Okay?

12              Have a good lunch.  No discussions about the case.

13    No research about the case.

14              (Jury exits courtroom)

15              THE COURT:  Okay.  Nice to see Mr. Kramer has been

16    patiently waiting in the back of the room, so you all might

17    want to consult.

18              We will take our lunch break.  See you at 1:45.

19              (Lunch recess taken)

20

21

22

23

24

25

```
 1                    A F T E R N O O N   S E S S I O N
 2              THE COURT:  Okay.  I see Mr. Kramer is here.
 3     You've had a chance to speak with Mr. Leach; is that
 4     correct?
 5              MR. KRAMER:  Yes, Your Honor.
 6              THE COURT:  Mr. Leach, how are you, sir?  Nice to
 7     meet you.
 8              MR. LEACH:  I'm good, thank you.
 9              THE COURT:  Where are you from?
10              MR. LEACH:  Hudson, New Hampshire.
11              THE COURT:  Okay.  Welcome to Washington.
12              I understand you have been asked to be a witness
13     in this case; is that correct?
14              MR. LEACH:  Yes, sir.
15              THE COURT:  And Mr. Gordon from the prosecutor's
16     office this morning explained that if you were on the
17     Capitol grounds on January 6th, there's a possibility that
18     you might have some criminal exposure of some kind.  Because
19     of that representation, I've asked Mr. Kramer to be
20     available to consult with you.  And have you spoken to him
21     about that?
22              MR. LEACH:  I have.
23              THE COURT:  Okay.  And you all met earlier today;
24     is that correct?
25              MR. LEACH:  I'm sorry?
```

```
 1              THE COURT:  You met earlier today; is that
 2    correct?
 3              MR. LEACH:  Yes, we did.
 4              THE COURT:  And having spoken to Mr. Kramer, do
 5    you have any concerns about testifying in this case?
 6              MR. LEACH:  I don't.  I'm going to testify.
 7              THE COURT:  Okay.  Very well.
 8              Mr. Kramer, anything to add?
 9              MR. KRAMER:  No, Your Honor.
10              THE COURT:  All right.  Sir, thank you very much.
11              MR. KRAMER:  Thank you very much.
12              MR. GORDON:  Thank you, Your Honor.
13              I don't know if this is a good time.  I had three
14    very minor things on the jury instructions.  They're just
15    two typos and a question mark.
16              THE COURT:  Okay.  Shoot.
17              MR. GORDON:  So on Page 8, I just want to flag
18    that Instruction 17 will come out if the defendant chooses
19    to testify, and we'll need to replace that with the
20    instructions for impeachment.
21              THE COURT:  I'm sorry, there's a right of the
22    defendant not to testify.
23              MR. GORDON:  Right, but if the defendant does
24    testify, we'll need to swap that out for other instructions.
25    Okay?
```

```
1              THE COURT:  Yes.

2              MR. GORDON:  On Page 11, the title of Count 3

3    should be "disorderly or disruptive."

4              THE COURT:  I caught that as well.  Thanks.

5              MR. GORDON:  And then on Page 12, the sentence

6    under "Elements" reads, "Each of the following three

7    elements," but there are only two elements.

8              THE COURT:  Yes.

9              MR. GORDON:  And that's it.

10              THE COURT:  Okay.

11              MR. GARRITY:  And, Your Honor, to be clear to us,

12    I guess, this is not the charge conference, right?

13              THE COURT:  That's right.  Let's wait to do that

14    once we wrap up, and then we'll just take a break before we

15    instruct.

16              MR. GORDON:  Sorry, Your Honor.  Ms. Arco caught

17    one other one that I should flag for the Court.

18              THE COURT:  Okay.

19              MR. GORDON:  At the bottom of Page 9, the

20    statement should be -- you know, "she can't be found guilty

21    unless you are convinced beyond a reasonable doubt she

22    didn't have a good faith belief of her lawful authority to

23    enter and remain," because in that situation, since either

24    is a basis for guilt, the good faith basis would have to --

25    the good faith belief would have to address both of those
```

1    rather than only one of them.

2              THE COURT:  I'm sorry.  The last sentence of Page

3    9 says, "good faith belief of her lawful authority to enter

4    or remain."

5              MR. GORDON:  Right.  But phrased this way, the

6    jury would have to find that -- they'd have to be convinced

7    beyond a reasonable doubt -- oh, you know what, Your Honor.

8    I'm sorry.  You're correct.  I take that back.

9              THE COURT:  It's sort of an awkward sentence,

10   though, frankly.

11             MS. ARCO:  Yeah.

12             MR. GORDON:  But I think you're right, as written

13   it does correctly state the law with the "or" instead of

14   "and."

15             THE COURT:  Got it.  All right.

16             All right.  Are we ready?

17             MR. GARRITY:  Yes, Your Honor.

18             THE COURT:  Mr. Hastbacka, welcome back.

19             THE WITNESS:  Thank you, Your Honor.

20             MR. GARRITY:  Do you want me to go to the podium

21   now?

22             THE COURT:  Sure.

23             (Jury enters courtroom)

24             THE COURT:  Okay.  Welcome back, ladies and

25   gentlemen.  I hope everyone had a nice lunch.

```
1                    Mr. Garrity, the floor is yours.
2                    MR. GARRITY:  Thank you, Your Honor.
3                           CROSS-EXAMINATION
4    BY MR. GARRITY:
5    Q.   Good afternoon, Special Agent Hastbacka.
6    A.   Good afternoon, Attorney Garrity.
7    Q.   You were the case agent on this case; is that right?
8    A.   I was.
9    Q.   For the entirety of the investigation of Ms. Niemela?
10   A.   Yes.
11   Q.   And in the course of your investigation of Ms. Niemela
12   and being the case agent, you had access to a number of
13   videos beyond what has been shown to this jury; is that
14   right?
15   A.   Every video I've seen is the one that's been presented,
16   I believe.  There may be a few others, but yes.
17   Q.   But did you have access to other videos?
18   A.   I'm sure I did, yes.
19   Q.   And you know that the investigation of what took place
20   with respect to January 6th involved thousands of hours of
21   video.  Right?
22   A.   Correct.
23   Q.   Both involving surveillance video inside the Capitol.
24   Right?
25   A.   Yes.
```

```
1    Q.  Video depicting what took place outside of the Capitol

2    building itself but within the perimeter zone?

3    A.  Yes.

4    Q.  It showed what took place on the Upper West Terrace?

5    A.  Yes.

6    Q.  The east side of the building?

7    A.  Yes.

8    Q.  North and south side?

9    A.  Yes.

10   Q.  Depicted what took place on the scaffolding and the

11   stairs and out on the lawn, right?

12   A.  Correct.

13   Q.  And there were also open source videos that you're aware

14   of.

15   A.  Yes.

16   Q.  And beyond that, you obtained videos from Ms. Chiguer?

17   A.  I did.

18   Q.  You obtained videos from Mr. Eckerman's phone?

19   A.  The Kansas City office did, but yes, I had access to

20   those.

21   Q.  And there were -- you obviously searched Ms. Niemela's

22   phone, right?

23   A.  Correct.

24   Q.  And you knew, during the course of your investigation,

25   there were individuals that went to the Capitol beyond
```

1    Mr. Eckerman, Ms. Niemela, and Ms. Chiguer that were

2    connected with Ms. Niemela, right?

3    A.  I believe there were a couple connected with

4    Mr. Eckerman, but they had met the night before, yes.

5    Q.  You know that Candace Eckerman was the cousin of

6    Mr. Eckerman?

7    A.  I don't know the relationship, but there's some

8    relationship there.

9    Q.  But you've heard the name, obviously, "Candace Eckerman"

10   during the course of your investigation?

11   A.  Yes.

12   Q.  You've heard the name of "Crystal Herman" as well,

13   right?

14   A.  Yes.

15   Q.  You're aware that they went to the Capitol with

16   Ms. Niemela and Ms. Chiguer and Mr. Eckerman, right?

17   A.  Yes.

18   Q.  Did you or somebody from the Kansas City office speak to

19   Candace Eckerman?

20   A.  I am not aware of that.  I don't know.

21   Q.  Did you or somebody from the Kansas City office speak to

22   Ms. Herman?

23   A.  I don't know that.

24   Q.  Were any attempts made to search the phones or computers

25   of Candace Eckerman?

1    A.  I don't know.

2    Q.  Were any attempts made to search the phone or computer

3    of Ms. Herman?

4    A.  I don't know.

5    Q.  And you know from your investigation, Ms. Herman went

6    right up to the scaffolding of the Capitol, right?

7    A.  I don't even know what Ms. Herman looks like, to be

8    honest with you.

9    Q.  But your investigation involved speaking to people,

10   right?

11   A.  Correct.

12   Q.  One of those was Stefanie Chiguer?

13   A.  Yes.

14   Q.  Ms. Chiguer, as you've indicated, provided video.

15   Right?

16   A.  Yes.

17   Q.  One of those videos depicted interaction with

18   Mr. Eckerman and a police officer where Ms. Chiguer was

19   present, right?

20   A.  Yes.

21   Q.  And you know from your investigation Ms. Herman was

22   close by that interaction between Mr. Eckerman and the

23   officer, right?

24   A.  I don't know.

25          I just don't know what Ms. Eckerman -- I don't

1   know what Crystal Eckerman looks like.  Stefanie never --

2   Stefanie Chiguer, Ms. Chiguer, never brought -- she brought

3   the name up, but whenever we interviewed, it was always in

4   the context of the three individuals:  her, Ms. Niemela, and

5   Mr. Eckerman.

6   Q.  Well, you were also made aware, at least at the

7   beginning of your investigation, that there was an

8   allegation that Candace Eckerman also went to the Capitol.

9   Right?

10  A.  I'm not sure that made it into the lead that was sent to

11  me in Bedford, New Hampshire, because I believe she's in

12  Kansas City.

13  Q.  Well, you wrote 302s in this case, right?

14  A.  Yes.

15  Q.  And just so the jury knows, 302s are reports that agents

16  like yourself write when you're doing an investigation.

17  Right?

18  A.  Yes.

19  Q.  You wrote a 302 back on -- give me one second -- back in

20  December of 2021 dealing with an interview that you

21  conducted.  Right?

22  A.  If you show me the 302 to refresh my memory, I can

23  answer your question.

24  Q.  Sure.

25          MR. GARRITY:  Judge, may I approach the witness?

```
 1                    THE COURT:  You may.

 2    Q.  I'll show you the first page.  Just make sure that

 3    that's your 302.

 4    A.  Yes, it is.

 5    Q.  And that was written in December of 2021?

 6    A.  December 1, 2021, by myself, U.S. Task Force --

 7                    THE COURT:  Just read that to yourself, please.

 8    Q.  And I will just ask that you read this to yourself, that

 9    paragraph.

10    A.  (Witness reviews document) Okay.

11    Q.  Have you had a chance to read that?

12    A.  Yes.

13    Q.  And that paragraph refers to who allegedly entered the

14    Capitol with Ms. Chiguer, Mr. Eckerman, and Ms. Niemela,

15    right?

16    A.  Yes.

17    Q.  And Candace Eckerman's name came up in the context of

18    who entered the Capitol.  Right?

19                    MS. ARCO:  Objection, Your Honor.  I believe this

20    calls for hearsay.

21                    THE COURT:  Counsel.

22                    Having read that, does that refresh your

23    recollection as to the --

24                    MS. ARCO:  I don't think he showed him either --

25                    THE COURT:  -- as to the question that counsel
```

1    asked at the outset?

2                    THE WITNESS:  It does.

3                    Ms. Chiguer referred to her, I think,

4    accidentally --

5                    MS. ARCO:  Objection, Your Honor; hearsay.

6                    MR. GARRITY:  I guess I'll ask it this way.

7                    THE COURT:  Ask it one at a time.

8    BY MR. GARRITY:

9    Q.   Having read that report that you wrote, does that

10   refresh your recollection at least of the course of your

11   investigation as of December of 2021?

12   A.   It does.

13   Q.   And in December of 2021, Candace Eckerman was the

14   subject of investigation with respect to who entered the

15   Capitol?

16   A.   Yes.

17   Q.   And did you make any attempts to interview Candace

18   Eckerman or someone in the Kansas City office subsequent to

19   December of 2021?

20   A.   I don't know.  That would have been Kansas City.

21   Q.   Well, you have access to their reports, right?

22   A.   I do.

23   Q.   Now, you're the case agent in this case.  Right?

24   A.   For Ms. Niemela I am, yes.

25   Q.   But you have interaction with that office, do you not?

1     A.   Very, very limited.

2     Q.   Mr. Eckerman was from Kansas City, wasn't he?

3     A.   He was.

4     Q.   And Mr. Eckerman was at least a related subject of your

5     investigation?

6     A.   He was.

7     Q.   And having found out about Candace Eckerman, you took no

8     steps to investigate Candace Eckerman?

9     A.   That would not have been within my area of

10    responsibility.  Since she lives in Kansas City, that would

11    be the Kansas City office.

12    Q.   And are you aware of the Kansas City office taking any

13    steps to investigate Candace Eckerman?

14    A.   I don't know one way or the other.

15    Q.   Are you aware of any steps the Kansas City office took

16    with respect to accessing any social media posts or videos

17    or photos that Candace Eckerman may have posted?

18    A.   I have no idea what Kansas City did in relation to

19    Candace Eckerman.

20    Q.   And just getting back to the thousands of hours of video

21    that took -- that are available to you with respect to the

22    events of January 6th, you know that some of those videos

23    show, I guess, outside of the Capitol grounds facing onto

24    the Capitol grounds.  Right?

25    A.   Yes.

1    Q.  So if we're kind of looking down Pennsylvania Ave. past

2    the Peace Monument onto the grounds of the Capitol, right?

3    A.  Yes.

4    Q.  And you were shown a montage that showed that as well,

5    right?

6    A.  Yes.

7    Q.  That showed that the crowds initially started to gather

8    near the Capitol like around 12:54 p.m.?

9    A.  I believe so, yes.

10   Q.  And then there's video showing on that same video the

11   crowd going through the bike racks that were there as a

12   barrier that I guess covered the outer edge of that

13   perimeter leading onto the walkway that's on the Capitol

14   grounds?

15   A.  Correct.

16   Q.  Do you know what time Ms. Niemela entered the Capitol

17   grounds?

18   A.  I have no idea.

19   Q.  Did you make any -- did you make -- well, let me ask it

20   this way:  You had access to a cooperating witness, right?

21   A.  Yes.

22   Q.  You had access to a cooperating witness that was in

23   proximity to Ms. Niemela when she entered the Capitol

24   grounds, right?

25   A.  Yes.

1    Q.  Did you make any attempts to determine from that

2    cooperating witness when Ms. Niemela entered the Capitol

3    grounds?

4    A.  No.

5    Q.  Did you make any attempts to determine whether or not

6    there was video depicting what Ms. Niemela may have been

7    able to see as she's going down Pennsylvania Ave.

8    approaching the Capitol grounds?

9    A.  No.

10   Q.  You know that there's photographs of Ms. Niemela that

11   she posted in her phone up on a tree, right?

12   A.  I believe I got those from Mr. Eckerman's phone, yes.

13   Q.  But there's photos of Ms. Niemela up in a tree?

14   A.  Yes.

15   Q.  Do you know what time those photos were taken?

16   A.  I don't.

17   Q.  Is there any sort of time-stamp that you were able to

18   locate that would determine when those photographs were

19   taken?

20   A.  No.

21   Q.  Is it fair to say that you made no attempts to get video

22   footage to present to this jury that would show what someone

23   would be saying as they approached the Capitol if they

24   approached the Capitol, say, around 2:00 p.m. that day?

25   A.  My best attempt at this was I had a photograph of

1    Ms. Chiguer and Ms. Niemela, and I had a photograph of

2    Mr. Eckerman from the Kansas City division.  I sent those

3    photographs to Washington, D.C., to a specialized team to

4    look through all the video montages to see if, through their

5    artificial intelligence or whatever apps they're using, to

6    pick them out of the crowd.  They, in turn, gave me the

7    clips that I had.

8            That's my limited exposure to the video, is what

9    FBI headquarters had provided to me.

10   Q.  But my question, Special Agent Hastbacka, is:  Did you

11   make any attempts to see if there was video footage beyond

12   what's been shown to the jury in Government Exhibit 001

13   about what someone might have viewed as they approached the

14   Capitol grounds?

15   A.  No attempts on my own, no.

16   Q.  And the video footage that has been presented to the

17   jury, there's a video of Ms. Niemela up on a lamppost; is

18   that right?

19   A.  She's elevated next to a lamppost, but she's not

20   actually on the lamppost.  I think there were two other

21   individuals on that lamppost.

22   Q.  But she's elevated near the lamppost?

23   A.  Yes.

24   Q.  And she's not with Mr. Eckerman or Ms. Chiguer, right?

25   A.  I believe, from the photograph or video I saw,

1    Mr. Eckerman is off to her left down on the ground level.

2    Q.  And neither Ms. Chiguer or Mr. Eckerman is looking at

3    Ms. Niemela, right?

4    A.  No.

5    Q.  It appears that they don't know she's even there?

6                MS. ARCO:  Objection; speculation.

7                THE COURT:  Overruled.

8    Q.  Let me rephrase it.

9                THE COURT:  You can rephrase.

10   Q.  From what you can observe from the video and where

11   they're looking, does it appear from those observations that

12   you could determine whether they knew she was present?

13   A.  I could not.

14   Q.  Does it appear during that video that Ms. Niemela is

15   getting down from her elevated position?

16   A.  It does.

17   Q.  Is there any video that you can point to or present to

18   the jury that would show when Ms. Niemela reconnected with

19   Ms. Chiguer and Mr. Eckerman?

20   A.  The only video after that is when they're on the steps.

21   I see them together on the steps.

22   Q.  And the videos that were shown about Mr. Eckerman and

23   Ms. Chiguer approaching the scaffolding, Ms. Niemela's not

24   in those videos at all, right?

25   A.  Correct.

1    Q.  And the person that calls out, "Hey, Mike" to

2    Mr. Eckerman is Ms. Chiguer?

3    A.  Correct.

4    Q.  In the videos that have been shown to the jury in terms

5    of what took place inside the Capitol with Ms. Niemela, is

6    it fair to say that the leader of the trio, from your

7    observations, is Mr. Eckerman?

8    A.  Yes.

9    Q.  Ms. Niemela is holding on to Ms. Chiguer for the most

10   part, right?

11   A.  At points, yes.

12   Q.  She seems to be the third in the trio --

13   A.  Correct.

14   Q.  -- is that fair to say?

15   A.  Yes.

16   Q.  She's not -- she's never depicted leading the pack?

17   A.  No.

18   Q.  And when she goes through the Senate Wing Doors, she's

19   really being -- she's holding on to Stefanie Chiguer as they

20   go through the entryway down the hallway, right?

21   A.  It could be.  I can't see where the hands are, but yes,

22   she's behind her.

23   Q.  And that hallway then leads to the Crypt?

24   A.  Yes, when you go off to the right.

25   Q.  And Officer Detorie was in the Crypt?

1    A.  Yes, she was.

2    Q.  And you spoke to Officer Detorie?

3    A.  I did.

4    Q.  And you spoke to two other officers that were working

5    inside the Capitol as well in the course of your

6    investigation?

7    A.  There was one that was inside that Crypt area, Officer

8    Yetter, and then there was a third -- I believe it was a

9    Metropolitan Police officer -- that was nowhere near there.

10   He was in the tunnel.

11   Q.  And all of the agents -- or all of the officers you

12   spoke to, none of them identified Ms. Niemela, right?

13              MS. ARCO:  Objection; calls for hearsay.

14              THE COURT:  Sustained.

15   A.  No.

16              THE COURT:  The Court will strike the last answer.

17   Q.  Of the videos you've seen, does -- do you see

18   Ms. Niemela have any physical interaction with either -- any

19   of those officers?

20   A.  No.

21   Q.  Does Ms. Niemela, in the videos you've seen, have any

22   physical interaction with any officer?

23   A.  No.

24   Q.  Does the videos you've seen show Ms. Niemela speaking to

25   any of the officers?

1    A.  Not that -- what I can see.

2    Q.  In any of the videos you've seen of Ms. Niemela inside

3    the Capitol, does she appear to say anything?

4    A.  No.

5    Q.  It appears that Mr. Eckerman's speaking, right?

6    A.  Correct.

7    Q.  In fact, when they're going through Statuary Hall and

8    they're walking through the ropes, Mr. Eckerman appears to

9    be speaking to an officer over to the left.  Do you recall

10   that?

11   A.  Yes.  By his hand gestures, you can imply that several

12   times during this, the videos, he's got hand gestures when

13   police officers are close by.

14   Q.  He's kind of raising his hands up, and it appears he's

15   speaking to that officer?

16   A.  Right, with the yellow gloves.

17   Q.  And, again, Ms. Niemela is the third in line in that

18   pack?

19   A.  Typically, yes.

20   Q.  And it appears that she's trying to catch up to Stefanie

21   and Mr. Eckerman, right?

22   A.  At times, yes.

23   Q.  I'm just talking about the video depicting walking

24   through the ropes in Statuary Hall.

25   A.  Yes, correct.

```
 1    Q.   And, again, it doesn't appear she's saying anything?

 2    A.   Correct.

 3    Q.   Not gesturing towards the officer?

 4    A.   Correct.

 5    Q.   Not making any movements at all towards the officer?

 6    A.   Correct.

 7    Q.   And in the entire time she's in the Capitol, does she

 8    carry anything in her hands?

 9    A.   No.

10    Q.   Does she appear to be demonstrating at all inside the

11    Capitol?

12    A.   No.

13    Q.   She doesn't touch any of the property or objects inside

14    the Capitol that you can see from the videos, right?

15    A.   Correct.

16    Q.   And I guess just in terms of what took place initially

17    inside the Crypt, right, that's where Officer Detorie was?

18    A.   Yes.

19    Q.   There's a crowd of hundreds of people inside that Crypt;

20    is that right?

21    A.   Correct.

22    Q.   A few officers, and Officer Detorie is one of them?

23    A.   Yes.

24    Q.   Hundreds of people?

25    A.   Yes.
```

1    Q.  And Ms. Niemela is not pushing against anyone?

2    A.  No.

3    Q.  Again, she's third in line with Mr. Eckerman and

4    Ms. Chiguer?

5    A.  Correct.

6    Q.  It appears that she's kind of pushed along by the crowd

7    as it surges past the officers, right?

8    A.  It kind of -- the three of them worked their way through

9    the crowd to get to the front.

10   Q.  Led by Mr. Eckerman?

11   A.  Led by Mr. Eckerman.  But they weaved their way through

12   the crowd to get to the front.

13   Q.  And Ms. Niemela is kind of holding on to Ms. Chiguer who

14   is holding on to Mr. Eckerman?

15   A.  Correct.

16   Q.  But as the crowd surges past Officer Detorie in the

17   Crypt, Ms. Niemela is kind of a cork in the ocean, kind of

18   bobbing along in the crowd, right?

19   A.  She's in the crowd.

20   Q.  Being pushed along?

21   A.  Pushed along.

22   Q.  Is that fair to say?

23   A.  Sure.

24   Q.  And she's -- fair to say she's much smaller than

25   Ms. Chiguer, right?

1    A.  Yes.

2    Q.  Much smaller than Mr. Eckerman?

3    A.  Yes.

4    Q.  And, again, from what you can see in the video, she

5    doesn't say a word to Officer Detorie?

6    A.  Correct.

7    Q.  Doesn't try to physically interact with her at all?

8    A.  Correct.

9    Q.  And then they -- the crowd goes towards the Memorial

10   Doors; is that right?

11   A.  Yes.

12   Q.  At the base of the stairs?

13   A.  Yes.

14   Q.  That leads up to the second floor?

15   A.  Correct.

16   Q.  And that's where the three or four officers were

17   present?

18   A.  Correct.

19   Q.  And Mr. Eckerman again pulls the three to the front of

20   that crowd?

21   A.  Yes.

22   Q.  And it's Mr. Eckerman that has the physical interaction

23   with Officer Yetter?

24   A.  Correct.

25   Q.  And from what you can see in the videos, Ms. Niemela

1     doesn't say or do anything with Officer Yetter?

2     A.  Correct.

3     Q.  Doesn't say or do anything with any of the officers?

4     A.  Correct.

5     Q.  Again, kind of clinging along with Ms. Chiguer and

6     Mr. Eckerman?

7     A.  Correct.

8     Q.  And then they go up the stairs, and Statuary Hall is on

9     the second floor; is that right?

10    A.  Yes.

11    Q.  And as we talked about, they walked through Statuary

12    Hall.  The officers there -- there's no interaction with

13    Ms. Niemela with that officer, right?

14    A.  Correct.

15    Q.  And then the crowd goes into that connecting hall that

16    leads to the House Chamber?

17    A.  Yes.

18    Q.  And Mr. Eckerman leads the three again to the front of

19    that crowd, right?

20    A.  Yes.  At points they may be shoulder to shoulder, some

21    variation of the three, but yeah, he's leading the way.

22    Q.  And the line of officers is there at the end of that

23    hall as is leads into the House Chamber, right?

24    A.  Correct.

25    Q.  And Ms. Niemela's -- you can see her, at times her

1    head's trying to step up and look over and see what's going

2    on?

3    A.  Correct.

4    Q.  Ms. Chiguer, being much taller, appears that she's got a

5    clear view, right?

6    A.  Correct.

7    Q.  Mr. Eckerman, you can see and hear on the video,

8    especially from the yellow gloves, he's talking to the

9    officers, right?

10   A.  Correct.

11   Q.  In fact, he says something like "there's a million

12   people outside" --

13            MS. ARCO:  Objection; hearsay.

14            MR. GARRITY:  It's an exhibit, Judge.  It's in the

15   video.

16            THE COURT:  So moved.

17            I mean, I'm sorry, overruled.

18   A.  Correct.

19   Q.  And Ms. Niemela doesn't say anything?

20   A.  Correct.

21   Q.  And then at some point in time the individual wearing,

22   I'll call it a Mukluk hat, comes from behind?

23   A.  Yeah.

24   Q.  He's the guy kind of making -- saying, hey, kind of

25   weird noises?

```
 1    A.  Yes.
 2    Q.  He kind of gets shoved into the crowd or moved into the
 3    crowd.  Someone says, "It's coming," right?
 4    A.  Yes.
 5    Q.  And you can see people from -- coming from Statuary Hall
 6    down that hallway kind of pushing the crowd forward, right?
 7    A.  Right.  That crowd is backing up at that choke point,
 8    and the pressure is being put on those officers.
 9    Q.  Right.  So the pressure comes from behind and pushes the
10    crowd through the line of police officers, right?
11    A.  Correct.
12    Q.  And, Ms. Niemela, where she was positioned initially,
13    before that surging crowd comes from behind, she's there for
14    about four or five minutes?
15    A.  Yes.
16    Q.  And doesn't do anything in terms of trying to push
17    through the crowd or push through the officers, right?
18    A.  Correct.
19    Q.  And the pressure built up from behind.  The crowd gets
20    pushed.  Right?
21    A.  Yes.
22    Q.  And pushes past the officers.
23    A.  Correct.
24    Q.  And we've seen the video I guess shooting down the House
25    hallway, the main hallway, where --
```

```
 1    A.  Well, there's the hallway that leads from Statuary Hall
 2    straight down into the House.  And then you have the top of
 3    that -- there's a T that runs east and west in front of all
 4    the House doors.
 5    Q.  Right.  That's the one I'm talking about.
 6    A.  Okay.
 7    Q.  The hallway.  And you can see the officers being pushed
 8    back, and you see the crowd kind of surge through?
 9    A.  Yes.
10    Q.  You recall that video?
11    A.  That's the east/west hallway in front of the House
12    Chambers.
13    Q.  But you recall that video?
14    A.  Yes.
15    Q.  And I guess it kind of shows from the side, it shows the
16    officers kind of trying to push back, right?
17    A.  Correct.
18    Q.  And then the crowd surges through.  And some of the
19    crowd goes towards the House Chamber doors?
20    A.  Correct.
21    Q.  Ms. Niemela was not at the head of that surging crowd,
22    right?
23    A.  No.
24    Q.  In fact, what she does is she goes over to the side and
25    stands there with Ms. Chiguer and Mr. Eckerman, right?
```

```
 1    A.  Yes.  Yes.

 2    Q.  Doesn't make any attempts to go down towards the House

 3    Chamber?

 4    A.  No.  That door is very narrow so there are only so many

 5    people who can fit in there.

 6             But she stays outside there, yes.

 7    Q.  And, again, it doesn't appear that she's saying or doing

 8    anything other than standing there, right?

 9    A.  It seems -- you know, there seems to be some sort of

10    conversation between the three of them, but what's being

11    said --

12    Q.  She's not speaking to any of the officers that are

13    present?

14    A.  No.

15    Q.  Not interacting with them at all?

16    A.  No.

17    Q.  Not gesturing towards them at all?

18    A.  No.

19    Q.  Not picketing or demonstrating at all at that time,

20    right?

21             MS. ARCO:  Objection; calls for a legal

22    conclusion.

23             THE COURT:  Sustained.

24    Q.  Does she make any movements with her arms that you can

25    see?
```

1    A.  I can't see anything because you have the backs.  You

2    see the back of them with their capes, and they're facing

3    opposite that camera.

4    Q.  As she walks down the hallway -- they're going to the

5    same Rayburn Room?

6    A.  Yes.

7    Q.  Does the video basically just depict her walking along

8    with Stefanie Chiguer and Mr. Eckerman before they turn into

9    the Sam Rayburn Room?

10   A.  They walk that way facing the cameras, and then they

11   make a left-hand turn, the three of them, into that Rayburn

12   Conference Room.

13   Q.  And Ms. Niemela doesn't appear to be saying anything at

14   that time to anyone?

15   A.  No.

16   Q.  Doesn't -- isn't holding anything in her hand like a

17   flag or sign or anything?

18   A.  No.

19   Q.  And you know some of the people that went into the

20   Capitol were holding signs and flags --

21   A.  Sure.

22   Q.  -- or flag posts, something like that?

23   A.  Correct.

24   Q.  Ms. Niemela didn't have that?

25   A.  No.

1    Q.  And after being in the Sam Rayburn Room, the crowd is

2    called out for some reason down towards another hallway that

3    leads to the House Chamber?

4    A.  Something drew that crowd ahead of that door to rush

5    east down that corridor towards the direction of the House

6    Wing Doors, which is down that way.

7              As the crowd passes or rushes past that Rayburn

8    Conference Room is when Ms. Niemela and Ms. Chiguer and

9    Mr. Eckerman come out of that room just as the crowd starts

10   passing en masse by that door.

11   Q.  And when they walked -- when Ms. Niemela walks down that

12   way, again, not gesturing at all, not -- doesn't appear to

13   be saying anything?

14   A.  Not to anybody other -- maybe possibly -- speculation on

15   my part -- possibly to Ms. Chiguer.

16   Q.  And am I correct that some of the videos don't have

17   sound and some do?

18   A.  Some do; some don't.  Sometimes they're wearing masks;

19   sometimes they're not.  So you can't see if something's

20   being said with the mask on.

21   Q.  But am I correct that you can never hear Ms. Niemela's

22   voice on any of the videos that you've seen?

23   A.  Correct.

24   Q.  And you're familiar with her voice?

25   A.  Limited, but yes.

1    Q.  Because you've had some interaction with her; you told

2    us two interactions, right?

3    A.  Yes.

4    Q.  So you have some familiarity with her voice?

5    A.  Yes.

6    Q.  And you don't hear her voice at all on any of these

7    videos?

8    A.  No.

9    Q.  And when they go down that corridor -- that corridor

10   leads to another entrance into the House Chamber?

11   A.  So as you make that right-hand turn heading east on that

12   east/west corridor, now you're going north/south in front

13   of, I guess, the interior -- there's an interior hallway

14   running along the east side of the House floor.  So you're

15   going due south in that interior hallway with the House

16   floor on your right and then that House Wing Door, exterior

17   door, on your left-hand side.

18   Q.  Does part of that crowd surge towards some doors that

19   lead kind of into the House Chamber?

20   A.  There's some action on that video where a gentleman is

21   trying to kick in that door on that east side of the House

22   Chamber.  The crowd is moving, you know, a decent pace

23   compared to other parts where they're stacked up at that

24   point.

25   Q.  And a man kicking the door, Ms. Niemela doesn't appear

1    to cheer that individual on?

2    A.  No.

3    Q.  Or to support him in any way?

4    A.  No.

5    Q.  And that hallway, does that eventually lead to the

6    hallway that connects with the hallway with the exit doors

7    that Ms. Niemela eventually walks out?

8    A.  The hallway goes past those exit doors on the left, and

9    eventually it dead ends, and it makes another hard right to

10   some area behind the House floor.

11          But that House Chamber door that had that little

12   podium there is about halfway down that corridor.

13   Q.  But eventually the video depicts Ms. Niemela,

14   Ms. Chiguer, and Mr. Eckerman walking out?

15   A.  Yes.

16   Q.  After about 20 minutes; is that right?

17   A.  Somewhere around that.

18   Q.  And did Ms. Niemela do anything inside the Capitol other

19   than being present that you could observe in the videos?

20          MS. ARCO:  Objection, calls for a legal

21   conclusion.

22          THE COURT:  Overruled.

23   Q.  Did you see her do anything inside the Capitol other

24   than being physically present?

25   A.  No.

1    Q.  And you've talked -- well, I guess you were presented

2    with a number of social media posts, right?

3    A.  Yes.

4    Q.  A number from Ms. Niemela and from other individuals

5    that she may have been reposting and interactions on -- chat

6    messaging with Mr. Eckerman; is that right?

7    A.  Yes.

8    Q.  You're familiar, from your career as an FBI agent and

9    from your own life experience, that people post a whole lot

10    of stuff, right?

11    A.  Sure.

12    Q.  They post valid points and invalid points.  Right?

13    A.  Yes.  People tend to post obviously what they support,

14    what they believe in.  They wouldn't be posting something

15    that they're against.

16    Q.  I guess let me ask it this way:  People post a lot of

17    crazy stuff, right?

18    A.  Sure.

19    Q.  And I guess that crazy posts are even more prevalent at

20    this point in time, right?

21    A.  I see it all the time by a lot of people.

22    Q.  People say a lot of stuff that they never intend to act

23    on, right?

24    A.  Sometimes yes; sometimes no.

25    Q.  Well, in this particular case, we know that Ms. Niemela

1    made a lot of posts that she never acted on, right?

2    A.  Sure.

3    Q.  Like one of the posts talking about subsequent to

4    January 6th, "We're going back locked and loaded," right?

5    A.  Sure.

6    Q.  You know from your investigation she never went back to

7    D.C.?

8    A.  I don't believe she did, but I can't say for certain.

9    Q.  Are you aware of any information she ever went back down

10   to D.C.?

11   A.  No.

12   Q.  Are you aware that she ever went back locked and loaded?

13   A.  No.

14   Q.  And you know -- you were asked about a post, Government

15   Exhibit 926, about Ms. Niemela talking about three options,

16   right?

17           Do you recall that post?  I know you were shown a

18   lot.

19   A.  Right.  If you can pull it up, yeah, but I have no

20   reason to doubt you.

21           MR. GARRITY:  Could it be published from counsel

22   table?

23           Is it possible to highlight the second post?

24   Q.  And this is from Ms. Niemela, right?

25   A.  Yes.

1   Q.  And this is on January 17, 2021?

2   A.  Correct.

3   Q.  Where she talks about "If something doesn't happen in

4   the next day we have three options.  Every Trump supporter

5   gets locked and loaded and fights."  Right?

6   A.  Correct.

7   Q.  You know that never happened?

8   A.  Correct.

9   Q.  She said, "The second option is we all off ourselves

10  because really who wants to live like that," right?

11  A.  Correct.

12  Q.  Obviously that's not -- that didn't happen because

13  Ms. Niemela is sitting with us at defense table, right?

14  A.  Correct.

15  Q.  And then she says, "We all buy land and live off the

16  grid."

17  A.  Correct.

18  Q.  You know that never happened?

19  A.  It partially did.

20  Q.  Well, can you tell the jury whether or not

21  Ms. Niemela -- well, she had a cell phone when you arrested

22  her, right?

23  A.  Yes.

24  Q.  She was arrested in January of 2022?

25  A.  Yes.

1    Q.  That cell phone connects to the grid, right?

2    A.  To the grid, yes.

3    Q.  So she wasn't living off the grid.

4    A.  Correct.

5    Q.  So we know that's not true.

6    A.  Right.

7    Q.  We know that's basically just bluster?

8    A.  My investigation showed that she and Ms. Chiguer had

9    purchased a trailer that they planned to refurbish and

10   somehow live in this trailer, and that they kept it at Renae

11   Sevigny's house.  When I went over to Renae's house, the

12   trailer was there on the property.

13   Q.  That was the extent of living off the grid?

14   A.  Yes.

15   Q.  Would that trailer not be powered by electricity?

16   A.  It could, or have solar panels.  I don't know.

17   Q.  Did she -- I know there's another post where there's

18   talk about starting their own colony, right?

19   A.  Yes.

20   Q.  That never happened?

21   A.  No.

22   Q.  You know that she was working for Mr. Mark Leach at the

23   time she was arrested, right?

24   A.  Yes.

25   Q.  And that she was living in Hudson, New Hampshire?

```
1    A.   Yes.

2    Q.   And had a cell phone because you seized it, right?

3    A.   Yes, yes.

4    Q.   So is it fair to say that this January 17th post is a

5    good example of someone spouting off stuff that they really

6    don't mean to act on?

7    A.   Sure.

8    Q.   And you know from I guess your own life experience and

9    your investigation in this case that a number of people,

10   rightly or wrongly, thought the election was stolen.  Right?

11   A.   Yes.

12   Q.   A lot of people like Ms. Niemela were strong supporters

13   of Former President Trump, right?

14   A.   Yes.

15   Q.   None of that stuff is criminal, is it?

16   A.   No.

17   Q.   Not to say whether it's right or wrong, but none of it's

18   criminal, right?

19   A.   Correct.

20   Q.   It's all protected by the First Amendment.

21   A.   It is.

22   Q.   The First Amendment gives a lot of latitude to people to

23   say a whole lot of nonsense, right?

24   A.   It does.

25   Q.   And is it fair to say that a lot of what Ms. Niemela
```

1    posted involving QAnon and JFK Junior was a lot of nonsense,

2    right?

3    A.  To me it's nonsense.

4    Q.  But protected by the First Amendment?

5    A.  Yes.

6    Q.  Not criminal at all?

7    A.  Correct.

8    Q.  People are entitled to have crazy views?

9    A.  Correct.

10   Q.  And the post that she put up about the wild protest on

11   December 31st of 2020 talked about staging a protest outside

12   of Congress, did it not?

13   A.  Yes, it did.

14   Q.  There was never a post that you saw from Ms. Niemela

15   that talked about -- this is prior to January 6th -- an

16   intent to go inside the Capitol?

17   A.  Correct.

18   Q.  It was all:  We're going to stage a protest of what we

19   think is a stolen election outside of Congress.

20   A.  Correct.

21   Q.  We're going to make our voices heard, right?

22   A.  Yes.

23   Q.  And you know that's -- she went down to D.C. on January

24   5th and January 6th to attend the Trump rally on January

25   6th, right?

1    A.   They drove down on January 5th.

2    Q.   And attended the rally on January 6th, right?

3    A.   Correct.

4    Q.   And you know from your investigation that people began

5    to gather for that rally in the early morning hours of

6    January 6th, right?

7    A.   Correct.

8    Q.   In the nighttime almost, right?

9    A.   Possibly so, yes.

10   Q.   And you know that Ms. Niemela was one of those people

11   that gathered there in the early morning hours, right?

12   A.   I believe maybe 6:00 a.m., somewhere in that area.

13   Q.   And that rally had some security barriers; is that

14   right?

15   A.   Yes.

16        MR. GARRITY:  And can we pull up Government

17   Exhibit 824.

18        Is it possible to highlight the comment at UTC

19   00:16:11?

20   Q.   Do you see that?

21   A.   Yes.

22   Q.   You know from your investigation that she's not talking

23   about the events at the Capitol in this post; she's talking

24   about attending the Trump rally, right?

25   A.   Correct.

1    Q.  So when you tried to initially tell this jury, when you

2    were questioned by the government, that that pertained to

3    the Capitol rather than the Trump rally, that was incorrect.

4    Is that fair to say?

5    A.  I think it could be interpreted either way, but giving

6    her the benefit of the doubt, you could interpret it that it

7    was for the White House.

8    Q.  Well, forget about the benefit of the doubt.

9             No one gathered at the Capitol overnight and stood

10   in the cold, right?

11   A.  I don't know what happened in front of the Capitol

12   overnight.

13   Q.  Well, you know from the montage that's Government

14   Exhibit 001 that the crowd began to gather at around 12:54

15   p.m. on January 6th, right?

16   A.  The crowd did.  I don't know whether the protesters may

17   have been there beforehand.

18   Q.  You know, however, that people began to gather for the

19   Trump rally in the early morning hours, right?

20   A.  There were some outside the White House.  We know that.

21             I don't know who was outside the Capitol at 6:00

22   in the morning.

23             A lot of people protest wherever they want to

24   protest down there.  So what this line is in reference to, I

25   don't -- it could be either one.

```
 1    Q.  And there were a lot more people at that rally than were
 2    at the Capitol, right?
 3    A.  I can't tell you how many were at either one.
 4    Q.  Well, that's what that post refers to; is that correct?
 5    A.  I don't know.
 6              MR. GARRITY:  Can I have one second, Your Honor?
 7              (Pause)
 8              MR. GARRITY:  Just one more question, I guess.
 9    Q.  Is it fair to say from what you observed in the videos
10    of Ms. Niemela's conduct inside the Capitol, she was a
11    follower, not a leader?  Right?
12    A.  It could be said like that.  The three of them went
13    together everywhere inside, the trio, holding on to
14    Mr. Eckerman's vest.
15              My investigation led me to believe they did that
16    so they wouldn't lose each other inside that location.
17    Q.  And fair to say that her conduct inside the Capitol did
18    not match up with her online bluster?  Right?
19    A.  I don't know what the online bluster is in comparison
20    to, you know.
21    Q.  Well, locked and loaded?
22    A.  I can't tell you.
23    Q.  Hang 'em high?
24              None of her conduct in the Capitol matched up with
25    those posts, right?
```

```
 1    A.  "Hang 'em high"?  Nobody, to my knowledge, was hung.

 2              As far as "locked and loaded," I don't know who

 3    inside there had weapons, who didn't have weapons, other

 4    than what officer -- Lieutenant Detorie told us, told me,

 5    about somebody who was being seized with an initial

 6    encounter with the protesters.  One of them had a magazine

 7    with ammunition.

 8    Q.  And, Special Agent, I know there were a lot of bad

 9    actors that went in the Capitol, but I'm talking about

10    Ms. Niemela because it's her conduct that counts.

11    A.  Right.

12    Q.  From what you observed in the video, her conduct in the

13    Capitol did not match up in the least with what she posted,

14    right?

15    A.  Sure.

16              MR. GARRITY:  Can I have one second, Your Honor?

17              THE COURT:  Yes.

18              (Pause)

19              MR. GARRITY:  No further questions.  Thank you.

20              THE COURT:  Okay.  Thank you.

21              Ms. Arco?

22                        REDIRECT EXAMINATION

23    BY MS. ARCO:

24    Q.  Hello again, Special Agent.

25    A.  Hello.
```

```
 1                 MS. ARCO:  If we could please pull up Government
 2     Exhibit 824, the one that was still -- that was on the
 3     screen just now.
 4                 And can we highlight that same comment.
 5     Q.  Special Agent, you were just asked about this comment,
 6     correct?
 7     A.  Yes.
 8     Q.  And Mr. Garrity asked you whether this was about the
 9     rally outside of the White House.  Do you remember that?
10     A.  Yes.
11     Q.  Okay.  After January 6th, was the term "stormed the
12     Capitol" used frequently?
13     A.  Yes.
14     Q.  In the news or where?
15     A.  The news, social media.
16     Q.  Okay.  And have you ever heard of anyone reporting,
17     saying, speculating that anyone stormed the White House?
18     A.  No.
19     Q.  That anyone stormed the rally at The Ellipse?
20     A.  No.
21     Q.  Okay.
22                 So -- and what's the date of this particular
23     comment?  And if you can figure in the UTC time.
24     A.  UTC is kind of messy here.
25                 It's posted on 1/7/2021.  Depending on Daylight
```

1   Savings or whatnot, you subtract the five or six hours, so

2   this is either, say, 5:00 -- 6:00 at night or 7:00 at night.

3   Q.  Okay.  So translated, Ms. Niemela posted this at around

4   5:00 p.m. on January 6th?

5   A.  5:00 or 6:00 on January 6, 2021.

6   Q.  Okay.  And if you read the first half of the comment and

7   the second half, what do you take away from that?

8          I know he asked you a question.  You answered

9   pretty quickly.  But can you respond to this particular

10  comment and let us know what you think it's referring to in

11  both that first half of the comment and the second half?

12  A.  Sure.  You know, the first half is "stood outside

13  overnight in the cold."  So that would mean to me the folks

14  outside the White House waiting to hear the speech stood in

15  line.

16          But this part here that says, "still didn't make

17  it in," to me, means the Capitol because nobody ever made it

18  inside the White House, period.  There was some -- you know,

19  "cold," "in line," and "still did not make it" -- "didn't

20  make it in."

21          There was never a question of somebody going into

22  the White House.  "Going in" was the U.S. Capitol.

23  Q.  Were there any reports of anyone -- thank you.

24          MS. ARCO:  And can you pull up the top comment on

25  the top of the screen.

```
 1    Q.  It says, "Was there and contest to that."

 2              What does that mean to you?  What does this appear

 3    to be in reference to?

 4    A.  It could mean -- "and contest to that."

 5              It's kind of up in the air, right?

 6              She's posting that around the same time.

 7              "Was there."  "Was there" could mean the White

 8    House or could mean the Capitol.

 9    Q.  Okay.

10    A.  And "contest to that"?  Contest to what?  I don't know

11    what was before that.

12    Q.  Okay.  Thank you.

13              MS. ARCO:  And you can pull it down.

14    Q.  You were asked a lot of questions about what Kansas City

15    agents did.  Do you remember that?

16    A.  Yes.

17    Q.  And what you did or did not do with respect to Kansas

18    City residents; is that right?

19    A.  Yes.

20    Q.  Okay.  Do you handle cases for Kansas City?

21    A.  No.

22    Q.  How do cases -- well, it might be different more

23    generally as opposed to a January 6th investigation, but how

24    do cases get assigned in January 6th cases to FBI agents?

25    A.  Just based on geographical areas.  So in this particular
```

1    case, the Boston division, which I'm part of, covers Maine,

2    New Hampshire, Massachusetts, and Rhode Island.  I was

3    assigned the aspect as far as it goes to Ms. Niemela because

4    she was a resident of New Hampshire.

5            Ms. Chiguer was also assigned to the Boston

6    division, but to our Lowell, Massachusetts, all right,

7    because she lived within that jurisdiction.  So the Boston

8    division has satellite offices scattered around.

9            The Lowell office, from my office in Bedford, New

10   Hampshire, they're only about a half hour apart distance-

11   wise, but yet we have totally separate caseloads.  We do

12   cross over and work with each other if, you know, we can

13   help each other out.  We're all part of the same Boston

14   office.  But we all have our own little what we call AoR,

15   area of responsibility; and that's why I had just the

16   assignment of Ms. Niemela in this bigger scheme of things.

17   Q.  Okay.  There was also a lot of talk about Candace

18   Eckerman.  Is it possible that Candace Eckerman was

19   investigated by Kansas City and ruled out as a criminal

20   subject?

21            MR. GARRITY:  Objection; speculation.

22            THE COURT:  Want to go to the phone?

23            (The following is a bench conference

24             held outside the hearing of the jury)

25            THE COURT:  What's the objection?

```
 1                  Switch your phones.
 2                  MR. GARRITY:  Your Honor, first of all, we've
 3       received reports from the Kansas City investigation.  I
 4       haven't seen any report that deals with an interview or
 5       investigation of Candace Eckerman.
 6                  Beyond that, the question was:  Is it possible?
 7       So we object.
 8                  MS. ARCO:  I think the fact that -- well, they
 9       clearly were insinuating that she wasn't investigated; and
10       he had reason to believe, based on hearsay, that she entered
11       the Capitol.  And I'm just trying to correct, you know, this
12       insinuation that he may not have known.
13                  THE COURT:  I'll let you ask whether it's possible
14       or not.
15                  MS. ARCO:  Okay.
16                  (This is the end of the bench conference)
17       BY MS. ARCO:
18       Q.  Hi, Special Agent.  I'll repeat my question.
19                  Is it possible that the Kansas City agents
20       investigated Candace Eckerman and whether or not she entered
21       the Capitol and ruled her out as a criminal target?
22       A.  That's possible.
23       Q.  Okay.  You were shown a lot of videos by me during
24       direct, including several videos from the outside.
25                  MS. ARCO:  Can we please pull up Government
```

1    Exhibit -- and let me check my notes -- the Court's

2    indulgence.  I'm so sorry.

3              (Pause)

4              MS. ARCO:  Okay.  Can you please pull up

5    Government's Exhibit 404.

6              (Video playing)

7              MS. ARCO:  Can you please pause, Ms. Jones.

8              I've paused at the 17-second mark.

9    Q.  Do you recognize the person on the screen?

10   A.  Yes.  This is Ms. Niemela right above her watching the

11   video just prior to this.  This is Ms. Chiguer.

12   Q.  Okay.  And would you consider this a scene from the West

13   Plaza?

14   A.  This is the U.S. Capitol grounds West Plaza U.S. Senate

15   side about to ascend the stairs.

16   Q.  Okay.  And is this near the scaffolding?

17   A.  The scaffolding is on the right-hand side, and you'll

18   see some folks in the crowd using those bike racks as the

19   ladders to get up the side of the stairs.

20   Q.  Okay.  So thank you.

21             MS. ARCO:  You can pull that down.

22   Q.  Can you typically see whether or not someone is talking

23   if they're wearing a mask?

24   A.  No.

25   Q.  Was Ms. Niemela wearing a mask throughout a majority of

 1    her time in the Capitol?

 2    A.   She was wearing a mask on and off throughout this.

 3    Q.   Thank you.

 4         Defense counsel asked you whether Ms. Niemela was

 5    just physically present in the Crypt or, excuse me, in the

 6    Capitol, and you said yes.

 7         When she was physically present in the Crypt, what

 8    was going on around her?

 9    A.   There was mass chaos.  The crowd was gathering.  You

10    could see them all starting to pour into that Crypt.

11         And as time goes on in the video, you can see

12    Mr. Eckerman, Ms. Chiguer, and Ms. Niemela kind of sneak

13    their way or worm their way through the crowd to get towards

14    the front of that crowd where the police officers set up the

15    barriers.

16    Q.   Okay.  Let's just focus on Ms. Niemela.

17         Did Ms. Niemela move forward with the crowd?

18    A.   She did.

19    Q.   Did she ever turn back?

20    A.   No.

21    Q.   Is she ever seen trying to extricate herself from the

22    crowd?

23    A.   No.

24    Q.   What about when she was physically present near the

25    police line by the Memorial Doors, what was going on around

1    her?

2    A.  Some smoke went off, the fire extinguisher by the

3    Memorial Doors.

4         Some of the people in that area were retreating

5    from that little area by the stairs, and Ms. Niemela stayed

6    in that area close to the stairs instead of retreating like

7    the rest back into the Crypt.

8    Q.  Okay.  And what about the moment immediately before the

9    police line was breached.  What was Ms. Niemela doing?

10   A.  She was -- made her way to the front of that line, and

11   at some point they went through.

12   Q.  And she surged forward, too?

13   A.  She surged forward.

14   Q.  Okay.  And we didn't see her trying to get back from

15   where she came at any point during that scene?

16   A.  No.

17   Q.  And what about when she was just physically present near

18   the House Chamber doors, what was going on around her?

19   A.  Yelling, screaming, pushing.  The crowd was creating

20   pressure as more people entered into that little room, and

21   they were able to get their way through the crowd all the

22   way up to a row or two right in front of the police officer

23   line.

24   Q.  Okay.  And how far away was Ms. Niemela from that police

25   line?

1  A.  One or two rows behind -- in front of that police line.

2  Q.  And approximately how long was she standing in front of

3  a police line approximately one or two rows back?

4  A.  I want to say three or four minutes.

5  Q.  Okay.  And when that police line was breached, did

6  Ms. Niemela move forward or backwards?

7  A.  She moved forward.

8  Q.  Did she appear at any point to try to extricate herself

9  from that crowd?

10  A.  No.  She peeled off to the left and stood back a little

11  bit as they pushed forward on those doors.

12  Q.  Okay.  And then how long does she stay in that spot?

13  A.  Another four or five minutes.

14  Q.  Okay.

15  A.  There was -- where she was located, where the three of

16  them were located, to their immediate left, that hallway was

17  totally clear.  There was no obstructions at all heading

18  east down that corridor towards that exit door to the House

19  Wing.

20  Q.  Are there exit signs throughout the Capitol building?

21  A.  There are.

22  Q.  Did we see some during these videos today?

23  A.  Yes, we did.

24  Q.  And after that breach by the House Chamber doors, did

25  Ms. Niemela appear to be searching for an exit?

```
1    A.  No.

2    Q.  Okay.  And where did she go after the House Chamber door

3    area?

4    A.  She went east down that corridor, made an immediate left

5    into the Rayburn Conference Room where the three of them

6    took the selfie in front of the portrait.

7              MS. ARCO:  Okay.  Just one second, please.

8              (Pause)

9              MS. ARCO:  No further questions, Your Honor.

10             THE COURT:  Okay.  Agent Hastbacka, you can step

11   down.

12             THE WITNESS:  Thank you, Your Honor.

13             THE COURT:  Thank you very much for your

14   testimony.

15             MR. GARRITY:  Could I ask the Court's indulgence

16   just for a brief recross, very brief?

17             THE COURT:  Go to the phone.

18             (The following is a bench conference

19              held outside the hearing of the jury)

20             THE COURT:  I usually don't allow it, but what's

21   the topic?  Did she exceed the scope?

22             MR. GARRITY:  In terms of the investigation of

23   Candace Eckerman, I think the impression was left that the

24   Kansas City office investigated her.  I just want to clarify

25   that that didn't happen, and he took no steps -- because he
```

1    found out from his own investigation that she was a

2    potential target, and he took no steps to further determine

3    whether she had been investigated.

4           THE COURT:  Isn't the bottom line that he doesn't

5    know one way or the other?

6           MR. GARRITY:  Well, I mean, I would submit he's

7    obligated because -- if she's named as a relevant witness to

8    what Ms. Niemela did or did not do, what she may have saw.

9    To say that he doesn't have any obligation to follow up on

10   that, I think, is --

11          THE COURT:  At this point, why is it relevant

12   whether she was investigated or not or what became of her

13   case?

14          MR. GARRITY:  Well, Judge, I think it goes to the

15   credibility of the investigation, and it goes, to some

16   extent, to the credibility of the agent, and it goes to the

17   validity of his investigation.

18          MR. GORDON:  Your Honor, may I respond?

19          THE COURT:  Sure.

20          MR. GORDON:  With all due respect to Mr. Garrity,

21   the defense does not determine how the FBI conducts its

22   investigations.  And what's more, there is not only no

23   obligation, but the United States Attorney's Office would

24   never have provided any discovery to the defense about any

25   ongoing investigation of Ms. Eckerman or anybody else in a

1     criminal defense like this.

2          So the idea the defense is basing this on is

3     because they don't have any discovery related to any

4     investigation there must not have been one.  And I'm not

5     representing that there is or isn't, but it's a faulty

6     premise from the outset.

7          THE COURT:  I think it's largely beside the point.

8     I don't think he knows, and I don't think it matters

9     terribly whether she was investigated or not and whether,

10    you know, he had an obligation to find out what that

11    investigation -- if there was one -- led to.

12         So I'm going to cut it off.

13         MR. GARRITY:  Judge, one other issue.

14         THE COURT:  Yes.

15         MR. GARRITY:  Just with respect to Government

16    Exhibit 824 in terms -- I know we've had some questioning

17    about that, and I think the impression was left with the

18    jury that the storming through had to do with the White

19    House, and I think that the reality was the storming we're

20    talking about and the security line is at the rally itself.

21         There were various points of security.  That's

22    what that text is referring to.

23         THE COURT:  You can point that out in closing.

24    Okay?

25         MR. GARRITY:  Okay.  Thank you.

```
 1                    (This is the end of the bench conference)

 2              THE COURT:  All right.  Mr. Gordon?

 3              MR. GORDON:  Your Honor, at this time the United

 4     States rests.

 5              THE COURT:  Okay.  The government has rested its

 6     case-in-chief.  You can step down, sir.

 7              Let's go to the phones briefly.

 8              (The following is a bench conference

 9               held outside the hearing of the jury)

10              THE COURT:  Mr. Garrity, do you want to preserve

11     your motion?

12              MR. GARRITY:  Yes, Your Honor.

13              THE COURT:  Okay.  The Court will reserve on the

14     defense's Rule 29 motion until the jury has rendered a

15     verdict in the case.

16              MR. GARRITY:  Thanks, Your Honor.  Thank you.

17              (This is the end of the bench conference)

18              THE COURT:  All right.  Mr. Garrity, are we ready

19     to proceed?

20              MR. GARRITY:  Yes, Your Honor.  The defense calls

21     Mark Leach.

22              THE COURT:  Okay.  Step right up, sir.

23              Good afternoon.  And please remain standing and

24     raise your right hand so that the courtroom deputy can swear

25     you in.
```

```
 1                        MARK LEACH, Sworn

 2                       DIRECT EXAMINATION

 3    BY MR. GARRITY:

 4    Q.  Mr. Leach, could you give us your name.

 5    A.  Mark Leach.

 6    Q.  And where do you live?

 7    A.  Hudson, New Hampshire.

 8    Q.  And what do you do for work?

 9    A.  I'm a master electrician.  I own Raceway Electrical

10    Service.

11    Q.  And is that located in Hudson, New Hampshire, as well?

12    A.  It is.

13    Q.  Do you know Kirstyn Niemela?

14    A.  I do.

15    Q.  How long have you known Ms. Niemela for?

16    A.  About six years.

17    Q.  And can you tell us in what context did you first meet

18    Ms. Niemela?

19    A.  I dated her mother about six years ago.

20    Q.  And her mother's name is...?

21    A.  Kathy.

22    Q.  And are you and her mother still in a relationship?

23    A.  We're still friends.

24    Q.  But no longer dating?

25    A.  No.
```

```
 1   Q.  Did Ms. Niemela come to work for you at some point in

 2   time?

 3   A.  She did.

 4   Q.  And when was that?

 5   A.  Off and on for the last five years.

 6   Q.  So she works for you periodically?

 7   A.  Yes.

 8   Q.  Does she have another job as well?

 9   A.  Yes.  She works construction.  She's a great worker.

10   She actually built a room for a homeless guy in her basement

11   with a bathroom and all for him.

12            MR. GORDON:  Your Honor, there's no question.

13            THE COURT:  Sustained.

14            THE WITNESS:  That's the kind of person she is.

15   She's a great worker and --

16            THE COURT:  Sir --

17            THE WITNESS:  -- she just loves people.

18            THE COURT:  Sir, when I sustain an objection, that

19   means you should not continue to answer the question.  Okay?

20   So just wait for his question and then answer.  All right?

21            Thanks.

22   BY MR. GARRITY:

23   Q.  You referred to a basement.  Do you know where

24   Ms. Niemela lives?

25   A.  I do.
```

```
1    Q.  And where is that?

2    A.  252 Webster Street in Hudson.

3    Q.  And who does she live there with?

4    A.  Her mom lives upstairs, and she lives here with her

5    girlfriend Holly.

6    Q.  And how long has Kirstyn lived at that location in

7    Hudson?

8    A.  I think they bought it three or four years ago.

9    Q.  Are you aware of Ms. Niemela living off the grid at any

10   point in time?  And if you don't know what I mean by that

11   term, tell me.

12   A.  You lost me.

13   Q.  She's lived there for three or four years?

14   A.  Yes.

15   Q.  Did you come to the Capitol with Ms. Niemela back in

16   2021?

17   A.  I did.

18   Q.  Can you tell the jury how it came to be that you came

19   with Ms. Niemela?

20   A.  Her mother asked me to basically chaperone.  Her and

21   Stefanie were coming down.

22   Q.  And when you say "Stefanie," who are you referring to?

23   A.  It's a friend of theirs.

24   Q.  Do you know Stefanie's last name?

25   A.  Chiguer or "Chigair," something like that.
```

```
 1    Q.  And Ms. Niemela's mother asked you to go as a chaperone?

 2    A.  Basically, yeah.

 3    Q.  Can you tell the jury when the three of you left to go

 4    to New Hampshire -- to Washington, D.C.?  When did that take

 5    place?

 6    A.  January 5th.

 7    Q.  And do you recall how you came down to the Capitol?

 8    A.  Yes.  We drove down in Stefanie's SUV.

 9    Q.  And did you arrive in Washington, D.C., on January 5th?

10    A.  We did.

11    Q.  And where did you go on January 5th?

12    A.  We went right to the hotel.

13    Q.  And do you recall the name of the hotel?

14    A.  I don't.

15    Q.  When you got to the hotel, did you meet up with any

16    people?

17    A.  Yeah, in the parking garage underneath.  Because we were

18    unloading our luggage, and a guy from Kansas had pulled up,

19    introduced himself, him and his niece.

20    Q.  And do you know their names?

21    A.  His name was Michael.  I think it's Eckerman, Eckersley,

22    something like that.

23    Q.  And do you know the niece, her name?

24    A.  I don't.  I don't recall her name.

25    Q.  And after meeting -- you met them in the garage of the
```

```
1    hotel?
2    A.  Yes.
3    Q.  Did you meet -- did you see those people at any other
4    time after seeing -- meeting them in the garage?
5    A.  We did.  We all went down to the -- I think they call it
6    the Freedom Center in Washington.  They had some guest
7    speakers there and whatnot.
8    Q.  Was that the night of January 5th?
9    A.  January 5th, yes.
10   Q.  So all five of you went down?
11   A.  We did, yes.
12   Q.  And where was the Freedom Center?
13   A.  Somewhere in D.C.  We took a train, so I don't know.
14   Q.  And that was the night of January 5th?
15   A.  Yes.
16              THE COURT:  Sir, could it be Freedom Plaza?
17              THE WITNESS:  That could be it.
18              THE COURT:  Okay.
19   Q.  And there were speakers there?
20   A.  Yes.
21   Q.  And was it a large crowd?  Small crowd?
22   A.  Relatively small crowd, I think.
23   Q.  And did all five of you then go back to the hotel?
24   A.  We did.
25   Q.  Did you do anything in downtown Washington, D.C., before
```

1    you went back to the hotel?

2    A.  Nothing in particular.  We walked around a little bit.

3    Q.  And when you got back to the hotel, was there any

4    discussion about going to the rally on January 6th?

5    A.  Yeah, we were going to meet up the next morning.

6    Q.  All five of you?

7    A.  Yes.

8    Q.  And the next morning, did you all five meet up?

9    A.  We did.

10    Q.  And where did you meet up with Mr. Eckerman and his

11    niece?

12    A.  Myself, Kirstyn, and Stefanie took a taxi, and I think

13    they took a separate taxi, and we met somewheres down near

14    the White House.

15    Q.  And do you recall what time that was on January 6th?

16    A.  It was early in the morning.  We stopped at a McDonald's

17    and got something to eat there.

18            The taxi could only get us just so far.  We had to

19    do a lot of walking to get there.

20    Q.  Was it light out or dark out when you arrived?

21    A.  It was dark.

22    Q.  And what was the temperature like when you arrived?

23    A.  It was cold.

24    Q.  Did it warm up at all during the day?

25    A.  Not a lot, but yeah.

1   Q.  But you all met up at a McDonald's; is that right?

2   A.  We did.

3   Q.  And after meeting at the McDonald's, where did all five

4   of you go?

5   A.  We walked down to the rally.

6   Q.  And where was the rally being held?

7   A.  It's kind of across from the White House.  There's like

8   a -- almost like a park in front of the White House, and

9   there's a metal fence there, and it's a street beyond that

10  kind of near the fence.

11  Q.  And from what you could -- could you see the stage?  Was

12  there a stage?

13  A.  Yes, you could see it.

14  Q.  Could you see the stage from where you were located?

15  A.  We could.

16  Q.  And was the stage close to where you were or far from

17  where you were?

18  A.  Maybe a hundred yards.

19  Q.  And can you tell the jury whether there were any

20  security lines that --

21  A.  I think you needed a pass to actually get inside that

22  fenced area, so most of the crowd was outside.

23          There were people inside, but most of the crowd

24  was on the outside of the fence.

25  Q.  So inside the fence closer to the stage?

```
1    A.  Right.

2    Q.  You needed a pass?

3    A.  Yes, a VIP pass or something like that.

4    Q.  Did there appear to be security that you'd have to go

5    through to get into that area?

6    A.  Yes.

7    Q.  But where you were, there were no security lines?

8    A.  No.

9    Q.  And were there -- can you tell the jury, was it a small

10   crowd or a large crowd?

11   A.  At the rally?

12   Q.  Right.

13   A.  Huge.  I've never seen a crowd that big, a million.

14   Q.  When you got to the rally, was it still dark out?

15   A.  It was starting -- dawn.

16   Q.  Did you move around the rally site, or did you stay in

17   one --

18   A.  Pretty much stayed in one spot.

19   Q.  Stayed in one spot?

20   A.  Yes.

21   Q.  Did you bring anything to the rally with you?

22   A.  We had coolers with snacks and water.

23   Q.  And did the group stay together while you're there?

24   A.  Yes.

25   Q.  And how long did the group stay there at that location?
```

1    A.  We stayed until President Trump was done speaking.

2    Q.  And do you recall what time that was that he finished

3    speaking?

4    A.  Not exactly, but I think it was around 1:15, somewhere

5    in that ballpark.

6    Q.  And after hearing President Trump speak, did the group

7    go anywhere?

8    A.  Then we followed the crowd to the Capitol building.

9    Q.  And can you tell the jury what route you took to the

10   Capitol.

11   A.  It's the main road.  I don't know the name of it.  I

12   think it's Pennsylvania Ave., straight from the front of the

13   White House right to the Capitol.

14   Q.  And when you walked down towards the Capitol, where was

15   Kirstyn Niemela?

16   A.  She was with us.

17   Q.  Did she stay with you?

18   A.  Yes.  We walked in a group.  It was a big crowd walking.

19   The whole street was filled with people.

20   Q.  But your group, Stefanie Chiguer, Mr. Eckerman --

21   A.  Yes, we all stayed together, and a few other people that

22   we had met at the rally.  There was probably eight of us.

23   Q.  Walking down towards the Capitol?

24   A.  Correct.

25   Q.  And can you tell the jury whether you made it quickly

1   down to the Capitol, or how long did it take to walk down

2   that road to the Capitol?

3   A.  I think it took about 45 minutes.  The girls were

4   filming and taking pictures.  We stopped at a set of granite

5   steps.  We sat there for a good five or ten minutes.

6   Q.  And when you say the girls were taking videos and

7   pictures, who are you talking about?

8   A.  Stefanie, Kirstyn, Michael's niece; I don't recall her

9   name.

10  Q.  And as you're walking down towards the Capitol, the

11  group sat down on some steps?

12  A.  Yeah, we stopped, took a break.  I have a knee

13  replacement so every now and then I've got to sit.

14  Q.  And how long did you sit on the steps?

15  A.  Maybe five, ten minutes.  Not a long time, but we were

16  there for a bit.

17  Q.  Would it be fair to characterize the walk down to the

18  Capitol being kind of slow?

19  A.  Yeah.  You're in a big mob of people, so yeah.

20  Q.  And when you finally get to the Capitol, are you on the

21  side of the crowd or in the middle of the crowd, or can you

22  tell the jury where you were?

23  A.  Right in the middle.  Just a big mass of people all

24  walking in the same direction.

25  Q.  But were you on the side or the middle?  Can you tell us

1    where you were located within that crowd?

2    A.  Maybe right in the middle.

3    Q.  And as you get close to the Capitol, can you tell the

4    jury whether -- what your viewpoint was of either side of

5    that crowd that you're in?

6    A.  Just people.  Mass of people.

7             When we approached, there were some big bollards

8    to I guess prevent cars from going up the sidewalk.

9    Q.  Did you see any fencing around the Capitol?

10   A.  I didn't.

11   Q.  Did you see any signs from where you were in the crowd

12   of "Area Closed" signs?

13   A.  No.

14   Q.  Did you yourself walk onto the Capitol grounds?

15   A.  Yes.  We went up the sidewalk, and then we went to the

16   left on the grass.

17   Q.  When you walked up the sidewalk onto the Capitol

18   grounds, were there any bike racks or anything blocking

19   you --

20   A.  Absolutely nothing.  Nothing.  There was thousands of

21   people on the lawn.

22   Q.  Were you aware one way or the other whether you could be

23   on that lawn?

24   A.  I assumed we could.  Everybody was.

25   Q.  And when you got on, walked up that walkway, you said

1    you took a left?

2    A.  Yeah, over into the grass.

3    Q.  And where did you go when you went to the left on the

4    grass?

5    A.  Some trees, like kind of like a perimeter almost.  We

6    chose a tree that didn't have people at it and put our

7    coolers there.  And if anybody got lost, we were going to

8    meet back at that tree.

9    Q.  And can you tell the jury how far into the walkway that

10   it was before you took a left to the tree?

11   A.  Oh, not far; 15, 20 feet, and took a left onto the lawn.

12   Q.  How long were you at the tree?

13   A.  I don't know; maybe half hour, 20 minutes.

14   Q.  And do you recall what time it was when you got to the

15   Capitol?

16   A.  I don't.

17   Q.  But --

18   A.  The walk was about 45 minutes.  Mr. Trump ended at 1:15.

19   Maybe about 2:00 when we got there, roughly.

20   Q.  And at the tree, who was at the tree with you?

21   A.  It was myself, Stefanie, Kirstyn, Michael, his niece,

22   and the other people that we met at the rally.

23   Q.  And did Stefanie -- did Kirstyn do something that I

24   guess took her off the lawn?  Did she climb up in the

25   tree?

```
 1    A.  She did.  She was in the tree taking pictures.

 2    Q.  And did you yourself climb up in the tree?

 3    A.  Yeah, one branch.  I'm kind of old so...

 4    Q.  So Kirstyn was higher up than you?

 5    A.  She was on the opposite side of the tree.

 6    Q.  And what was she doing up in the tree?

 7    A.  Taking pictures, videos.

 8    Q.  And how long was she up there for, do you know?

 9    A.  Not long.  Maybe seven to ten minutes.

10    Q.  And at some point in time she came down from the tree?

11    A.  Yes.

12    Q.  What happened when she came down from the tree?  I guess

13    what caused her to come down from the tree?

14    A.  She noticed Stefanie was missing.  She came out of the

15    tree.  She was concerned.  Where did Stefanie go?  Her and

16    Michael were both missing.

17    Q.  When she went up in the tree, Stefanie Chiguer and

18    Mr. Eckerman were at the base of the tree?

19    A.  They were.

20    Q.  And at some point in time Kirstyn noticed that they were

21    gone?

22    A.  Right.

23    Q.  And did Kirstyn voice concern for Stefanie?

24              MR. GORDON:  Objection.

25    A.  Yeah.
```

```
1              MR. GORDON:  Objection.

2              THE COURT:  Sustained.

3    Q.  When she came down, did she say --

4              MR. GORDON:  Objection.

5              MR. GARRITY:  Not offered for the truth of the

6    matter, Your Honor; just that it was stated.

7              MR. GORDON:  There's no other purpose for which

8    the defense was offering it.

9              THE COURT:  Operative words?

10             MR. GARRITY:  Operative words, Judge.

11             THE COURT:  Overruled.

12             Actually, actually, I'll sustain that.

13             Go to the phones.

14             (The following is a bench conference

15              held outside the hearing of the jury)

16             THE COURT:  Did he do something in response?

17             MR. GARRITY:  He did.  He went with Ms. Niemela to

18   look for Stefanie.

19             THE COURT:  So ask him --

20             MR. GARRITY:  Judge, I would submit it's

21   admissible both as operative words, and if it's in any way

22   considered to be hearsay, it's an exception of her intent to

23   do something in the future.

24             THE COURT:  All right.  I'll allow it.

25             (This is the end of the bench conference)
```

1    BY MR. GARRITY:

2    Q.  When Kirstyn was coming down from the tree did she say

3    anything to you with respect to Stefanie?

4    A.  She said Stefanie was missing.

5    Q.  And did she say what she was going to do?

6    A.  We should go find her.

7           I went with her, tried to locate her.

8    Q.  And when you went with Kirstyn to go look for Stefanie,

9    can you tell the jury where you went?

10   A.  Just walked toward the building.

11   Q.  And can you tell the jury what you were seeing as you're

12   walking towards -- "the building" being the Capitol?

13   A.  Yes.

14   Q.  Could you tell the jury what you see as you're walking

15   towards the Capitol?

16   A.  People.  Just tons of people.

17   Q.  Did you see any police officers?

18   A.  I didn't.  Other than up on the balcony, yes.  But I'm

19   not sure if they're police or just people dressed in black.

20   Q.  Did you stay with Kirstyn the entire time?

21   A.  No.  We got separated.

22   Q.  Do you recall where you got separated from her?

23   A.  Maybe halfway up toward -- they had scaffolding on both

24   sides of the stairs.  Maybe halfway between the tree and

25   that scaffolding is where we got separated by about ten

1    feet.  I could still see her.

2    Q.  And then did you lose sight of her after ten feet?

3    A.  I actually got hit with a smoke bomb or tear gas.  It

4    landed right on my left shoe.

5    Q.  You got hit with one?

6    A.  I did.  It was a green fog and burned my eyes.  I

7    couldn't breathe.

8    Q.  Did you know where it came from?

9    A.  I don't.

10            I yelled at Stefanie, but -- I mean Kirstyn, but

11   she couldn't hear me.  I had to go back to the tree.

12   Q.  And that's the last time you saw Kirstyn?

13   A.  Until later on, yeah.

14   Q.  Okay.  How much -- you saw Kirstyn again at some point

15   in time?

16   A.  Probably 20 minutes later they were walking down the

17   walk --

18   Q.  And when you say "they"?

19   A.  -- away from the building.

20   Q.  -- who was walking down the walkway?

21   A.  It was Kirstyn, Stefanie, and Michael.

22   Q.  And did you meet up with them on the walkway?

23   A.  I did.

24   Q.  And where did you go after meeting them on the walkway?

25   A.  Back to the tree, got our coolers, and went back to the

```
 1    room.  There was some ruckus taking place.  I basically
 2    wanted to get out of there.
 3    Q.  So the whole group left?
 4    A.  Yeah.
 5    Q.  And you went back to the hotel?
 6    A.  We did.
 7    Q.  As a group?
 8    A.  Yes.
 9    Q.  And how did you get back to the hotel?
10    A.  Train.  We walked for a while to find a train, but we
11    took a train back.
12    Q.  And when you got back to the hotel, did you leave the
13    hotel?
14    A.  No.
15    Q.  Do you recall what time you got back to the hotel?
16    A.  Not exactly, but 3:30ish, somewhere in that ballpark.
17    Q.  Were you aware at some point in time there was a curfew
18    imposed?
19    A.  Yeah, 5:00 p.m.
20    Q.  And when did you leave Washington, D.C.?
21    A.  The next morning.
22    Q.  And how did you get -- how did you leave Washington,
23    D.C.?
24    A.  In the SUV.
25    Q.  Was it the three of you going back up?
```

1    A.  Correct.

2    Q.  And before you walked down towards the Capitol, was

3    there any discussion about entering the Capitol?

4    A.  No.

5    Q.  And when you got to the Capitol ground, did you have any

6    intention of entering?

7    A.  No.

8    Q.  And were you aware you couldn't be there?

9    A.  That we couldn't go in the building?

10   Q.  No, that you couldn't be on the grounds.

11   A.  No.  I assumed we could.

12   Q.  And you saw no signs saying you couldn't go?

13   A.  No signs.  And there were thousands of people on the

14   grass.

15          MR. GARRITY:  I have no further questions.  Thank

16   you, Your Honor.

17          MR. GORDON:  Your Honor, would it be possible for

18   me to take our afternoon break before I start rather than

19   interrupt in the middle of it?

20          THE COURT:  Sure.  Let's take our afternoon break.

21   It's 3:15.  We'll see you back here at 3:30.

22          No discussions about the case.  No research about

23   the case.

24          Mr. Leach, you can step down, and please don't

25   discuss your testimony over the break.

```
 1                    (Recess taken)

 2              THE COURT:  Mr. Garrity, who do we have after

 3      this?

 4              MR. GARRITY:  We'll just need, if I could, a five-

 5      minute break.  This may be our last witness, but we just

 6      need to confirm that.

 7              THE COURT:  And have you made a decision whether

 8      the defendant is going to testify?

 9              MR. GARRITY:  That's what I'm talking about, Your

10      Honor, in terms of needing a five-minute break.

11              THE COURT:  If you would like me to inquire, I'd

12      be happy to do so, but we need to do that outside the

13      presence of the jury.

14              MR. GARRITY:  Yes, Your Honor.  Yes, so we'll just

15      need, like I say, five minutes or less just to have one

16      further discussion about that issue.

17              THE COURT:  Okay.

18              MR. GORDON:  Your Honor, so before we bring the

19      jury back in, the Government's Exhibit 825 is one that we

20      showed to Special Agent Hastbacka, and he was questioned

21      about it, and we published it to the jury, but we never

22      formally moved it into evidence.

23              I just consulted Mr. Garrity about it.  The

24      defense doesn't have an objection to us doing it now.

25              At this time, United States admits 825 into
```

 1    evidence.

 2              THE COURT:  So moved.  Let's just make sure

 3    Ms. Jenkins gets that number.  Okay?

 4              (Jury enters courtroom)

 5              THE COURT:  All right.  Please be seated,

 6    everybody.  Welcome back.

 7              Mr. Gordon.

 8              MR. GORDON:  Thank you, Your Honor.

 9                        CROSS-EXAMINATION

10    BY MR. GORDON:

11    Q.  Good afternoon, Mr. Leach.

12    A.  Good afternoon.

13    Q.  You said you're a master electrician; is that right?

14    A.  Yes, sir.

15    Q.  For how long have you been in the electrician business?

16    A.  40 years, 45.

17    Q.  45 years.  How many employees do you currently have?

18    A.  Right now none, just myself.

19    Q.  Well, what about the defendant?  Did you say she works

20    for you off and on and has for the last five years?

21    A.  She has, yes.

22    Q.  So you don't count her as one of your employees?

23    A.  Not now, no.  About three months ago she took another

24    job.

25    Q.  Let's say other than the defendant, in the past five

```
1     years have you ever had another employee?

2     A.   Oh, yeah.

3     Q.   What's the most number of employees you ever had

4     simultaneously?

5     A.   Three.

6     Q.   Over the past five years or so, how many different

7     people have you employed?

8     A.   Three probably.

9     Q.   Besides Ms. Niemela, are any of them women?

10    A.   No.

11    Q.   Not many women in the electrician's field, is there?

12    A.   There's not.

13    Q.   Do any of your competitors employ any women?

14    A.   Not that I know of.

15    Q.   Have you ever actually -- other than Ms. Niemela, you

16    haven't encountered very many, if any, other female

17    electricians, have you?

18    A.   In the union I did.

19    Q.   But not many, right?

20    A.   I think there were about three.

21    Q.   How big is the union?

22    A.   Maybe 800 members.

23    Q.   So three out of 800 or so?

24    A.   Right.

25    Q.   Male-dominated field?
```

```
1    A.   Yes, sir.

2    Q.   All right.  You've got to be pretty tough to be one of

3    three women amongst 800 men in that kind of field, right?

4    A.   You've got to be intelligent.

5    Q.   You've got to be able to stick up for yourself, right?

6    A.   I imagine.

7    Q.   A bit of a boy's club, then, would you say?

8    A.   No, not so much.  It's more of a technical field.

9    Q.   And then how about the construction business?  Do you

10   have any dealings with the construction business?

11   A.   I'm sorry, could you say that again?

12   Q.   As an electrician, do you have any dealings with the

13   construction business?

14   A.   Of course.

15   Q.   Because you had mentioned that the defendant also worked

16   in the construction business, right?

17   A.   Yes.

18   Q.   At the same time she was working for you in your

19   electrician business?

20   A.   Yes, sir.

21   Q.   Okay.  How are your business and construction connected?

22   A.   Well, if they build a house, I wire it.

23   Q.   So fair to say you are pretty familiar with the various

24   construction crews in the area, right?

25   A.   Yes, sir.
```

```
1    Q.   Not many women on those construction crews, are there?

2    A.   There's not.

3    Q.   Not many women at all in the construction field that

4    you're aware of, right?

5    A.   There is not.

6    Q.   Same thing.  You've got to be pretty tough to do that,

7    too, right, to be one of the few, if any, women in

8    construction?

9    A.   Yeah.

10   Q.   Fair to say --

11   A.   That's fair to say.

12   Q.   Fair to say the defendant's kind of one of a kind, as

13   far as you know, in that respect?

14   A.   She's unique.

15   Q.   Okay.  And you respect her for that, don't you?

16   A.   I do.

17   Q.   She doesn't get pushed around, does she?

18   A.   Not so much, no.

19   Q.   Speaks her mind, right?

20   A.   She will.

21   Q.   Not going to let herself get bullied, right?

22   A.   I don't believe she would, no.

23   Q.   Because you've known her for a long time, right?

24   A.   About six years.

25   Q.   And in that time have you ever known her to be bullied?
```

1   A.  No.

2   Q.  Have you known her to stick up for herself?

3   A.  Never really seen her in any confrontations, so...

4        She's treated with respect on the job sites.

5   Q.  Much smaller than most of the people she works with,

6   right?

7   A.  Oh, absolutely, yeah.

8   Q.  Doesn't let herself get intimidated, does she?

9   A.  She works hard, does her job.  Most people are

10  respectful.

11  Q.  Now, you said that her mother asked you to chaperone her

12  to D.C.?

13  A.  Basically to keep an eye on them.

14  Q.  Her mother didn't trust her to do that for herself; she

15  assigned you to do it?

16  A.  I don't know if I can answer that.

17  Q.  Well, isn't it true?  Your words.  You said "chaperone."

18        You didn't pick another word.  That was the word

19  you picked.  Right?

20  A.  Asked me to keep an eye on them, yes, chaperone.

21  Q.  She didn't say "bodyguard," or you didn't say

22  "bodyguard."  When describing the role you saw for yourself,

23  you didn't say, "Her mom asked me to protect her.  Her mom

24  asked me to guard her."

25        You said, "Her mom asked me to chaperone her."

1    Isn't that right?

2    A.  Watch out for them, yeah.

3    Q.  I want to understand the timeline of the day a little

4    bit.

5         You described going to The Ellipse or driving in

6    to D.C., going to The Ellipse, watching the speech.

7         You didn't leave the The Ellipse until Former

8    President Trump finished his speech, right?

9    A.  Correct.

10   Q.  And you estimated that was about 1:15?

11   A.  Yes, sir.

12   Q.  Just so we're tracking, what's the earliest you think

13   you might have left The Ellipse?

14   A.  I think 1:15 is pretty accurate.

15   Q.  Got it.

16        Is it possible you left as early as 1:00, or is

17   that -- 1:15 you're pretty solid on?

18   A.  Well, it's been two years, and I've obviously seen some

19   videos.  I think he spoke until about 1:15.

20   Q.  And you didn't leave until he was done?

21   A.  Correct.

22   Q.  Did you leave right when he finished?

23   A.  A couple of minutes, probably, we were still there.

24   Q.  And you said it took you about 45 to get to the Capitol

25   complex; is that right?

1    A.  Correct.

2    Q.  So were you at the tree at 2:00, or is the 2:00 when

3    you're just arriving kind of on the grass lawn in front of

4    the Capitol?

5    A.  Again, it's just a guesstimate.  2:00.  It's been two

6    years so...

7    Q.  Of course.  So that's why I'm asking.  Your best

8    guesstimate; your estimate of where you were.

9         When you say it took 45 minutes and you got there

10   at 2:00, the tree that you stopped at, that's further onto

11   the grounds, right?  It's not right at the beginning of the

12   lawn?

13   A.  Correct.

14   Q.  So that's what I'm trying to figure out.

15        When you say 2:00 is when we got there, are you

16   referring to right when you got to the lawn, like the

17   beginning of the Capitol complex, or are you saying that's

18   when you got all the way to the tree?

19   A.  I'm saying 2:00 is an approximate when we got there.

20   Q.  I'm not holding you to the minute, sir.  Okay?  I'm

21   trying to get a sense of what you're talking about.

22        What are you talking about when you say 2:00?

23   A.  I'm estimating it took 45 minutes to walk there, to get

24   to the area.

25   Q.  Okay.  Let's maybe use a visual here.

1    MR. GORDON:  Ms. Jones, can I have Government's

2    Exhibit 208.

3    Q.  All right.  Mr. Leach, you can see that on your screen,

4    right?

5    A.  I can.

6    Q.  Now your screen, just like my screen, is a touch screen.

7    You can draw on it and lines will appear.

8         So first can you indicate approximately where this

9    tree was that you saw nobody else was there, and you set

10   your stuff down, and you kind of used it as a home base or a

11   meeting point.

12        Again roughly, can you give an X -- draw an X

13   where that tree was?

14   A.  (Witness complies) I'm trying to figure out what you've

15   got for a layout here.

16        MR. GORDON:  All right.  Ms. Jones --

17   A.  Somewhere in this area.

18   Q.  Well, let me make sure that that's right.

19        MR. GORDON:  Ms. Jones, can we back out of the

20   callout for a second and just have the full view.

21   Q.  All right.  So if you can see the full view, Mr. Leach,

22   this that I'm drawing the line down, that's Pennsylvania

23   Avenue.

24   A.  Okay.

25   Q.  Right?  So The Ellipse is going to be that way.

1          If you came down Pennsylvania Avenue, do you

2     remember hitting sort of a circular road with a big monument

3     in the center?

4          Right here?  Do you remember hitting that?

5     A.  I think that's where the bollards were, although I

6     thought we were kind of more centered on the steps.

7          Was there -- this is a question.  In the center

8     where it says "west lawn," was there a walkway in the middle

9     of that?

10    Q.  No, sir.

11    A.  Okay.  Then we must have entered in this area here.

12    Q.  Okay.  So now that you're oriented, can you draw the X

13    for us approximately where that tree was that you used as

14    home base?

15    A.  (Witness complies) Somewhere in that area.

16    Q.  All right.

17          MR. GORDON:  Let the record reflect that the

18    witness has drawn a mark that is just to the northwest of

19    the words "Peace Monument" on the diagram.

20    Q.  Is that a fair summary of what you just did?

21    A.  Roughly.

22    Q.  Okay.  So it's your testimony, correct, that you walked

23    down -- actually, we can't both -- there we go.

24          You walked down this road.

25          What I'm trying to figure out is were you at the

1    tree at 2:00, or is 2:00 when you were kind of more like at

2    this area where I've drawn a line just to the south of Peace

3    Monument?

4    A.  Again, it could be either/or.  I'm just -- it's a

5    guesstimate, 2:00.  I don't know what time we arrived.

6    Q.  I understand.  What I'm trying to figure out is, when

7    you are guessing, which location are you referring to:

8    stepping on the grass or getting to the tree?

9    A.  Stepping on the grass, I guess.

10   Q.  Okay.

11   A.  It was about a 45-minute walk.

12   Q.  Understood.

13   A.  I mean, from the area where we approached and the tree

14   is only probably a 30-second difference.

15   Q.  Now I've made the X again, and that's where I've put it.

16   That's approximately where the tree was, right?

17   A.  Somewhere in that area, right.

18   Q.  And then you described sort of towards the end of your

19   experience getting hit with some sort of munition that

20   carried gas of some kind, right?

21   A.  Correct.

22   Q.  And burned your eyes, and made it very uncomfortable for

23   you to breathe; is that right?

24   A.  It did, yes.

25   Q.  Can you draw a circle for us approximately where that

754

```
1   happened.

2   A.   (Witness complies) Somewhere in there.

3   Q.   So still on the grass then?

4   A.   Yes, sir.

5   Q.   Not, for example, up here on the plaza?

6   A.   No, on the grass.

7   Q.   Nowhere near a paved area?

8   A.   No.

9   Q.   And that -- and when you were hit with that munition,

10  the defendant, Ms. Chiguer, Mr. Eckerman, your other

11  companions, they were all gone.  You were by yourself,

12  right?

13  A.   Kirstyn was with me.

14  Q.   When you were hit with the munition?

15  A.   She was probably ten feet to my right.  I don't know

16  where Michael and Stefanie were at that point.

17  Q.   So when you were hit with the munition, was the

18  defendant affected as well?

19  A.   No.

20  Q.   The tear gas only affected you?  She was ten feet away,

21  and it didn't affect her?

22  A.   It didn't.

23  Q.   How is that possible?

24  A.   There was a lot of people between her and I.  The people

25  around me were affected by it.
```

1   Q.  Tell me about the people around you.  What happened to

2   them?

3   A.  I don't know.  I kicked it away from me.  I wasn't

4   really paying attention to the people around me.  I was

5   concerned with my own safety.

6   Q.  15 seconds ago you said the people around you were

7   affected.  Now I'm asking you the follow-up question.

8   A.  Right.

9   Q.  How were they affected?

10   A.  I imagine they were because the smoke puffed up.

11   Q.  You know or you don't.  Do you know if they were

12   affected?

13   A.  I don't know, no.

14   Q.  But you know for sure the defendant wasn't affected?

15   A.  I'm pretty positive she wasn't.

16   Q.  But she was farther away from you than the people right

17   next to you, right?

18   A.  Correct.

19   Q.  So how can you sit there and say you know what happened

20   to her but you don't know what happened to the people

21   between you and her?

22   A.  I've spoken with her.

23   Q.  And she indicated, no, she was not affected by the tear

24   gas?

25   A.  She wasn't affected by the tear gas, no, sir.

1   Q.  Did she notice it?

2   A.  I don't know.

3   Q.  Well, you talked to her about it, right?  You said, "Oh,

4   my God, I was hit with tear gas.  My eyes burned.  It was

5   terrible."  Or something to that effect, right?

6   A.  I told her that the tear gas canister thing had landed

7   on my boot, and I kicked it away.

8           And that's when I lost her, because my eyes were

9   burning.  I had to go back to the cooler and get some water.

10  Q.  And did she respond, "Oh, my God, tear gas.  I had no

11  idea there was tear gas there"?  Or was she aware that that

12  was happening?

13  A.  I don't know.

14  Q.  Well, you're the one that had the conversation, and

15  you're telling us that you know she wasn't affected because

16  you remember talking to her about it.  That's what you're

17  saying.  And she told you that she wasn't affected.

18          So now I'm asking, when you told her how you were

19  affected, was she surprised because she did not know there

20  had been tear gas, or was she aware of it?

21  A.  I think you're putting words in my mouth.  Okay?

22          I was affected by it.  The conversation I had with

23  her is I told her that I had gotten hit with it, and that's

24  why I went back to the tree.

25  Q.  And how did she react to you telling her that you were

1    affected by it?

2    A.  I think she was surprised that I got hit with it.  She

3    wasn't aware at the time that I got hit with it.

4    Q.  That's not my question, not whether you were hit with

5    it.  Whether it was being deployed.

6              In other words, was she aware that there was tear

7    gas being deployed, whether it hit you specifically or not?

8              It's remarkable it landed on your boot, sir.  We

9    all agree with that.  The question is:  Was it surprising

10   that there was tear gas at all, or was she aware there was

11   tear gas but surprised it hit you?

12   A.  I can't speak to her awareness.  The conversation was me

13   telling her that I had gotten hit with it, and that's why I

14   retreated and went back to the tree.

15   Q.  Did this happen before or after she entered the Capitol?

16   A.  Before.

17   Q.  So you were hit with the tear gas.  You had the reaction

18   you just described.  You told her something -- I mean, I'm

19   not trying to put words in your mouth; I'm just trying to

20   summarize -- something to the effect of "I was just hit with

21   tear gas, and it hurt a lot."  Right?

22   A.  No, sir.  I didn't speak to her until after, when they

23   had come out of the building.  Probably back at the room

24   when I told her why.

25              Obviously I couldn't speak with her if she was ten

1    feet away from me and I'm heading back to the tree.

2    Q.  So you did not tell her when you were hit.  You didn't

3    tell her until later, after she had already left the

4    Capitol.  Is that what you're saying?

5    A.  Correct.

6    Q.  Okay.  Now, is it your testimony that there were not

7    bike rack barricades where I'm drawing with my finger all

8    along the inside edge of the Peace Monument circle and the

9    road going to the -- I guess it would be to the north and to

10   the south from there.

11        Is it your testimony there were not any bike rack

12   barricades there?

13   A.  I'm testifying there were none where we entered right

14   here.  And we were in a crowd.  I can't see over this side

15   or this side because people surrounded us.  So I'm saying

16   when we went in, there was bollards.

17        MR. GORDON:  Just let the record reflect the

18   witness -- I drew the mark where I indicated.  The witness

19   drew a mark on the road on the Pennsylvania Avenue walkway.

20   Q.  And it's your testimony that there were bollards, but

21   there was no snow fencing; is that right?

22   A.  Correct.

23   Q.  And it's your testimony that there was bollards, but no

24   white "Area Closed" signs; is that right?

25   A.  Correct.

1   Q.  And it's your testimony that you went in this area, and

2   you can't really see anybody else around you, and that's why

3   you picked that particular tree.  Correct?

4   A.  I don't know what you're asking.

5   Q.  The tree you picked, you picked it because nobody else

6   was really around that tree, right?  It was sort of an empty

7   space that you could claim for your own?

8   A.  There was people everywhere, sir.  But at the base of

9   the tree where we put our coolers down and whatnot,

10  obviously we didn't put them on top of other people's

11  coolers.

12  Q.  More open than most other places.  Fair?

13  A.  The base of the tree was empty.  We could put our

14  coolers there.

15  Q.  All right.  And that -- it's your testimony that as you

16  stood there at the base of the tree, you couldn't see

17  fences, right?

18  A.  I could not, no.

19  Q.  And you couldn't see "Area Closed" signs telling you you

20  weren't allowed to be there?

21  A.  No, sir.

22  Q.  Is it your testimony that all of that was gone, right?

23  Or whether it -- you don't even know if it had ever been

24  there at the start?

25  A.  Correct.

1    Q.  That's your testimony?

2    A.  Yes, sir.

3    Q.  And that while you were at the base of that tree, that's

4    when Ms. Niemela climbed up in the tree and took

5    photographs, right?

6    A.  Yes, sir.

7    Q.  And then later in the day, once you were either back at

8    the hotel or long after you'd left the Capitol grounds,

9    around 5:00, 6:00, she sent you, by Facebook or text

10   message, the picture she had taken, right, including the one

11   she had taken from that tree?

12   A.  I don't recall if she sent them to me or not.

13   Q.  But you've seen them before, right?

14   A.  I've seen them on her phone.

15   Q.  But you saw the pictures that she took from that tree,

16   right?

17   A.  Yes.  I don't know if I seen all of them, but yeah, I've

18   seen several.

19          MR. GORDON:  All right.  Can we now have

20   Government's Exhibit 823, please.

21          And can we now have Page 4.

22   Q.  Actually, before we go there, we're on 823, Page 1.

23          Do you see the photograph at the bottom here,

24   Mr. Leach?

25   A.  I do.

1    Q.  Does that photograph look to you like the view or

2    similar to what the crowd looked like where you were when

3    you were around that tree?

4    A.  I don't know if that's the tree we were at, but

5    basically yeah.

6    Q.  Is this a -- regardless of whether it's exactly the

7    right spot, is this essentially what it looked like, the

8    crowd, the grounds?

9    A.  Yeah.

10              MR. GORDON:  Can we have Page 2, please.

11   Q.  All right.  Page 2, also a fair capture of about what it

12   looked like where you were?

13   A.  It looks like it was taken that day, yes.

14   Q.  And these are among the photographs that Ms. Niemela

15   took, right?  These are among the photographs that she

16   shared with you?

17   A.  I don't recall seeing that one, no.

18              MR. GORDON:  Can we have Page 3, please.

19   Q.  How about this one?  Is this a fair capture of what it

20   looked like?

21   A.  Could be.  I don't know.  I don't know if she took that

22   picture or not.

23   Q.  You don't remember seeing it before, having it shared

24   with you?

25   A.  That particular picture?  No.

```
 1    Q.  All right.
 2              MR. GORDON:  Page 4, please.
 3    Q.  How about this one?  Does this look familiar?
 4    A.  No, sir.
 5    Q.  Does this look like the view you had from the tree you
 6    picked?
 7    A.  No, sir.
 8    Q.  In the time that you were with the defendant outside,
 9    was there a time that you're aware for climbing up in a tree
10    that you weren't with her?
11              Like did you talk to her later, and did she tell
12    you, "Oh, yeah, I climbed up lots of trees"?  Or to your
13    knowledge, is the only time she climbed up in a tree to take
14    pictures the time that you were testifying about?
15    A.  I was with her, yeah.
16              MR. GORDON:  Can we have Page 5, please.
17    Q.  This is that photo, isn't it?
18    A.  That's her.
19    Q.  And this is when she climbed up the tree, right?
20    A.  I guess.  If it's taken from the tree, then yes.
21    Q.  You've seen this photograph before, haven't you?
22    A.  I haven't.
23    Q.  She never showed this one to you?
24    A.  I don't recall.  It's been two years.  I'm 63 years old,
25    sir.
```

1   Q.  Mr. Leach, on direct you seemed to remember things with

2   quite a bit of clarity, and yet suddenly here on cross-

3   examination every question is responded to "I'm 63 years

4   old, and it's two years ago."

5             Can you explain, sir, why it is that your memory

6   seems to have gotten so much worse in the 15 minutes between

7   when the defense asked you questions and when I started?

8   A.  My memory is what it was since I walked in this room.

9   It's not real good.  But if that was taken from the tree,

10  then I'll take your word for it, yes.

11  Q.  So then is it fair to say that all the things you've

12  testified to in your testimony when the defense was

13  questioning you are similarly infected by your not-so-great

14  memory?

15  A.  Could be, I guess.

16  Q.  I've drawn a line behind the defendant.

17            Do you see the fencing --

18  A.  I do.

19  Q.  -- on the ground?

20  A.  I do.

21  Q.  Do you see the white signs posted every few feet?

22  A.  I do.

23  Q.  Would it surprise you to know that those white signs all

24  said "Area Closed by Order of the Capitol Police"?

25  A.  I can't read them.

1    Q.  I'm not asking you whether you can read them.

2            I'm asking you whether it would surprise you to

3    learn that each of those signs said "Area Closed"?

4    A.  It wouldn't surprise me, no.

5    Q.  But you testified that you had no indication that you

6    were somewhere you weren't allowed to be.  How can you now

7    say that it wouldn't surprise you to know that that's what

8    those signs said?

9    A.  Because you're telling me that's what they said.

10           I never saw them.  I saw no sign whatsoever where

11   we entered.

12           Where is this -- the building in the background,

13   what is that?  What angle is this taken from?

14   Q.  I can't testify, sir.

15   A.  I can't, either.  I don't know where that picture was --

16   you know, what angle it is.

17           MR. GORDON:  We can take that down, Ms. Jones.

18   Q.  Now, for timing -- so you're saying you got to the area

19   approximately 2:00?

20   A.  Correct.

21   Q.  From the time you got to the area -- and by "the area,"

22   I mean the Capitol grounds or the tree.  You said it was 30

23   seconds away from getting on the ground to the tree, so

24   they're close together.  So 2:00-ish.

25           How long was it before you lost track or lost

```
1    sight of the defendant?

2    A.  I'd say she was in the tree probably seven to ten

3    minutes, came down, and we started walking toward the

4    building.  We got maybe halfway to the scaffolding that was

5    set up there.

6              Maybe 15 minutes from the time we got there to

7    when we got separated.

8    Q.  So I take it, then, it wouldn't surprise you to learn

9    that at 2:24 the defendant entered the Capitol.

10   A.  Sounds okay to me.

11   Q.  That tracks about with your memory of the timeline; is

12   that right?

13   A.  Sure.

14   Q.  And you said that how long elapsed between when you lost

15   track of her and when you reunited?

16   A.  15, 20 minutes maybe.  She wasn't gone long.

17   Q.  Would it surprise you to know that she did not exit the

18   Capitol until 2:45 p.m., and that she exited -- well, first

19   answer that.  Would that surprise you?

20   A.  No.

21   Q.  Would it surprise you to know that she exited on the

22   East Front; in other words, the opposite side of the

23   building from where you were?

24   A.  That would surprise me.  I saw her come down the

25   walkway.
```

1    Q.  And would it surprise you to know, then, that the only

2    way to get from the East Front to where you were would be to

3    walk all the way around the building?

4            MR. GORDON:  Can we have 208 back up, please.

5            And can we just expand or call out the building

6    itself.  A little bit -- just like you have it.

7            I'm sorry, Ms. Jones, your instincts were right.

8    So including the area where he's drawn the tree.  Yes,

9    perfect.

10           MR. GARRITY:  Your Honor, we don't see them on the

11   screen.

12           THE COURTROOM DEPUTY:  I'm sorry.

13   Q.  All right.  So, again, I've drawn the X approximately

14   where your home base was; is that right?

15   A.  Somewhere in that area, yes.

16   Q.  Okay.  So would it surprise you to then learn that the

17   defendant climbed some stairs on this side of the

18   scaffolding, climbed to the second level, entered the

19   Capitol here, spent 21 minutes inside, and then exited here

20   at 2:45?

21   A.  That would surprise me, yes.

22   Q.  So the only way for her to get from where you say you

23   saw her 20 minutes later and where she exited on camera

24   would be for her to have walked all the way here around the

25   north side of the building or all the way here around the

```
 1    south side.

 2    A.   That would surprise me.

 3              I'm going to put a little circle or X on the

 4    walkway where I encountered them when they came out.

 5    Q.   Where is that, sir?

 6    A.   Right about where the tip of your arrow is.

 7    Q.   Okay.

 8    A.   Starting there.

 9    Q.   One second, please.

10              MR. GORDON:   Just let the record reflect the

11    witness drew an X on the Pennsylvania Avenue walkway just

12    above the words that say "police barricades."

13    A.   Now, is the Pennsylvania Avenue side of the building the

14    west side of the building?   Is that -- the Capitol would be

15    behind me from where we went to the rally?

16    Q.   All I can do is point to what's on the exhibit, sir.

17              So do you see where it says "Upper West Terrace"

18    and "Northeast Plaza"?

19    A.   Okay, yeah.

20    Q.   So hopefully that orients you.

21              This says "Northeast Courtyard" and "Southeast

22    Courtyard."

23    A.   Okay.   Which side of this diagram that you have is the

24    rally that President Trump had?

25    Q.   (Indicating)
```

1    A.  Okay.

2    Q.  Off screen.

3    A.  I know that they entered the building -- I thought

4    somewhere in here.  They had scaffolding on both sides of

5    these steps, what I recall.

6    Q.  You saw that scaffolding?

7    A.  I did.

8    Q.  Okay.

9    A.  But I thought they entered through this here and exited

10   from there.

11   Q.  Why did you think that?

12   A.  Just because of where I encountered them here.  And I

13   know that where we got separated was somewhere on this lawn,

14   where we got separated, and I assume they went in there.

15   Q.  So fair to say that if the times I gave you are correct

16   and supported by video evidence, that your timeline would be

17   wrong?

18   A.  If yours are correct, sure.

19          Did they exit the other side of the building?

20   Q.  Sorry, sir.  I can't answer your questions in this

21   forum.

22   A.  I'm sorry.

23          MR. GORDON:  We can take that down, Ms. Jones.

24   Q.  You believe that the 2020 presidential election was

25   stolen from Former President Trump, do you not?

1    A.  I do.

2    Q.  You believe that whether it was the entire Democratic

3    party or Joe Biden specifically, that somebody used illegal

4    means to change the votes; is that right?

5    A.  I'm not sure if they changed the votes, but I know there

6    was thousands of affidavits, sworn testimony, affidavits

7    submitted.

8    Q.  Your belief is that some sort of illegal means were used

9    to steal the election, right?

10   A.  Absolutely.

11   Q.  Okay.  And you believe that if something like that is

12   allowed to occur, that it's essentially the death of

13   democracy, right?  If people can just go around stealing

14   elections, that's kind of the end of democracy in this

15   country.  Right?

16   A.  I think it would be, sure.

17   Q.  Stakes are pretty high, then, to make sure that the

18   election would not be successfully stolen, right?

19   A.  I guess, yes.

20   Q.  And that you believed -- at least on January 6th you

21   believed it was important to stop the steal, so to speak.

22   Right?

23   A.  I think it was important to support the hundred or so

24   congressmen and senators that were objecting to the count.

25   Q.  For the purpose of stopping the steal, right?  I mean,

1      that was your goal, was it not?

2      A.  If that was their goal, yes.

3      Q.  No, I'm asking you.  What was your goal?

4              Your goal was to stop the Democrats and President

5      Biden from having stolen the election, correct?

6      A.  My goal was to support the hundred or so congressmen

7      senators that were asking for the count to be sent back to

8      the states.

9      Q.  And why did you want that to happen?

10     A.  Obviously because I thought that the election was stolen

11     from the evidence I had seen.

12     Q.  So you wanted to support these congresspeople to send it

13     back so that their efforts would stop the steal, right?

14     A.  Correct.

15     Q.  I'm not trying to trick you, sir.  I'm just trying to --

16     A.  Correct.

17     Q.  That was your -- that was your goal, right?

18     A.  Yes.  If we had a goal, sure.

19     Q.  And you traveled to D.C. to join a rally of what you

20     hoped would be many, many people with similar ideas, right?

21     A.  Yes, sir.

22     Q.  And you got there, and you saw that.  You saw thousands

23     of people similarly supporting what you believed in, right?

24     A.  Yes, sir.

25     Q.  Okay.  And those thousands of people after the speech

1    started walking towards the Capitol, right?

2    A.  Yes, sir.

3    Q.  And you and the defendant and the rest of your group,

4    you joined them.  Right?

5    A.  We did.

6    Q.  Nobody pushed you, like physically pushed you to go

7    there.  Right?

8    A.  No.

9    Q.  It was your choice?

10   A.  Yes, sir.

11   Q.  It was the defendant's choice?

12   A.  Yes, sir.

13   Q.  All right.  Nobody was threatening any of you to go,

14   right?

15   A.  No.

16   Q.  Antifa didn't bamboozle you into going, right?

17   A.  No.

18   Q.  So you walk to the Capitol.  You get there.  You find

19   you're not the first ones there, right?  There's thousands

20   of people there already, correct?

21   A.  Correct.

22   Q.  And it is a giant mob.  A crowd bigger than you've ever

23   seen in your life, right?

24   A.  Correct.

25            MR. GORDON:  Ms. Jones, can we have Government's

1    Exhibit 212, please.

2              And can we fast forward to -- let's go to 14:00 on

3    the video time-stamp, not on the -- sorry, on the actual

4    time, not the video time-stamp, so it's going to be about

5    three-quarters of the way through or so.

6              You won't be able to do it from the marker.

7    You'll have to look at the black-and-white counter.

8              (Video playing)

9              MR. GORDON:  All right.  Let's back up a little

10   bit.  Let's get to 14:00.

11   Q.  Mr. Leach, you know military time, right?

12   A.  I'm sorry?

13   Q.  You know military time, right?

14   A.  I do.

15   Q.  So 14:00, 2:00 p.m., the same thing, right?

16   A.  Correct.

17   Q.  Okay.  So this is a video of the West Front of the

18   Capitol.  This is what it looked like about 2:00 p.m.

19   That's what you remember it looking like?

20   A.  Obviously I didn't see it from that angle, but yeah.

21   There was a lot of people.

22   Q.  You said you didn't see any police officers.  You said

23   you saw people in black on the balcony, right?

24   A.  Correct.

25   Q.  I'll use my tool to circle a number of the police

1    officers in the Upper West Plaza.

2              Is that what you're referring to?

3    A.  I don't know if I could see these people at all.

4    Q.  Maybe not these people specifically, but the people I've

5    circled, do they look like what you remember seeing as

6    people in black?

7    A.  At the top there's a balcony with like -- almost like

8    fence posting, but cement.  That's where I saw the people in

9    black, up there.

10             And from ground level, you can basically see the

11   people.  If they're on ground level here, we can't see them.

12   We're way back in here somewhere, way back in the trees.

13   Q.  But do the people I've circled, they look like or are

14   dressed like or are in similar positions to the people you

15   saw that you identified as people in black, right?

16   A.  They're in black, yes.

17   Q.  But you're saying you couldn't see these people, these

18   police officers forming this wall of bodies holding the

19   crowd back --

20   A.  Right.

21   Q.  -- you couldn't see them?

22             But this crowd scene, this mob, this is what it

23   looked like to you, right?

24   A.  Is this ground level?  Where you just drew that line, is

25   that ground level?

```
1    Q.  I can't answer that for you, sir.
2             What I'm asking you is, is this what it looked
3    like to you?
4             Obviously you didn't have this angle.  But is this
5    the scene?  Is this how it looked?
6    A.  Obviously my angle would be from the other side.  I see
7    people.
8    Q.  Wall to wall people, right?
9    A.  Yes.
10   Q.  And you said a chemical munition hit you.  But you
11   smelled chemical gas in the air before one hit you, right?
12   A.  I don't know if I smelled it before it.
13   Q.  The air was smoky, wasn't it?
14   A.  We were in the back, way in the back.
15            MR. GORDON:  All right.  Let's play 212 from
16   14:00, and we can stop at 14:50.
17            (Video playing)
18   Q.  All right.  Mr. Leach, you see all the wisps of smoke --
19   A.  I do.
20   Q.  -- coming through?
21            Would it surprise you to know those were all
22   various forms of chemical sprays?
23   A.  It wouldn't surprise me at all.
24            (Video playing)
25   Q.  And it's about this time when you lost sight of the
```

1  defendant, right, 14:15, 2:15?

2  A.  Approximately, yeah.

3  Q.  Right?

4  A.  Approximately, yeah.

5  Q.  Okay.  You believed at this time -- and maybe you still

6  do -- that various politicians had committed treason against

7  the United States for supporting the election of Joe Biden,

8  right?

9  A.  I don't know if it's treason or not.

10  Q.  Sir, you didn't participate in text message

11  conversations with the defendant as well as others in which

12  the group, including you, actively discussed the fact that

13  you believed that politicians have committed treason?

14  A.  The ones that voted for accepting the fraudulent

15  ballots, yes, I believe that's treason.

16  Q.  You thought those were traitors, right?

17  A.  I believe so.

18  Q.  And you're aware and believe that it's right that the

19  penalty for treason is potentially death, right?

20  A.  If you say so, sure.

21  Q.  No, I'm not asking what I say.  I'm asking you.

22  A.  I don't know the penalty.

23  Q.  You didn't discuss that -- you're saying you didn't

24  discuss that in text messages?

25  A.  I don't recall discussing that, no.

1  Q.  All right.  You believed that at any minute President

2  Trump and the military were going to reveal that the

3  certification of Joe Biden or the election was actually all

4  a scheme to catch traitors, correct?

5  A.  I think it still may happen.

6  Q.  You believe that at some point, maybe today or any day

7  soon, or at some point, President Trump and the military are

8  going to activate the Emergency Broadcast System, correct?

9  A.  Sure.

10  Q.  And that when they do, it will be for a temporary

11  military domestic peacekeeping or takeover operation to hold

12  things in place while President Trump leads an effort to

13  round up and jail all of these traitors, correct?

14  A.  I believe it's possible.

15  Q.  You think it's beyond possible?

16  A.  It's been two years.

17  Q.  I'm asking you, because you've talked about this

18  extensively in text messages with your friends.

19         You believe that that is coming, right?  That that

20  is the plan?

21  A.  I believe it could.  It could, yes.

22  Q.  I'm not asking you hypotheticals.  I'm asking what you

23  believe will happen.

24         You believe this will happen, correct?

25  A.  At this point, I don't know what I believe.

1    Q.  On January 6, 2021, and in the week or two or month

2    after, you believed that, right?

3    A.  I do, or I did.

4    Q.  And you believed that all these people would be rounded

5    up and sent to Guantanamo Bay, correct?

6    A.  Sure.

7    Q.  And you believed that was all appropriate because of the

8    level of treason that these people had engaged in in

9    stealing the election from President Trump?

10           MR. GARRITY:  I object at this point in time.  How

11    long is this going to go on for?

12           The issue is what did he see on January 6th --

13           MR. GORDON:  We'll be there in a moment.

14           MR. GARRITY:  -- not police work.

15           THE COURT:  I'll give him some leeway.

16    Q.  You believed that, right?

17    A.  Could you repeat the question?

18    Q.  Sure.  You believed that that would be appropriate,

19    right; rounding all these people up and sending them off to

20    Guantanamo Bay, politicians, former presidents?  Right?

21    Barrack Obama, Hillary Clinton, et cetera.  You thought they

22    should be rounded up and sent off to Guantanamo Bay because

23    they had committed treason.  Right?

24    A.  If they did commit treason, then yes.

25    Q.  And your belief was they had, right?

1   A.   I believe the election was stolen.

2   Q.   And with all of that, right -- and you believe that

3   strongly, passionately, right, back on January 6th?  It

4   meant a lot to you, didn't it?

5   A.   I don't think it meant -- strong and passionate.  Just I

6   believed that the election was stolen, yes.

7   Q.   And is it your testimony that you weren't engaged in

8   daily conversations on this topic with your friends?

9   A.   I don't recall if I was in daily conversations on that

10  topic or not.

11  Q.   You would agree that you felt strongly about the issue,

12  wouldn't you?

13  A.   Yeah.

14  Q.   Okay.  And yet, despite that, when a group of thousands

15  of people who thought like you, believed like you, felt as

16  passionately or strongly as you, were here gathered in front

17  of the Capitol and decided to go inside to encourage those

18  politicians, if that's what they were doing, or to do other

19  things, but they were going to take it directly to Congress,

20  and people swarmed in -- you saw that happen, right?

21  A.   I did not see people go in the building, no.

22  Q.   No?  From your vantage point you didn't see that people

23  were going inside?

24  A.   No.  No, I couldn't.

25  Q.   You had no idea that happened?

```
1    A.  It was -- from where we were at, there was scaffolding.

2    I couldn't see the doors at all.  There's no view of the

3    doors from where we were at.

4    Q.  Do you mean to tell me the entire time you were on

5    Capitol grounds you had no idea people had gone inside?

6    A.  I didn't see people go in, is what I'm saying.

7             You're saying I saw them, and obviously I can't

8    see the doors.

9    Q.  Mr. Leach, you currently have pending charges on fraud,

10   do you not?

11   A.  My family stuff, you're talking about?

12   Q.  No.  You currently --

13            MR. GARRITY:  I'm going to object.

14            THE COURT:  Go to the phones.

15            (The following is a bench conference

16             held outside the hearing of the jury)

17            MR. GORDON:  It goes to his credibility, Your

18   Honor.

19            MR. GARRITY:  Judge, if there's a conviction of

20   it.  There's no conviction that I'm aware of.

21            Under what rule would it be admissible?  I mean,

22   allegations are made all the time.  It doesn't mean that --

23            MR. GORDON:  He has pending criminal charges on

24   multiple felony counts of fraud, credit card and identity

25   fraud.
```

1          MR. GARRITY:  Under what rule would it be

2    admissible?  There are rules of admissibility with respect

3    to convictions, not with respect to allegations.

4          MR. GORDON:  Well, the rule on convictions is in

5    609.

6          MR. GARRITY:  Right.

7          MR. GORDON:  But the credibility of the witness is

8    always at issue, and in this case these are currently

9    pending.

10         The fact of the conviction would be one thing.

11   I'm not asking him about the underlying facts, though I

12   could.  I believe that would be perfectly proper to say:

13   Isn't it true that on this date you took this act, you know,

14   and that, you know, criminal charges were filed as a result

15   of that?

16         THE COURT:  I want to steer clear of this, so I'll

17   sustain the objection.

18         (This is the end of the bench conference)

19   BY MR. GORDON:

20   Q.  Mr. Leach, isn't it true that, when you got hit with

21   that chemical munition, it kind of took the fight out of

22   you?  You were not going to go further into the scrum or

23   into the mob at that point?

24   A.  I had to go back to the tree.

25   Q.  But after that, you were -- that was kind of it for you

1    getting any closer, right?  You weren't going to -- you

2    didn't want to get hit with one of those again, correct?

3    A.  Well, anybody who got hit with it wouldn't want to get

4    hit again.

5           You're saying it took the fight out of me.  I

6    wasn't there to fight.  I was looking for Stefanie at that

7    point.

8    Q.  Okay.  It deterred you from going any further, did it

9    not?

10   A.  Yes.  I had to retreat back to the tree.

11          MR. GORDON:  Nothing further, Your Honor.

12          THE COURT:  All right.  Mr. Garrity?

13                    REDIRECT EXAMINATION

14   BY MR. GARRITY:

15   Q.  Mr. Leach, why were you and Kirstyn going to look for

16   Stefanie?

17   A.  She was concerned about Stefanie.  Stefanie had two

18   small children that she had left at Kirstyn's house, and she

19   had an 11-year-old boy that I actually mentored.  Take him

20   to work.  He was going down the wrong path.  I'd bring him

21   to work and pay him and kind of took him under my wing.

22   Q.  Stefanie is a single mother?

23   A.  She is.

24   Q.  And is that why you and Kirstyn went to look for

25   Stefanie?

```
 1   A.  Correct.
 2   Q.  Was there any -- was your goal -- as you were asked by
 3   Mr. Gordon, was your goal in going to the Capitol to go
 4   inside the Capitol?
 5   A.  Absolutely not.
 6   Q.  Was your goal in going to the rally outside the White
 7   House, was your goal then to enter the Capitol?
 8   A.  Absolutely not.
 9   Q.  Was there any discussion with Kirstyn about entering the
10   Capitol as you drove down from New Hampshire to go to the
11   rally?
12   A.  None.
13   Q.  And I know Mr. Gordon didn't tell you this, but are you
14   aware that the time-stamp on this timed last exhibit you
15   were shown --
16            MR. GORDON:  Objection.
17   Q.  Are you aware --
18            MR. GORDON:  Objection.
19            THE COURT:  Hold on.
20            MR. GARRITY:  I'm going to rephrase.
21            (The following is a bench conference
22             held outside the hearing of the jury)
23            THE COURT:  Mr. Gordon?
24            MR. GORDON:  Mr. Garrity believes that the time-
25   stamp is inaccurate, but there's nothing in the record that
```

1       proves that.  It's just his opinion.

2              He can argue it in closing, but he can't assume

3       the fact and question the witness like he is.

4              MR. GARRITY:  Judge, it is in the record.  Tia

5       Summers testified that she believed that the time-stamp here

6       is not accurate in terms of the events that took place.

7       That was brought out on cross-examination by Attorney

8       Monteith.

9              MR. GORDON:  It matches what is in the corner, and

10      the defense has authenticated through a stipulation that all

11      the times on all the videos from CCTV are authentic and

12      accurate.  It is no longer up for argument or debate on that

13      point.  It goes directly against the stipulation.

14             THE COURT:  All right.  I don't specifically

15      recall Ms. Summers's testimony, but if it's subject to a

16      stipulation, I think you're stuck with it.  Okay?

17             (This is the end of the bench conference)

18      BY MR. GARRITY:

19      Q.  Mr. Leach, from your vantage point on this photo with

20      the time-stamp on it, can you tell the jury where you were

21      located with respect to what's depicted here on the photo?

22      A.  I'd say we weren't even in the picture.  It would be way

23      back here somewhere.

24      Q.  Okay.  And if you could draw on the photo the direction

25      you were located?

1    A.   (Witness complies) Beyond what the picture depicts.

2    Q.   The arrow pointing towards the area where you were?

3    A.   Correct.

4    Q.   And could you see from your vantage point at all what's

5    closer up towards the Capitol scaffolding on the ground

6    level?

7    A.   Could I see from the tree area to the scaffolding?

8    Q.   From your vantage point of where you were looking up

9    towards the Capitol scaffolding, could you see what was

10   close to the scaffolding on ground level?

11   A.   No.

12   Q.   You could see individuals in black on top; is that

13   right?

14   A.   Right.  There's a balcony up there.  That's where the

15   people I was seeing dressed in black.

16   Q.   And the map you were shown of the Capitol and the

17   grounds around it, have you ever seen that map before?

18   A.   I don't believe so.

19   Q.   And the time frames you gave to the jury with respect to

20   when you left the rally and when you got to the Capitol

21   grounds, you estimated about 45 minutes; is that right?

22   A.   Correct.

23   Q.   And when you're entering the Capitol grounds, you don't

24   see, from your vantage point, any signs?

25   A.   No signs whatsoever.

1    Q.  Are you telling the jury that there were no fences, or

2    you just couldn't see them?

3    A.  I'm saying I couldn't see any.  Because we approached

4    right in the middle of that walkway.

5            There was bollards there like to prevent a vehicle

6    from getting onto the lawn, but no fencing whatsoever.  No

7    signs that I could see.

8    Q.  And how many people were around you and Kirstyn at that

9    time?

10   A.  Hundreds.  It was a -- the width of the road.

11   Q.  And was your viewpoint to the left and right blocked?

12   A.  Absolutely.

13   Q.  And was Kirstyn's, her being smaller, blocked as well?

14           MR. GORDON:  Objection; leading.

15   A.  Probably more so.

16           THE COURT:  Overruled.

17   Q.  Did she have less of a viewpoint than you?

18   A.  I would think so.  She's probably six inches shorter

19   than I am.

20   Q.  And when you're up in the tree with Kirstyn, when she's

21   coming down, she says, "I've got to find Stefanie," right?

22           MR. GORDON:  There's no question there.

23   A.  You're right.

24           MR. GORDON:  Or it's leading.

25   Q.  Well, let me ask it this way:  When she comes down, what

```
 1   does she say to you about why she's going towards the
 2   Capitol?
 3   A.  She wanted to find Stefanie.  I don't know the exact
 4   words she used.
 5   Q.  And when she's walking down Pennsylvania Ave. towards
 6   the Capitol, is Kirstyn rushing towards the Capitol?
 7            MR. GORDON:  Objection; leading.
 8   A.  No.
 9   Q.  Well --
10            THE COURT:  Overruled.
11   Q.  -- how was her manner of getting towards the Capitol?
12   Was it rushing or...
13   A.  Normal walking pace.
14   Q.  And do you actively post on Facebook?
15   A.  Not often.
16   Q.  How often do you go on Facebook?
17   A.  Not very much at all right now.  It's been quite some
18   time.
19   Q.  And, again, when you were going to D.C. on January 5th,
20   what was the goal of going to D.C.?
21   A.  To listen to President Trump's speech.  The president
22   asked us all to come.
23   Q.  And despite your beliefs about the stolen election, did
24   you have any goal of going in the Capitol?
25   A.  No.  We had no intention of going there until President
```

```
 1     Trump said we were all going to the Capitol, and we
 2     basically followed the crowd to the Capitol.
 3     Q.  And do what when you get to the Capitol?
 4     A.  People were singing "God Bless America," the national
 5     anthem.  It was very peaceful.
 6     Q.  And is that what your intent was?
 7     A.  It was until munitions started going off and things,
 8     yeah.
 9     Q.  And when munitions went off, what did you do?
10     A.  What did I do?
11     Q.  Yeah.
12     A.  Well, when the one that hit me, obviously I went back to
13     the tree.
14     Q.  And did Kirstyn ever voice to you, before she left the
15     tree, "I'm going into that Capitol"?
16             MR. GORDON:  Objection; self-serving hearsay.
17     A.  No.
18             THE COURT:  Sustained.
19             MR. GARRITY:  Can I have one second, Your Honor?
20             Just one or two more questions, Mr. Leach.
21     Q.  Had you ever been to the Capitol prior to January 6th?
22     A.  No.
23     Q.  Are you familiar with the grounds around the Capitol
24     other than being there on January 6th?
25     A.  No.
```

1    Q.  And, again, that map you were shown you've never seen

2    before?

3    A.  No.

4              MR. GARRITY:  I have no further questions.

5              THE COURT:  Okay.  Mr. Leach, thank you very much

6    for your testimony.  You are excused.  Have a good trip back

7    home.

8              THE WITNESS:  All right.  Thank you.

9              THE COURT:  Please don't discuss your testimony

10   with anyone until the case is over.

11              All right.  Ladies and gentlemen, we're not going

12   to hear from any further witnesses today, but I'd like for

13   you to go back to the jury room.  We have one legal issue to

14   deal with that may affect the schedule going forward, so I'd

15   like to resolve that and bring you back before we dismiss

16   you for the day and give you a sense of what the schedule is

17   going forward.  Okay?  So just sit tight.

18              (Jury exits courtroom)

19              THE COURT:  All right.  Why don't you folks

20   confer, and let me know when I come back.

21              MR. GARRITY:  Thank you, Your Honor.

22              (Recess taken)

23              THE COURT:  Okay.  Talk to me, Mr. Garrity.

24              MR. GARRITY:  Your Honor, we have no further

25   witnesses, but we would ask that you engage in that

1    colloquy.

2              THE COURT:  Okay.  Ms. Niemela, if you could turn

3    that microphone on and bring it over in front of you.

4              All right.  So as I'm sure your lawyers have

5    explained, a defendant has a right not to testify.  A

6    defendant also has a right to testify.  And if you would --

7    you could exercise that right in this trial, if you'd like.

8              Have you spoken with Mr. Garrity and Mr. Monteith

9    about your decision not to testify?

10             THE DEFENDANT:  I have.

11             THE COURT:  And have they gone over the pros and

12   cons of doing that with you?

13             THE DEFENDANT:  Essentially, yes.

14             THE COURT:  Well, do you want another ten minutes

15   to confer, or have they gone over them with you?

16             THE DEFENDANT:  No, it's fine.

17             THE COURT:  And you -- after those consultations,

18   you choose not to testify; is that correct?

19             THE DEFENDANT:  Yes.

20             THE COURT:  Is that a yes?

21             THE DEFENDANT:  Yes.

22             THE COURT:  Okay.  Anything else, Mr. Garrity?

23             MR. GARRITY:  No, Your Honor.  Thank you.

24             THE COURT:  All right.  Let's bring our jury back.

25             So when they come back, the defense will rest.

1          Any rebuttal case?

2          MR. GORDON:  Yes, Your Honor, we're tossing

3     around -- our rebuttal case at this point will be very

4     brief, if at all, and we're just deciding whether to do this

5     or not.

6          We will be calling, if we did, Special Agent

7     Hastbacka to describe a statement that Mr. Leach made to him

8     that is inconsistent with what he just testified to.  So

9     we're deciding about whether that's the juice being worth

10    the squeeze or not.  We might need a couple of minutes to

11    bat that around.

12          If Your Honor wants us to wrap everything up now,

13    if you could give us two more minutes to do that, we'll

14    decide.  If you want to just bring the jury back out --

15          THE COURT:  Since I didn't give the defense

16    overnight to consult, I probably shouldn't give you

17    overnight to consult either.

18          MR. GORDON:  Can we have two more minutes then?

19          THE COURT:  Yes.  You can step outside, if you'd

20    like.  I'll just sit here.

21          Okay.  Hold on, hold on.  Come back.

22          MR. GARRITY:  Sorry about that.  Just so the Court

23    knows, it's the opposite fact where we are.  If we hit the

24    button, it mutes us, so I'm a little out of practice to hit

25    the button to activate it.

```
1              I guess we just want to know what the statement is
2     the government is referring to that's inconsistent with what
3     Mr. Leach has testified to.
4              MR. GORDON:  So Mr. Leach did an FBI interview
5     where he testified that -- or not testified, he stated
6     in the interview that he met up with Mr. Eckerman,
7     Ms. Niemela, and Ms. Chiguer on the east side of the
8     Capitol when they exited, and that when they did,
9     Mr. Eckerman said to Mr. Leach -- but, you know, right there
10    in earshot of Ms. Niemela and Ms. Chiguer, Mr. Eckerman said
11    that "I" or "we pushed over six cops inside, and now the
12    cops are scared of us."
13             MR. GARRITY:  And just -- I just want to clarify
14    what -- was that the interview done by Agent Hastbacka done
15    on December 9th of 2021?
16             MS. ARCO:  It's this one, I think.  It's January
17    24, 2022.
18             (Pause)
19             MR. GARRITY:  Thank you, Your Honor.
20             MR. GORDON:  We'll be very fast, Your Honor.
21    Thank you.
22             THE COURT:  Okay.
23             (Pause)
24             MR. GORDON:  All right.  Your Honor, there will
25    not be a rebuttal case from the government.
```

1          THE COURT:  Very well.  So we'll bring them in.

2    The defense will rest.  The government will rest.  And then

3    we'll -- let's talk about the jury instructions in the

4    morning.

5          So we'll try to get started just after 9:00, and

6    then have the jury 9:20 or something like that.  Okay?

7          MR. GORDON:  Sounds good.  Thank you, Your Honor.

8          (Jury enters courtroom)

9          THE COURT:  All right.  Thank you for your

10   patience.  Please be seated.

11          Mr. Garrity.

12          MR. GARRITY:  Your Honor, the defense rests.

13          THE COURT:  Okay.  The defense has rested.

14          MR. GORDON:  And, Your Honor, the United States

15   will not have a rebuttal case, so we rest as well.

16          THE COURT:  So both sides have rested.  So that

17   concludes the presentation of the evidence in the case.

18          I'm going to get together with the attorneys just

19   after 9:00 tomorrow.  We're going to go over the jury

20   instructions that I will give you before closing arguments.

21          So why don't you all be here around 9:15, and

22   we'll try to get started probably between 9:15 and 9:30

23   tomorrow morning, maybe closer to 9:30, while we iron out

24   the details of the instructions.

25          I will instruct you, and then we'll have closing

```
 1      arguments after that.  All right?
 2              So thank you, again, for your patience and your
 3      attention, and we'll see you back here in the morning.  All
 4      right?  Have a good evening.
 5                  (Jury exits courtroom)
 6              THE COURT:  All right.  See you folks in the
 7      morning.
 8              MS. ARCO:  Thank you, Your Honor.
 9              MR. GORDON:  Thank you, Your Honor.
10              MR. GARRITY:  Thank you, Your Honor.
11              THE COURT:  And closings, how long do you need?
12              MR. GORDON:  Can we have an hour, please, Your
13      Honor?
14              MR. MONTEITH:  I'm going to do it in ten minutes.
15              THE COURT:  How long do you need?
16              MR. MONTEITH:  Ten minutes.
17              THE COURT:  Ten minutes for closing?
18              MR. MONTEITH:  Yes.
19              MS. ARCO:  That's about the ratio we've been
20      going.
21              THE COURT:  I'll give you an hour, but you
22      shouldn't need an hour.  Okay?
23              MR. GORDON:  I've made a -- it's probably too
24      long.
25              THE COURT:  Sharpen your pencils, and a combined
```

1     hour.

2                    (Whereupon the hearing was

3                     adjourned at 4:49 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**

**'em** [5] - 612:11, 612:13, 612:14, 710:23, 711:1
**'slide'** [1] - 663:24
**'so** [1] - 657:17

**0**

**001** [2] - 685:12, 709:14
**00:16:11** [1] - 708:19
**03053** [2] - 549:18, 549:21

**1**

**1** [1] - 555:1, 560:2, 626:22, 648:21, 680:6, 760:22
**1/7/2021** [1] - 712:25
**10** [3] - 626:22, 667:19, 669:10
**10-14** [1] - 668:1
**100** [2] - 572:2, 584:16
**101** [1] - 577:17
**102** [1] - 579:25
**103** [1] - 583:13
**104** [1] - 587:18
**105** [1] - 590:23
**107** [1] - 607:23
**108** [1] - 614:24
**109** [1] - 630:25
**10:18** [1] - 655:14
**11** [2] - 637:7, 673:2
**11-minute** [2] - 637:7, 638:10
**11-minute-22-second** [1] - 638:2
**11-minute-51-second** [1] - 638:13
**11-minute-54-second** [1] - 639:9
**11-second** [1] - 620:2
**11-year-old** [1] - 781:19
**111** [1] - 640:22
**11:00** [1] - 609:24
**11:43** [1] - 662:12
**12** [4] - 572:9, 572:10, 574:1, 673:5
**12-minute-13-second** [1] - 640:15
**12-minute-three-second** [1] - 640:3
**1201** [4] - 567:14, 567:22, 572:8, 643:14
**12:30** [1] - 670:10

**12:42** [2] - 641:2, 641:3
**12:54** [2] - 683:8, 709:14
**13** [1] - 580:16
**13th** [1] - 559:3
**14** [2] - 549:18, 549:21
**14:00** [4] - 772:2, 772:10, 772:15, 774:16
**14:15** [1] - 775:1
**14:50** [1] - 774:16
**15** [8] - 610:11, 626:22, 655:17, 736:11, 755:6, 763:6, 765:6, 765:16
**15-second** [1] - 577:2
**16** [1] - 566:4
**16-second** [3] - 605:9, 605:17, 632:12
**17** [8] - 568:7, 574:15, 577:10, 649:24, 650:13, 650:17, 672:18, 704:1
**17-second** [3] - 605:11, 605:20, 717:8
**1752(a)(1** [1] - 552:4
**17th** [1] - 706:4
**18** [1] - 552:4
**18-second** [1] - 641:16
**19:25** [1] - 654:3
**1:00** [1] - 749:14
**1:15** [6] - 733:4, 736:18, 749:10, 749:14, 749:17, 749:19
**1:21-cr-623-CRC-2** [1] - 549:3
**1:45** [2] - 670:11, 670:18

**2**

**2** [2] - 761:10, 761:11
**20** [8] - 623:7, 669:21, 701:16, 736:11, 736:13, 740:16, 765:16, 766:23
**20-second** [2] - 596:19, 597:10
**20001** [1] - 549:25
**202** [2] - 549:16, 549:25
**2020** [3] - 559:6, 707:11, 768:24
**2021** [62] - 556:15, 557:2, 557:17, 559:17, 560:16, 561:5, 562:2,

**562**:18, 564:9, 565:20, 568:7, 568:10, 569:20, 569:21, 570:2, 570:23, 571:4, 572:12, 580:13, 588:2, 609:4, 609:13, 615:2, 631:7, 641:2, 641:5, 643:11, 646:1, 649:14, 649:24, 650:13, 650:17, 653:4, 654:1, 655:12, 657:15, 658:11, 659:16, 659:24, 660:25, 661:12, 663:12, 663:13, 664:19, 665:20, 666:5, 666:18, 667:1, 667:19, 669:11, 669:21, 679:20, 680:5, 680:6, 681:11, 681:13, 681:19, 704:1, 713:5, 727:16, 777:1, 791:15
**2022** [2] - 704:24, 791:17
**2023** [1] - 549:4
**20530** [1] - 549:15
**208** [2] - 751:2, 766:4
**20th** [1] - 650:19
**21** [1] - 766:19
**21-623** [1] - 551:3
**21-second** [2] - 579:18, 620:5
**212** [2] - 772:1, 774:15
**21st** [1] - 650:19
**22-second** [4] - 582:6, 636:13, 638:11, 642:1
**22:18** [1] - 655:12
**23-second** [2] - 581:1, 596:24
**24** [2] - 596:18, 791:17
**25** [1] - 549:4
**252** [1] - 727:2
**25th** [2] - 659:12, 659:14
**26-second** [1] - 578:11
**27** [1] - 611:12
**274-6370** [1] - 549:13
**29** [1] - 724:14
**29-second** [2] - 588:6, 605:24
**2:00** [15] - 684:24, 736:19, 750:2, 750:5, 750:10, 750:15, 750:19,

**750**:22, 753:1, 753:5, 764:19, 772:15, 772:18
**2:00-ish** [1] - 764:24
**2:15** [1] - 775:1
**2:20** [1] - 578:2
**2:23** [1] - 580:13
**2:24** [1] - 765:9
**2:25** [3] - 588:2, 654:6, 654:8
**2:30** [3] - 608:7, 615:2, 615:22
**2:35** [1] - 631:7
**2:36** [1] - 631:17
**2:42** [1] - 641:4
**2:44** [1] - 643:11
**2:45** [2] - 765:18, 766:20

**3**

**3** [8] - 556:15, 557:2, 557:17, 559:17, 560:16, 650:1, 673:2, 761:18
**30** [1] - 764:22
**30-second** [3] - 615:11, 642:15, 753:14
**302** [3] - 679:19, 679:22, 680:3
**302s** [2] - 679:13, 679:15
**316)303-4690** [1] - 568:18
**316)308-3579** [1] - 568:20
**31st** [1] - 707:11
**3200** [1] - 549:12
**333** [1] - 549:24
**33602** [1] - 549:12
**35-second** [1] - 597:15
**354-3187** [1] - 549:25
**37-second** [1] - 606:25
**38-second** [1] - 612:8
**39** [1] - 566:4
**39-second** [3] - 615:13, 636:25, 637:4
**3:15** [1] - 742:21
**3:30** [1] - 742:21
**3:30ish** [1] - 741:16

**4**

**4** [10] - 555:1, 561:5, 562:2, 562:18, 564:9, 645:19, 653:14, 655:22, 760:21, 762:2

**40** [1] - 744:16
**400** [1] - 549:12
**401** [2] - 565:7, 565:9
**403** [1] - 572:19
**404** [1] - 717:5
**405** [1] - 608:24
**406** [2] - 609:8, 611:11
**407** [1] - 612:19
**408** [1] - 582:4
**409** [1] - 619:8
**410** [1] - 603:5
**411** [1] - 601:7
**412** [1] - 636:3
**414** [2] - 622:10, 637:6
**416** [1] - 630:7
**417)771-917** [1] - 568:21
**43-second** [2] - 581:14, 623:10
**434-4106** [1] - 549:19
**437-2733** [1] - 549:22
**45** [8] - 734:3, 736:18, 744:16, 744:17, 749:24, 750:9, 750:23, 784:21
**45-minute** [1] - 753:11
**45-second** [1] - 613:13
**47-second** [1] - 582:19
**48-second** [1] - 612:18
**4:43** [1] - 662:11
**4:49** [1] - 794:3

**5**

**5** [3] - 651:16, 656:13, 762:16
**50-second** [1] - 612:7
**501** [1] - 578:23
**502** [1] - 586:13
**503** [1] - 595:23
**504** [1] - 599:5
**505** [1] - 604:17
**52-second** [1] - 631:11
**53** [1] - 583:6
**53-second** [1] - 591:18
**532-3867** [1] - 549:16
**55-second** [1] - 597:24
**56-second** [1] - 607:9
**5:00** [5] - 713:2, 713:4, 713:5, 741:19, 760:9
**5:18** [1] - 655:15
**5th** [9] - 707:24, 708:1, 728:6, 728:9, 728:11, 729:8, 729:9, 729:14, 786:19

**6**

**6** [20] - 560:1, 568:10,

570:2, 570:23,
571:4, 572:12,
580:13, 588:2,
609:4, 609:13,
615:2, 631:7, 641:2,
643:11, 646:1,
653:4, 654:1,
655:12, 713:5, 777:1
**60** [1] - 633:9
**603** [2] - 549:19,
549:22
**603)288-7169** [1] -
568:14
**603)765-5535** [1] -
568:22
**609** [1] - 780:5
**62** [1] - 600:9
**63** [2] - 762:24, 763:3
**6718** [1] - 549:24
**6:00** [5] - 708:12,
709:21, 713:2,
713:5, 760:9
**6th** [40] - 551:19,
560:8, 560:17,
569:19, 572:24,
578:3, 601:11,
603:13, 608:5,
622:17, 645:17,
646:24, 647:12,
649:16, 660:8,
662:7, 662:10,
662:12, 662:17,
671:17, 675:20,
682:22, 703:4,
707:15, 707:24,
707:25, 708:2,
708:6, 709:15,
712:11, 713:4,
714:23, 714:24,
730:4, 730:15,
769:20, 777:12,
778:3, 787:21,
787:24

**7**

**7** [7] - 558:21, 657:15,
658:11, 659:16,
659:24, 660:25,
661:11
**70** [1] - 633:9
**7169** [3] - 644:10,
645:14, 645:24
**78** [1] - 600:6
**7:00** [1] - 713:2
**7:25** [1] - 654:6
**7th** [2] - 662:8, 667:1

**8**

**8** [8] - 649:14, 663:12,

663:13, 664:19,
665:20, 666:5,
666:18, 672:17
**80** [1] - 668:23
**80-count** [1] - 669:4
**800** [3] - 745:22,
745:23, 746:3
**813** [1] - 549:13
**816** [1] - 556:8
**817** [1] - 557:11
**818** [1] - 559:13
**820** [1] - 560:24
**821** [2] - 562:6, 562:8
**822** [1] - 652:23
**823** [3] - 655:9,
760:20, 760:22
**824** [4] - 657:7,
708:17, 712:2,
723:16
**825** [3] - 659:6,
743:19, 743:25
**826** [1] - 659:21
**827** [1] - 660:22
**828** [1] - 662:1
**830** [2] - 664:7, 664:13
**831** [2] - 665:9, 665:13
**832** [1] - 666:13
**835** [1] - 667:12
**836** [2] - 669:13,
669:15
**848** [1] - 663:5
**87** [1] - 644:12

**9**

**9** [6] - 567:13, 567:22,
643:14, 656:24,
673:19, 674:3
**9/11** [1] - 557:8
**900** [1] - 567:24
**907** [1] - 643:18
**908** [2] - 644:23, 647:8
**909** [1] - 646:7
**910** [1] - 646:19
**911** [1] - 568:24
**912** [2] - 569:23, 570:9
**913** [3] - 570:7,
570:17, 572:13
**915** [1] - 647:19
**918** [1] - 649:10
**919** [1] - 571:1
**920** [2] - 571:15,
572:13
**926** [2] - 649:18,
703:15
**928** [1] - 651:9
**929** [1] - 651:25
**930** [2] - 575:7, 652:10
**931** [1] - 576:24
**950** [1] - 549:15

**978)996-1187** [1] -
568:19
**9:00** [2] - 792:5,
792:19
**9:07** [1] - 549:4
**9:15** [2] - 792:21,
792:22
**9:20** [1] - 792:6
**9:30** [2] - 792:22,
792:23
**9th** [1] - 791:15

**A**

**A.J** [2] - 610:23,
610:25
**a.m** [3] - 549:4,
662:11, 708:12
**ability** [1] - 562:22
**able** [6] - 558:18,
684:7, 684:17,
719:21, 746:5, 772:6
**absolutely** [8] -
625:10, 660:9,
735:20, 748:7,
769:10, 782:5,
782:8, 785:12
**abundance** [1] -
552:21
**accepting** [1] - 775:14
**access** [6] - 675:12,
675:17, 676:19,
681:21, 683:20,
683:22
**accessing** [1] - 682:16
**accidentally** [1] -
681:4
**accompanied** [1] -
551:18
**accordingly** [1] -
610:24
**account** [5] - 654:13,
654:20, 654:21,
654:22, 656:18
**accounts** [3] - 653:7,
654:17, 654:19
**accurate** [5] - 568:1,
568:8, 749:14,
783:6, 783:12
**acknowledging** [1] -
658:1
**act** [3] - 702:22, 706:6,
780:13
**acted** [1] - 703:1
**Action** [1] - 549:3
**action** [2] - 552:20,
700:20
**activate** [2] - 776:8,
790:25
**actively** [2] - 775:12,

786:14
**actors** [1] - 711:9
**actual** [2] - 581:21,
772:3
**add** [1] - 672:8
**address** [1] - 673:25
**adjacent** [1] - 637:22
**adjourned** [1] - 794:3
**administrations** [1] -
650:18
**admissibility** [1] -
780:2
**admissible** [3] -
738:21, 779:21,
780:2
**admit** [9] - 552:3,
562:7, 565:8,
630:11, 647:18,
649:17, 663:4,
667:11, 669:15
**admits** [1] - 743:25
**admitted** [51] - 556:8,
557:11, 559:13,
560:24, 568:24,
569:23, 570:7,
571:1, 571:15,
572:20, 576:24,
577:17, 578:24,
579:25, 582:4,
583:13, 586:14,
587:18, 590:24,
595:23, 599:5,
601:7, 603:5,
604:18, 607:24,
608:25, 609:9,
612:20, 614:24,
619:9, 622:11,
630:9, 630:25,
636:3, 640:22,
643:15, 643:19,
644:23, 646:7,
646:19, 649:10,
651:9, 651:25,
652:10, 652:23,
655:9, 657:7,
659:21, 662:1,
664:7, 665:9
**advance** [1] - 607:21
**advanced** [2] - 619:3,
620:21
**advancing** [4] - 600:8,
600:15, 603:18,
634:17
**advantage** [1] - 554:6
**advisable** [2] - 552:9,
552:15
**advise** [2] - 553:9,
610:24
**advised** [1] - 553:6
**aerial** [2] - 596:3,

646:14
**affect** [2] - 754:21,
788:14
**affected** [14] - 754:18,
754:20, 754:25,
755:7, 755:9,
755:12, 755:14,
755:23, 755:25,
756:15, 756:17,
756:19, 756:22,
757:1
**affidavits** [1] - 769:6
**affiliation** [1] - 658:23
**afternoon** [7] - 675:5,
675:6, 724:23,
742:18, 742:20,
744:11, 744:12
**afterwards** [1] -
610:14
**agency** [1] - 563:10
**agent** [29] - 555:21,
560:6, 566:18,
572:16, 580:18,
587:21, 588:7,
592:21, 595:25,
608:2, 609:11,
611:10, 630:14,
643:20, 654:11,
660:24, 666:23,
668:12, 675:7,
675:12, 681:23,
702:8, 711:8,
711:24, 712:5,
716:18, 721:10,
722:16, 791:14
**AGENT** [2] - 550:3,
556:2
**Agent** [8] - 556:5,
565:15, 585:11,
601:9, 675:5,
685:10, 743:20,
790:6
**agents** [6] - 566:25,
679:15, 688:11,
714:15, 714:24,
716:19
**ago** [6] - 596:7,
725:19, 727:8,
744:23, 755:6, 763:4
**agree** [2] - 757:9,
778:11
**agreed** [1] - 553:9
**ahead** [1] - 699:4
**ain't** [1] - 665:6
**air** [3] - 714:5, 774:11,
774:13
**airport** [1] - 663:18
**alarm** [1] - 583:9
**ALL** [1] - 563:12
**allegation** [1] - 679:8

**allegations** [2] - 779:22, 780:3

**allegedly** [1] - 680:13

**allow** [2] - 721:20, 738:24

**allowed** [3] - 759:20, 764:6, 769:12

**allset** [1] - 651:7

**almost** [5] - 619:14, 708:8, 731:8, 736:5, 773:7

**alone** [1] - 557:24

**altered** [2] - 568:5, 568:10

**Amendment** [6] - 552:11, 659:12, 659:14, 706:20, 706:22, 707:4

**AMERICA** [2] - 549:2, 661:20

**America** [4] - 551:4, 663:18, 666:9, 787:4

**ammunition** [1] - 711:7

**amount** [2] - 588:21, 598:25

**AND** [1] - 661:20

**angle** [9] - 616:7, 622:23, 631:23, 631:25, 764:13, 764:16, 772:20, 774:4, 774:6

**angles** [1] - 632:17

**angry** [2] - 625:19, 663:17

**answer** [10] - 552:12, 626:15, 679:23, 688:16, 726:19, 726:20, 748:16, 765:19, 768:20, 774:1

**answered** [2] - 610:3, 713:8

**anthem** [1] - 787:5

**Anti** [1] - 659:2

**Anti-Fascist** [1] - 659:2

**Antifa** [5] - 597:1, 658:22, 659:3, 662:25, 771:16

**antifa** [2] - 658:13, 658:15

**antifascist** [1] - 659:3

**AoR** [1] - 715:14

**apart** [1] - 715:10

**apologies** [2] - 576:1, 641:4

**appear** [46] - 560:19, 574:6, 581:8, 584:7, 586:7, 590:9,

595:17, 596:9, 598:4, 599:23, 604:16, 605:12, 612:3, 614:2, 614:12, 616:15, 617:1, 618:19, 620:13, 623:11, 625:9, 627:4, 632:19, 633:4, 636:8, 638:23, 639:11, 642:10, 645:16, 645:25, 648:5, 657:14, 686:11, 686:14, 689:3, 690:1, 690:10, 697:7, 698:13, 699:12, 700:25, 714:2, 720:8, 720:25, 732:4, 751:7

**appearance** [4] - 604:16, 610:12, 633:25, 635:21

**APPEARANCES** [1] - 549:10

**appearing** [2] - 574:23, 594:15

**apple** [1] - 568:2

**appoint** [1] - 552:15

**approach** [1] - 679:25

**approached** [6] - 684:23, 684:24, 685:13, 735:7, 753:13, 785:3

**approaching** [2] - 684:8, 686:23

**appropriate** [2] - 777:7, 777:18

**approximate** [1] - 750:19

**apps** [1] - 685:5

**archway** [1] - 615:4

**Arco** [4] - 610:19, 611:7, 673:16, 711:21

**ARCO** [354] - 549:14, 555:15, 555:24, 556:4, 556:7, 556:17, 557:10, 559:12, 559:19, 560:13, 560:23, 561:11, 562:5, 562:11, 562:25, 563:15, 564:11, 564:21, 565:6, 565:12, 566:3, 566:17, 567:12, 567:20, 568:18, 569:22, 570:6, 570:16, 570:25,

571:14, 572:7, 573:13, 574:1, 574:15, 574:25, 575:5, 575:25, 576:5, 576:23, 577:2, 577:8, 577:16, 578:10, 578:19, 578:21, 579:8, 579:16, 579:18, 579:22, 579:24, 580:2, 580:15, 581:1, 581:12, 581:14, 582:1, 582:3, 582:6, 582:17, 582:19, 583:5, 583:12, 583:24, 584:10, 584:18, 585:9, 586:2, 586:4, 586:13, 586:22, 586:25, 587:17, 588:4, 588:6, 588:9, 588:15, 588:17, 588:24, 589:14, 589:16, 589:24, 590:1, 590:13, 590:15, 590:23, 591:1, 591:16, 591:18, 591:23, 592:2, 593:8, 593:11, 593:22, 594:9, 594:17, 594:20, 595:1, 595:3, 595:10, 595:12, 595:22, 596:1, 596:14, 596:24, 597:10, 597:15, 597:24, 598:2, 598:6, 598:12, 598:22, 599:4, 599:16, 600:3, 600:6, 600:11, 601:6, 602:8, 602:11, 602:17, 602:19, 603:2, 603:4, 603:8, 603:15, 604:2, 604:17, 604:20, 605:1, 605:8, 605:11, 605:20, 605:24, 606:23, 606:25, 607:7, 607:9, 607:15, 607:23, 608:9, 608:11, 608:18, 608:20, 608:24, 609:7, 609:15, 609:17, 609:20, 609:25, 610:3, 610:7, 610:10, 610:20, 611:1,

611:8, 611:9, 611:12, 612:1, 612:7, 612:16, 612:18, 613:3, 613:5, 613:10, 613:13, 613:18, 613:20, 614:5, 614:23, 615:11, 615:13, 615:19, 615:24, 616:21, 617:10, 617:19, 617:22, 618:6, 618:17, 618:22, 618:24, 619:8, 620:2, 620:5, 620:16, 621:2, 621:6, 621:14, 621:18, 622:2, 622:10, 622:13, 623:2, 623:7, 623:10, 623:22, 624:7, 624:9, 624:25, 625:4, 625:12, 625:16, 625:21, 625:23, 626:6, 626:8, 626:24, 627:1, 627:12, 627:18, 627:25, 628:3, 628:14, 628:16, 628:24, 629:2, 629:7, 629:10, 629:17, 629:19, 630:6, 630:9, 630:24, 631:9, 631:11, 631:14, 632:4, 632:6, 632:11, 632:22, 632:24, 633:6, 633:15, 633:19, 634:7, 634:10, 634:23, 635:1, 635:7, 635:10, 636:2, 636:6, 636:11, 636:13, 636:23, 636:25, 637:4, 637:25, 638:2, 638:10, 638:13, 639:7, 639:9, 640:1, 640:3, 640:13, 640:15, 640:21, 641:7, 641:14, 641:24, 642:1, 642:13, 642:15, 642:19, 642:23, 643:6, 643:13, 644:8, 644:22, 645:7, 645:10, 645:15, 645:19, 646:3, 646:6, 646:18,

647:7, 647:18, 647:25, 648:9, 648:13, 649:2, 649:9, 649:12, 649:17, 650:22, 651:2, 651:8, 651:15, 651:24, 652:9, 652:22, 653:9, 653:19, 654:10, 654:25, 655:8, 655:19, 656:14, 656:24, 657:6, 658:8, 658:18, 659:5, 659:20, 660:21, 661:8, 661:25, 663:4, 663:8, 663:21, 664:6, 664:12, 664:16, 665:8, 665:12, 665:16, 666:11, 666:21, 667:11, 667:15, 667:22, 668:16, 669:6, 669:12, 669:15, 669:18, 670:6, 674:11, 680:19, 680:24, 681:5, 686:6, 688:13, 694:13, 697:21, 701:20, 711:23, 712:1, 713:24, 714:13, 716:8, 716:15, 716:17, 716:25, 717:4, 717:7, 717:21, 721:7, 721:9, 791:16, 793:8, 793:19

**Arco)**...........................

............**556** [1] - 550:4

**Arco)**...........................

............**711** [1] - 550:5

**area** [71] - 552:3, 552:6, 553:3, 573:24, 577:23, 578:7, 581:23, 583:16, 583:20, 586:10, 587:24, 591:4, 592:6, 592:21, 592:23, 593:19, 593:24, 594:7, 599:8, 600:23, 601:17, 601:19, 602:25, 604:23, 604:24, 607:5, 607:6, 621:12, 624:3,

630:2, 630:4,
634:19, 637:21,
656:1, 656:4, 656:6,
656:7, 656:10,
656:19, 682:9,
688:7, 701:10,
708:12, 715:15,
719:4, 719:5, 719:6,
721:3, 731:22,
732:5, 735:12,
746:24, 750:24,
751:17, 752:11,
752:15, 753:2,
753:13, 753:17,
754:7, 758:24,
759:1, 759:19,
763:24, 764:18,
764:21, 766:8,
766:15, 784:2, 784:7
**Area** [1] - 764:3
**areas** [2] - 594:15,
714:25
**argue** [1] - 783:2
**argument** [2] - 658:6,
783:12
**arguments** [3] - 658:7,
792:20, 793:1
**arm** [1] - 600:16
**armed** [2] - 558:6,
669:23
**arms** [1] - 697:24
**arose** [1] - 551:14
**arrest** [2] - 643:23,
659:19
**arrested** [2] - 566:24,
668:23, 669:4,
704:21, 704:24,
705:23
**arrive** [1] - 728:9
**arrived** [3] - 730:20,
730:22, 753:5
**arrives** [1] - 554:2
**arriving** [1] - 750:3
**arrow** [5] - 582:20,
605:12, 613:6,
767:6, 784:2
**artificial** [1] - 685:5
**ascend** [1] - 717:15
**aspect** [1] - 715:3
**ass** [1] - 663:2
**assigned** [4] - 714:24,
715:3, 715:5, 748:15
**assignment** [1] -
715:16
**assume** [3] - 556:21,
768:14, 783:2
**assumed** [2] - 735:24,
742:11
**attachment** [3] -
659:24, 660:11,

660:14
**attachments** [1] -
649:15
**attempt** [1] - 684:25
**attempting** [1] -
653:15
**attempts** [9] - 677:24,
678:2, 681:17,
684:1, 684:5,
684:21, 685:11,
685:15, 697:2
**attend** [1] - 707:24
**attended** [1] - 708:2
**attending** [1] - 708:24
**attention** [12] - 551:14,
590:6, 592:18,
593:18, 601:23,
605:14, 606:13,
612:5, 627:10,
635:13, 755:4, 793:3
**attorney** [1] - 783:7
**Attorney** [1] - 675:6
**Attorney's** [1] - 722:23
**attorneys** [1] - 792:18
**audible** [1] - 583:9
**AUDIT** [1] - 663:18
**audit** [1] - 601:13
**authentic** [3] - 568:1,
568:11, 783:11
**authenticated** [1] -
783:10
**author** [14] - 557:25,
559:17, 561:6,
564:3, 564:8,
655:11, 665:18,
666:16, 667:17,
667:19, 669:8,
669:10
**Author** [1] - 564:6
**authority** [4] - 552:6,
563:24, 673:22,
674:3
**available** [7] - 553:7,
565:17, 603:9,
610:15, 654:20,
671:20, 682:21
**Ave** [4] - 683:1, 684:7,
733:12, 786:5
**Avenue** [8] - 549:15,
549:24, 566:8,
751:23, 752:1,
758:19, 767:11,
767:13
**aware** [24] - 553:19,
676:13, 677:15,
677:20, 679:6,
682:12, 682:15,
703:9, 703:12,
727:9, 735:22,
741:17, 742:8,

747:4, 756:11,
756:20, 757:3,
757:6, 757:10,
762:9, 775:18,
779:20, 782:14,
782:17
**awareness** [1] -
757:12
**awkward** [1] - 674:9

## B

**BACK** [1] - 661:21
**back-and-forth** [1] -
557:19
**back-ups** [1] - 583:21
**backed** [1] - 638:20
**background** [1] -
764:12
**backing** [1] - 695:7
**backs** [1] - 698:1
**backwards** [1] - 720:6
**bad** [3] - 658:13,
661:20, 711:8
**bait** [1] - 660:3
**balcony** [4] - 739:18,
772:23, 773:7,
784:14
**ballots** [1] - 775:15
**ballpark** [2] - 733:5,
741:16
**bamboozle** [1] -
771:16
**bandana** [1] - 620:10
**Barack** [1] - 668:6
**barrack** [1] - 777:21
**BARRICADES** [1] -
660:2
**barricades** [4] - 660:8,
758:7, 758:12,
767:12
**barrier** [1] - 683:12
**barriers** [2] - 708:13,
718:15
**base** [9] - 692:12,
737:18, 751:10,
752:14, 759:8,
759:13, 759:16,
760:3, 766:14
**based** [39] - 569:17,
571:8, 577:13,
578:5, 584:21,
585:11, 600:17,
600:22, 600:25,
604:11, 613:16,
614:17, 621:10,
622:6, 624:1,
624:16, 628:9,
629:23, 630:3,
634:20, 639:2,

639:20, 639:23,
641:8, 644:5,
645:23, 647:10,
647:16, 649:5,
651:18, 652:5,
654:7, 656:3, 656:8,
656:20, 661:2,
669:25, 714:25,
716:10
**basement** [2] - 726:10,
726:23
**basing** [1] - 723:2
**basis** [2] - 673:24
**bat** [1] - 790:11
**bathroom** [1] - 726:11
**baton** [1] - 624:16
**battle** [1] - 668:11
**Bay** [4] - 557:6, 777:5,
777:20, 777:22
**beanie** [1] - 572:1
**bearing** [1] - 568:3
**beat** [1] - 658:14
**became** [1] - 722:12
**becomes** [1] - 616:11
**Bedford** [2] - 679:11,
715:9
**BEFORE** [1] - 549:9
**before..** [1] - 666:6
**beforehand** [1] -
709:17
**began** [3] - 708:4,
709:14, 709:18
**begin** [1] - 607:25
**beginning** [7] - 564:4,
567:15, 575:15,
593:17, 679:7,
750:11, 750:17
**Begun** [1] - 563:19
**behind** [29] - 561:23,
573:7, 577:24,
587:13, 592:18,
592:19, 595:16,
614:20, 615:5,
615:16, 618:11,
624:3, 633:8, 638:6,
641:8, 642:4, 643:4,
643:5, 657:20,
687:22, 694:22,
695:9, 695:13,
695:19, 701:10,
720:1, 763:16,
767:15
**belief** [5] - 673:22,
673:25, 674:3,
769:8, 777:25
**beliefs** [1] - 786:23
**believes** [1] - 782:24
**below** [11] - 561:18,
562:1, 571:24,
572:11, 572:13,

595:5, 646:25,
648:20, 660:19,
666:1, 668:22
**bench** [12] - 715:23,
716:16, 721:18,
724:1, 724:8,
724:17, 738:14,
738:25, 779:15,
780:18, 782:21,
783:17
**beneath** [1] - 592:18
**benefit** [2] - 709:6,
709:8
**beside** [1] - 723:7
**best** [7] - 555:11,
562:22, 586:1,
623:14, 645:5,
684:25, 750:7
**better** [1] - 659:16
**between** [15] - 560:21,
584:5, 588:8, 653:1,
659:9, 662:15,
668:11, 678:22,
697:10, 739:24,
754:24, 755:21,
763:6, 765:14,
792:22
**Beyond** [1] - 784:1
**beyond** [13] - 593:19,
593:24, 654:22,
657:22, 673:21,
674:7, 675:13,
676:16, 676:25,
685:11, 716:6,
731:9, 776:15
**Biden** [8] - 650:18,
667:1, 668:6, 670:3,
769:3, 770:5, 775:7,
776:3
**big** [7] - 732:13,
733:18, 734:19,
734:23, 735:7,
745:21, 752:2
**bigger** [3] - 585:22,
715:16, 771:22
**bike** [9] - 575:22,
576:2, 576:3, 577:6,
683:11, 717:18,
735:18, 758:7,
758:11
**Bill** [1] - 668:8
**bit** [17] - 563:1,
574:11, 586:21,
593:16, 610:6,
611:5, 624:18,
642:4, 657:12,
720:11, 730:2,
734:16, 746:7,
749:4, 763:2, 766:6,
772:10

**black** [19] - 569:9,
569:11, 569:13,
570:13, 585:5,
606:21, 616:18,
620:10, 624:15,
642:4, 739:19,
772:7, 772:23,
773:6, 773:9,
773:15, 773:16,
784:12, 784:15
**black-and-white** [1] -
772:7
**blackmail** [1] - 563:8
**blackmailed** [1] -
564:16
**BLACKOUT** [1] -
668:23
**blackwell** [1] - 653:2
**Blackwell** [1] - 659:10
**blaming** [1] - 658:2
**blank** [1] - 660:6
**Bless** [1] - 787:4
**block** [1] - 605:5
**blocked** [2] - 785:11,
785:13
**blocking** [2] - 630:23,
735:18
**blonde** [1] - 588:14
**blow** [1] - 627:6
**blue** [8] - 565:19,
591:20, 615:14,
616:1, 625:7, 642:2,
646:25, 648:10
**blur** [1] - 594:14
**blurry** [6] - 584:12,
584:16, 585:3,
585:20, 585:24,
588:11
**bluster** [3] - 705:7,
710:18, 710:19
**bobbing** [1] - 691:18
**bodies** [1] - 773:18
**body** [9] - 556:15,
556:19, 561:8,
564:23, 653:23,
657:9, 665:21,
666:16, 667:18
**bodyguard** [2] -
748:21, 748:22
**bollards** [6] - 735:7,
752:5, 758:16,
758:20, 758:23,
785:5
**bomb** [1] - 740:3
**boot** [2] - 756:7, 757:8
**Boston** [4] - 715:1,
715:5, 715:7, 715:13
**bottom** [18] - 563:6,
564:4, 564:6, 564:8,
564:11, 564:13,

564:14, 604:10,
607:6, 619:15,
651:16, 652:20,
655:20, 660:23,
663:8, 673:19,
722:4, 760:23
**bottom-left** [1] -
564:11
**bought** [1] - 727:8
**box** [3] - 563:7,
563:15, 667:22
**boy** [1] - 781:19
**boy's** [1] - 746:7
**Boys** [1] - 558:6
**bracketed** [2] -
659:22, 662:3
**branch** [1] - 737:3
**Bray** [1] - 658:25
**breach** [1] - 720:24
**breached** [6] - 583:10,
628:11, 653:13,
662:24, 719:9, 720:5
**break** [12] - 609:18,
609:23, 662:24,
670:10, 670:18,
673:14, 734:12,
742:18, 742:20,
742:25, 743:5,
743:10
**BREAKING** [1] -
653:13
**breathe** [2] - 740:7,
753:23
**brief** [4] - 577:13,
721:16, 790:4
**briefly** [2] - 659:8,
724:7
**bring** [19] - 556:7,
559:12, 560:23,
568:23, 577:16,
644:22, 646:18,
660:22, 661:25,
662:12, 664:10,
732:21, 743:18,
781:20, 788:15,
789:3, 789:24,
790:14, 792:1
**British** [1] - 603:10
**bro** [1] - 597:14
**broadcast** [1] - 776:8
**broadcasting** [1] -
603:10
**broke** [1] - 658:16
**broken** [2] - 580:6,
582:21
**brought** [5] - 563:13,
624:13, 679:2, 783:7
**brown** [2] - 594:22,
624:11
**BTW** [1] - 664:22

**bubble** [3] - 648:2,
649:3, 667:16
**bubbles** [2] - 648:1,
648:16
**build** [1] - 746:22
**building** [29] - 560:4,
568:9, 572:25,
580:7, 610:16,
632:1, 638:22,
653:14, 653:15,
676:2, 676:6,
720:20, 733:8,
739:10, 739:12,
740:19, 742:9,
757:23, 764:12,
765:4, 765:23,
766:3, 766:5,
766:25, 767:13,
767:14, 768:3,
768:19, 778:21
**built** [2] - 695:19,
726:10
**bullhorn** [2] - 627:3,
627:14
**bullied** [2] - 747:21,
747:25
**bunch** [1] - 633:9
**bunching** [1] - 640:18
**burn** [1] - 662:23
**burned** [3] - 740:6,
753:22, 756:4
**burning** [1] - 756:9
**burnt** [2] - 658:13,
658:15
**business** [7] - 744:15,
746:9, 746:10,
746:13, 746:16,
746:19, 746:21
**button** [2] - 790:24,
790:25
**buy** [2] - 650:9, 704:15
**BY** [13] - 556:4, 611:9,
675:4, 681:8,
711:23, 716:17,
725:3, 726:22,
739:1, 744:10,
780:19, 781:14,
783:18

---

## C

**C.J** [1] - 644:15
**callout** [4] - 563:7,
563:15, 667:22,
751:20
**camera** [10] - 576:11,
602:14, 604:10,
608:17, 608:23,
616:7, 628:7, 641:8,
698:3, 766:23

**cameras** [3] - 587:23,
640:24, 698:10
**Candace** [19] - 568:20,
677:5, 677:9,
677:19, 677:25,
679:8, 680:17,
681:13, 681:17,
682:7, 682:8,
682:13, 682:17,
682:19, 715:17,
715:18, 716:5,
716:20, 721:23
**canister** [1] - 756:6
**cannot** [1] - 656:10
**cape** [6] - 569:10,
569:12, 569:16,
621:22, 621:24,
636:17
**capes** [2] - 632:15,
698:2
**capital** [2] - 662:25,
666:9
**Capital** [1] - 658:15
**Capitol** [151] - 551:21,
553:1, 553:2, 568:9,
572:23, 572:25,
573:3, 577:19,
579:3, 580:10,
581:18, 582:9,
583:15, 585:12,
585:15, 587:22,
587:23, 591:3,
599:7, 601:10,
603:12, 604:16,
607:19, 608:3,
608:4, 608:5, 615:1,
619:13, 631:3,
640:24, 643:7,
646:12, 652:17,
653:14, 654:8,
656:4, 656:20,
671:17, 675:23,
676:1, 676:25,
677:15, 678:6,
679:8, 680:14,
680:18, 681:15,
682:23, 682:24,
683:2, 683:8,
683:13, 683:16,
683:23, 684:2,
684:8, 684:23,
684:24, 685:14,
687:5, 688:5, 689:3,
690:7, 690:11,
690:14, 698:20,
701:18, 701:23,
707:16, 708:23,
709:3, 709:9,
709:11, 709:21,
710:2, 710:10,

710:17, 710:24,
711:9, 711:13,
712:12, 713:17,
713:22, 714:8,
716:11, 716:21,
717:14, 718:1,
718:6, 720:20,
727:15, 728:7,
733:8, 733:10,
733:13, 733:14,
733:23, 734:1,
734:2, 734:10,
734:18, 734:20,
735:3, 735:9,
735:14, 735:17,
736:15, 739:12,
739:15, 742:2,
742:3, 742:5,
749:24, 750:4,
750:17, 757:15,
758:4, 760:8,
763:24, 764:22,
765:9, 765:18,
766:19, 767:14,
771:1, 771:18,
772:18, 778:17,
779:5, 782:3, 782:4,
782:7, 782:10,
784:5, 784:9,
784:16, 784:20,
784:23, 786:2,
786:6, 786:11,
786:24, 787:1,
787:2, 787:3,
787:15, 787:21,
787:23, 791:8
**caption** [3] - 556:13,
668:18, 668:22
**capture** [2] - 761:11,
761:19
**captured** [2] - 564:17,
572:11
**caravans** [1] - 558:2
**card** [1] - 779:24
**career** [1] - 702:8
**carefully** [3] - 579:13,
581:2, 598:15
**carried** [1] - 753:20
**carry** [1] - 690:8
**cars** [1] - 735:8
**Carter** [1] - 572:22
**Case** [1] - 551:3
**case** [28] - 567:15,
610:8, 610:21,
670:12, 670:13,
671:13, 672:5,
675:7, 675:12,
679:13, 681:23,
702:25, 706:9,
715:1, 722:13,

724:6, 724:15,
742:22, 742:23,
780:8, 788:10,
790:1, 790:3,
791:25, 792:15,
792:17
**case-in-chief** [1] -
724:6
**caseloads** [1] - 715:11
**cases** [6] - 554:13,
554:22, 714:20,
714:22, 714:24
**catch** [3] - 595:19,
689:20, 776:4
**caught** [2] - 673:4,
673:16
**caused** [3] - 602:3,
619:2, 737:13
**caution** [1] - 552:21
**cc'ing** [1] - 551:12
**CCTV** [1] - 783:11
**cell** [13] - 569:3,
569:25, 571:3,
571:18, 574:7,
644:10, 645:2,
646:11, 646:23,
648:3, 704:21,
705:1, 706:2
**Cellebrite** [2] - 643:21,
643:25
**cement** [1] - 773:8
**center** [7] - 573:22,
583:18, 584:5,
633:21, 666:3,
752:3, 752:7
**Center** [2] - 729:6,
729:12
**centered** [1] - 752:6
**centralized** [1] -
658:24
**certain** [2] - 563:22,
703:8
**certification** [2] -
560:11, 776:3
**certified** [3] - 648:22,
648:24, 648:25
**certify** [1] - 560:9
**cetera** [2] - 551:23,
777:21
**Chamber** [15] - 632:2,
634:19, 638:17,
693:16, 693:23,
696:19, 697:3,
699:3, 700:10,
700:19, 700:22,
701:11, 719:18,
720:24, 721:2
**chambers** [1] - 551:12
**Chambers** [2] -
630:18, 696:12

**chance** [2] - 671:3,
680:11
**chandelier** [5] -
592:18, 593:19,
593:25, 594:5, 595:6
**change** [1] - 769:4
**changed** [1] - 769:5
**changeover** [1] -
650:18
**changes** [1] - 554:15
**chanting** [2] - 582:11,
628:21
**chaos** [1] - 718:9
**chaperone** [6] -
727:20, 728:1,
748:11, 748:17,
748:20, 748:25
**characterize** [1] -
734:17
**charge** [1] - 673:12
**charges** [3] - 779:9,
779:23, 780:14
**chat** [10] - 554:3,
645:1, 645:4,
646:16, 646:24,
647:14, 649:13,
653:1, 659:9, 702:5
**chats** [2] - 567:8,
647:23
**check** [2] - 641:20,
717:1
**check-in** [1] - 641:20
**cheer** [1] - 701:1
**chemical** [4] - 774:10,
774:11, 774:22,
780:21
**Chief** [3] - 564:14,
564:18, 668:7
**chief** [1] - 564:19,
724:6
**Chigair** [1] - 727:25
**Chiguer** [116] - 565:23,
568:19, 569:7,
569:11, 570:4,
571:6, 571:19,
572:4, 575:4,
576:19, 578:16,
579:13, 581:5,
581:16, 585:14,
585:22, 587:3,
587:13, 589:22,
591:22, 592:5,
593:14, 595:7,
595:15, 595:19,
598:20, 599:9,
599:19, 600:21,
601:2, 601:15,
602:14, 603:19,
606:1, 607:12,
607:20, 608:16,

609:5, 611:16,
611:18, 611:19,
611:24, 613:1,
613:7, 614:8, 616:8,
616:25, 617:15,
617:25, 618:8,
618:9, 618:11,
618:14, 620:9,
621:7, 621:24,
624:5, 625:3,
626:12, 629:22,
632:14, 634:16,
635:4, 635:17,
636:17, 636:19,
637:16, 638:6,
638:19, 639:13,
640:6, 642:5, 643:4,
644:13, 651:14,
651:19, 652:4,
652:20, 676:16,
677:1, 677:16,
678:12, 678:14,
678:18, 679:2,
680:14, 681:3,
685:1, 685:24,
686:2, 686:19,
686:23, 687:2,
687:9, 687:19,
691:4, 691:13,
691:25, 693:5,
694:4, 696:25,
698:8, 699:8,
699:15, 701:14,
705:8, 715:5,
717:11, 718:12,
727:25, 733:20,
737:17, 754:10,
791:7, 791:10
**Chiguer's** [5] - 565:24,
615:16, 618:4,
618:5, 637:2
**Child** [1] - 668:24
**child** [3] - 563:9, 668:4
**children** [2] - 564:17,
781:18
**chilly** [1] - 611:4
**choice** [2] - 771:9,
771:11
**choke** [2] - 599:1,
695:7
**choose** [1] - 789:18
**chooses** [1] - 672:18
**chose** [1] - 736:6
**CHRISTOPHER** [1] -
549:9
**circle** [28] - 573:22,
574:4, 579:11,
584:15, 584:20,
585:4, 586:19,
587:9, 588:12,

591:20, 605:25,
615:14, 616:1,
620:6, 623:24,
625:2, 625:7,
625:25, 627:21,
629:21, 638:4,
638:5, 642:2, 657:1,
753:25, 758:8,
767:3, 772:25
**circled** [3] - 566:14,
773:5, 773:13
**circular** [1] - 596:3
**citizen** [1] - 596:3
**citizen's** [2] - 582:8,
609:12
**city** [1] - 657:22
**City** [22] - 566:25,
643:24, 676:19,
677:18, 677:21,
679:12, 681:18,
681:20, 682:2,
682:10, 682:11,
682:12, 682:15,
682:18, 685:2,
714:14, 714:18,
714:20, 715:19,
716:3, 716:19,
721:24
**CJ** [1] - 651:13
**claim** [1] - 759:7
**clarify** [2] - 721:24,
791:13
**clarity** [1] - 763:2
**classifying** [1] -
563:23
**clean** [2] - 594:13,
634:2
**clear** [10] - 564:18,
581:4, 660:10,
667:8, 668:12,
668:25, 673:11,
694:5, 720:17,
780:16
**clearly** [2] - 585:22,
716:9
**clerk** [1] - 551:13
**click** [1] - 600:3
**clicking** [1] - 600:11
**climb** [2] - 736:24,
737:2
**climbed** [6] - 760:4,
762:12, 762:13,
762:19, 766:17,
766:18
**climbing** [4] - 573:24,
575:19, 580:7, 762:9
**clinging** [1] - 693:5
**Clinton** [2] - 668:7,
777:21
**clip** [10] - 575:24,

578:22, 579:22,
580:19, 591:25,
593:20, 594:17,
602:8, 605:15,
631:16
**clips** [2] - 622:24,
685:7
**close** [8] - 641:5,
678:22, 689:13,
719:6, 731:16,
735:3, 764:24,
784:10
**Closed** [1] - 764:3
**closed** [4] - 735:12,
758:24, 759:19,
763:24
**closer** [4] - 731:25,
781:1, 784:5, 792:23
**closest** [1] - 628:6
**closing** [6] - 658:7,
723:23, 783:2,
792:20, 792:25,
793:17
**closings** [1] - 793:11
**club** [1] - 746:7
**CNN** [1] - 609:4
**co** [4] - 554:20,
554:23, 555:4, 568:2
**co-defendant** [2] -
554:20, 568:2
**co-defendants** [2] -
554:23, 555:4
**coincide** [1] - 568:13
**cold** [5] - 657:19,
709:10, 713:13,
713:19, 730:23
**collapsed** [1] - 620:19
**College** [1] - 659:1
**colloquy** [1] - 789:1
**colony** [2] - 651:1,
705:18
**color** [2] - 584:21,
624:16
**colored** [1] - 616:18
**COLUMBIA** [1] - 549:1
**column** [1] - 564:12
**columns** [2] - 584:6,
603:12
**combatants** [1] -
557:7
**combined** [1] - 793:25
**comfortable** [1] -
611:6
**coming** [30] - 556:25,
557:24, 558:2,
559:2, 560:10,
564:25, 580:19,
591:21, 592:24,
593:16, 594:24,
597:21, 612:17,

619:25, 624:19, 642:5, 642:8, 648:18, 648:20, 649:5, 653:5, 653:6, 661:19, 695:3, 695:5, 727:21, 739:2, 774:20, 776:19, 785:21

**command** [1] - 658:24

**comment** [60] - 556:10, 556:14, 556:20, 557:20, 558:17, 558:25, 559:14, 561:4, 562:15, 562:17, 563:6, 564:13, 564:24, 576:14, 576:16, 597:2, 597:7, 627:14, 627:16, 644:24, 648:1, 648:2, 648:15, 649:3, 649:12, 650:12, 650:23, 651:3, 653:21, 657:8, 657:24, 658:9, 659:18, 659:22, 659:23, 660:23, 660:24, 660:25, 661:7, 661:10, 662:13, 663:8, 663:14, 663:15, 663:22, 665:21, 666:1, 666:3, 667:15, 669:7, 669:22, 669:25, 708:18, 712:4, 712:5, 712:23, 713:6, 713:10, 713:11, 713:24

**commented** [3] - 657:16, 658:11, 664:22

**comments** [13] - 556:18, 557:1, 596:21, 596:25, 597:13, 657:9, 658:5, 659:15, 662:3, 662:10, 664:17, 664:21, 665:19

**commit** [1] - 777:24

**committed** [3] - 775:6, 775:13, 777:23

**common** [1] - 601:12

**communication** [4] - 551:8, 553:6, 553:21, 596:12

**companions** [8] - 593:2, 604:13,

617:11, 620:13, 632:9, 634:19, 642:16, 754:11

**companions'** [1] - 635:20

**company** [1] - 603:10

**compared** [1] - 700:23

**comparison** [1] - 710:19

**competitors** [1] - 745:13

**complex** [2] - 749:25, 750:17

**complies** [4] - 751:14, 752:15, 754:2, 784:1

**computer** [1] - 678:2

**computers** [1] - 677:24

**concern** [4] - 551:25, 553:18, 553:19, 737:23

**concerned** [3] - 737:15, 755:5, 781:17

**concerning** [1] - 551:13

**concerns** [1] - 672:5

**concludes** [1] - 792:17

**conclusion** [2] - 697:22, 701:21

**conclusive** [1] - 668:10

**conduct** [6] - 553:2, 710:10, 710:17, 710:24, 711:10, 711:12

**conducted** [1] - 679:21

**conducts** [1] - 722:21

**confer** [2] - 788:20, 789:15

**conference** [14] - 632:3, 673:12, 715:23, 716:16, 721:18, 724:1, 724:8, 724:17, 738:14, 738:25, 779:15, 780:18, 782:21, 783:17

**Conference** [7] - 634:14, 635:5, 635:17, 636:7, 698:12, 699:8, 721:5

**confirm** [1] - 743:6

**confrontations** [1] - 748:3

**confusing** [1] - 554:21

**confusion** [1] - 555:3

**Congress** [6] - 560:8, 560:11, 664:3,

707:12, 707:19, 778:19

**Congressman** [1] - 560:1

**congressmen** [2] - 769:24, 770:6

**congresspeople** [1] - 770:12

**connected** [3] - 677:2, 677:3, 746:21

**connecting** [1] - 693:15

**connects** [2] - 701:6, 705:1

**cons** [1] - 789:12

**Conservatives** [1] - 660:4

**consider** [1] - 717:12

**considered** [1] - 738:22

**Constitution** [1] - 549:24

**constitutional** [1] - 552:17

**construction** [12] - 573:9, 577:23, 726:9, 746:9, 746:10, 746:13, 746:16, 746:21, 746:24, 747:1, 747:3, 747:8

**consult** [4] - 670:17, 671:20, 790:16, 790:17

**consultations** [1] - 789:17

**consulted** [1] - 743:23

**contact** [3] - 553:16, 600:14, 643:22

**contacts** [1] - 644:3

**content** [9] - 561:8, 562:23, 648:11, 649:6, 649:25, 650:14, 650:24, 651:6, 655:16

**contents** [2] - 568:4, 648:17

**contest** [4] - 714:1, 714:4, 714:10

**context** [3] - 679:4, 680:17, 725:17

**continuation** [1] - 564:23

**continue** [10] - 577:8, 580:19, 582:1, 582:17, 584:10, 589:14, 593:20, 602:8, 643:17, 726:19

**continued** [2] - 587:6,

642:17

**Continued** [1] - 556:3

**continuing** [75] - 566:3, 566:4, 578:19, 579:16, 581:12, 584:18, 586:2, 588:15, 588:24, 589:24, 590:13, 591:16, 591:23, 593:8, 594:17, 595:1, 595:10, 596:14, 597:16, 597:24, 598:6, 598:22, 599:16, 600:3, 602:17, 603:2, 603:15, 604:2, 605:1, 605:8, 605:22, 606:23, 607:7, 607:15, 608:9, 608:18, 612:1, 613:10, 613:18, 614:5, 615:19, 616:21, 617:3, 618:6, 620:3, 620:16, 621:14, 622:2, 623:2, 623:7, 623:22, 624:7, 624:25, 625:4, 625:14, 625:21, 626:6, 626:24, 627:18, 628:14, 628:24, 629:17, 631:12, 632:4, 632:22, 634:8, 636:11, 636:23, 637:25, 638:10, 639:7, 640:1, 640:13, 641:24, 642:13

**conversation** [8] - 560:21, 623:19, 659:11, 662:15, 697:10, 756:14, 756:22, 757:12

**conversations** [3] - 775:11, 778:8, 778:9

**convert** [2] - 655:13

**converting** [1] - 662:11

**conviction** [3] - 779:19, 779:20, 780:10

**convictions** [2] - 780:3, 780:4

**convinced** [2] - 673:21, 674:6

**cooler** [1] - 756:9

**coolers** [6] - 732:22, 736:7, 740:25,

759:9, 759:11, 759:14

**COOPER** [1] - 549:9

**cooperating** [3] - 683:20, 683:22, 684:2

**copies** [1] - 568:2

**cops** [4] - 658:14, 791:11, 791:12

**cork** [1] - 691:17

**corner** [4] - 578:1, 580:12, 588:8, 783:9

**correct** [104] - 553:14, 553:15, 564:25, 660:18, 669:2, 671:4, 671:13, 671:24, 672:2, 674:8, 675:22, 676:12, 676:23, 678:11, 683:15, 686:25, 687:3, 687:13, 689:6, 689:25, 690:2, 690:4, 690:6, 690:15, 690:21, 691:5, 691:15, 692:6, 692:8, 692:15, 692:18, 692:24, 693:2, 693:4, 693:7, 693:14, 693:24, 694:3, 694:6, 694:10, 694:18, 694:20, 695:11, 695:18, 695:23, 696:17, 696:20, 698:23, 699:16, 699:21, 699:23, 704:2, 704:6, 704:8, 704:11, 704:14, 704:17, 705:4, 706:19, 707:7, 707:9, 707:17, 707:20, 708:3, 708:7, 708:25, 710:4, 712:6, 716:11, 733:24, 742:1, 749:9, 749:21, 750:1, 750:13, 752:22, 753:21, 755:18, 758:5, 758:22, 758:25, 759:3, 759:25, 764:20, 768:15, 768:18, 770:5, 770:14, 770:16, 771:20, 771:21, 771:24, 772:16, 772:24, 776:4, 776:8,

776:13, 776:24, 777:5, 781:2, 782:1, 784:3, 784:22, 789:18
**correction** [2] - 618:10, 641:4
**correctly** [1] - 674:13
**corridor** [24] - 615:3, 619:12, 619:15, 619:17, 632:1, 633:10, 635:19, 635:24, 637:14, 637:17, 637:20, 637:23, 638:9, 638:16, 640:10, 641:22, 642:17, 699:5, 700:9, 700:12, 701:12, 720:18, 721:4
**corruption..** [1] - 663:20
**Counsel** [2] - 568:17, 660:10
**counsel** [10] - 551:12, 552:15, 553:6, 553:12, 609:14, 658:6, 680:21, 680:25, 703:21, 718:4
**COUNSEL** [1] - 551:6
**counsel's** [2] - 568:25, 609:2
**Count** [1] - 673:2
**count** [4] - 668:23, 744:22, 769:24, 770:7
**counter** [1] - 772:7
**country** [4] - 658:21, 665:7, 666:2, 769:15
**counts** [5] - 554:14, 554:20, 555:4, 711:10, 779:24
**Counts** [1] - 555:1
**Couple** [1] - 650:15
**couple** [9] - 575:16, 589:2, 592:24, 622:24, 649:15, 662:5, 677:3, 749:23, 790:10
**course** [7] - 675:11, 676:24, 677:10, 681:10, 688:5, 746:14, 750:7
**Court** [12] - 549:23, 549:23, 551:8, 552:10, 552:14, 552:20, 552:23, 564:19, 673:17, 688:16, 724:13, 790:22

**COURT** [156] - 549:1, 551:5, 552:24, 553:5, 553:24, 554:2, 554:10, 555:8, 555:16, 555:18, 555:25, 562:10, 565:11, 567:16, 567:19, 568:17, 575:23, 609:14, 609:16, 609:19, 609:22, 610:2, 610:5, 610:8, 610:11, 610:19, 610:25, 611:3, 630:13, 647:21, 649:20, 654:24, 658:6, 660:10, 660:15, 660:17, 660:20, 663:7, 663:25, 664:10, 664:15, 665:15, 666:15, 667:14, 669:17, 670:8, 670:15, 671:2, 671:6, 671:9, 671:11, 671:15, 671:23, 672:1, 672:4, 672:7, 672:10, 672:16, 672:21, 673:1, 673:4, 673:8, 673:10, 673:13, 673:18, 674:2, 674:9, 674:15, 674:18, 674:22, 674:24, 680:1, 680:7, 680:21, 680:25, 681:7, 686:7, 686:9, 688:14, 688:16, 694:16, 697:23, 701:22, 711:17, 711:20, 715:22, 715:25, 716:13, 721:10, 721:13, 721:17, 721:20, 722:4, 722:11, 722:19, 723:7, 723:14, 723:23, 724:2, 724:5, 724:10, 724:13, 724:18, 724:22, 726:13, 726:16, 726:18, 729:16, 729:18, 738:2, 738:9, 738:11, 738:16, 738:19, 738:24, 742:20, 743:2, 743:7, 743:11, 743:17, 744:2, 744:5,

777:15, 779:14, 780:16, 781:12, 782:19, 782:23, 783:14, 785:16, 786:10, 787:18, 788:5, 788:9, 788:19, 788:23, 789:2, 789:11, 789:14, 789:17, 789:20, 789:22, 789:24, 790:15, 790:19, 791:22, 792:1, 792:9, 792:13, 792:16, 793:6, 793:11, 793:15, 793:17, 793:21, 793:25
**Court's** [3] - 646:3, 717:1, 721:15
**courthouse** [1] - 553:23
**Courthouse** [1] - 549:24
**courtroom** [12] - 551:13, 555:17, 610:1, 610:13, 610:17, 670:14, 674:23, 724:24, 744:4, 788:18, 792:8, 793:5
**COURTROOM** [5] - 551:2, 664:11, 665:11, 669:14, 766:12
**Courtyard** [2] - 767:21, 767:22
**cousin** [1] - 677:5
**covered** [1] - 683:12
**covers** [1] - 715:1
**crawling** [1] - 583:3
**craziest** [1] - 653:17
**crazy** [4] - 657:17, 702:17, 702:19, 707:8
**create** [1] - 552:7
**creating** [2] - 660:4, 719:19
**credibility** [4] - 722:15, 722:16, 779:17, 780:7
**credit** [1] - 779:24
**crews** [2] - 746:24, 747:1
**Criminal** [2] - 549:3, 551:3
**criminal** [10] - 552:7, 671:18, 706:15, 706:18, 707:6, 715:19, 716:21, 723:1, 779:23,

780:14
**CROSS** [2] - 675:3, 744:9
**cross** [3] - 715:12, 763:2, 783:7
**cross-examination** [1] - 783:7
**CROSS-EXAMINATION** [2] - 675:3, 744:9
**crowd** [103] - 574:11, 577:7, 582:11, 585:23, 586:9, 588:20, 592:7, 592:11, 592:15, 594:1, 594:24, 601:4, 604:25, 606:9, 606:11, 606:12, 606:16, 616:2, 616:3, 616:10, 619:2, 619:4, 623:5, 624:23, 625:18, 627:7, 627:14, 628:21, 632:20, 633:7, 634:15, 635:13, 635:18, 641:21, 646:15, 646:24, 649:16, 655:25, 656:5, 683:11, 685:6, 690:19, 691:6, 691:9, 691:12, 691:16, 691:18, 691:19, 692:9, 692:20, 693:15, 693:19, 695:2, 695:3, 695:6, 695:7, 695:10, 695:13, 695:17, 695:19, 696:8, 696:18, 696:19, 696:21, 699:1, 699:4, 699:7, 699:9, 700:18, 700:22, 709:14, 709:16, 717:18, 718:9, 718:13, 718:14, 718:17, 718:22, 719:19, 719:21, 720:9, 729:21, 729:22, 731:22, 731:23, 732:10, 732:13, 733:8, 733:18, 734:21, 735:1, 735:5, 735:11, 758:14, 761:2, 761:8, 771:22, 773:19, 773:22, 787:2

**crowd's** [5] - 583:21, 627:9, 627:16, 640:18, 647:4
**crowds** [1] - 683:7
**CRR** [1] - 549:23
**Crypt** [18] - 581:24, 583:16, 587:24, 591:4, 601:19, 603:11, 604:24, 607:5, 687:23, 687:25, 688:7, 690:17, 690:19, 691:17, 718:5, 718:7, 718:10, 719:7
**Crystal** [3] - 568:21, 677:12, 679:1
**Cuba** [1] - 557:6
**curfew** [1] - 741:17
**cursive** [1] - 571:23
**cut** [1] - 723:12

# D

**D.C** [24] - 551:19, 559:2, 559:6, 566:9, 566:12, 572:12, 656:1, 663:18, 664:24, 685:3, 703:7, 703:10, 707:23, 728:4, 728:9, 729:13, 729:25, 741:20, 741:23, 748:12, 749:6, 770:19, 786:19, 786:20
**daily** [2] - 778:8, 778:9
**damaged** [1] - 657:21
**dark** [4] - 616:18, 730:20, 730:21, 732:14
**dark-colored** [1] - 616:18
**Dartmouth** [1] - 659:1
**database** [1] - 644:4
**date** [26] - 557:1, 557:16, 560:15, 561:3, 562:15, 569:18, 650:20, 653:3, 653:25, 655:11, 657:8, 658:10, 660:24, 662:4, 662:5, 662:9, 663:11, 664:18, 665:18, 666:16, 667:17, 669:8, 669:20, 670:1, 712:22, 780:13
**dated** [4] - 562:18, 649:14, 657:14, 725:19

**dating** [1] - 725:24
**dawn** [1] - 732:15
**daylight** [1] - 712:25
**days** [4] - 560:17, 650:15, 662:6, 668:1
**DC** [3] - 549:15, 549:25, 560:1
**dead** [1] - 701:9
**deal** [3] - 554:11, 555:11, 788:14
**dealing** [1] - 679:20
**dealings** [2] - 746:10, 746:12
**deals** [1] - 716:4
**death** [2] - 769:12, 775:19
**Deb** [1] - 664:22
**debate** [1] - 783:12
**December** [11] - 559:3, 559:6, 565:20, 679:20, 680:5, 680:6, 681:11, 681:13, 681:19, 707:11, 791:15
**decent** [1] - 700:22
**decide** [1] - 790:14
**decided** [1] - 778:17
**deciding** [2] - 790:4, 790:9
**decision** [2] - 743:7, 789:9
**declass** [2] - 563:19, 563:20
**declassify** [1] - 563:23
**declassifying** [1] - 563:21
**decline** [2] - 552:12
**deep** [3] - 561:19, 561:20, 573:17
**defendant** [23] - 554:20, 568:2, 572:12, 672:18, 672:22, 672:23, 743:8, 744:19, 744:25, 746:15, 754:10, 754:18, 755:14, 762:8, 763:16, 765:1, 765:9, 766:17, 771:3, 775:1, 775:11, 789:5, 789:6
**Defendant** [3] - 549:6, 549:17, 572:10
**DEFENDANT** [5] - 789:10, 789:13, 789:16, 789:19, 789:21
**defendant's** [2] - 747:12, 771:11
**defendants** [2] -

554:23, 555:4
**Defender** [2] - 553:8, 610:21
**Defender's** [1] - 610:23
**defender's** [1] - 553:12
**defense** [21] - 551:12, 551:16, 553:6, 553:12, 704:13, 718:4, 722:21, 722:24, 723:1, 723:2, 724:20, 738:8, 743:24, 763:7, 763:12, 783:10, 789:25, 790:15, 792:2, 792:12, 792:13
**defense's** [4] - 551:15, 551:16, 554:15, 724:14
**defined** [1] - 594:14
**definitely** [1] - 613:16
**demeanor** [1] - 625:18
**democracy** [2] - 769:13, 769:14
**Democrat** [1] - 664:4
**Democratic** [1] - 769:2
**Democrats** [1] - 770:4
**demonstrating** [2] - 690:10, 697:19
**deny** [1] - 552:5
**DEPARTMENT** [1] - 549:14
**DEPEND** [1] - 667:6
**depict** [1] - 698:7
**depicted** [4] - 676:10, 678:17, 687:16, 783:21
**depicting** [3] - 676:1, 684:6, 689:23
**depiction** [1] - 568:8
**depicts** [2] - 701:13, 784:1
**deployed** [2] - 757:5, 757:7
**DEPUTY** [5] - 551:2, 664:11, 665:11, 669:14, 766:12
**deputy** [2] - 551:13, 724:24
**derived** [1] - 568:7
**describe** [1] - 790:7
**described** [3] - 749:5, 753:18, 757:18
**describing** [1] - 748:22
**despite** [2] - 778:14, 786:23
**destroy** [1] - 662:24

**details** [1] - 792:24
**detain** [2] - 598:5, 599:2
**detention** [1] - 557:6
**determine** [6] - 684:1, 684:5, 684:18, 686:12, 722:2, 722:21
**deterred** [1] - 781:8
**Detorie** [17] - 587:15, 588:13, 588:21, 589:1, 589:19, 589:20, 590:4, 590:6, 590:11, 590:18, 687:25, 688:2, 690:17, 690:22, 691:16, 692:5, 711:4
**developments** [1] - 554:8
**device** [1] - 644:3
**diagram** [2] - 752:19, 767:23
**didnt** [1] - 558:20
**difference** [1] - 753:14
**different** [6] - 622:23, 631:23, 631:25, 637:14, 714:22, 745:6
**direct** [5] - 592:18, 593:18, 605:14, 716:24, 763:1
**DIRECT** [2] - 556:3, 725:2
**direction** [25] - 581:21, 590:8, 590:9, 590:11, 594:3, 599:14, 602:13, 603:25, 604:10, 606:5, 607:14, 622:5, 622:7, 634:15, 634:17, 635:23, 638:23, 638:25, 639:11, 641:21, 642:10, 656:22, 699:5, 734:24, 783:24
**directions** [3] - 604:12, 614:15, 658:25
**directly** [8] - 590:7, 599:15, 615:16, 617:16, 619:12, 643:4, 778:19, 783:13
**disappear** [1] - 595:18
**discovery** [2] - 722:24, 723:3
**discuss** [5] - 554:15, 742:25, 775:23,

775:24, 788:9
**discussed** [1] - 775:12
**discussing** [2] - 611:10, 775:25
**discussion** [5] - 659:8, 730:4, 742:3, 743:16, 782:9
**discussions** [2] - 670:12, 742:22
**disgusting** [1] - 662:21
**dismiss** [1] - 788:15
**disorderly** [1] - 673:3
**disrupt** [1] - 560:10
**disruptive** [1] - 673:3
**distance** [1] - 715:10
**distinctive** [1] - 626:2
**DISTRICT** [3] - 549:1, 549:1, 549:9
**divert** [1] - 623:17
**division** [4] - 685:2, 715:1, 715:6, 715:8
**DO** [1] - 655:3
**document** [1] - 680:10
**documents** [1] - 563:21
**DOJ** [1] - 549:11
**DOJ-USAO** [1] - 549:11
**domestic** [1] - 776:11
**dominated** [1] - 745:25
**DON'T** [1] - 661:23
**done** [7] - 554:12, 567:14, 655:5, 733:1, 749:20, 791:14
**Door** [3] - 581:19, 591:6, 700:16
**door** [32] - 581:19, 582:14, 582:21, 582:22, 582:25, 591:7, 594:22, 620:21, 629:4, 630:15, 630:17, 630:20, 630:23, 637:21, 638:18, 639:14, 639:16, 639:21, 639:22, 640:19, 642:8, 642:9, 697:4, 699:4, 699:10, 700:17, 700:21, 700:25, 701:11, 720:18, 721:2
**Doors** [6] - 582:10, 687:18, 692:10, 699:6, 718:25, 719:3
**doors** [24] - 583:10, 612:24, 622:8,

634:19, 638:17, 639:1, 639:3, 639:5, 639:24, 641:18, 643:2, 696:4, 696:19, 700:18, 701:6, 701:8, 719:18, 720:11, 720:24, 779:2, 779:3, 779:8
**doorway** [2] - 603:23, 605:14
**dope** [1] - 562:3
**doubt** [5] - 673:21, 674:7, 703:20, 709:6, 709:8
**down** [100] - 559:2, 559:7, 566:17, 568:17, 574:21, 574:24, 577:6, 586:10, 610:2, 615:3, 619:25, 620:11, 623:20, 627:8, 632:1, 632:3, 635:14, 635:19, 635:24, 637:20, 637:22, 638:8, 640:9, 642:7, 646:15, 646:24, 648:4, 652:19, 653:14, 654:16, 654:19, 654:21, 654:23, 655:4, 658:15, 662:12, 683:1, 684:7, 686:1, 686:15, 687:20, 695:6, 695:24, 696:2, 697:2, 698:4, 699:2, 699:5, 699:6, 699:11, 700:9, 701:12, 703:9, 707:23, 708:1, 709:24, 714:13, 717:21, 720:18, 721:4, 721:11, 724:6, 727:21, 728:7, 728:8, 729:5, 729:10, 730:13, 731:5, 733:14, 733:23, 734:1, 734:10, 734:11, 734:17, 737:10, 737:12, 737:13, 738:3, 739:2, 740:16, 740:20, 742:2, 742:24, 751:10, 751:22, 752:1, 752:23, 752:24, 759:9, 764:17, 765:3, 765:24, 768:23, 781:20, 782:10,

785:21, 785:25,
786:5
**download** [1] - 644:3
**downtown** [2] - 566:9,
729:25
**draft** [1] - 554:10
**draw** [7] - 606:13,
619:22, 751:7,
751:12, 752:12,
753:25, 783:24
**drawing** [3] - 619:22,
751:22, 758:7
**drawn** [6] - 630:20,
752:18, 753:2,
763:16, 766:8,
766:13
**dressed** [3] - 739:19,
773:14, 784:15
**drew** [6] - 635:13,
699:4, 758:18,
758:19, 767:11,
773:24
**driving** [2] - 558:15,
749:5
**drove** [6] - 553:22,
558:21, 558:22,
708:1, 728:8, 782:10
**due** [3] - 552:10,
700:15, 722:20
**during** [14] - 551:16,
576:21, 585:14,
600:19, 601:1,
601:3, 676:24,
677:10, 686:14,
689:12, 716:23,
719:15, 720:22,
730:24

# E

**earliest** [1] - 749:12
**early** [6] - 554:1,
708:5, 708:11,
709:19, 730:16,
749:16
**earshot** [1] - 791:10
**east** [18] - 631:25,
635:14, 635:18,
635:24, 637:17,
637:20, 638:16,
640:10, 642:11,
676:6, 696:3, 699:5,
700:11, 700:14,
700:21, 720:18,
721:4, 791:7
**East** [2] - 765:22,
766:2
**east/west** [2] - 696:11,
700:12
**easy** [1] - 606:9

**eat** [1] - 730:17
**Eckerman** [143] -
555:5, 567:1,
568:15, 568:20,
570:4, 570:11,
570:12, 570:20,
571:7, 571:20,
574:21, 576:10,
577:12, 578:14,
579:14, 581:5,
581:16, 584:22,
585:14, 585:21,
589:21, 590:6,
591:21, 592:6,
592:13, 593:14,
595:15, 598:15,
599:12, 599:14,
599:19, 599:22,
600:10, 600:15,
601:2, 601:15,
602:14, 606:2,
606:7, 607:11,
607:21, 608:15,
609:5, 611:17,
613:7, 613:24,
614:9, 614:19,
615:15, 616:4,
616:8, 616:24,
617:16, 618:11,
620:8, 621:7,
623:25, 625:3,
626:11, 632:14,
632:16, 634:17,
635:4, 635:18,
636:17, 637:15,
638:6, 640:7, 642:3,
643:1, 644:15,
644:16, 644:17,
648:7, 651:13,
651:14, 652:3,
652:19, 677:1,
677:4, 677:5, 677:6,
677:9, 677:16,
677:19, 677:25,
678:18, 678:22,
678:25, 679:1,
679:5, 679:8,
680:14, 681:13,
681:18, 682:2,
682:4, 682:7, 682:8,
682:13, 682:17,
682:19, 685:2,
685:24, 686:1,
686:2, 686:19,
686:22, 687:2,
687:7, 689:8,
689:21, 691:3,
691:10, 691:11,
691:14, 692:2,
692:19, 692:22,
693:6, 693:18,

694:7, 696:25,
698:8, 699:9,
701:14, 702:6,
715:18, 716:5,
716:20, 718:12,
721:23, 722:25,
728:21, 730:10,
733:20, 737:18,
754:10, 791:6,
791:9, 791:10
**Eckerman's** [22] -
567:6, 567:8, 568:2,
568:4, 568:6, 569:3,
569:25, 571:3,
571:18, 592:10,
600:2, 643:22,
645:2, 646:11,
646:22, 648:3,
649:13, 676:18,
680:17, 684:12,
689:5, 710:14
**Eckersley** [1] - 728:21
**edge** [2] - 683:12,
758:8
**edited** [2] - 568:5,
568:10
**effect** [2] - 756:5,
757:20
**effort** [1] - 776:12
**efforts** [1] - 770:13
**egress** [1] - 580:6
**eight** [5] - 591:1,
596:1, 618:24,
626:20, 733:22
**eight-minute-23-
second** [1] - 629:19
**eight-second** [2] -
591:1, 596:1
**either** [19] - 552:11,
553:1, 563:9, 574:8,
585:12, 612:13,
618:1, 669:14,
673:23, 680:24,
688:18, 709:5,
709:25, 710:3,
713:2, 735:4, 760:7,
764:15, 790:17
**either/or** [1] - 753:4
**elapsed** [1] - 765:14
**election** [16] - 560:9,
648:25, 663:19,
706:10, 707:19,
768:24, 769:9,
769:18, 770:5,
770:10, 775:7,
776:3, 777:9, 778:1,
778:6, 786:23
**elections** [1] - 769:14
**electrical** [1] - 725:9
**electrician** [5] - 725:9,

744:13, 744:15,
746:12, 746:19
**electrician's** [1] -
745:11
**electricians** [1] -
745:17
**electricity** [1] - 705:15
**elements** [4] - 552:4,
673:6, 673:7
**elevated** [6] - 574:11,
656:20, 657:4,
685:19, 685:22,
686:15
**Elijah** [1] - 653:12
**elite** [1] - 668:3
**Ellipse** [8] - 551:20,
712:19, 749:5,
749:6, 749:7,
749:13, 751:25
**em** [3] - 565:1, 565:3,
669:11
**email** [2] - 551:11,
568:12
**embedded** [1] -
565:17
**emergency** [1] - 776:8
**employ** [1] - 745:13
**employed** [1] - 745:7
**employee** [3] - 604:16,
623:14, 745:1
**employees** [3] -
744:17, 744:22,
745:3
**empty** [3] - 619:20,
759:6, 759:13
**en** [2] - 635:14, 699:10
**encounter** [1] - 711:6
**encountered** [3] -
745:16, 767:4,
768:12
**encourage** [1] -
778:17
**end** [20] - 573:1,
575:16, 576:6,
576:14, 578:21,
579:22, 582:1,
598:22, 607:16,
624:17, 664:9,
693:22, 716:16,
724:1, 724:17,
738:25, 753:18,
769:14, 780:18,
783:17
**ended** [1] - 736:18
**ending** [2] - 645:13,
645:24
**ends** [2] - 661:24,
701:9
**enemy** [1] - 557:7
**enforcement** [1] -

625:9
**engage** [1] - 788:25
**engaged** [4] - 553:1,
623:19, 777:8, 778:7
**enter** [5] - 582:23,
635:4, 673:23,
674:3, 782:7
**entered** [20] - 551:24,
583:1, 644:6,
680:13, 680:18,
681:14, 683:16,
683:23, 684:2,
716:10, 716:20,
719:20, 752:11,
757:15, 758:13,
764:11, 765:9,
766:18, 768:3, 768:9
**entering** [5] - 637:16,
742:3, 742:6, 782:9,
784:23
**enters** [4] - 555:17,
674:23, 744:4, 792:8
**entire** [5] - 585:16,
644:3, 647:8, 690:7,
739:20, 769:2, 779:4
**entirely** [2] - 552:12,
662:14
**entirety** [5] - 575:8,
576:25, 600:22,
652:12, 675:9
**entitled** [1] - 707:8
**entrance** [3] - 636:7,
638:17, 700:10
**entryway** [1] - 687:20
**Epstein** [2] - 563:8,
668:8
**especially** [1] - 694:8
**ESQ** [4] - 549:11,
549:14, 549:17,
549:20
**essentially** [3] - 761:7,
769:12, 789:13
**estimate** [2] - 579:19,
750:8
**estimated** [2] - 749:10,
784:21
**estimating** [1] -
750:23
**et** [2] - 551:23, 777:21
**etc** [1] - 558:6
**evaluate** [1] - 552:16
**evening** [3] - 551:9,
555:19, 793:4
**event** [1] - 636:9
**events** [5] - 568:9,
622:17, 682:22,
708:23, 783:6
**eventually** [5] -
637:21, 701:5,
701:7, 701:9, 701:13

805

ever.. [1] - 666:25
everyday [1] - 666:7
everywhere [2] - 710:13, 759:8
evidence [72] - 556:9, 557:12, 559:5, 559:13, 560:24, 562:8, 567:13, 568:24, 569:23, 570:7, 571:1, 571:15, 572:9, 572:20, 575:24, 575:25, 576:24, 577:17, 578:24, 579:25, 582:4, 583:13, 586:14, 587:18, 590:24, 595:23, 599:5, 601:7, 603:5, 604:18, 607:24, 608:25, 609:9, 612:20, 614:24, 619:9, 622:11, 630:10, 630:11, 631:1, 636:3, 640:22, 643:15, 643:17, 643:19, 644:23, 646:8, 646:20, 647:19, 649:10, 649:18, 651:9, 652:1, 652:10, 652:23, 655:9, 657:7, 659:21, 660:7, 662:2, 664:8, 664:12, 665:10, 665:13, 666:12, 668:10, 743:22, 744:1, 768:16, 770:11, 792:17
evil [1] - 668:11
exact [2] - 568:2, 786:3
exactly [5] - 552:13, 560:20, 733:4, 741:16, 761:6
EXAMINATION [6] - 556:3, 675:3, 711:22, 725:2, 744:9, 781:13
examination [2] - 763:3, 783:7
example [2] - 706:5, 754:5
exceed [1] - 721:21
exception [1] - 738:22
exchange [1] - 560:15
excuse [3] - 575:23, 642:20, 718:5
excused [1] - 788:6

exercise [1] - 789:7
Exhibit [83] - 556:8, 557:11, 559:13, 560:24, 562:6, 562:7, 565:7, 565:8, 567:14, 567:21, 568:23, 569:23, 570:7, 570:17, 571:1, 571:15, 572:8, 572:19, 575:7, 576:23, 577:17, 578:23, 579:25, 582:3, 583:13, 586:13, 587:17, 590:23, 595:22, 599:4, 601:6, 603:5, 604:17, 607:23, 608:24, 609:8, 611:10, 612:19, 614:24, 619:8, 622:10, 630:6, 630:25, 636:2, 637:6, 640:22, 643:14, 643:18, 644:23, 646:7, 646:19, 647:8, 647:19, 649:10, 649:18, 651:9, 651:25, 652:9, 652:23, 655:9, 657:7, 659:5, 660:22, 662:1, 663:5, 664:7, 664:13, 665:9, 666:13, 667:12, 669:13, 685:12, 703:15, 708:17, 709:14, 712:2, 717:1, 717:5, 723:16, 743:19, 751:2, 760:20, 772:1
exhibit [6] - 560:14, 572:14, 652:12, 694:14, 767:16, 782:14
Exhibits [1] - 572:13
exhibits [3] - 567:24, 568:4, 568:7
exit [17] - 560:4, 638:8, 638:21, 639:14, 639:16, 639:18, 640:8, 642:11, 643:2, 701:6, 701:8, 720:18, 720:20, 720:25, 765:17, 768:19
exited [8] - 608:23, 643:7, 765:18, 765:21, 766:19,

766:23, 768:9, 791:8
exiting [3] - 604:9, 637:18, 637:19
exits [4] - 610:1, 670:14, 788:18, 793:5
expand [1] - 766:5
expandible [1] - 624:16
expect [3] - 552:4, 553:25, 663:24
experience [3] - 702:9, 706:8, 753:19
explain [1] - 763:5
explained [2] - 671:16, 789:5
exposure [2] - 671:18, 685:8
extended [1] - 598:16
extensively [1] - 776:18
extent [4] - 554:16, 666:11, 705:13, 722:16
exterior [2] - 641:18, 700:16
external [3] - 591:7, 639:21, 639:22
extinguisher [7] - 601:24, 601:25, 602:5, 604:9, 605:18, 606:4, 719:2
extra [1] - 558:12
extricate [2] - 718:21, 720:8
eye [2] - 748:13, 748:20
eyes [4] - 740:6, 753:22, 756:4, 756:8

## F

face [15] - 581:9, 599:15, 606:20, 606:21, 611:18, 611:19, 616:16, 616:18, 617:1, 617:2, 617:15, 618:3, 618:4, 618:5, 618:12
Facebook [17] - 556:13, 557:14, 561:1, 562:14, 652:25, 653:7, 654:12, 656:17, 656:18, 657:11, 657:13, 661:2, 661:17, 760:9, 786:14, 786:16
facility [1] - 557:6

facing [6] - 656:5, 656:21, 657:5, 682:23, 698:2, 698:10
fact [10] - 552:10, 571:8, 689:7, 694:11, 696:24, 716:8, 775:12, 780:10, 783:3, 790:23
facts [1] - 780:11
fail [2] - 573:19, 619:3
failed [7] - 586:9, 593:13, 598:10, 607:13, 607:20, 619:6, 631:20
failing [2] - 575:19, 628:6
fails [1] - 669:24
fair [25] - 554:8, 554:9, 555:13, 568:8, 684:21, 687:6, 687:14, 691:22, 691:24, 706:4, 706:25, 709:4, 710:9, 710:17, 734:17, 746:23, 747:10, 747:11, 747:12, 752:20, 759:12, 761:11, 761:19, 763:11, 768:15
faith [4] - 673:22, 673:24, 673:25, 674:3
false [1] - 658:12
familiar [5] - 699:24, 702:8, 746:23, 762:3, 787:23
familiarity [1] - 700:4
family [1] - 779:11
far [16] - 590:17, 600:25, 612:11, 612:13, 614:12, 617:5, 618:14, 620:12, 711:2, 715:3, 719:24, 730:18, 731:16, 736:9, 736:11, 747:13
Fascist [1] - 659:2
fast [2] - 772:2, 791:20
faulty [1] - 723:5
FBI [5] - 685:9, 702:8, 714:24, 722:21, 791:4
fed [2] - 657:22, 658:16
federal [1] - 653:16
Federal [3] - 553:8,

610:21, 610:22
feet [10] - 590:19, 590:21, 736:11, 740:1, 740:2, 754:15, 754:20, 758:1, 763:21
fellow [1] - 589:6
felony [1] - 779:24
felt [2] - 778:11, 778:15
female [1] - 745:16
fence [8] - 657:20, 658:1, 658:3, 731:9, 731:10, 731:24, 731:25, 773:8
fenced [1] - 731:22
fences [2] - 759:17, 785:1
fencing [12] - 647:1, 647:2, 653:14, 656:3, 656:8, 656:20, 656:21, 657:3, 735:9, 758:21, 763:17, 785:6
fencing's [1] - 656:11
few [6] - 639:18, 675:16, 690:22, 733:21, 747:7, 763:21
field [5] - 745:11, 745:25, 746:3, 746:8, 747:3
fields [1] - 666:17
Fifth [1] - 552:11
fight [4] - 659:17, 780:21, 781:5, 781:6
FIGHT [1] - 667:6
fighting [1] - 653:15
fights [3] - 650:3, 650:8, 704:5
figure [6] - 668:21, 712:23, 750:14, 751:14, 752:25, 753:6
file [1] - 552:20
filed [1] - 780:14
files [1] - 654:11
filled [2] - 594:23, 733:19
filmer [1] - 603:18
filming [2] - 622:16, 734:4
finalized [1] - 554:10
finally [4] - 564:25, 628:11, 643:7, 734:20
fine [1] - 789:16
finger [2] - 569:14, 758:7

806

finished [3] - 733:2, 749:8, 749:22
fire [7] - 601:23, 601:25, 602:5, 604:9, 605:18, 606:4, 719:2
first [20] - 557:20, 560:13, 562:16, 616:7, 648:2, 649:22, 650:24, 653:20, 657:16, 662:22, 664:20, 680:2, 713:6, 713:11, 713:12, 716:2, 725:17, 751:8, 765:18, 771:19
First [3] - 706:20, 706:22, 707:4
fit [1] - 697:5
five [30] - 579:9, 580:23, 580:24, 609:23, 613:23, 622:21, 634:21, 654:3, 654:5, 654:6, 655:14, 662:7, 662:11, 695:14, 713:1, 720:13, 726:5, 729:10, 729:23, 730:6, 730:8, 731:3, 734:5, 734:15, 743:4, 743:10, 743:15, 744:20, 744:25, 745:6
five-minute [1] - 743:10
five-minute-25-second [1] - 634:7
five-minute-32-second [1] - 628:3
five-minute-45-second [3] - 618:17, 634:10, 634:23
five-minute-51-second [1] - 628:16
five-minute-55-second [1] - 635:1
five-second [1] - 579:9
fixed [1] - 665:6
Fk [1] - 655:6
FL [1] - 549:12
flag [12] - 552:23, 561:18, 569:10, 569:12, 569:15, 593:16, 624:19, 629:13, 672:17, 673:17, 698:17, 698:22

flagpole [2] - 624:12, 629:14
flags [2] - 666:7, 698:20
Fleury [1] - 664:22
flew [1] - 563:12
floor [16] - 591:10, 604:11, 620:24, 620:25, 622:8, 629:15, 630:16, 632:2, 635:25, 638:16, 675:1, 692:14, 693:9, 700:14, 700:16, 701:10
floors [1] - 631:21
Flynn [1] - 565:18
focus [6] - 580:19, 588:7, 592:21, 600:10, 617:20, 718:16
fog [1] - 740:6
folks [5] - 589:5, 713:13, 717:18, 788:19, 793:6
follow [2] - 722:9, 755:7
follow-up [1] - 755:7
followed [4] - 616:2, 658:16, 733:8, 787:2
follower [1] - 710:11
following [10] - 568:12, 568:13, 597:2, 673:6, 715:23, 721:18, 724:8, 738:14, 779:15, 782:21
food [1] - 610:8
foot [1] - 601:3
footage [27] - 568:10, 568:11, 579:6, 583:15, 585:11, 585:12, 586:1, 600:17, 600:18, 600:25, 601:10, 614:18, 619:18, 622:23, 624:1, 628:9, 628:10, 629:24, 630:3, 630:4, 636:8, 639:24, 641:9, 684:22, 685:11, 685:16
FOR [3] - 549:1, 661:22, 661:23
Force [1] - 680:6
foreground [3] - 571:10, 616:13, 622:18
forget [1] - 709:8

FORGET [1] - 661:23
form [3] - 555:2, 555:12, 651:1
formally [2] - 567:13, 743:22
former [2] - 564:2, 565:18, 777:20
Former [3] - 706:13, 749:7, 768:25
forming [1] - 773:18
forms [2] - 577:24, 774:22
forth [1] - 557:19
forum [1] - 768:21
forward [20] - 586:9, 591:5, 597:19, 599:2, 617:16, 619:3, 620:20, 631:21, 633:11, 634:17, 695:6, 718:17, 719:12, 719:13, 720:6, 720:7, 720:11, 772:2, 788:14, 788:17
four [19] - 556:18, 573:14, 580:24, 586:4, 588:17, 589:9, 603:8, 604:20, 613:20, 613:23, 622:20, 634:21, 692:16, 695:14, 720:4, 720:13, 727:8, 727:13
four-minute-38-second [1] - 633:16
four-minute-39 [1] - 633:15
four-minute-40-second [1] - 627:19
four-minute-41 [1] - 633:19
four-minute-42-second [1] - 627:25
four-minute-four [1] - 586:4
four-second [3] - 573:14, 603:8, 604:20
fourth [1] - 597:20
frame [14] - 576:8, 576:10, 585:22, 591:21, 599:11, 599:18, 616:9, 616:11, 616:13, 617:12, 621:5, 621:20, 632:17, 638:20
frames [2] - 639:18,

784:19
frankly [1] - 674:10
Fraud [1] - 668:24
fraud [3] - 779:9, 779:24, 779:25
fraudulent [1] - 775:14
Freedom [4] - 601:11, 729:6, 729:12, 729:16
frequently [1] - 712:12
friend [1] - 727:23
friends [5] - 558:1, 664:23, 725:23, 776:18, 778:8
Front [3] - 765:22, 766:2, 772:17
front [41] - 583:22, 589:18, 592:7, 592:15, 593:4, 593:16, 611:17, 614:14, 616:3, 616:5, 616:6, 619:5, 619:12, 619:19, 622:16, 622:22, 626:19, 628:13, 636:20, 637:17, 652:6, 652:19, 691:9, 691:12, 692:19, 693:18, 696:3, 696:11, 700:12, 709:11, 718:14, 719:10, 719:22, 720:1, 720:2, 721:6, 731:8, 733:12, 750:3, 778:16, 789:3
fuck [1] - 655:7
fuckers [1] - 663:1
full [3] - 660:6, 751:20, 751:21
fully [1] - 553:19
future [2] - 661:20, 738:23
FUTURE [1] - 667:6

**G**

garage [3] - 728:17, 728:25, 729:4
Garrity [15] - 553:11, 675:1, 675:6, 712:8, 722:20, 724:10, 724:18, 743:2, 743:23, 781:12, 782:24, 788:23, 789:8, 789:22, 792:11
GARRITY [80] - 549:17, 549:17, 553:15, 553:25,

554:9, 555:6, 555:14, 562:9, 565:10, 567:18, 610:18, 630:12, 647:20, 649:19, 654:22, 663:6, 664:14, 665:14, 666:14, 667:13, 669:16, 673:11, 674:17, 674:20, 675:2, 675:4, 679:25, 681:6, 681:8, 694:14, 703:21, 708:16, 710:6, 710:8, 711:16, 711:19, 715:21, 716:2, 721:15, 721:22, 722:6, 722:14, 723:13, 723:15, 723:25, 724:12, 724:16, 724:20, 725:3, 726:22, 738:5, 738:10, 738:17, 738:20, 739:1, 742:15, 743:4, 743:9, 743:14, 766:10, 777:10, 777:14, 779:13, 779:19, 780:1, 780:6, 781:14, 782:20, 783:4, 783:18, 787:19, 788:4, 788:21, 788:24, 789:23, 790:22, 791:13, 791:19, 792:12, 793:10
Garrity).....................
...........675 [1] - 550:4
Garrity).....................
...........725 [1] - 550:6
Garrity)....................
...........781 [1] - 550:7
gas [16] - 740:3, 753:20, 754:20, 755:24, 755:25, 756:4, 756:6, 756:10, 756:11, 756:20, 757:7, 757:10, 757:11, 757:17, 757:21, 774:11
gates [1] - 668:8
gather [4] - 683:7, 708:5, 709:14, 709:18

gathered [3] - 708:11, 709:9, 778:16
gathering [5] - 583:22, 629:4, 640:18, 655:25, 718:9
general [3] - 554:24, 565:18, 572:3
generally [1] - 714:23
GENERATIONS [1] - 667:6
gentleman [8] - 566:25, 583:2, 622:15, 623:5, 623:15, 634:13, 638:25, 700:20
gentlemen [6] - 555:19, 609:23, 611:4, 670:9, 674:25, 788:11
geographical [1] - 714:25
George [2] - 636:15, 652:7
gestures [2] - 689:11, 689:12
gesturing [4] - 613:25, 690:3, 697:17, 699:12
Getty [2] - 565:17, 603:9
giant [1] - 771:22
girlfriend [1] - 727:5
girlfriends [1] - 566:1
girls [2] - 734:3, 734:6
gist [1] - 659:11
gitmo [1] - 557:3
given [2] - 554:13, 601:1
glance [1] - 642:7
glass [1] - 582:21
glasses [5] - 611:23, 614:8, 622:6, 626:13, 626:14
gloves [6] - 606:10, 606:12, 608:14, 613:25, 689:16, 694:8
goal [13] - 770:1, 770:2, 770:3, 770:4, 770:6, 770:17, 770:18, 782:2, 782:3, 782:6, 782:7, 786:20, 786:24
God [7] - 637:2, 648:12, 662:19, 667:7, 756:4, 756:10, 787:4
gonna [1] - 558:18
GORDON [68] - 549:11, 551:10,

553:4, 672:12, 672:17, 672:23, 673:2, 673:5, 673:9, 673:16, 673:19, 674:5, 674:12, 722:18, 722:20, 724:3, 726:12, 737:24, 738:1, 738:4, 738:7, 742:17, 743:18, 744:8, 744:10, 751:1, 751:16, 751:19, 752:17, 758:17, 760:19, 761:10, 761:18, 762:2, 762:16, 764:17, 766:4, 767:10, 768:23, 771:25, 772:9, 774:15, 777:13, 779:17, 779:23, 780:4, 780:7, 780:19, 781:11, 782:16, 782:18, 782:24, 783:9, 785:14, 785:22, 785:24, 786:7, 787:16, 790:2, 790:18, 791:4, 791:20, 791:24, 792:7, 792:14, 793:9, 793:12, 793:23
Gordon [7] - 551:7, 671:15, 724:2, 744:7, 782:3, 782:13, 782:23
Gordon's [1] - 553:5
Gordon)................... ..............744 [1] - 550:7
gotta [1] - 559:25
Government [52] - 556:8, 559:12, 560:23, 562:6, 562:7, 565:7, 565:8, 567:14, 568:23, 569:22, 570:6, 570:17, 570:25, 571:14, 572:8, 572:13, 575:7, 576:23, 578:23, 582:3, 586:13, 590:23, 595:22, 599:4, 601:6, 611:10, 622:10, 630:6, 636:2, 643:14, 644:22, 646:7, 647:8, 649:9, 649:18, 651:8,

651:25, 652:9, 652:22, 655:8, 657:6, 660:22, 663:5, 665:9, 666:12, 669:12, 685:12, 708:16, 709:13, 712:1, 716:25, 723:15
government [26] - 552:18, 552:25, 554:14, 554:17, 556:16, 562:7, 563:22, 565:4, 565:8, 579:2, 624:13, 630:11, 647:18, 649:17, 663:4, 665:13, 666:12, 667:11, 668:2, 669:15, 703:14, 709:2, 724:5, 791:2, 791:25, 792:2
government's [3] - 551:14, 551:25, 567:24
Government's [31] - 557:11, 567:21, 572:19, 577:16, 579:24, 583:12, 587:17, 603:4, 604:17, 607:23, 608:24, 609:8, 612:19, 614:23, 619:8, 630:25, 637:6, 640:21, 643:18, 646:19, 659:5, 659:21, 662:1, 664:7, 664:13, 667:12, 717:5, 743:19, 751:1, 760:20, 771:25
government-issued [1] - 624:13
grab [1] - 661:18
graciously [1] - 553:9
Graham [3] - 663:16, 664:1, 664:2
granite [1] - 734:4
grass [9] - 735:16, 736:2, 736:4, 742:14, 750:3, 753:8, 753:9, 754:3, 754:6
gray [1] - 627:3
great [3] - 726:9, 726:15, 763:13
green [4] - 584:21, 592:13, 647:25, 740:6

grid [8] - 650:9, 650:10, 704:16, 705:1, 705:2, 705:3, 705:13, 727:9
ground [18] - 572:24, 577:21, 579:3, 579:7, 596:4, 622:25, 637:15, 657:4, 686:1, 742:5, 763:19, 764:23, 773:10, 773:11, 773:24, 773:25, 784:5, 784:10
grounds [26] - 551:21, 551:22, 568:9, 671:17, 682:23, 682:24, 683:2, 683:14, 683:17, 683:24, 684:3, 684:8, 685:14, 717:14, 735:14, 735:18, 742:10, 750:11, 760:8, 761:8, 764:22, 779:5, 784:17, 784:21, 784:23, 787:23
group [36] - 561:23, 567:8, 576:4, 591:5, 597:19, 598:25, 599:2, 600:8, 602:4, 603:18, 619:25, 620:20, 620:21, 644:7, 645:1, 646:16, 646:24, 647:14, 647:17, 647:23, 648:4, 648:7, 649:13, 663:14, 663:16, 732:23, 732:25, 733:6, 733:18, 733:20, 734:11, 741:3, 741:7, 771:3, 775:12, 778:14
groups [1] - 601:13
GSA [1] - 611:5
GTMO [1] - 556:15
Guantanamo [4] - 557:6, 777:5, 777:20, 777:22
guard [1] - 748:24
guarding [1] - 607:19
guess [23] - 588:22, 673:12, 681:6, 682:23, 683:12, 690:16, 695:24, 696:15, 700:13, 702:1, 702:16, 702:19, 706:8, 710:8, 735:8,

736:24, 737:12, 753:9, 758:9, 762:20, 763:15, 769:19, 791:1
guessing [1] - 753:7
guesstimate [3] - 750:5, 750:8, 753:5
guest [1] - 729:6
guilt [1] - 673:24
guilty [1] - 673:20
guns [1] - 630:20
guy [7] - 612:17, 614:15, 623:12, 658:25, 694:24, 726:10, 728:18
guys [1] - 659:25

## H

hair [1] - 588:14
half [12] - 563:1, 644:8, 645:11, 651:16, 665:17, 713:6, 713:7, 713:11, 713:12, 715:10, 736:13
halfway [4] - 701:12, 739:23, 739:24, 765:4
hall [2] - 693:15, 693:23
Hall [13] - 602:25, 603:22, 608:5, 609:13, 612:23, 615:3, 619:16, 689:7, 689:24, 693:8, 693:12, 695:5, 696:1
hallway [30] - 581:23, 602:3, 602:4, 605:19, 612:23, 619:19, 631:20, 632:20, 633:13, 635:15, 640:10, 640:18, 642:7, 687:20, 687:23, 695:6, 695:25, 696:1, 696:7, 696:11, 698:4, 699:2, 700:13, 700:15, 701:5, 701:6, 701:8, 720:16
Hampshire [12] - 551:18, 659:1, 671:10, 679:11, 705:25, 715:2, 715:4, 715:10, 725:7, 725:11, 728:4, 782:10
hand [20] - 574:7, 574:18, 575:18,

576:11, 578:15,
580:5, 598:16,
598:17, 599:24,
599:25, 618:1,
662:22, 689:11,
689:12, 698:11,
698:16, 700:11,
700:17, 717:17,
724:24
**handbook** [1] - 659:2
**handle** [1] - 714:20
**hands** [5] - 600:14,
624:22, 687:21,
689:14, 690:8
**hang** [4] - 565:1,
669:11, 710:23,
711:1
**Hanover** [1] - 659:1
**happy** [1] - 743:12
**hard** [11] - 562:24,
591:19, 594:5,
594:12, 595:19,
598:18, 618:13,
622:4, 637:22,
701:9, 748:9
**Hastbacka** [11] -
555:21, 556:5,
565:15, 601:9,
674:18, 675:5,
685:10, 721:10,
743:20, 790:7,
791:14
**HASTBACKA** [2] -
550:3, 556:2
**hat** [13] - 569:14,
569:15, 570:12,
572:1, 577:13,
584:21, 606:6,
613:17, 615:15,
620:9, 632:16,
639:1, 694:22
**head** [8] - 558:10,
585:6, 615:17,
617:13, 622:7,
637:20, 637:22,
696:21
**head's** [1] - 694:1
**headed** [1] - 635:23
**heading** [5] - 635:24,
640:10, 700:11,
720:17, 758:1
**headline** [1] - 563:17
**headquarters** [1] -
685:9
**heads** [1] - 577:7
**hear** [22] - 551:17,
576:14, 583:9,
596:16, 596:21,
596:25, 597:7,
597:13, 612:3,

612:10, 623:4,
627:9, 627:16,
628:18, 637:1,
658:14, 694:7,
699:21, 700:6,
713:14, 740:11,
788:12
**heard** [12] - 551:23,
552:14, 557:3,
637:2, 643:6,
652:20, 666:25,
677:9, 677:12,
707:21, 712:16
**hearing** [10] - 582:7,
583:8, 715:24,
721:19, 724:9,
733:6, 738:15,
779:16, 782:22,
794:2
**hearsay** [7] - 680:20,
681:5, 688:13,
694:13, 716:10,
738:22, 787:16
**height** [1] - 616:11
**held** [10] - 557:7,
624:20, 624:21,
715:24, 721:19,
724:9, 731:6,
738:15, 779:16,
782:22
**HELD** [1] - 549:9
**hello** [2] - 711:24,
711:25
**helmet** [2] - 561:16,
561:19
**help** [1] - 715:13
**Herman** [7] - 568:21,
677:12, 677:22,
678:3, 678:5, 678:7,
678:21
**herself** [7] - 574:24,
718:21, 720:8,
747:21, 748:2,
748:8, 748:14
**hi** [1] - 716:18
**high** [4] - 565:1,
710:23, 711:1,
769:17
**higher** [2] - 577:20,
737:4
**highlight** [18] - 556:10,
559:14, 559:21,
647:25, 648:10,
648:16, 649:3,
651:2, 656:14,
656:25, 659:7,
660:23, 664:16,
665:16, 667:24,
703:23, 708:18,
712:4

**highlighted** [1] - 659:8
**Hillary** [2] - 668:7,
777:21
**himself** [2] - 644:17,
728:19
**hit** [26] - 740:3, 740:5,
753:19, 754:9,
754:14, 754:17,
756:4, 756:23,
757:2, 757:3, 757:4,
757:7, 757:11,
757:13, 757:17,
757:20, 758:2,
774:10, 774:11,
780:20, 781:2,
781:3, 781:4,
787:12, 790:23,
790:24
**hitting** [2] - 752:2,
752:4
**hold** [9] - 575:6,
592:10, 592:12,
619:24, 624:23,
776:11, 782:19,
790:21
**holding** [19] - 587:25,
592:14, 592:25,
601:4, 614:3, 615:6,
616:14, 617:25,
619:21, 623:12,
687:9, 687:19,
691:13, 691:14,
698:16, 698:20,
710:13, 750:20,
773:18
**Holly** [1] - 727:5
**holt** [2] - 653:2, 655:2
**Holt** [1] - 659:9
**home** [5] - 664:10,
751:10, 752:14,
766:14, 788:7
**homeless** [1] - 726:10
**honest** [1] - 678:8
**Honor** [72] - 551:2,
551:10, 551:11,
553:4, 553:15,
553:23, 555:7,
555:14, 555:15,
555:24, 562:9,
565:10, 576:1,
630:12, 647:20,
649:19, 660:21,
663:6, 664:14,
665:14, 666:14,
667:13, 669:16,
670:7, 671:5, 672:9,
672:12, 673:11,
673:16, 674:7,
674:17, 674:19,
675:2, 680:19,

681:5, 710:6,
711:16, 716:2,
721:9, 721:12,
722:18, 724:3,
724:12, 724:16,
724:20, 726:12,
738:6, 742:16,
742:17, 743:10,
743:14, 743:18,
744:8, 766:10,
779:18, 781:11,
787:19, 788:21,
788:24, 789:23,
790:2, 790:12,
791:19, 791:20,
791:24, 792:7,
792:12, 792:14,
793:8, 793:9,
793:10, 793:13
**Honor's** [1] - 551:12
**HONORABLE** [1] -
549:9
**hood** [4] - 583:2,
585:5, 611:23,
614:21
**hoodie** [8] - 569:9,
569:11, 569:13,
616:18, 620:7,
621:21, 626:14,
627:3
**hook** [1] - 644:2
**hope** [3] - 555:19,
556:25, 674:25
**hoped** [1] - 770:20
**hopefully** [2] - 611:6,
767:20
**horn** [1] - 627:6
**horrendous** [1] -
564:16
**hostile** [1] - 625:19
**hotel** [15] - 566:11,
572:6, 728:12,
728:13, 728:15,
729:1, 729:23,
730:1, 730:3, 741:5,
741:9, 741:12,
741:13, 741:15,
760:8
**hour** [7] - 609:20,
715:10, 736:13,
793:12, 793:21,
793:22, 794:1
**hours** [14] - 558:21,
558:22, 654:4,
654:5, 654:6,
655:14, 662:7,
662:11, 675:20,
682:20, 708:5,
708:11, 709:19,
713:1

**hours..** [1] - 660:1
**house** [9] - 612:24,
620:25, 622:8,
629:4, 631:21,
705:11, 746:22,
781:18
**House** [64] - 612:24,
614:16, 615:5,
619:13, 619:19,
620:22, 620:23,
622:8, 623:16,
627:5, 629:14,
630:16, 630:18,
631:4, 632:2,
633:10, 634:19,
635:25, 637:17,
638:16, 638:17,
639:4, 640:11,
640:25, 641:18,
643:2, 693:16,
693:23, 695:24,
696:2, 696:4,
696:11, 696:19,
697:2, 699:3, 699:5,
700:10, 700:14,
700:15, 700:16,
700:19, 700:21,
701:10, 701:11,
709:7, 709:20,
712:9, 712:17,
713:14, 713:18,
713:22, 714:8,
719:18, 720:18,
720:24, 721:2,
723:19, 730:14,
731:7, 731:8,
733:13, 782:7
**Hudson** [6] - 671:10,
705:25, 725:7,
725:11, 727:2, 727:7
**huge** [1] - 732:13
**hundred** [4] - 626:17,
731:18, 769:23,
770:6
**hundreds** [6] - 579:21,
591:15, 626:11,
690:19, 690:24,
785:10
**hung** [1] - 711:1
**hurt** [1] - 757:21
**husband** [1] - 610:22
**hypotheticals** [1] -
776:22

**I**

**IC-579C-E0385A** [1] -
568:3
**idea** [9] - 625:8,
662:19, 664:5,
682:18, 683:18,

809

723:2, 756:11,
778:25, 779:5
**ideas** [1] - 770:20
**identified** [6] - 586:6,
606:7, 616:8,
632:15, 688:12,
773:15
**identify** [7] - 570:18,
571:16, 574:4,
579:11, 594:2,
603:11, 625:2
**identity** [1] - 779:24
**Identity** [1] - 572:10
**illegal** [3] - 553:1,
769:3, 769:8
**image** [4] - 559:18,
559:20, 561:10,
561:12
**images** [2] - 565:17,
567:11
**Images** [1] - 603:9
**imagine** [3] - 558:7,
746:6, 755:10
**immediate** [2] -
720:16, 721:4
**immediately** [4] -
561:25, 581:19,
589:18, 719:8
**IMMEDIATELY** [1] -
563:13
**impeachment** [2] -
659:14, 672:20
**implications** [1] -
554:5
**imply** [1] - 689:11
**important** [2] - 769:21,
769:23
**imposed** [1] - 741:18
**impression** [2] -
721:23, 723:17
**IN** [2] - 549:1, 551:6
**inaccurate** [1] -
782:25
**inauguration** [2] -
573:9, 670:4
**inches** [1] - 785:18
**incident** [1] - 662:17
**included** [1] - 646:23
**including** [7] - 567:25,
600:18, 660:11,
716:24, 760:10,
766:8, 775:12
**inconsistent** [2] -
790:8, 791:2
**incorrect** [1] - 709:3
**independent** [1] -
552:25
**indicate** [1] - 751:8
**indicated** [3] - 678:14,
755:23, 758:18

**indicating** [2] -
582:11, 767:25
**indication** [1] - 764:5
**indicator** [1] - 608:15
**indicted** [2] - 554:19,
555:10
**indictment** [4] -
554:24, 554:25,
668:23, 669:4
**individual** [27] -
563:25, 572:1,
573:23, 574:5,
579:11, 584:20,
587:1, 587:2, 587:3,
587:8, 587:14,
588:12, 589:21,
592:25, 597:21,
601:22, 601:25,
604:8, 605:25,
606:3, 614:20,
625:7, 628:6,
638:18, 644:18,
694:21, 701:1
**individuals** [21] -
564:15, 568:13,
569:5, 570:18,
571:16, 574:10,
574:18, 578:13,
586:19, 587:11,
595:5, 602:21,
604:14, 612:3,
615:14, 633:7,
676:25, 679:4,
685:21, 702:4,
784:12
**indulgence** [3] -
646:3, 717:2, 721:15
**infected** [1] - 763:13
**information** [7] -
552:25, 553:12,
553:16, 555:9,
637:13, 668:2, 703:9
**initial** [1] - 711:5
**initials** [1] - 579:1
**inquire** [1] - 743:11
**insane** [2] - 564:25,
662:20
**inside** [40] - 577:5,
580:10, 587:22,
591:4, 599:7,
601:18, 603:11,
603:12, 608:5,
627:5, 627:7, 656:7,
675:23, 687:5,
688:5, 688:7, 689:2,
690:10, 690:13,
690:17, 690:19,
701:18, 701:23,
707:16, 710:10,
710:13, 710:16,

710:17, 711:3,
713:18, 731:21,
731:23, 731:25,
758:8, 766:19,
778:17, 778:23,
779:5, 782:4, 791:11
**insinuating** [1] - 716:9
**insinuation** [2] -
560:9, 716:12
**instead** [3] - 665:24,
674:13, 719:6
**instincts** [1] - 766:7
**instruct** [2] - 673:15,
792:25
**Instruction** [1] -
672:18
**instructions** [9] -
554:11, 554:13,
555:2, 672:14,
672:20, 672:24,
792:3, 792:20,
792:24
**intact** [3] - 584:7,
586:7, 618:19
**intelligence** [2] -
563:10, 685:5
**intelligent** [1] - 746:4
**intend** [1] - 702:22
**intent** [3] - 707:16,
738:22, 787:6
**intention** [2] - 742:6,
786:25
**interact** [1] - 692:7
**interacting** [1] -
697:15
**interaction** [8] -
678:17, 678:22,
681:25, 688:18,
688:22, 692:22,
693:12, 700:1
**interactions** [2] -
700:2, 702:5
**interests** [1] - 563:10
**interior** [5] - 629:15,
641:22, 700:13,
700:15
**internal** [2] - 591:7,
639:21
**Internet** [1] - 565:17
**interpret** [1] - 709:6
**interpreted** [1] - 709:5
**interrogated** [1] -
563:13
**interrupt** [1] - 742:19
**interview** [7] - 576:21,
679:20, 681:17,
716:4, 791:4, 791:6,
791:14
**interviewed** [1] - 679:3
**interviews** [3] -

597:22, 615:17,
633:24
**intimidated** [1] - 748:8
**introduced** [1] -
728:19
**invalid** [1] - 702:12
**investigate** [2] - 682:8,
682:13
**investigated** [7] -
715:19, 716:9,
716:20, 721:24,
722:3, 722:12, 723:9
**investigation** [54] -
558:25, 559:4,
560:7, 566:19,
567:6, 569:17,
570:21, 575:14,
576:15, 578:5,
593:1, 597:22,
604:4, 607:2,
621:10, 634:4,
639:2, 639:14,
639:20, 644:5,
652:5, 654:7, 656:4,
660:7, 675:9,
675:11, 675:19,
676:24, 677:10,
678:5, 678:9,
678:21, 679:7,
679:16, 681:11,
681:14, 682:5,
688:6, 703:6, 705:8,
706:9, 708:4,
708:22, 710:15,
714:23, 716:3,
716:5, 721:22,
722:1, 722:15,
722:17, 722:25,
723:4, 723:11
**investigations** [1] -
722:22
**invoke** [1] - 552:17
**involved** [4] - 558:19,
610:22, 675:20,
678:9
**involving** [3] - 564:17,
675:23, 707:1
**iPhone** [1] - 568:3
**iron** [1] - 792:23
**IS** [1] - 661:20
**is..** [1] - 725:20
**island** [1] - 563:13
**Island** [1] - 715:2
**issue** [12] - 551:13,
552:10, 552:23,
553:9, 553:20,
555:11, 723:13,
743:16, 777:12,
778:11, 780:8,
788:13

**issued** [2] - 624:13
**IT** [2] - 661:21, 667:6
**it's..** [1] - 585:25
**item** [2] - 624:15,
634:6
**itself** [3] - 676:2,
723:20, 766:6
**ITTT** [1] - 655:3
**ITV** [1] - 603:10

**J**

**jacket** [5] - 565:19,
570:13, 570:14,
634:2, 639:1
**jackets** [1] - 634:1
**jail** [1] - 776:13
**Jan** [1] - 560:1
**January** [103] - 549:4,
551:19, 556:15,
557:2, 557:17,
559:17, 560:8,
560:16, 560:17,
561:5, 562:2,
562:18, 564:9,
568:9, 569:19,
570:2, 570:23,
571:4, 572:12,
572:24, 578:3,
580:13, 588:2,
601:11, 603:12,
608:5, 609:4,
609:13, 615:1,
622:17, 631:7,
641:2, 643:11,
645:17, 646:1,
646:24, 647:12,
649:14, 649:16,
649:24, 650:13,
650:16, 653:4,
654:1, 655:12,
657:15, 658:11,
659:16, 659:24,
660:8, 660:25,
661:11, 662:7,
662:8, 662:10,
662:12, 662:17,
663:12, 663:13,
664:19, 665:20,
666:5, 666:18,
667:1, 667:19,
669:10, 669:21,
671:17, 675:20,
682:22, 703:4,
704:1, 704:24,
706:4, 707:15,
707:23, 707:24,
708:1, 708:2, 708:6,
709:15, 712:11,
713:4, 713:5,
714:23, 714:24,

728:6, 728:9, 728:11, 729:8, 729:9, 729:14, 730:4, 730:15, 769:20, 777:1, 777:12, 778:3, 786:19, 787:21, 787:24, 791:16
**Jayden** [2] - 622:16, 637:12
**Jeffrey** [2] - 563:8, 668:8
**Jenkins** [4] - 565:13, 568:25, 572:15, 744:3
**JESSICA** [1] - 549:14
**jet** [1] - 563:12
**JFK** [1] - 707:1
**job** [4] - 726:8, 744:24, 748:4, 748:9
**Joe** [5] - 667:1, 668:6, 769:3, 775:7, 776:3
**John** [5] - 564:15, 564:18, 622:15, 637:11, 668:7
**join** [2] - 635:18, 770:19
**joined** [1] - 771:4
**Jones** [11] - 556:7, 557:10, 669:19, 717:7, 751:1, 751:16, 751:19, 764:17, 766:7, 768:23, 771:25
**JPEG** [1] - 561:10
**JR** [2] - 549:20, 579:1
**judge** [5] - 679:25, 723:13, 738:20, 779:19, 783:4
**Judge** [4] - 654:22, 694:14, 722:14, 738:10
**JUDGE** [1] - 549:9
**juice** [1] - 790:9
**jumping** [1] - 583:3
**junior** [1] - 707:1
**jurisdiction** [1] - 715:7
**JURY** [1] - 549:8
**jury** [66] - 551:17, 554:4, 554:21, 554:25, 555:2, 555:9, 555:12, 555:17, 575:9, 576:25, 578:10, 587:19, 610:1, 652:13, 652:15, 663:25, 670:14, 672:14, 674:6, 674:23, 675:13, 679:15, 684:22,

685:12, 685:17, 686:18, 687:4, 704:20, 709:1, 715:24, 721:19, 723:18, 724:9, 724:14, 727:18, 728:3, 731:19, 732:9, 733:9, 733:25, 734:22, 735:4, 736:9, 738:15, 739:9, 739:11, 739:14, 743:13, 743:19, 743:21, 744:4, 779:16, 782:22, 783:20, 784:19, 785:1, 788:13, 788:18, 789:24, 790:14, 792:3, 792:6, 792:8, 792:19, 793:5
**Justice** [3] - 564:15, 564:18, 668:7
**JUSTICE** [1] - 549:14
**justice** [2] - 563:14, 564:19
**JW** [1] - 566:8

# K

**Kansas** [23] - 566:25, 643:23, 676:19, 677:18, 677:21, 679:12, 681:18, 681:20, 682:2, 682:10, 682:11, 682:12, 682:15, 682:18, 685:2, 714:14, 714:17, 714:20, 715:19, 716:3, 716:19, 721:24, 728:18
**Kathy** [7] - 558:4, 558:9, 558:11, 558:15, 558:17, 662:16, 725:21
**keep** [4] - 655:22, 668:17, 748:13, 748:20
**Keneally** [1] - 562:18
**kept** [2] - 640:9, 705:10
**key** [1] - 601:22
**kick** [3] - 612:11, 612:14, 700:21
**kicked** [2] - 755:3, 756:7
**kicking** [3] - 638:18, 639:1, 700:25
**kids** [1] - 661:20
**Kill** [1] - 561:19

**killed** [1] - 658:13
**kind** [50] - 553:18, 584:5, 585:23, 585:24, 593:19, 594:4, 597:19, 608:15, 622:4, 626:21, 636:8, 641:8, 671:18, 683:1, 689:14, 691:6, 691:8, 691:13, 691:17, 693:5, 694:24, 695:2, 695:6, 696:8, 696:15, 696:16, 700:19, 712:24, 714:5, 718:12, 726:14, 731:7, 731:10, 734:18, 736:5, 737:3, 746:3, 747:12, 750:3, 751:10, 752:6, 753:1, 753:20, 769:14, 780:21, 780:25, 781:21
**KIRSTYN** [1] - 549:5
**Kirstyn** [54] - 551:4, 556:14, 558:1, 558:2, 558:7, 558:11, 558:13, 558:16, 558:20, 559:17, 561:7, 562:2, 564:9, 568:14, 585:5, 637:3, 653:23, 655:12, 656:17, 657:16, 658:11, 659:10, 662:15, 663:12, 665:20, 666:5, 666:18, 667:19, 669:10, 725:13, 727:6, 730:12, 733:15, 734:8, 736:21, 736:23, 737:4, 737:20, 737:23, 739:2, 739:8, 739:20, 740:10, 740:12, 740:14, 740:21, 754:13, 781:15, 781:24, 782:9, 785:8, 785:20, 786:6, 787:14
**Kirstyn's** [2] - 781:18, 785:13
**knee** [1] - 734:12
**knowing** [1] - 560:1
**knowledge** [7] - 573:2, 578:8, 623:14, 661:2, 669:3, 711:1,

762:13
**known** [17] - 565:21, 574:5, 575:4, 581:23, 583:16, 591:6, 592:25, 608:4, 637:12, 644:10, 644:12, 651:12, 716:12, 725:15, 747:23, 747:25, 748:2
**knows** [3] - 679:15, 723:8, 790:23
**Kramer** [8] - 553:22, 554:7, 610:12, 670:15, 671:2, 671:19, 672:4, 672:8
**KRAMER** [3] - 671:5, 672:9, 672:11
**Kramer's** [1] - 553:16

# L

**ladders** [2] - 576:3, 717:19
**ladies** [7] - 555:18, 609:23, 611:3, 632:15, 670:9, 674:24, 788:11
**lamppost** [5] - 685:17, 685:19, 685:20, 685:21, 685:22
**land** [2] - 650:9, 704:15
**landed** [3] - 740:4, 756:6, 757:8
**large** [3] - 563:17, 729:21, 732:10
**largely** [2] - 554:12, 723:7
**larger** [1] - 666:3
**last** [26] - 551:8, 551:11, 553:6, 553:17, 554:11, 556:10, 556:18, 558:8, 558:20, 558:25, 559:14, 562:15, 562:17, 576:8, 576:10, 645:3, 658:9, 667:15, 674:2, 688:16, 726:5, 727:24, 740:12, 743:5, 744:20, 782:14
**late** [3] - 628:20, 662:10
**latitude** [1] - 706:22
**LAW** [2] - 549:17, 549:20
**law** [2] - 625:9, 674:13

**lawful** [3] - 552:6, 673:22, 674:3
**lawn** [11] - 676:11, 735:21, 735:23, 736:11, 736:24, 750:3, 750:12, 750:16, 752:8, 768:13, 785:6
**lawyers** [1] - 789:4
**layers** [1] - 653:14
**layout** [1] - 751:15
**Leach** [40] - 551:18, 551:25, 552:8, 552:15, 552:25, 553:7, 553:9, 553:13, 553:16, 553:17, 560:21, 568:22, 569:7, 569:13, 610:15, 610:24, 671:3, 671:6, 705:22, 724:21, 725:4, 725:5, 742:24, 744:11, 751:3, 751:21, 760:24, 763:1, 772:11, 774:18, 779:9, 780:20, 781:15, 783:19, 787:20, 788:5, 790:7, 791:3, 791:4, 791:9
**LEACH** [9] - 550:6, 671:8, 671:10, 671:14, 671:22, 671:25, 672:3, 672:6, 725:1
**lead** [7] - 573:2, 591:10, 602:23, 622:8, 679:10, 700:19, 701:5
**leader** [2] - 687:6, 710:11
**leading** [15] - 573:11, 577:22, 595:15, 612:23, 615:3, 633:10, 638:8, 643:1, 646:13, 683:13, 687:16, 693:21, 785:14, 785:24, 786:7
**leads** [12] - 581:23, 592:15, 620:22, 687:23, 692:14, 693:16, 693:18, 693:23, 696:1, 699:3, 700:10, 776:12
**learn** [4] - 668:1, 764:3, 765:8, 766:16
**least** [8] - 552:12,

626:22, 647:5,
679:6, 681:10,
682:4, 711:13,
769:20
**leave** [8] - 558:10,
635:18, 741:12,
741:20, 741:22,
749:7, 749:20,
749:22
**leaving** [2] - 558:10,
558:13
**led** [4] - 691:10,
691:11, 710:15,
723:11
**leeway** [1] - 777:15
**left** [40] - 564:1,
564:11, 578:1,
582:13, 586:19,
588:8, 598:16,
600:16, 631:6,
637:20, 639:12,
639:13, 642:7,
642:11, 686:1,
689:9, 698:11,
700:17, 701:8,
720:10, 720:16,
721:4, 721:23,
723:17, 728:3,
735:16, 736:1,
736:3, 736:10,
736:11, 740:4,
741:3, 749:13,
749:16, 758:3,
760:8, 781:18,
784:20, 785:11,
787:14
**left-hand** [2] - 698:11,
700:17
**legal** [4] - 568:1,
697:21, 701:20,
788:13
**less** [2] - 743:15,
785:17
**letting** [1] - 663:24
**level** [18] - 572:24,
577:21, 579:3,
579:7, 596:4,
601:19, 608:3,
622:25, 637:15,
686:1, 766:18,
773:10, 773:11,
773:24, 773:25,
777:8, 784:6, 784:10
**liability** [1] - 552:7
**lies** [1] - 658:12
**Lieutenant** [10] -
587:15, 588:13,
589:1, 589:19,
589:20, 590:4,
590:6, 590:11,

590:18, 711:4
**life** [4] - 653:18, 702:9,
706:8, 771:23
**light** [3] - 554:8,
574:13, 730:20
**LIKE** [1] - 667:6
**likely** [1] - 558:5
**limited** [6] - 588:21,
598:25, 607:19,
682:1, 685:8, 699:25
**Lin** [5] - 563:3, 563:4,
564:5, 564:14,
668:20
**Lindsey** [3] - 663:16,
664:1, 664:2
**line** [62] - 583:19,
584:7, 586:6, 586:8,
587:25, 591:4,
592:19, 592:25,
593:5, 593:13,
593:15, 598:10,
613:8, 614:3,
614:11, 614:13,
615:6, 616:14,
617:6, 617:17,
618:19, 619:3,
619:6, 619:21,
619:24, 620:12,
620:19, 622:17,
623:12, 623:13,
628:6, 628:11,
628:13, 631:20,
645:23, 646:25,
650:5, 657:19,
658:19, 689:17,
691:3, 693:22,
695:10, 709:24,
713:15, 713:19,
718:25, 719:9,
719:10, 719:23,
719:25, 720:1,
720:3, 720:5, 722:4,
723:20, 751:22,
753:2, 763:16,
773:24
**lines** [4] - 594:14,
731:20, 732:7, 751:7
**link** [3] - 648:7,
660:14, 660:19
**Lisa** [1] - 549:23
**listen** [3] - 596:12,
627:14, 786:21
**listening** [1] - 658:12
**live** [8] - 650:4, 650:8,
650:9, 704:10,
704:15, 705:10,
725:6, 727:3
**lived** [1] - 715:7,
727:6, 727:13
**lives** [4] - 682:10,

726:24, 727:4
**living** [4] - 705:3,
705:13, 705:25,
727:9
**loaded** [9] - 644:16,
650:2, 650:7, 665:7,
703:4, 703:12,
704:5, 710:21, 711:2
**locate** [2] - 684:18,
739:7
**located** [7] - 720:15,
720:16, 725:11,
731:14, 735:1,
783:21, 783:25
**location** [8] - 560:2,
566:7, 574:8, 596:3,
710:16, 727:6,
732:25, 753:7
**locked** [8] - 650:2,
650:7, 665:6, 703:4,
703:12, 704:5,
710:21, 711:2
**lodge** [1] - 554:17
**lol** [1] - 558:20
**Londonderry** [4] -
549:18, 549:18,
549:21, 549:21
**look** [25] - 562:21,
564:5, 571:10,
573:17, 574:24,
579:13, 581:2,
594:4, 598:15,
632:17, 651:10,
657:18, 658:13,
685:4, 694:1,
738:18, 739:8,
761:1, 762:3, 762:5,
772:7, 773:9,
773:13, 781:15,
781:24
**looked** [9] - 638:20,
761:2, 761:7,
761:12, 761:20,
772:18, 773:23,
774:2, 774:5
**looking** [72] - 556:12,
557:13, 559:16,
560:25, 562:13,
565:15, 569:1,
569:24, 571:2,
572:21, 574:21,
583:14, 587:21,
590:10, 590:11,
591:2, 595:17,
595:19, 595:25,
599:6, 599:14,
599:15, 602:13,
603:7, 603:24,
605:3, 607:12,
607:14, 608:2,

609:3, 614:25,
617:16, 619:11,
622:5, 622:6, 622:7,
622:14, 630:8,
630:14, 631:2,
632:1, 636:5,
636:14, 638:24,
638:25, 639:11,
639:12, 639:13,
640:5, 640:23,
642:10, 642:11,
643:20, 644:19,
646:9, 646:15,
646:24, 647:22,
649:11, 652:2,
652:3, 652:24,
655:24, 655:25,
656:16, 683:1,
686:2, 686:11,
772:19, 781:6, 784:8
**looks** [12] - 563:3,
564:3, 569:11,
570:13, 583:20,
611:22, 649:14,
663:13, 666:5,
678:7, 679:1, 761:13
**loose** [1] - 658:23
**lose** [3] - 600:14,
710:16, 740:2
**lost** [11] - 585:23,
593:15, 666:6,
666:8, 727:12,
736:7, 756:8,
764:25, 765:14,
774:25
**loves** [1] - 726:17
**Lowell** [2] - 715:6,
715:9
**lower** [1] - 601:18
**luck** [1] - 658:21
**luggage** [1] - 728:18
**lunch** [4] - 670:10,
670:12, 670:18,
674:25
**Lunch** [1] - 670:19

## M

**maga** [1] - 666:7
**magazine** [1] - 711:6
**main** [2] - 695:25,
733:11
**Maine** [1] - 715:1
**mainstream** [2] -
660:4, 660:5
**majority** [1] - 717:25
**male** [1] - 745:25
**male-dominated** [1] -
745:25
**Mall** [1] - 656:1

**man** [3] - 551:17,
627:3, 700:25
**manner** [1] - 786:11
**map** [3] - 784:16,
784:17, 788:1
**MARK** [4] - 550:3,
550:6, 556:2, 725:1
**Mark** [7] - 551:17,
560:21, 568:22,
658:25, 705:22,
724:21, 725:5
**mark** [140] - 573:14,
574:2, 574:16,
577:2, 577:11,
578:11, 579:9,
579:18, 580:2,
581:1, 581:14,
582:6, 582:19,
583:25, 584:1,
584:3, 585:10,
586:5, 586:16,
586:23, 586:25,
587:7, 588:6,
588:18, 589:17,
590:2, 590:16,
591:1, 591:18,
592:3, 592:17,
593:12, 593:23,
594:6, 594:10,
594:21, 595:4,
595:13, 596:1,
596:19, 596:20,
596:24, 597:11,
597:16, 597:25,
598:3, 598:13,
602:9, 602:11,
602:19, 603:8,
604:20, 605:9,
605:11, 605:17,
605:21, 605:24,
606:25, 607:9,
607:25, 608:12,
608:21, 611:13,
612:7, 612:8,
612:18, 613:3,
613:5, 613:11,
613:13, 613:21,
615:11, 615:13,
615:25, 617:10,
617:23, 618:18,
618:25, 620:2,
620:5, 621:3, 621:6,
621:19, 622:13,
623:8, 623:10,
624:10, 625:5,
625:13, 625:17,
625:24, 626:9,
627:2, 627:13,
627:19, 627:25,
628:4, 628:17,

629:3, 629:8,
629:11, 629:20,
631:11, 631:15,
632:7, 632:12,
632:25, 633:16,
633:20, 634:8,
634:11, 634:24,
635:2, 635:8,
635:11, 636:6,
636:13, 636:25,
637:5, 637:7, 637:8,
638:3, 638:11,
638:14, 639:10,
640:4, 640:16,
641:7, 641:16,
642:1, 642:15,
642:20, 642:21,
642:24, 672:15,
717:8, 752:18,
758:18, 758:19
**marked** [1] - 563:21
**marker** [1] - 772:6
**Marriott** [1] - 566:8
**Martina** [1] - 562:17
**Maryland** [1] - 572:6
**mask** [19] - 606:21,
611:22, 614:9,
616:18, 618:2,
618:4, 618:13,
618:14, 621:22,
621:25, 626:12,
626:14, 636:17,
640:7, 642:4,
699:20, 717:23,
717:25, 718:2
**masks** [2] - 635:22,
699:18
**mass** [6] - 558:3,
635:13, 663:17,
718:9, 734:23, 735:6
**Massachusetts** [3] -
558:3, 715:2, 715:6
**masse** [2] - 635:14,
699:10
**massive** [1] - 663:19
**master** [2] - 725:9,
744:13
**match** [2] - 710:18,
711:13
**matched** [1] - 710:24
**matches** [1] - 783:9
**matter** [1] - 738:6
**matters** [1] - 723:8
**MATTHEW** [1] -
549:11
**McDonald's** [3] -
730:16, 731:1, 731:3
**mean** [28] - 564:6,
589:4, 616:6,
620:23, 624:4,

637:18, 654:21,
655:7, 660:5,
661:13, 694:17,
706:6, 713:13,
714:2, 714:4, 714:7,
714:8, 722:6,
727:10, 740:10,
753:13, 757:18,
764:22, 769:25,
779:4, 779:21,
779:22
**means** [8] - 658:1,
658:22, 661:16,
664:22, 713:17,
726:19, 769:4, 769:8
**meant** [2] - 778:4,
778:5
**media** [7] - 660:4,
660:5, 661:19,
662:21, 682:16,
702:2, 712:15
**meet** [10] - 560:8,
671:7, 725:17,
728:15, 729:3,
730:5, 730:8,
730:10, 736:8,
740:22
**meeting** [5] - 728:25,
729:4, 731:3,
740:24, 751:11
**member** [1] - 664:2
**members** [4] - 628:21,
639:4, 649:1, 745:22
**Memorial** [4] - 591:6,
692:9, 718:25, 719:3
**memory** [5] - 679:22,
763:5, 763:8,
763:14, 765:11
**men** [1] - 746:3
**mentioned** [2] -
608:14, 746:15
**mentioning** [1] -
601:20
**mentored** [1] - 781:19
**mesh** [1] - 573:7
**message** [37] - 557:16,
559:23, 560:9,
561:9, 561:25,
564:4, 567:25,
645:20, 645:22,
645:24, 647:9,
648:5, 648:10,
648:11, 649:4,
649:6, 649:13,
649:15, 649:21,
649:22, 649:23,
649:24, 649:25,
650:12, 650:13,
650:14, 650:24,
650:25, 651:4,

651:5, 651:17,
653:1, 655:11,
655:16, 667:18,
760:10, 775:10
**messages** [6] -
648:17, 653:3,
655:1, 669:19,
775:24, 776:18
**messaging** [2] -
661:17, 702:6
**messy** [1] - 712:24
**met** [10] - 572:5,
671:23, 672:1,
677:4, 728:25,
730:13, 731:1,
733:22, 736:22,
791:6
**metal** [1] - 731:9
**Metropolitan** [1] -
688:9
**MICHAEL** [1] - 549:11
**Michael** [12] - 564:2,
567:1, 568:2,
568:15, 569:3,
584:22, 646:11,
728:21, 736:21,
737:16, 740:21,
754:16
**Michael's** [1] - 734:8
**michael.eckerman@
yrcfreight.com** [1] -
568:16
**microphone** [1] -
789:3
**middle** [9] - 588:22,
651:20, 734:21,
734:23, 734:25,
735:2, 742:19,
752:8, 785:4
**midnight** [1] - 662:8
**might** [9] - 555:4,
555:10, 653:13,
670:16, 671:18,
685:13, 714:22,
749:13, 790:10
**Mike** [5] - 572:22,
576:16, 652:20,
668:8, 687:1
**military** [7] - 654:5,
655:13, 772:11,
772:13, 776:2,
776:7, 776:11
**militia** [1] - 558:5
**million** [6] - 560:3,
560:10, 614:1,
623:21, 694:11,
732:13
**millions** [2] - 657:18,
664:25
**mind** [1] - 747:19

**minds** [1] - 666:9
**mine** [1] - 645:6
**minimal** [1] - 657:21
**minor** [1] - 672:14
**minus** [1] - 662:11
**minute** [26] - 555:23,
584:1, 584:3, 586:4,
588:17, 592:2,
592:17, 594:20,
598:2, 607:25,
613:20, 617:10,
618:24, 621:6,
621:18, 625:12,
626:8, 631:14,
631:16, 632:6,
632:11, 637:8,
743:5, 743:10,
750:20, 776:1
**minute-10-second** [1]
- 587:7
**minutes** [32] - 609:24,
610:11, 634:21,
695:14, 701:16,
720:4, 720:13,
734:3, 734:5,
734:15, 736:13,
736:18, 737:9,
740:16, 743:15,
749:23, 750:9,
750:23, 763:6,
765:3, 765:6,
765:16, 766:19,
766:23, 784:21,
789:14, 790:10,
790:13, 790:18,
793:14, 793:16,
793:17
**missing** [3] - 737:14,
737:16, 739:4
**mistake** [1] - 663:17
**mob** [4] - 734:19,
771:22, 773:22,
780:23
**mom** [4] - 727:4,
748:23, 748:25
**moment** [9] - 580:25,
589:19, 593:6,
596:7, 607:4,
618:20, 629:25,
719:8, 777:13
**moments** [3] - 586:11,
590:17, 613:25
**montage** [2] - 683:4,
709:13
**montages** [1] - 685:4
**MONTEITH** [5] -
549:20, 549:20,
793:14, 793:16,
793:18
**Monteith** [2] - 783:8,

789:8
**month** [1] - 777:1
**months** [1] - 744:23
**monument** [1] - 752:2
**Monument** [5] -
571:12, 683:2,
752:19, 753:3, 758:8
**Moreira** [1] - 549:23
**morning** [22] - 551:5,
551:6, 553:7,
553:17, 553:22,
554:1, 556:5, 556:6,
609:22, 671:16,
708:5, 708:11,
709:19, 709:22,
730:5, 730:8,
730:16, 741:21,
792:4, 792:23,
793:3, 793:7
**most** [9] - 558:5,
647:3, 687:9,
731:22, 731:23,
745:3, 748:5, 748:9,
759:12
**mother** [8] - 663:1,
725:19, 725:22,
727:20, 728:1,
748:11, 748:14,
781:22
**mother's** [1] - 725:20
**motion** [3] - 552:21,
724:11, 724:14
**mouth** [2] - 756:21,
757:19
**move** [6] - 567:13,
599:16, 664:12,
718:17, 720:6,
732:16
**moved** [18] - 562:10,
565:11, 567:16,
567:19, 630:13,
647:21, 649:20,
663:7, 664:15,
665:15, 666:15,
667:14, 669:17,
694:16, 695:2,
720:7, 743:22, 744:2
**movement** [1] -
659:13
**movements** [3] -
612:6, 690:5, 697:24
**moves** [10] - 562:7,
565:8, 630:11,
647:18, 649:17,
663:4, 665:13,
666:12, 667:11,
669:15
**moving** [3] - 591:5,
641:21, 700:22
**MR** [158] - 551:10,

813

553:4, 553:15, 553:25, 554:9, 555:6, 555:14, 562:9, 565:10, 567:18, 610:18, 630:12, 647:20, 649:19, 654:22, 663:6, 664:14, 665:14, 666:14, 667:13, 669:16, 671:5, 671:8, 671:10, 671:14, 671:22, 671:25, 672:3, 672:6, 672:9, 672:11, 672:12, 672:17, 672:23, 673:2, 673:5, 673:9, 673:11, 673:16, 673:19, 674:5, 674:12, 674:17, 674:20, 675:2, 675:4, 679:25, 681:6, 681:8, 694:14, 703:21, 708:16, 710:6, 710:8, 711:16, 711:19, 715:21, 716:2, 721:15, 721:22, 722:6, 722:14, 722:18, 722:20, 723:13, 723:15, 723:25, 724:3, 724:12, 724:16, 724:20, 725:3, 726:12, 726:22, 737:24, 738:1, 738:4, 738:5, 738:7, 738:10, 738:17, 738:20, 739:1, 742:15, 742:17, 743:4, 743:9, 743:14, 743:18, 744:8, 744:10, 751:1, 751:16, 751:19, 752:17, 758:17, 760:19, 761:10, 761:18, 762:2, 762:16, 764:17, 766:4, 766:10, 767:10, 768:23, 771:25, 772:9, 774:15, 777:10, 777:13, 777:14, 779:13, 779:17, 779:19, 779:23, 780:1, 780:4, 780:6, 780:7, 780:19, 781:11, 781:14, 782:16, 782:18, 782:20, 782:24,

783:4, 783:9, 783:18, 785:14, 785:22, 785:24, 786:7, 787:16, 787:19, 788:4, 788:21, 788:24, 789:23, 790:2, 790:18, 790:22, 791:4, 791:13, 791:19, 791:20, 791:24, 792:7, 792:12, 792:14, 793:9, 793:10, 793:12, 793:14, 793:16, 793:18, 793:23
**MS** [353] - 555:15, 555:24, 556:4, 556:7, 556:17, 557:10, 559:12, 559:19, 560:13, 560:23, 561:11, 562:5, 562:11, 562:25, 563:15, 564:11, 564:21, 565:6, 565:12, 566:3, 566:17, 567:12, 567:20, 568:18, 569:22, 570:6, 570:16, 570:25, 571:14, 572:7, 573:13, 574:1, 574:15, 574:25, 575:5, 575:25, 576:5, 576:23, 577:2, 577:8, 577:16, 578:10, 578:19, 578:21, 579:8, 579:16, 579:18, 579:22, 579:24, 580:2, 580:15, 581:1, 581:12, 581:14, 582:1, 582:3, 582:6, 582:17, 582:19, 583:5, 583:12, 583:24, 584:10, 584:18, 585:9, 586:2, 586:4, 586:13, 586:22, 586:25, 587:17, 588:4, 588:6, 588:9, 588:15, 588:17, 588:24, 589:14, 589:16, 589:24, 590:1, 590:13, 590:15, 590:23, 591:1, 591:16, 591:18, 591:23, 592:2, 593:8,

593:11, 593:22, 594:9, 594:17, 594:20, 595:1, 595:3, 595:10, 595:12, 595:22, 596:1, 596:14, 596:24, 597:10, 597:15, 597:24, 598:2, 598:6, 598:12, 598:22, 599:4, 599:16, 600:3, 600:6, 600:11, 601:6, 602:8, 602:11, 602:17, 602:19, 603:2, 603:4, 603:8, 603:15, 604:2, 604:17, 604:20, 605:1, 605:8, 605:11, 605:20, 605:24, 606:23, 606:25, 607:7, 607:9, 607:15, 607:23, 608:9, 608:11, 608:18, 608:20, 608:24, 609:7, 609:15, 609:17, 609:20, 609:25, 610:3, 610:7, 610:10, 610:20, 611:1, 611:8, 611:9, 611:12, 612:1, 612:7, 612:16, 612:18, 613:3, 613:5, 613:10, 613:13, 613:18, 613:20, 614:5, 614:23, 615:11, 615:13, 615:19, 615:24, 616:21, 617:10, 617:19, 617:22, 618:6, 618:17, 618:22, 618:24, 619:8, 620:2, 620:5, 620:16, 621:2, 621:6, 621:14, 621:18, 622:2, 622:10, 622:13, 623:2, 623:7, 623:10, 623:22, 624:7, 624:9, 624:25, 625:4, 625:12, 625:16, 625:21, 625:23, 626:6, 626:8, 626:24, 627:1, 627:12, 627:18, 627:25, 628:3, 628:14, 628:16,

628:24, 629:2, 629:7, 629:10, 629:17, 629:19, 630:6, 630:9, 630:24, 631:9, 631:11, 631:14, 632:4, 632:6, 632:11, 632:22, 632:24, 633:6, 633:15, 633:19, 634:7, 634:10, 634:23, 635:1, 635:7, 635:10, 636:2, 636:6, 636:11, 636:13, 636:23, 636:25, 637:4, 637:25, 638:2, 638:10, 638:13, 639:7, 639:9, 640:1, 640:3, 640:13, 640:15, 640:21, 641:7, 641:14, 641:24, 642:1, 642:13, 642:15, 642:19, 642:23, 643:6, 643:13, 644:8, 644:22, 645:7, 645:10, 645:15, 645:19, 646:3, 646:6, 646:18, 647:7, 647:18, 647:25, 648:9, 648:13, 649:2, 649:9, 649:12, 649:17, 650:22, 651:2, 651:8, 651:15, 651:24, 652:9, 652:22, 653:9, 653:19, 654:10, 654:25, 655:8, 655:19, 656:14, 656:24, 657:6, 658:8, 658:18, 659:5, 659:20, 660:21, 661:8, 661:25, 663:4, 663:8, 663:21, 664:6, 664:12, 664:16, 665:8, 665:12, 665:16, 666:11, 666:21, 667:11, 667:15, 667:22, 668:16, 669:6, 669:12, 669:15, 669:18, 670:6, 674:11, 680:19, 680:24, 681:5, 686:6, 688:13, 694:13, 697:21,

701:20, 711:23, 712:1, 713:24, 714:13, 716:8, 716:15, 716:17, 716:25, 717:4, 717:7, 717:21, 721:7, 721:9, 791:16, 793:8, 793:19
**MSM** [1] - 660:5
**Mukluk** [1] - 694:22
**multiple** [1] - 779:24
**multitude** [1] - 564:15
**munition** [6] - 753:19, 754:9, 754:14, 754:17, 774:10, 780:21
**munitions** [2] - 787:7, 787:9
**murder** [2] - 563:9, 564:17
**must** [4] - 563:13, 648:4, 723:4, 752:11
**mutes** [1] - 790:24

## N

**name** [14] - 661:5, 677:9, 677:12, 679:3, 680:17, 725:4, 725:20, 727:24, 728:13, 728:21, 728:23, 728:24, 733:11, 734:9
**named** [15] - 551:17, 558:4, 562:17, 563:3, 566:25, 572:22, 579:1, 622:15, 644:15, 658:25, 662:16, 664:22, 666:24, 668:20, 722:7
**names** [1] - 728:20
**Nancy** [1] - 668:7
**narrow** [1] - 697:4
**national** [1] - 787:4
**near** [10] - 634:19, 683:8, 685:22, 688:9, 717:16, 718:24, 719:17, 730:13, 731:10, 754:7
**nearing** [1] - 664:9
**nearly** [1] - 586:10
**necessarily** [1] - 552:19
**necessary** [1] - 553:10
**neck** [2] - 569:12, 620:11

814

**need** [12] - 567:13, 644:1, 672:19, 672:24, 743:4, 743:6, 743:12, 743:15, 790:10, 793:11, 793:15, 793:22
**needed** [2] - 731:21, 732:2
**needing** [1] - 743:10
**needs** [2] - 659:19, 666:24
**neon** [2] - 606:10, 608:14
**nervous** [1] - 560:4
**net** [1] - 575:17
**netting** [1] - 575:19
**NEVER** [1] - 667:2
**never** [21] - 607:5, 624:17, 679:1, 679:2, 687:16, 699:21, 702:22, 703:1, 703:6, 704:7, 704:18, 705:20, 707:14, 713:21, 722:24, 732:13, 743:21, 748:3, 762:23, 764:10, 788:1
**nevertheless** [1] - 552:7
**New** [12] - 551:18, 659:1, 671:10, 679:11, 705:25, 715:2, 715:4, 715:9, 725:7, 725:11, 728:4, 782:10
**News** [1] - 601:11
**news** [3] - 658:12, 712:14, 712:15
**next** [28] - 559:20, 562:20, 574:13, 591:10, 608:3, 616:23, 649:3, 650:1, 650:11, 651:3, 653:20, 655:1, 655:4, 658:19, 659:18, 663:21, 666:21, 667:23, 668:1, 668:17, 669:6, 685:19, 704:4, 730:5, 730:8, 741:21, 755:17
**NH** [2] - 549:18, 549:21
**nice** [3] - 670:15, 671:6, 674:25
**niece** [5] - 728:19, 728:23, 730:11,

734:8, 736:21
**NIEMELA** [1] - 549:5
**Niemela** [218] - 551:4, 551:18, 551:19, 556:15, 558:1, 559:17, 561:7, 562:2, 564:9, 565:21, 565:25, 567:9, 568:14, 569:6, 569:9, 570:3, 570:20, 571:6, 571:19, 572:4, 572:12, 574:5, 574:23, 578:17, 579:12, 581:3, 581:8, 581:17, 582:23, 585:5, 585:13, 585:23, 587:10, 590:8, 590:18, 592:5, 593:2, 593:14, 595:7, 595:16, 600:19, 600:23, 601:1, 601:16, 602:13, 603:19, 604:13, 606:1, 606:18, 607:11, 607:20, 608:16, 609:6, 611:16, 611:21, 613:7, 614:18, 616:4, 616:8, 616:15, 616:17, 616:23, 617:5, 617:11, 617:13, 617:14, 618:2, 618:10, 618:13, 619:4, 620:7, 620:13, 621:9, 621:20, 621:21, 622:5, 624:2, 624:5, 626:1, 626:13, 627:22, 627:23, 628:10, 629:24, 632:9, 632:13, 634:16, 634:18, 635:4, 635:17, 635:20, 636:16, 637:15, 638:5, 638:19, 638:23, 639:11, 639:12, 640:6, 642:3, 642:16, 643:4, 644:11, 645:24, 647:16, 648:18, 648:21, 649:5, 649:24, 650:13, 651:5, 652:3, 653:23, 654:7, 655:12, 656:19, 657:16, 658:11, 659:10,

659:24, 660:11, 662:15, 663:12, 665:3, 665:20, 666:5, 666:18, 667:8, 667:19, 668:12, 668:25, 669:10, 675:9, 675:11, 677:1, 677:2, 677:16, 679:4, 680:14, 681:24, 683:16, 683:23, 684:2, 684:6, 684:10, 684:13, 685:1, 685:17, 686:3, 686:14, 686:18, 687:5, 687:9, 688:12, 688:18, 688:21, 688:24, 689:2, 689:17, 691:1, 691:13, 691:17, 692:25, 693:13, 694:19, 695:12, 696:21, 698:13, 698:24, 699:8, 699:11, 700:25, 701:7, 701:13, 701:18, 702:4, 702:25, 703:15, 703:24, 704:13, 704:21, 706:12, 706:25, 707:14, 708:10, 711:10, 713:3, 715:3, 715:16, 717:10, 717:25, 718:4, 718:12, 718:16, 718:17, 719:5, 719:9, 719:24, 720:6, 720:25, 722:8, 725:13, 725:15, 725:18, 726:1, 726:24, 727:9, 727:15, 727:19, 733:15, 738:17, 745:9, 745:15, 760:4, 761:14, 789:2, 791:7, 791:10
**Niemela's** [19] - 559:5, 564:24, 566:22, 567:6, 571:22, 645:13, 653:7, 654:12, 656:18, 659:15, 662:18, 665:2, 669:22, 676:21, 686:23, 693:25, 699:21, 710:10, 728:1
**night** [17] - 551:11, 553:6, 553:17,

553:22, 554:11, 572:5, 648:19, 655:14, 655:15, 657:19, 662:10, 662:12, 677:4, 713:2, 729:8, 729:14
**nighttime** [1] - 708:8
**nine** [2] - 625:12, 636:6
**nine-second** [1] - 636:6
**NO** [1] - 660:1
**nobody** [7] - 623:16, 711:1, 713:17, 751:9, 759:5, 771:6, 771:13
**noises** [1] - 694:25
**none** [7] - 688:12, 706:15, 706:17, 710:24, 744:18, 758:13, 782:12
**nonsense** [3] - 706:23, 707:1, 707:3
**normal** [2] - 580:6, 786:13
**normally** [1] - 641:20
**north** [5] - 572:24, 573:1, 676:8, 758:9, 766:25
**North** [1] - 549:12
**north/south** [1] - 700:12
**Northeast** [2] - 767:18, 767:21
**northwest** [1] - 752:18
**not-so-great** [1] - 763:13
**notable** [2] - 633:25, 635:20
**note** [4] - 592:9, 606:8, 610:20, 638:7
**notes** [1] - 717:1
**NOTHING** [1] - 661:23
**nothing** [7] - 611:24, 617:2, 730:2, 735:20, 781:11, 782:25
**notice** [5] - 594:7, 594:11, 607:1, 634:1, 756:1
**noticed** [2] - 737:14, 737:20
**NOW** [1] - 659:19
**nowhere** [2] - 688:9, 754:7
**number** [16] - 568:3, 644:12, 644:15, 645:13, 645:23, 647:16, 649:5, 651:13, 651:18,

675:12, 702:2, 702:4, 706:9, 744:3, 745:3, 772:25
**numbers** [4] - 568:12, 643:22, 645:20
**NW** [2] - 549:15, 549:24

---

**O**

---

**Obama** [2] - 668:7, 777:21
**object** [4] - 624:11, 716:7, 777:10, 779:13
**objecting** [1] - 769:24
**objection** [34] - 562:9, 565:10, 567:17, 567:18, 630:12, 647:20, 649:19, 654:22, 663:6, 664:14, 665:14, 666:14, 667:13, 669:16, 680:19, 681:5, 686:6, 688:13, 694:13, 697:21, 701:20, 715:21, 715:25, 726:18, 737:24, 738:1, 738:4, 743:24, 780:17, 782:16, 782:18, 785:14, 786:7, 787:16
**objections** [1] - 554:17
**objects** [1] - 690:13
**obligated** [1] - 722:7
**obligation** [3] - 722:9, 722:23, 723:10
**observations** [2] - 686:11, 687:7
**observe** [2] - 686:10, 701:19
**observed** [2] - 710:9, 711:12
**obstructions** [1] - 720:17
**obtained** [12] - 556:13, 557:14, 561:1, 562:14, 568:1, 646:10, 646:22, 652:25, 656:17, 657:10, 676:16, 676:18
**obviously** [22] - 554:19, 577:21, 580:5, 604:15, 610:8, 612:22, 642:12, 651:14, 652:18, 676:21,

815

677:9, 702:13,
704:12, 749:18,
757:25, 759:10,
770:10, 772:20,
774:4, 774:6, 779:7,
787:12
**occupy** [1] - 653:15
**occur** [2] - 650:16,
769:12
**ocean** [1] - 691:17
**OF** [6] - 549:1, 549:2,
549:8, 549:14,
549:17, 549:20
**offered** [1] - 738:5
**offering** [1] - 738:8
**Office** [1] - 722:23
**office** [15] - 610:23,
650:19, 671:16,
676:19, 677:18,
677:21, 681:18,
681:25, 682:11,
682:12, 682:15,
715:9, 715:14,
721:24
**Officer** [21] - 593:1,
597:22, 598:16,
599:13, 599:20,
599:22, 599:25,
600:10, 600:14,
600:16, 633:23,
687:25, 688:2,
688:7, 690:17,
690:22, 691:16,
692:5, 692:23, 693:1
**officer** [21] - 583:20,
596:9, 602:21,
605:5, 606:16,
613:15, 614:1,
623:16, 624:22,
633:2, 678:18,
678:23, 688:9,
688:22, 689:9,
689:15, 690:3,
690:5, 693:13,
711:4, 719:22
**officers** [46] - 588:21,
589:5, 589:6,
591:11, 592:24,
592:25, 596:6,
597:20, 598:4,
599:1, 600:8,
613:14, 613:22,
620:20, 622:20,
622:22, 626:18,
628:12, 630:19,
633:1, 633:22,
634:2, 688:4,
688:11, 688:19,
688:25, 689:13,
690:22, 691:7,

692:16, 693:3,
693:12, 693:22,
694:9, 695:8,
695:10, 695:17,
695:22, 696:7,
696:16, 697:12,
718:14, 739:17,
772:22, 773:1,
773:18
**offices** [1] - 715:8
**OFFICES** [2] - 549:17,
549:20
**official** [1] - 579:2
**Official** [1] - 549:23
**officials** [3] - 565:4,
630:19, 668:2
**often** [2] - 786:15,
786:16
**old** [3] - 737:3, 762:24,
763:4
**ON** [1] - 667:6
**once** [2] - 673:14,
760:7
**one** [109] - 552:3,
554:19, 554:22,
560:2, 564:14,
575:6, 588:17,
589:21, 592:2,
592:9, 592:13,
592:17, 593:7,
594:5, 597:4,
597:20, 598:2,
598:5, 599:2,
604:22, 606:16,
607:25, 612:22,
613:3, 613:16,
613:20, 613:23,
614:14, 617:8,
619:5, 620:14,
622:20, 622:25,
623:19, 625:8,
628:12, 628:20,
631:14, 633:22,
636:9, 643:16,
646:3, 648:3,
648:18, 648:20,
655:2, 655:4,
657:16, 657:21,
658:13, 666:10,
673:17, 674:1,
675:15, 678:12,
678:17, 679:19,
681:7, 682:14,
688:7, 690:22,
696:5, 703:3,
708:10, 709:9,
709:25, 710:3,
710:6, 710:8, 711:6,
711:16, 712:2,
720:1, 720:3, 721:7,

722:5, 723:4,
723:11, 723:13,
732:17, 732:18,
732:19, 735:22,
737:3, 740:5,
743:15, 743:19,
744:22, 746:2,
747:7, 747:12,
756:14, 760:10,
761:17, 761:19,
762:3, 762:23,
767:9, 774:11,
780:10, 781:2,
787:12, 787:19,
787:20, 788:13,
791:16
**ONE** [1] - 660:1
**one-minute** [2] -
592:17, 607:25
**one-minute-11-**
**second** [1] - 624:9
**one-minute-15-**
**second** [1] - 598:12
**one-minute-16-**
**second** [2] - 608:11,
615:24
**one-minute-26-**
**second** [1] - 593:11
**one-minute-34-**
**second** [1] - 608:20
**one-minute-45-**
**second** [1] - 594:6
**one-minute-45-**
**second** [1] - 621:2
**one-minute-47-**
**second** [1] - 589:16
**one-minute-48-**
**second** [1] - 593:22
**one-minute-49** [1] -
625:4
**one-minute-49-**
**second** [1] - 594:9
**one-minute-52-**
**second** [1] - 590:1
**one-minute-58-**
**second** [1] - 590:15
**one-minute-four-**
**second** [2] - 588:17,
613:20
**one-minute-seven-**
**second** [2] - 598:2,
631:14
**one-minute-three-**
**second** [1] - 592:2
**one-second** [1] -
613:3
**ones** [2] - 771:19,
775:14
**ongoing** [1] - 722:25
**online** [2] - 710:18,

710:19
**open** [8] - 559:7,
565:16, 639:24,
640:19, 642:8,
655:8, 676:13,
759:12
**OPENED** [1] - 660:1
**opened** [1] - 660:8
**opening** [3] - 551:15,
551:16, 552:1
**operation** [1] - 776:11
**operative** [3] - 738:9,
738:10, 738:21
**opinion** [2] - 622:6,
783:1
**opportunity** [1] -
554:6
**opposed** [1] - 714:23
**opposite** [5] - 615:7,
698:3, 737:5,
765:22, 790:23
**option** [1] - 704:9
**options** [3] - 650:2,
703:15, 704:4
**OR** [1] - 661:23
**or..** [1] - 786:12
**order** [1] - 763:24
**ordered** [1] - 660:2
**oriented** [1] - 752:12
**orients** [1] - 767:20
**originally** [1] - 555:10
**otherwise** [2] - 585:13,
637:11
**OUR** [3] - 663:19,
666:9, 667:6
**ourselves** [3] - 650:3,
650:8, 704:9
**oust** [1] - 659:13
**outer** [1] - 683:12
**outset** [2] - 681:1,
723:6
**outside** [34] - 551:21,
553:2, 554:3, 560:3,
572:23, 604:23,
614:1, 652:17,
652:18, 657:19,
676:1, 682:23,
694:12, 697:6,
707:11, 707:19,
709:20, 709:21,
712:9, 713:12,
713:14, 715:24,
716:24, 721:19,
724:9, 731:22,
731:24, 738:15,
743:12, 762:8,
779:16, 782:6,
782:22, 790:19
**outwards** [1] - 657:5
**overlaps** [1] - 662:5

**overnight** [5] - 709:9,
709:12, 713:13,
790:16, 790:17
**overpower** [1] -
598:25
**overruled** [6] - 686:7,
694:17, 701:22,
738:11, 785:16,
786:10
**overrun** [1] - 653:16
**overwhelmed** [2] -
588:20, 589:4
**own** [11] - 563:10,
651:1, 685:15,
702:9, 705:18,
706:8, 715:14,
722:1, 725:9, 755:5,
759:7

---

**P**

---

**p.m** [17] - 578:2,
588:2, 608:7,
615:22, 631:7,
631:17, 641:2,
654:8, 683:8,
684:24, 709:15,
713:4, 741:19,
765:18, 772:15,
772:18, 794:3
**pace** [2] - 700:22,
786:13
**pack** [2] - 687:16,
689:18
**Page** [17] - 645:19,
651:16, 655:22,
656:13, 656:24,
672:17, 673:2,
673:5, 673:19,
674:2, 760:21,
760:22, 761:10,
761:11, 761:18,
762:2, 762:16
**page** [33] - 550:2,
556:11, 559:15,
559:20, 560:14,
561:12, 562:16,
562:20, 563:1,
564:4, 564:22,
564:24, 648:14,
649:3, 650:11,
650:23, 651:10,
653:5, 653:10,
653:11, 653:20,
655:21, 658:9,
658:19, 663:21,
665:17, 666:4,
666:22, 666:23,
667:23, 668:17,
669:6, 680:2
**paid** [1] - 662:25

816

**pandemic** [1] - 668:5
**panels** [1] - 705:16
**paragraph** [2] - 680:9, 680:13
**pardon** [3] - 609:15, 630:9, 639:15
**park** [1] - 731:8
**parking** [1] - 728:17
**Parler** [1] - 648:8
**parliamentary** [1] - 582:14
**part** [13] - 566:18, 567:9, 571:8, 619:4, 619:13, 624:22, 661:6, 687:10, 699:15, 700:18, 713:16, 715:1, 715:13
**partially** [1] - 704:19
**participant** [1] - 622:17
**participants** [6] - 604:22, 612:22, 622:25, 636:9, 644:7, 651:11
**participate** [1] - 775:10
**participation** [1] - 559:5
**particular** [11] - 558:24, 585:19, 593:6, 602:3, 702:25, 712:22, 713:9, 714:25, 730:2, 759:3, 761:25
**partly** [1] - 571:8
**parts** [1] - 700:23
**party** [1] - 769:3
**pass** [3] - 731:21, 732:2, 732:3
**passed** [5] - 553:12, 553:13, 590:21, 640:8, 640:9
**passes** [1] - 699:7
**passing** [4] - 576:3, 577:6, 635:16, 699:10
**passionate** [1] - 778:5
**passionately** [2] - 778:3, 778:16
**past** [11] - 588:14, 589:2, 622:24, 683:1, 691:7, 691:16, 695:22, 699:7, 701:8, 744:25, 745:6
**patch** [1] - 613:16
**path** [1] - 781:20
**patience** [2] - 792:10, 793:2

**patiently** [1] - 670:16
**patriots** [3] - 658:16, 663:17, 669:23
**Patriots** [1] - 560:3
**PAUL** [2] - 549:17, 549:17
**Pause** [9] - 556:1, 600:5, 646:5, 710:7, 711:18, 717:3, 721:8, 791:18, 791:23
**pause** [12] - 566:4, 573:13, 574:1, 574:15, 574:25, 576:6, 578:11, 579:8, 580:15, 583:5, 583:24, 717:7
**paused** [12] - 566:3, 587:13, 596:18, 597:15, 602:9, 612:16, 612:18, 620:2, 621:6, 637:4, 642:1, 717:8
**pausing** [75] - 577:2, 579:18, 580:2, 581:1, 581:14, 582:6, 582:19, 585:9, 586:4, 586:25, 587:6, 588:6, 588:17, 589:16, 590:1, 590:15, 591:1, 591:18, 592:2, 593:11, 593:22, 594:9, 594:20, 595:3, 595:12, 596:1, 596:24, 598:2, 598:12, 602:11, 602:19, 603:8, 604:20, 605:11, 605:24, 606:25, 607:9, 608:11, 608:20, 613:5, 613:13, 613:20, 615:13, 615:24, 617:22, 618:24, 620:5, 621:18, 622:13, 623:10, 624:9, 625:16, 625:23, 626:8, 627:1, 628:3, 628:16, 629:2, 629:10, 629:19, 631:14, 632:24, 633:19, 634:10, 636:6, 636:13, 636:25, 638:2, 638:13, 639:9, 640:3, 640:15, 641:16, 642:15,

642:23
**paved** [1] - 754:7
**pay** [3] - 601:22, 648:4, 781:21
**paying** [4] - 590:5, 612:5, 627:10, 755:4
**Peace** [4] - 683:2, 752:19, 753:2, 758:8
**peaceful** [1] - 787:5
**peacefully** [1] - 664:24
**peacekeeping** [1] - 776:11
**pedophilia** [1] - 668:4
**peeled** [2] - 620:20, 720:10
**Pelosi** [1] - 668:8
**penalty** [2] - 775:19, 775:22
**Pence** [2] - 564:2, 668:8
**pencils** [1] - 793:25
**pending** [3] - 779:9, 779:23, 780:9
**Pennsylvania** [11] - 549:15, 566:8, 683:1, 684:7, 733:12, 751:22, 752:1, 758:19, 767:11, 767:13, 786:5
**people** [111] - 558:2, 558:5, 560:10, 563:22, 571:23, 575:19, 575:21, 577:5, 577:6, 579:19, 580:7, 580:19, 580:22, 586:10, 601:12, 604:7, 604:11, 614:1, 617:7, 622:21, 626:10, 626:16, 634:15, 642:8, 658:14, 660:2, 666:6, 666:8, 678:9, 690:19, 690:24, 694:12, 695:5, 697:5, 698:19, 702:9, 702:13, 702:16, 702:21, 702:22, 706:9, 706:12, 706:22, 707:8, 708:4, 708:10, 709:18, 709:23, 710:1, 719:4, 719:20, 726:17, 728:16, 729:3, 731:23, 733:19, 733:21, 734:19, 734:23, 735:6,

735:21, 736:6, 736:22, 739:16, 739:19, 742:13, 745:7, 748:5, 748:9, 754:24, 755:1, 755:4, 755:6, 755:16, 755:20, 758:15, 759:8, 769:13, 770:20, 770:23, 770:25, 771:20, 772:21, 772:23, 773:3, 773:4, 773:6, 773:8, 773:11, 773:13, 773:14, 773:15, 773:17, 774:7, 774:8, 777:4, 777:8, 777:19, 778:15, 778:20, 778:21, 778:22, 779:5, 779:6, 784:15, 785:8, 787:4
**PEOPLE** [1] - 661:21
**people's** [1] - 759:10
**PEOPLES** [1] - 666:9
**percent** [2] - 572:2, 584:16
**Perdigao** [1] - 558:4
**perfect** [1] - 766:9
**perfectly** [1] - 780:12
**perimeter** [3] - 676:2, 683:13, 736:5
**period** [2] - 661:24, 713:18
**periodically** [1] - 726:6
**person** [9] - 574:4, 575:3, 575:4, 589:18, 601:13, 625:2, 687:1, 717:9, 726:14
**pertained** [1] - 709:2
**phone** [44] - 566:22, 566:24, 567:2, 567:7, 567:8, 568:4, 568:6, 568:8, 568:12, 569:3, 569:25, 571:4, 571:18, 574:7, 617:25, 643:21, 643:22, 644:3, 644:10, 644:12, 644:16, 645:2, 645:13, 645:23, 646:11, 646:23, 647:16, 648:3, 649:5, 649:14, 651:13, 651:18, 676:18, 676:22, 678:2, 684:11,

684:12, 704:21, 705:1, 706:2, 715:22, 721:17, 760:14
**phones** [6] - 566:18, 677:24, 716:1, 724:7, 738:13, 779:14
**photo** [11] - 562:23, 568:7, 569:18, 570:19, 611:21, 656:25, 667:8, 762:17, 783:19, 783:21, 783:24
**photograph** [32] - 559:18, 559:23, 560:19, 561:14, 562:1, 562:18, 562:21, 563:18, 563:25, 569:2, 570:3, 570:22, 571:3, 571:11, 580:9, 585:20, 586:18, 594:12, 630:15, 646:10, 646:22, 655:23, 656:9, 656:15, 668:13, 684:25, 685:1, 685:25, 760:23, 761:1, 762:21
**photographs** [14] - 559:7, 577:13, 645:14, 645:17, 646:1, 655:17, 666:19, 667:20, 684:10, 684:18, 685:3, 760:5, 761:14, 761:15
**photos** [6] - 567:25, 572:11, 647:13, 682:17, 684:13, 684:15
**phrase** [2] - 561:15, 561:20
**phrased** [1] - 674:5
**physical** [4] - 612:6, 688:18, 688:22, 692:22
**physically** [7] - 692:7, 701:24, 718:5, 718:7, 718:24, 719:17, 771:6
**pick** [6] - 606:9, 617:13, 637:7, 685:6, 748:18
**picked** [6] - 601:23, 748:19, 759:3, 759:5, 762:6
**picketing** [1] - 697:19

**picking** [1] - 642:19
**pics** [1] - 645:5
**picture** [13] - 569:5,
571:9, 572:23,
574:8, 646:11,
668:18, 668:22,
760:10, 761:22,
761:25, 764:15,
783:22, 784:1
**pictured** [1] - 572:12
**pictures** [10] - 570:10,
618:1, 647:11,
647:12, 734:4,
734:7, 737:1, 737:7,
760:15, 762:14
**pillars** [1] - 588:8
**pin** [1] - 601:25
**pissed** [2] - 560:3,
571:24
**pitch** [1] - 583:9
**place** [10] - 675:19,
676:1, 676:4,
676:10, 687:5,
690:16, 728:5,
741:1, 776:12, 783:6
**places** [1] - 759:12
**Plaintiff** [1] - 549:3
**plan** [2] - 667:3,
776:20
**planned** [1] - 705:9
**play** [81] - 565:12,
573:13, 574:1,
574:15, 574:25,
575:8, 576:5,
576:25, 578:10,
578:19, 579:8,
579:16, 580:15,
580:19, 581:12,
582:1, 582:17,
583:5, 583:24,
584:10, 584:18,
586:2, 586:15,
586:21, 587:6,
588:4, 588:15,
588:24, 589:14,
589:24, 590:13,
591:16, 591:23,
593:8, 593:20,
594:5, 594:17,
595:1, 595:10,
596:14, 597:4,
597:10, 597:16,
597:24, 598:7,
598:22, 602:8,
602:17, 603:2,
603:15, 604:2,
605:1, 605:8,
605:22, 606:23,
607:7, 607:15,
608:9, 608:18,

611:12, 612:1,
613:10, 616:21,
617:19, 618:6,
618:22, 621:14,
622:2, 627:12,
628:1, 629:17,
631:9, 631:12,
632:4, 634:8,
636:11, 636:23,
638:10, 652:11,
652:12, 774:15
**played** [2] - 586:20,
652:15
**playing** [162] - 565:14,
566:5, 573:15,
574:3, 574:17,
575:2, 575:10,
576:7, 577:1, 577:8,
577:9, 578:12,
578:20, 579:10,
579:17, 579:22,
579:23, 580:1,
580:17, 580:21,
581:13, 582:2,
582:5, 582:18,
583:7, 584:3, 584:4,
584:11, 584:19,
585:2, 585:8, 586:3,
586:17, 586:22,
586:24, 587:5,
587:19, 587:20,
588:5, 588:9,
588:10, 588:16,
588:25, 589:15,
589:25, 590:14,
590:25, 591:17,
591:24, 592:20,
592:22, 593:9,
593:21, 594:8,
594:18, 595:2,
595:11, 595:24,
596:15, 596:23,
597:6, 597:12,
597:17, 598:1,
598:8, 598:11,
598:23, 600:12,
601:8, 602:10,
602:18, 603:3,
603:6, 603:16,
604:3, 604:19,
605:2, 605:10,
605:23, 606:24,
607:8, 607:17,
608:1, 608:10,
608:19, 609:10,
611:14, 612:2,
612:8, 612:9, 613:3,
613:4, 613:12,
613:19, 614:6,
615:12, 615:20,
615:23, 616:22,

617:4, 617:21,
618:7, 618:23,
619:10, 620:4,
620:17, 621:2,
621:4, 621:15,
621:17, 622:3,
622:12, 623:3,
623:9, 623:23,
624:8, 625:1, 625:6,
625:15, 625:22,
626:7, 626:25,
627:13, 627:15,
627:20, 628:2,
628:15, 628:25,
629:9, 629:18,
631:10, 631:13,
632:5, 632:8,
632:23, 633:16,
633:18, 634:9,
634:23, 634:25,
635:8, 635:9, 636:4,
636:12, 636:24,
637:7, 637:9, 638:1,
638:12, 639:8,
640:2, 640:14,
641:7, 641:12,
641:25, 642:14,
642:22, 652:14,
717:6, 772:8,
774:17, 774:24
**plays** [1] - 624:18
**Plaza** [2] - 729:16,
767:18
**plaza** [4] - 717:13,
717:14, 754:5, 773:1
**pm** [1] - 648:21
**podium** [7] - 565:13,
572:14, 575:8,
609:9, 652:11,
674:20, 701:12
**point** [46] - 575:18,
582:13, 582:15,
582:25, 589:8,
591:9, 593:15,
599:1, 619:20,
620:14, 630:4,
639:24, 643:8,
686:17, 694:21,
695:7, 700:24,
702:20, 719:11,
719:15, 720:8,
722:11, 723:7,
723:23, 726:1,
727:10, 737:10,
737:20, 740:14,
741:17, 751:11,
754:16, 767:16,
776:6, 776:7,
776:25, 777:10,
778:22, 780:23,

781:7, 783:13,
783:19, 784:4,
784:8, 784:24, 790:3
**pointed** [1] - 606:3
**pointing** [10] - 582:20,
584:6, 605:12,
613:6, 613:25,
630:20, 634:14,
638:7, 638:21, 784:2
**points** [7] - 606:9,
606:11, 687:11,
693:20, 702:12,
723:21
**pole** [1] - 574:13
**POLICE** [1] - 660:1
**Police** [3] - 607:19,
688:9, 763:24
**police** [64] - 583:19,
584:7, 586:6, 586:8,
587:25, 588:21,
591:4, 592:19,
593:5, 593:13,
598:10, 599:1,
613:8, 613:14,
613:15, 613:22,
614:2, 614:11,
614:13, 615:6,
616:14, 617:6,
617:7, 617:17,
618:19, 619:2,
619:24, 620:12,
620:19, 623:11,
624:13, 624:15,
624:21, 626:18,
628:6, 628:11,
628:12, 631:20,
633:1, 633:2,
633:22, 653:16,
653:18, 660:8,
678:18, 689:13,
695:10, 718:14,
718:25, 719:9,
719:22, 719:24,
720:1, 720:3, 720:5,
739:17, 739:19,
767:12, 772:22,
772:25, 773:18,
777:14
**police-issued** [1] -
624:13
**politicians** [5] -
561:23, 775:6,
775:13, 777:20,
778:18
**pop** [1] - 655:19
**popcorn...** [1] - 661:18
**Pope** [3] - 668:20,
668:23, 669:3
**portion** [1] - 667:24
**portrait** [4] - 636:15,

636:21, 652:6, 721:6
**position** [2] - 552:2,
686:15
**positioned** [1] -
695:12
**positions** [1] - 773:14
**positive** [2] - 627:17,
755:15
**possibility** [1] - 671:17
**possible** [13] - 553:7,
703:23, 708:18,
715:18, 716:6,
716:13, 716:19,
716:22, 742:17,
749:16, 754:23,
776:14, 776:15
**possibly** [4] - 613:15,
699:14, 699:15,
708:9
**post** [20] - 563:3,
572:22, 648:8,
660:11, 660:12,
661:16, 702:9,
702:12, 702:13,
702:16, 703:14,
703:17, 703:23,
705:17, 706:4,
707:10, 707:14,
708:23, 710:4,
786:14
**posted** [13] - 656:21,
660:17, 660:18,
661:1, 661:11,
661:13, 682:17,
684:11, 707:1,
711:13, 712:25,
713:3, 763:21
**posting** [5] - 661:16,
668:19, 702:14,
714:6, 773:8
**posts** [8] - 637:12,
682:16, 698:22,
702:2, 702:19,
703:1, 703:3, 710:25
**potential** [2] - 553:19,
722:2
**potentially** [2] - 553:2,
775:19
**pour** [1] - 718:10
**power** [1] - 670:3
**powered** [1] - 705:15
**powerful** [1] - 564:15
**practice** [2] - 554:24,
790:24
**premise** [1] - 723:6
**presence** [2] - 554:4,
743:13
**present** [14] - 600:19,
629:24, 678:19,
684:22, 686:12,

686:17, 692:17,
697:13, 701:19,
701:24, 718:5,
718:7, 718:24,
719:17

**presentation** [1] -
792:17

**presented** [3] -
675:15, 685:16,
702:1

**preserve** [1] - 724:10

**president** [2] - 564:2,
786:21

**President** [19] -
650:18, 659:13,
660:2, 667:2, 670:3,
706:13, 733:1,
733:6, 749:8,
767:24, 768:25,
770:4, 776:1, 776:7,
776:12, 777:9,
786:21, 786:25

**presidential** [1] -
768:24

**presidents** [1] -
777:20

**pressure** [4] - 695:8,
695:9, 695:19,
719:20

**pretty** [9] - 713:9,
732:18, 746:2,
746:23, 747:6,
749:14, 749:17,
755:15, 769:17

**prevalent** [1] - 702:19

**prevent** [2] - 735:8,
785:5

**previous** [1] - 602:2

**print** [1] - 563:17

**private** [4] - 563:12,
582:8, 596:2, 609:12

**privately** [1] - 661:1

**proceed** [2] - 555:20,
724:19

**process** [1] - 568:1

**professional** [1] -
610:25

**professor** [1] - 658:25

**profile** [1] - 598:19

**proper** [2] - 647:5,
780:12

**property** [2] - 690:13,
705:12

**propose** [1] - 555:1

**proposed** [3] - 554:14,
554:15, 554:16

**pros** [1] - 789:11

**prosecutor's** [1] -
671:15

**protect** [2] - 589:9,

748:23

**protected** [2] - 706:20,
707:4

**protection** [1] - 573:18

**protective** [1] - 575:17

**protest** [5] - 707:10,
707:11, 707:18,
709:23, 709:24

**protested** [1] - 664:24

**protesters** [6] - 598:5,
625:8, 631:21,
658:23, 709:16,
711:6

**Proud** [1] - 558:6

**proud** [1] - 664:23

**proudly** [1] - 666:6

**proven** [1] - 658:12

**proves** [1] - 783:1

**provide** [1] - 552:15

**provided** [3] - 678:14,
685:9, 722:24

**proximity** [1] - 683:23

**public** [1] - 637:12

**Public** [3] - 553:8,
610:21, 610:22

**public-source** [1] -
637:12

**publicly** [3] - 603:9,
661:1, 661:13

**publish** [5] - 562:6,
562:12, 565:7,
609:2, 609:8

**published** [2] -
703:21, 743:21

**puffed** [1] - 755:10

**pull** [56] - 557:10,
562:5, 562:25,
563:1, 565:6,
566:17, 567:21,
569:22, 570:6,
570:16, 570:25,
571:14, 572:7,
575:5, 576:23,
578:23, 579:24,
582:3, 583:12,
595:22, 599:4,
601:6, 601:25,
603:4, 607:4, 609:7,
612:19, 614:23,
630:6, 630:24,
640:21, 643:13,
643:18, 646:6,
649:9, 649:12,
651:8, 651:15,
651:24, 652:9,
652:22, 654:10,
657:6, 659:5,
659:20, 664:6,
665:8, 669:12,
703:19, 708:16,

712:1, 713:24,
714:13, 716:25,
717:4, 717:21

**pulled** [7] - 604:9,
606:3, 611:23,
616:18, 621:22,
626:14, 728:18

**pulling** [11] - 572:19,
575:7, 586:13,
587:17, 590:23,
607:23, 608:24,
619:8, 622:10,
636:2, 637:6

**pulls** [3] - 618:2,
618:4, 692:19

**purchased** [1] - 705:9

**purge** [1] - 663:19

**purports** [1] - 568:12

**purpose** [2] - 738:7,
769:25

**purposes** [1] - 607:13

**pursuant** [7] - 557:14,
567:2, 569:3, 570:1,
643:23, 646:23,
656:18

**push** [5] - 593:17,
597:19, 695:16,
695:17, 696:16

**pushed** [11] - 620:20,
691:6, 691:20,
691:21, 695:20,
696:7, 720:11,
747:17, 771:6,
791:11

**pushes** [2] - 695:9,
695:22

**pushing** [7] - 586:9,
594:2, 600:16,
635:14, 691:1,
695:6, 719:19

**put** [11] - 551:7, 589:3,
695:8, 707:10,
736:6, 753:15,
757:19, 759:9,
759:10, 759:13,
767:3

**putting** [1] - 756:21

## Q

**QAnon** [2] - 561:15,
707:1

**quarters** [1] - 772:5

**questioned** [2] -
709:2, 743:20

**questioning** [2] -
723:16, 763:13

**questions** [12] - 552:2,
552:13, 572:17,
670:6, 711:19,

714:14, 721:9,
742:15, 763:7,
768:20, 787:20,
788:4

**quickly** [5] - 576:6,
577:3, 667:25,
713:9, 733:25

**quite** [5] - 562:6,
565:7, 661:3, 763:2,
786:17

## R

**raceway** [1] - 725:9

**rack** [2] - 758:7,
758:11

**racks** [7] - 575:22,
576:2, 576:3, 577:7,
683:11, 717:18,
735:18

**radio** [1] - 596:11

**raise** [1] - 724:24

**raising** [1] - 689:14

**rally** [32] - 551:19,
558:22, 559:3,
559:6, 559:8,
565:20, 707:24,
708:2, 708:5,
708:13, 708:24,
709:3, 709:19,
710:1, 712:9,
712:19, 723:20,
730:4, 731:5, 731:6,
732:11, 732:14,
732:16, 732:21,
733:22, 736:22,
767:15, 767:24,
770:19, 782:6,
782:11, 784:20

**rape** [2] - 563:9,
564:17

**rather** [6] - 560:3,
648:16, 664:17,
674:1, 709:3, 742:18

**ratio** [2] - 626:21,
793:19

**Rayburn** [13] - 634:14,
635:5, 635:16,
636:7, 637:16,
637:19, 652:6,
698:5, 698:9,
698:11, 699:1,
699:7, 721:5

**RDR** [1] - 549:23

**reached** [1] - 553:8

**reaches** [1] - 618:2

**react** [1] - 756:25

**reaction** [1] - 757:17

**read** [51] - 556:19,
557:19, 561:3,

561:25, 562:15,
564:3, 564:13,
564:23, 566:14,
567:12, 567:22,
572:8, 577:25,
580:11, 588:1,
608:6, 615:21,
631:5, 641:1,
643:16, 645:3,
648:2, 648:11,
649:17, 649:21,
649:25, 650:5,
650:11, 650:24,
653:11, 657:8,
658:9, 659:15,
661:10, 662:4,
662:18, 664:20,
665:18, 666:3,
666:16, 666:23,
667:25, 669:22,
680:7, 680:8,
680:11, 680:22,
681:9, 713:6,
763:25, 764:1

**reading** [2] - 562:24,
662:14

**reads** [1] - 673:6

**ready** [14] - 555:20,
558:6, 610:17,
659:17, 665:22,
665:23, 665:24,
665:25, 669:23,
670:11, 674:16,
724:18

**real** [1] - 763:9

**reality** [1] - 723:19

**really** [13] - 563:5,
573:17, 582:14,
641:10, 650:3,
650:8, 687:19,
704:10, 706:5,
748:3, 755:4, 759:2,
759:6

**rear** [1] - 591:6

**reason** [4] - 574:24,
699:2, 703:20,
716:10

**reasonable** [2] -
673:21, 674:7

**rebuttal** [4] - 790:1,
790:3, 791:25,
792:15

**receive** [1] - 654:11

**received** [1] - 716:3

**recently** [1] - 603:21

**recess** [1] - 670:19

**Recess** [3] - 611:2,
743:1, 788:22

**recognize** [49] -
565:22, 566:6,

569:5, 570:19, 570:20, 571:7, 571:11, 574:18, 575:3, 576:9, 576:13, 576:17, 576:18, 577:10, 578:13, 580:9, 580:25, 584:12, 584:21, 585:3, 586:18, 587:1, 587:8, 587:11, 588:11, 588:13, 589:18, 590:3, 591:19, 595:5, 598:14, 599:11, 602:12, 605:25, 607:10, 608:13, 611:15, 614:7, 615:14, 616:1, 616:23, 621:5, 633:21, 642:2, 645:13, 647:10, 651:13, 661:5, 717:9

**recollection** [2] - 680:23, 681:10

**reconnected** [1] - 686:18

**reconvene** [3] - 609:23, 670:11

**record** [12] - 551:3, 551:8, 552:24, 554:4, 554:18, 567:23, 610:20, 752:17, 758:17, 767:10, 782:25, 783:4

**recorded** [1] - 575:11

**records** [4] - 561:1, 562:14, 652:25, 656:17

**recovered** [2] - 645:1, 649:13

**recross** [1] - 721:16

**red** [11] - 565:18, 569:12, 570:12, 572:1, 577:13, 615:15, 618:2, 620:10, 632:16, 639:1

**REDIRECT** [2] - 711:22, 781:13

**reference** [7] - 582:13, 582:15, 582:25, 591:9, 597:1, 709:24, 714:3

**referencing** [1] - 596:7

**referred** [2] - 681:3, 726:23

**referring** [12] - 557:5, 559:1, 559:2, 565:2,

648:23, 713:10, 723:22, 727:22, 750:16, 753:7, 773:2, 791:2

**refers** [2] - 680:13, 710:4

**reflect** [3] - 752:17, 758:17, 767:10

**reflection** [1] - 626:4

**refresh** [3] - 679:22, 680:22, 681:10

**refurbish** [1] - 705:9

**regardless** [2] - 601:14, 761:6

**relate** [1] - 668:6

**related** [2] - 682:4, 723:3

**relation** [5] - 572:3, 574:9, 614:19, 628:11, 682:18

**relationship** [5] - 565:24, 566:1, 677:7, 677:8, 725:22

**relatively** [1] - 729:22

**Relentless** [1] - 666:24

**relevance** [10] - 567:5, 583:17, 596:16, 596:22, 596:25, 597:13, 607:1, 629:12, 637:1, 657:1

**relevant** [4] - 575:13, 576:15, 722:7, 722:11

**religious** [1] - 668:21

**remain** [3] - 673:23, 674:4, 724:23

**remarkable** [1] - 757:8

**remember** [11] - 555:21, 642:6, 712:9, 714:15, 752:2, 752:4, 756:16, 761:23, 763:1, 772:19, 773:5

**Renae** [1] - 705:10

**Renae's** [1] - 705:11

**rendered** [1] - 724:14

**renumber** [2] - 555:1, 555:12

**repeat** [2] - 716:18, 777:17

**rephrase** [3] - 686:8, 686:9, 782:20

**replace** [1] - 672:19

**replacement** [1] - 734:13

**report** [4] - 643:21, 643:25, 681:9, 716:4

**Reporter** [2] - 549:23, 549:23

**reporters** [1] - 601:12

**reporting** [1] - 712:16

**reports** [4] - 679:15, 681:21, 713:23, 716:3

**reposting** [1] - 702:5

**representation** [1] - 671:19

**Representatives** [10] - 612:25, 614:16, 615:6, 619:13, 619:20, 620:22, 620:23, 627:6, 629:15, 639:4

**representing** [3] - 568:4, 664:24, 723:5

**Republican** [1] - 664:4

**republicans** [1] - 663:2

**request** [1] - 645:14

**requested** [1] - 611:5

**requesting** [1] - 552:19

**research** [2] - 670:13, 742:22

**reserve** [1] - 724:13

**residence** [1] - 568:6

**resident** [1] - 715:4

**residents** [1] - 714:18

**residue** [1] - 634:5

**resolve** [1] - 788:15

**resources** [1] - 607:19

**respect** [16] - 553:18, 675:20, 681:14, 682:16, 682:21, 714:17, 722:20, 723:15, 739:3, 747:13, 747:15, 748:4, 780:2, 780:3, 783:21, 784:19

**respectful** [2] - 552:22, 748:10

**respond** [4] - 645:12, 713:9, 722:18, 756:10

**responded** [4] - 558:13, 558:15, 628:20, 763:3

**responding** [1] - 558:9

**responds** [11] - 557:25, 558:1, 558:4, 558:7, 558:16, 558:17, 558:20, 645:9, 645:14, 659:16, 665:3

**response** [9] - 553:5, 558:11, 627:9, 627:16, 627:17, 630:17, 645:11,

665:2, 738:16

**responses** [1] - 662:18

**responsibility** [2] - 682:10, 715:15

**rest** [8] - 574:9, 663:21, 719:7, 771:3, 789:25, 792:2, 792:15

**rested** [3] - 724:5, 792:13, 792:16

**restricted** [7] - 552:3, 552:5, 553:3, 656:6, 656:7, 656:9, 656:19

**rests** [2] - 724:4, 792:12

**result** [1] - 780:14

**results** [2] - 657:11, 657:13

**Resumed** [1] - 556:2

**retreat** [2] - 602:4, 781:10

**retreated** [1] - 757:14

**retreating** [2] - 719:4, 719:6

**return** [1] - 557:14

**returned** [1] - 654:12

**returns** [1] - 661:2

**reunited** [1] - 765:15

**reveal** [1] - 776:2

**revealed** [1] - 634:4

**revelations** [1] - 668:6

**review** [10] - 562:22, 585:11, 600:17, 600:25, 614:17, 628:9, 629:23, 630:3, 639:23, 641:9

**reviewed** [1] - 600:22

**reviewing** [1] - 588:14

**reviews** [1] - 680:10

**Rhode** [1] - 715:2

**RICHARD** [2] - 549:20, 549:20

**right-hand** [6] - 574:18, 575:18, 576:11, 580:5, 700:11, 717:17

**rightly** [1] - 706:10

**rights** [1] - 552:23

**rings** [1] - 569:14

**riot** [1] - 660:4

**rioters** [1] - 591:14

**ripping** [1] - 573:19

**road** [7] - 733:11, 734:2, 752:2, 752:24, 758:9, 758:19, 785:10

**Road** [2] - 549:18, 549:21

**robbed** [1] - 661:22

**Roberts** [3] - 564:15, 564:18, 668:7

**role** [1] - 748:22

**roll** [2] - 596:19, 601:24

**rolling** [1] - 590:5

**rolls** [1] - 585:25

**Room** [14] - 549:24, 634:14, 635:5, 635:17, 636:7, 637:16, 637:19, 652:6, 698:5, 698:9, 698:12, 699:1, 699:8, 721:5

**room** [13] - 594:23, 604:10, 604:23, 634:13, 635:18, 670:16, 699:9, 719:20, 726:10, 741:1, 757:23, 763:8, 788:13

**rooms** [1] - 632:3

**ropes** [2] - 689:8, 689:24

**rough** [1] - 579:19

**roughly** [4] - 655:13, 736:19, 751:12, 752:21

**round** [1] - 776:13

**rounded** [2] - 777:4, 777:22

**rounding** [1] - 777:19

**route** [1] - 733:9

**row** [4] - 614:14, 617:7, 719:22

**rows** [7] - 593:5, 617:8, 619:5, 620:14, 628:12, 720:1, 720:3

**ruckus** [1] - 741:1

**ruined** [1] - 658:15

**rule** [3] - 779:21, 780:1, 780:4

**Rule** [1] - 724:14

**ruled** [2] - 715:19, 716:21

**rules** [1] - 780:2

**running** [2] - 561:23, 700:14

**runs** [3] - 619:12, 619:15, 696:3

**rush** [1] - 699:4

**rushes** [1] - 699:7

**rushing** [1] - 635:18, 786:6, 786:12

**Ryan** [2] - 653:2, 659:10

# S

**safe** [1] - 631:16
**safely** [1] - 560:4
**safety** [1] - 755:5
**Sam** [2] - 698:9, 699:1
**sat** [2] - 734:5, 734:11
**satellite** [1] - 715:8
**save** [1] - 584:2
**savings** [1] - 713:1
**saw** [35] - 552:13, 578:14, 579:5, 582:22, 590:17, 592:24, 593:13, 595:15, 602:2, 630:16, 633:11, 635:4, 647:10, 652:19, 685:25, 707:14, 722:8, 740:12, 740:14, 742:12, 748:22, 751:9, 760:15, 764:10, 765:24, 766:23, 768:6, 770:22, 772:23, 773:8, 773:15, 778:20, 779:7
**scaffolding** [24] - 573:6, 573:18, 573:24, 575:20, 577:5, 577:22, 578:7, 646:14, 676:10, 678:6, 686:23, 717:16, 717:17, 739:23, 739:25, 765:4, 766:18, 768:4, 768:6, 779:1, 784:5, 784:7, 784:9, 784:10
**scared** [1] - 791:12
**scary** [1] - 667:4
**scattered** [1] - 715:8
**scene** [5] - 574:10, 585:19, 600:18, 600:19, 601:2, 601:3, 613:14, 618:8, 631:23, 632:10, 633:1, 717:12, 719:15, 773:22, 774:5
**scenes** [1] - 561:24
**Schaffer** [1] - 653:12
**schedule** [2] - 788:14, 788:16
**scheme** [4] - 563:9, 564:16, 715:16, 776:4
**scope** [1] - 721:21
**screaming** [2] - 640:19, 719:19

**screen** [31] - 574:19, 575:18, 576:11, 580:3, 583:18, 584:5, 584:13, 595:18, 598:14, 602:12, 602:20, 605:3, 605:13, 606:15, 608:13, 611:15, 614:7, 621:10, 622:19, 633:21, 644:9, 651:21, 712:3, 713:25, 717:9, 751:3, 751:6, 766:11, 768:2
**scroll** [17] - 561:11, 562:20, 567:22, 645:15, 645:19, 648:13, 649:2, 650:11, 650:22, 653:9, 653:19, 655:20, 656:13, 656:24, 666:21, 668:16, 669:6
**scrum** [1] - 780:22
**search** [20] - 556:14, 557:15, 561:1, 562:14, 566:22, 567:2, 569:3, 570:1, 643:23, 644:1, 646:10, 646:23, 653:6, 654:12, 656:18, 657:10, 657:14, 661:2, 677:24, 678:2
**searched** [2] - 567:2, 676:21
**searching** [1] - 720:25
**seated** [2] - 744:5, 792:10
**second** [77] - 556:19, 561:3, 561:11, 564:4, 564:21, 566:3, 566:4, 570:8, 573:14, 574:2, 574:16, 575:6, 577:11, 579:9, 580:2, 580:15, 583:6, 586:5, 586:23, 588:17, 591:1, 592:2, 594:20, 596:1, 596:19, 598:2, 602:9, 602:11, 602:19, 603:8, 604:11, 604:20, 611:13, 613:3, 613:5, 613:10, 613:20, 618:24, 621:18, 622:13,

623:8, 625:5, 625:12, 626:8, 631:14, 633:16, 633:20, 636:6, 638:20, 641:7, 641:15, 645:10, 645:11, 645:20, 646:3, 647:9, 648:5, 648:14, 649:21, 650:5, 653:9, 655:21, 665:16, 679:19, 692:14, 693:9, 703:23, 704:9, 710:6, 711:16, 713:7, 713:11, 721:7, 751:20, 766:18, 767:9, 787:19
**seconds** [7] - 580:23, 589:2, 594:13, 604:8, 755:6, 764:23
**secret** [4] - 561:22, 561:23, 563:22
**security** [10] - 607:13, 653:14, 657:21, 658:2, 708:13, 723:20, 723:21, 731:20, 732:4, 732:7
**see** [157] - 554:5, 554:7, 554:12, 557:23, 558:5, 559:20, 561:12, 561:14, 563:6, 565:16, 570:10, 571:11, 571:16, 573:4, 573:7, 573:16, 573:17, 575:17, 575:21, 576:2, 576:8, 576:10, 577:21, 580:3, 581:2, 582:14, 583:1, 583:17, 585:21, 586:8, 586:20, 589:1, 589:6, 591:12, 591:13, 591:19, 591:25, 594:1, 594:12, 594:23, 597:5, 598:18, 599:18, 600:14, 601:25, 602:12, 602:20, 602:21, 603:19, 604:25, 605:13, 606:12, 607:3, 607:20, 610:5, 610:10, 610:23, 613:14, 613:22, 617:11, 618:8, 621:9, 621:20, 622:4, 624:18,

633:1, 633:8, 634:13, 635:17, 637:15, 638:21, 646:25, 647:3, 651:20, 653:11, 656:3, 656:10, 657:1, 670:15, 670:18, 671:2, 684:7, 685:4, 685:11, 686:21, 687:21, 688:17, 689:1, 690:14, 692:4, 692:25, 693:25, 694:1, 694:7, 695:5, 696:7, 696:8, 697:25, 698:1, 698:2, 699:19, 701:23, 702:21, 708:20, 717:18, 717:22, 718:10, 718:11, 719:14, 720:22, 729:3, 731:11, 731:13, 731:14, 735:9, 735:11, 739:14, 739:17, 740:1, 742:21, 751:3, 751:21, 758:14, 759:2, 759:16, 759:19, 760:23, 763:17, 763:21, 766:10, 767:17, 772:20, 772:22, 773:3, 773:10, 773:11, 773:17, 773:21, 774:6, 774:18, 777:12, 778:21, 778:22, 779:2, 779:6, 779:8, 784:4, 784:7, 784:9, 784:12, 784:24, 785:2, 785:3, 785:7, 793:3, 793:6
**seeing** [11] - 582:7, 601:14, 603:21, 622:24, 628:10, 729:4, 739:11, 761:17, 761:23, 773:5, 784:15
**seized** [5] - 566:18, 566:25, 568:6, 706:2, 711:5
**self** [1] - 787:16
**self-serving** [1] - 787:16
**selfie** [7] - 569:2, 570:1, 571:5, 636:20, 652:3, 656:19, 721:6

**selfies** [1] - 649:16
**Senate** [16] - 573:3, 573:11, 577:22, 579:4, 580:10, 581:18, 581:21, 582:9, 582:10, 582:14, 582:21, 646:12, 646:13, 652:17, 687:18, 717:14
**senators** [2] - 769:24, 770:7
**send** [3] - 554:24, 645:6, 770:12
**sending** [12] - 560:20, 645:16, 645:22, 645:24, 645:25, 647:15, 647:17, 648:6, 648:7, 651:17, 666:19, 777:19
**sense** [3] - 571:25, 750:21, 788:16
**sent** [25] - 551:11, 559:18, 560:19, 562:19, 649:15, 653:23, 653:25, 655:17, 659:24, 661:1, 663:12, 667:8, 667:20, 668:12, 668:14, 669:1, 670:1, 670:2, 679:10, 685:2, 760:9, 760:12, 770:7, 775:5, 777:22
**Sent** [1] - 564:7
**sentence** [3] - 673:5, 674:2, 674:9
**sentences** [1] - 645:3
**separate** [2] - 715:11, 730:13
**separated** [7] - 585:14, 739:21, 739:22, 739:25, 765:7, 768:13, 768:14
**September** [1] - 568:7
**sequential** [1] - 554:20
**serial** [1] - 568:3
**series** [1] - 567:24
**service** [1] - 725:10
**serving** [1] - 787:16
**set** [8] - 555:23, 602:1, 650:16, 660:3, 718:14, 734:4, 751:9, 765:5
**setting** [1] - 573:8
**seven** [8] - 598:2, 602:11, 622:13, 622:21, 626:20,

821

631:14, 737:9, 765:2
**seven-minute-40-**
**second** [1] - 629:7
**seven-minute-49-**
**second** [1] - 629:10
**seven-second** [2] -
602:11, 622:13
**several** [6] - 554:23,
572:16, 575:21,
689:11, 716:24,
760:18
**Sevigny's** [1] - 705:11
**sex** [1] - 668:4
**shaking** [1] - 578:15
**shall** [1] - 651:1
**shame** [1] - 667:4
**shared** [3] - 669:1,
761:16, 761:23
**sharing** [2] - 663:13,
663:16
**sharpen** [1] - 793:25
**sheer** [3] - 588:20,
619:2, 620:19
**shirt** [2] - 565:19,
620:10
**shit** [5] - 564:25,
651:7, 655:4,
658:15, 662:24
**shit..** [1] - 666:7
**shocking** [1] - 668:1
**shoe** [1] - 740:4
**shoot** [1] - 672:16
**shooting** [1] - 695:24
**shorter** [2] - 642:4,
785:18
**shortly** [2] - 557:8,
662:8
**shot** [9] - 565:22,
573:16, 577:10,
578:13, 587:12,
589:2, 591:12,
607:10, 658:14
**shoulder** [6] - 598:17,
599:25, 600:1,
600:2, 693:20
**shout** [1] - 623:4
**shouting** [1] - 612:3
**shoved** [1] - 695:2
**show** [9] - 572:14,
572:16, 599:17,
679:22, 680:2,
682:23, 684:22,
686:18, 688:24
**showed** [7] - 676:4,
680:24, 683:4,
683:7, 705:8,
743:20, 762:23
**showing** [1] - 683:10
**shown** [10] - 675:13,
683:4, 685:12,

686:22, 687:4,
703:17, 716:23,
782:15, 784:16,
788:1
**shows** [3] - 647:4,
696:15
**shut** [4] - 654:16,
654:19, 654:21,
654:23
**sic** [2] - 558:11,
565:20
**side** [64] - 571:8,
572:25, 573:3,
573:5, 573:11,
574:19, 575:18,
576:11, 579:4,
580:3, 580:5, 582:9,
582:21, 584:13,
586:19, 598:19,
612:24, 615:16,
617:15, 622:7,
623:15, 623:16,
624:19, 630:17,
631:4, 631:25,
635:25, 638:16,
639:3, 639:5,
640:10, 640:25,
646:12, 647:5,
647:6, 652:17,
656:10, 676:6,
676:8, 696:15,
696:24, 700:14,
700:17, 700:21,
717:15, 717:17,
717:19, 734:21,
734:25, 735:4,
737:5, 758:14,
758:15, 765:22,
766:17, 766:25,
767:1, 767:13,
767:14, 767:23,
768:19, 774:6, 791:7
**side-view** [1] - 617:15
**sides** [4] - 620:21,
739:24, 768:4,
792:16
**sidewalk** [3] - 735:8,
735:15, 735:17
**sight** [3] - 740:2,
765:1, 774:25
**sign** [7] - 566:14,
638:7, 638:21,
639:18, 644:2,
698:17, 764:10
**significance** [4] -
558:24, 560:6,
561:20, 657:24
**significant** [1] - 604:4
**signs** [21] - 647:3,
656:5, 656:11,

656:21, 657:4,
698:20, 720:20,
735:11, 735:12,
742:12, 742:13,
758:24, 759:19,
763:21, 763:23,
764:3, 764:8,
784:24, 784:25,
785:7
**similar** [3] - 761:2,
770:20, 773:14
**similarly** [2] - 763:13,
770:23
**simultaneously** [1] -
745:4
**singing** [1] - 787:4
**single** [1] - 781:22
**sit** [7] - 627:5, 627:8,
734:13, 734:14,
755:19, 788:17,
790:20
**site** [1] - 732:16
**sites** [1] - 748:4
**sitting** [1] - 704:13
**situation** [2] - 560:5,
673:23
**six** [10] - 618:24,
621:18, 622:21,
626:8, 713:1,
725:16, 725:19,
747:24, 785:18,
791:11
**six-minute-11-**
**second** [1] - 629:2
**six-minute-25-**
**second** [1] - 635:7
**six-minute-45-**
**second** [1] - 635:10
**six-minute-eight-**
**second** [1] - 618:24
**skip** [4] - 584:1,
627:19, 631:11,
632:6
**skipping** [9] - 615:11,
617:10, 618:17,
629:7, 633:6,
633:15, 634:7,
635:7, 642:20
**sleep** [3] - 558:19,
558:20
**sleeping** [2] - 657:23,
661:19
**slept** [1] - 558:22
**slide** [1] - 599:17
**Slide** [2] - 600:6, 600:9
**slides** [2] - 600:4,
600:12
**slow** [2] - 568:17,
734:18
**slowly** [1] - 645:15

**small** [6] - 557:19,
557:22, 729:21,
729:22, 732:9,
781:18
**smaller** [5] - 600:24,
691:24, 692:2,
748:5, 785:13
**smash** [1] - 629:14
**smelled** [2] - 774:11,
774:12
**smoke** [12] - 594:15,
594:22, 594:23,
602:3, 602:4,
603:23, 605:18,
606:5, 719:2, 740:3,
755:10, 774:18
**smoky** [1] - 774:13
**snacks** [1] - 732:22
**sneak** [1] - 718:12
**snow** [8] - 647:1,
647:2, 656:3,
656:11, 656:20,
656:21, 657:3,
758:21
**so..** [3] - 737:3, 748:3,
750:6
**social** [3] - 682:16,
702:2, 712:15
**society** [1] - 561:22
**solar** [1] - 705:16
**solid** [1] - 749:17
**someone** [13] - 558:4,
565:23, 576:16,
643:6, 644:1,
660:12, 660:15,
681:18, 684:22,
685:13, 695:3,
706:5, 717:22
**something's** [1] -
699:19
**sometime** [1] - 553:25
**sometimes** [4] -
699:18, 699:19,
702:24
**Somewhere** [2] -
752:15, 754:2
**somewhere** [19] -
572:6, 587:13,
600:20, 600:23,
621:12, 656:1,
701:17, 708:12,
729:13, 733:4,
741:16, 751:17,
753:17, 764:6,
766:15, 768:4,
768:13, 773:12,
783:23
**somewheres** [1] -
730:13
**soon** [1] - 776:7

**sorry** [28] - 557:1,
559:15, 559:24,
564:6, 566:3, 570:9,
590:20, 592:12,
609:1, 626:15,
641:4, 650:5,
657:12, 671:25,
672:21, 673:16,
674:2, 674:8,
694:17, 717:2,
746:11, 766:7,
766:12, 768:20,
768:22, 772:3,
772:12, 790:22
**sort** [27] - 551:22,
559:18, 569:2,
570:13, 570:14,
574:12, 596:11,
596:12, 599:7,
606:21, 614:15,
616:17, 624:12,
634:3, 636:19,
653:1, 659:9,
663:14, 674:9,
684:17, 697:9,
752:2, 753:18,
753:19, 759:6, 769:8
**sound** [2] - 558:18,
699:17
**sounds** [2] - 765:10,
792:7
**source** [4] - 559:7,
565:16, 637:12,
676:13
**south** [9] - 637:22,
640:10, 642:7,
642:17, 676:8,
700:15, 753:2,
758:10, 767:1
**Southeast** [1] - 767:21
**space** [4] - 603:20,
626:10, 641:17,
759:7
**speakers** [2] - 729:7,
729:19
**speaking** [9] - 576:21,
678:9, 688:24,
689:5, 689:9,
689:15, 697:12,
733:1, 733:3
**speaks** [1] - 747:19
**Special** [7] - 556:5,
565:15, 601:9,
675:5, 685:10,
743:20, 790:6
**special** [22] - 560:6,
566:18, 572:16,
580:18, 585:11,
587:21, 588:7,
592:21, 595:25,

608:2, 609:11, 611:10, 630:14, 643:20, 654:11, 660:24, 666:23, 668:12, 711:8, 711:24, 712:5, 716:18

**SPECIAL** [2] - 550:3, 556:2

**specialized** [1] - 685:3

**specific** [3] - 552:18, 552:20, 566:6

**specifically** [4] - 757:7, 769:3, 773:4, 783:14

**speculating** [2] - 555:3, 712:17

**speculation** [3] - 686:6, 699:14, 715:21

**speech** [5] - 713:14, 749:6, 749:8, 770:25, 786:21

**spelled** [1] - 665:4

**spent** [1] - 766:19

**split** [1] - 551:23

**spoken** [5] - 553:17, 671:20, 672:4, 755:22, 789:8

**spot** [5] - 641:21, 720:12, 732:18, 732:19, 761:7

**spouting** [1] - 706:5

**sprayed** [1] - 634:6

**sprays** [1] - 774:22

**spread** [1] - 658:12

**squeeze** [1] - 790:10

**stacked** [1] - 700:23

**Stacy** [2] - 653:1, 659:9

**stage** [6] - 707:18, 731:11, 731:12, 731:14, 731:16, 731:25

**staging** [1] - 707:11

**staircase** [2] - 578:7, 594:2

**stairs** [37] - 573:2, 573:10, 577:22, 579:4, 579:5, 579:20, 591:10, 595:16, 595:18, 595:20, 596:7, 599:20, 601:20, 602:22, 602:23, 603:23, 604:7, 604:14, 604:24, 604:25, 605:4, 607:4, 607:6, 607:12, 607:13,

607:20, 607:21, 646:13, 676:11, 692:12, 693:8, 717:15, 717:19, 719:5, 719:6, 739:24, 766:17

**stairway** [1] - 606:17

**stakes** [1] - 769:17

**stamp** [4] - 577:25, 578:2, 580:11, 588:1, 588:2, 608:6, 615:21, 631:5, 634:20, 641:1, 643:10, 684:17, 772:3, 772:4, 782:14, 782:25, 783:5, 783:20

**stamps** [1] - 662:9

**stand** [4] - 623:20, 659:3, 666:8, 669:23

**STAND** [2] - 661:23

**standing** [5] - 632:20, 665:22, 697:8, 720:2, 724:23

**stands** [1] - 696:25

**start** [5] - 594:1, 628:21, 629:13, 742:18, 759:24

**started** [10] - 616:7, 635:14, 662:7, 683:7, 763:7, 765:3, 771:1, 787:7, 792:5, 792:22

**starting** [12] - 557:19, 573:18, 594:14, 604:11, 610:13, 628:7, 665:17, 705:18, 718:10, 732:15, 767:8

**starts** [2] - 563:8, 699:9

**state** [3] - 561:19, 561:21, 674:13

**statement** [3] - 673:20, 790:7, 791:1

**states** [1] - 770:8

**STATES** [3] - 549:1, 549:2, 549:9

**States** [8] - 549:11, 551:3, 603:12, 722:23, 724:4, 743:25, 775:7, 792:14

**Statuary** [13] - 602:25, 603:22, 608:5, 609:13, 612:23, 615:3, 619:16, 689:7, 689:24, 693:8, 693:11, 695:5, 696:1

**statue** [1] - 584:13

**status** [1] - 661:18

**stay** [7] - 607:5, 720:12, 732:16, 732:23, 732:25, 733:17, 739:20

**stayed** [7] - 566:11, 585:16, 719:5, 732:18, 732:19, 733:1, 733:21

**stays** [1] - 697:6

**Steal** [5] - 559:3, 559:5, 565:19, 566:15, 628:22

**steal** [4] - 769:9, 769:21, 769:25, 770:13

**stealing** [2] - 769:13, 777:9

**steer** [1] - 780:16

**Stefanie** [35] - 565:23, 568:19, 576:18, 678:12, 679:1, 679:2, 687:19, 689:20, 698:8, 727:21, 727:22, 730:12, 733:20, 734:8, 736:21, 736:23, 737:14, 737:15, 737:17, 737:23, 738:18, 739:3, 739:4, 739:8, 740:10, 740:21, 754:16, 781:6, 781:16, 781:17, 781:22, 781:25, 785:21, 786:3

**Stefanie's** [2] - 727:24, 728:8

**step** [7] - 610:2, 694:1, 721:10, 724:6, 724:22, 742:24, 790:19

**stepping** [2] - 753:8, 753:9

**steps** [13] - 660:3, 682:8, 682:13, 682:15, 686:20, 686:21, 721:25, 722:2, 734:5, 734:11, 734:14, 752:6, 768:5

**stick** [2] - 746:5, 748:2

**still** [37] - 565:22, 577:6, 577:10, 578:13, 581:18, 584:7, 584:16, 585:20, 586:6, 586:18, 587:12, 589:1, 594:12,

607:10, 611:22, 616:14, 617:11, 618:14, 618:19, 621:23, 648:22, 656:11, 657:3, 657:4, 657:20, 658:1, 712:2, 713:16, 713:19, 725:22, 725:23, 732:14, 740:1, 749:23, 754:3, 775:5, 776:5

**stipulation** [5] - 572:10, 644:6, 783:10, 783:13, 783:16

**Stipulation** [4] - 567:12, 567:22, 572:8, 643:14

**stolen** [9] - 706:10, 707:19, 768:25, 769:18, 770:5, 770:10, 778:1, 778:6, 786:23

**stood** [8] - 657:19, 657:20, 709:9, 713:12, 713:14, 720:10, 759:16

**stop** [11] - 570:8, 585:24, 591:5, 602:21, 623:6, 653:18, 658:11, 769:21, 770:4, 770:13, 774:16

**Stop** [6] - 559:3, 559:5, 565:19, 566:15, 623:5, 628:21

**stopped** [7] - 607:3, 632:11, 658:13, 730:16, 734:4, 734:12, 750:10

**stopping** [8] - 578:14, 578:21, 590:7, 600:6, 623:6, 635:1, 635:10, 769:25

**stormed** [5] - 657:21, 660:1, 712:11, 712:17, 712:19

**storming** [2] - 723:18, 723:19

**straight** [4] - 558:21, 640:9, 696:2, 733:12

**streamline** [1] - 610:6

**Street** [1] - 549:12

**street** [3] - 727:2, 731:9, 733:19

**strike** [1] - 688:16

**strong** [2] - 706:12, 778:5

**strongly** [3] - 778:3, 778:11, 778:16

**structure** [3] - 573:4, 573:6, 574:22

**stuck** [1] - 783:16

**stuff** [7] - 702:10, 702:17, 702:22, 706:5, 706:15, 751:10, 779:11

**subject** [5] - 565:21, 681:14, 682:4, 715:20, 783:15

**submit** [2] - 722:6, 738:20

**submitted** [1] - 769:7

**subsequent** [2] - 681:18, 703:3

**subtract** [4] - 654:3, 654:6, 655:14, 713:1

**successfully** [1] - 769:18

**suddenly** [1] - 763:2

**suggested** [2] - 551:16, 552:1

**Suite** [1] - 549:12

**Sullivan** [2] - 622:15, 637:11

**summarize** [4] - 562:23, 659:8, 662:13, 757:20

**summary** [3] - 659:25, 663:15, 752:20

**Summers** [1] - 783:5

**Summers's** [1] - 783:15

**sunglasses** [13] - 569:9, 569:15, 581:10, 606:18, 616:17, 618:13, 618:15, 620:8, 620:10, 621:22, 626:1, 626:3, 636:16

**supplies** [1] - 558:12

**support** [6] - 622:21, 701:3, 702:13, 769:23, 770:6, 770:12

**supported** [1] - 768:16

**supporter** [3] - 650:2, 650:7, 704:4

**supporters** [5] - 653:13, 657:18, 662:23, 706:12

**supporting** [2] - 770:23, 775:7

**supposed** [1] - 661:6

**Supreme** [1] - 564:19

**surge** [3] - 633:11, 696:8, 700:18

**surged** [4] - 599:2,

631:21, 719:12,
719:13
**surges** [3] - 691:7,
691:16, 696:18
**surging** [2] - 695:13,
696:21
**surprise** [15] - 763:23,
764:2, 764:4, 764:7,
765:8, 765:17,
765:19, 765:21,
765:24, 766:1,
766:16, 766:21,
767:2, 774:21,
774:23
**surprised** [3] - 756:19,
757:2, 757:11
**surprising** [1] - 757:9
**surrounded** [1] -
758:15
**surveillance** [20] -
577:19, 579:6,
580:9, 583:15,
585:12, 587:22,
587:23, 591:3,
600:18, 608:4,
614:18, 615:1,
619:18, 628:10,
629:23, 630:3,
631:3, 639:23,
640:24, 675:23
**survive** [1] - 588:22
**sustain** [3] - 726:18,
738:12, 780:17
**sustained** [6] - 654:24,
688:14, 697:23,
726:13, 738:2,
787:18
**SUV** [2] - 728:8,
741:24
**swap** [1] - 672:24
**swarm** [1] - 588:22
**swarmed** [1] - 778:20
**swear** [1] - 724:24
**sweater** [1] - 565:18
**sweatshirt** [1] - 571:22
**switch** [1] - 716:1
**sworn** [1] - 769:6
**Sworn** [1] - 725:1
**system** [1] - 776:8

**T**

**table** [4] - 568:25,
609:2, 703:22,
704:13
**tactical** [12] - 570:14,
571:8, 574:21,
576:13, 577:14,
584:22, 592:10,
592:13, 592:14,

606:6, 620:8, 644:18
**TAKE** [1] - 661:21
**takeover** [1] - 776:11
**talks** [1] - 704:3
**taller** [1] - 694:4
**Tampa** [2] - 549:12,
549:12
**tan** [1] - 583:2
**tape** [1] - 608:4
**tapes** [1] - 615:1
**target** [2] - 716:21,
722:2
**task** [1] - 680:6
**taxi** [3] - 730:12,
730:13, 730:18
**team** [1] - 685:3
**tear** [14] - 740:3,
754:20, 755:23,
755:25, 756:4,
756:6, 756:10,
756:11, 756:20,
757:6, 757:10,
757:11, 757:17,
757:21
**tearing** [2] - 577:5,
653:14
**technical** [1] - 746:8
**temperature** [1] -
730:22
**temporary** [1] - 776:10
**ten** [17] - 580:23,
602:19, 613:5,
613:10, 734:5,
734:15, 737:9,
739:25, 740:2,
754:15, 754:20,
757:25, 765:2,
789:14, 793:14,
793:16, 793:17
**ten-second** [3] -
602:19, 613:5,
613:10
**tend** [1] - 702:13
**term** [4] - 557:3,
563:20, 712:11,
727:11
**terms** [7] - 687:4,
690:16, 695:16,
721:22, 723:16,
743:10, 783:6
**Terrace** [3] - 577:20,
676:4, 767:17
**terrible** [1] - 756:5
**terribly** [1] - 723:9
**testified** [7] - 763:12,
764:5, 783:5, 790:8,
791:3, 791:5
**testifies** [2] - 552:1,
552:9
**testify** [13] - 552:12,

552:16, 555:8,
672:6, 672:19,
672:22, 672:24,
743:8, 764:14,
789:5, 789:6, 789:9,
789:18
**testifying** [6] - 554:5,
555:5, 555:7, 672:5,
758:13, 762:14
**testimony** [18] - 552:7,
721:14, 742:25,
752:22, 758:6,
758:11, 758:20,
758:23, 759:1,
759:15, 759:22,
760:1, 763:12,
769:6, 778:7,
783:15, 788:6, 788:9
**text** [13] - 559:21,
559:22, 559:25,
561:14, 567:25,
571:21, 666:23,
667:24, 723:22,
760:9, 775:10,
775:24, 776:18
**texted** [1] - 553:16
**THE** [190] - 549:1,
549:1, 549:9, 551:2,
551:5, 552:24,
553:5, 553:24,
554:2, 554:10,
555:8, 555:16,
555:18, 555:25,
561:13, 562:10,
565:11, 567:16,
567:19, 568:17,
575:23, 609:14,
609:16, 609:19,
609:22, 610:2,
610:5, 610:8,
610:11, 610:19,
610:25, 611:3,
630:13, 641:13,
647:21, 649:20,
651:12, 654:24,
655:2, 658:6,
659:23, 660:1,
660:10, 660:13,
660:15, 660:16,
660:17, 660:18,
660:20, 661:21,
663:7, 663:10,
663:23, 663:25,
664:2, 664:10,
664:11, 664:15,
665:11, 665:15,
666:15, 667:14,
668:19, 669:14,
669:17, 670:8,
670:15, 671:2,

671:6, 671:9,
671:11, 671:15,
671:23, 672:1,
672:4, 672:7,
672:10, 672:16,
672:21, 673:1,
673:4, 673:8,
673:10, 673:13,
673:18, 674:2,
674:9, 674:15,
674:18, 674:19,
674:22, 674:24,
680:1, 680:7,
680:21, 680:25,
681:2, 681:7, 686:7,
686:9, 688:14,
688:16, 694:16,
697:23, 701:22,
711:17, 711:20,
715:22, 715:25,
716:13, 721:10,
721:12, 721:13,
721:17, 721:20,
722:4, 722:11,
722:19, 723:7,
723:14, 723:23,
724:2, 724:5,
724:10, 724:13,
724:18, 724:22,
726:13, 726:14,
726:16, 726:17,
726:18, 729:16,
729:17, 729:18,
738:2, 738:9,
738:11, 738:16,
738:19, 738:24,
742:20, 743:2,
743:7, 743:11,
743:17, 744:2,
744:5, 766:12,
777:15, 779:14,
780:16, 781:12,
782:19, 782:23,
783:14, 785:16,
786:10, 787:18,
788:5, 788:8, 788:9,
788:19, 788:23,
789:2, 789:10,
789:11, 789:13,
789:14, 789:16,
789:17, 789:19,
789:20, 789:21,
789:22, 789:24,
790:15, 790:19,
791:22, 792:1,
792:9, 792:13,
792:16, 793:6,
793:11, 793:15,
793:17, 793:21,
793:25
**the..** [2] - 627:12,

655:10
**theirs** [1] - 727:23
**themselves** [4] -
583:16, 589:10,
601:11, 601:12
**they've** [1] - 619:3
**thinks** [1] - 552:10
**third** [7] - 649:3,
650:23, 655:6,
687:12, 688:8,
689:17, 691:3
**THIS** [1] - 661:20
**this..** [1] - 657:17
**thousands** [11] -
653:18, 668:9,
675:20, 682:20,
735:20, 742:13,
769:6, 770:22,
770:25, 771:19,
778:14
**thread** [7] - 557:16,
655:1, 662:4, 662:5,
664:18, 664:19,
669:20
**threads** [1] - 567:25
**threatening** [1] -
771:13
**three** [54] - 560:17,
569:6, 569:14,
580:2, 584:1, 584:3,
585:16, 587:6,
590:19, 590:21,
591:13, 592:2,
596:5, 596:6,
597:20, 602:5,
607:3, 613:23,
622:20, 626:8,
630:1, 630:19,
636:20, 655:1,
666:19, 669:18,
672:13, 673:6,
679:4, 691:8,
692:16, 692:19,
693:18, 693:21,
697:10, 698:11,
703:15, 704:4,
710:12, 720:4,
720:15, 721:5,
727:8, 727:13,
728:3, 741:25,
744:23, 745:5,
745:8, 745:20,
745:23, 746:3, 772:5
**three-minute** [2] -
584:1, 584:3
**three-minute-35-**
  **second** [1] - 627:13
**three-minute-38-**
  **second** [1] - 583:25
**three-minute-51-**

**second** [1] - 627:1
**three-minute-52-**
**mark** [1] - 584:24
**three-minute-54-**
**second** [1] - 585:9
**three-minute-six-**
**second** [1] - 626:8
**three-quarters** [1] -
772:5
**three-rings** [1] -
569:14
**three-second** [1] -
580:2
**throughout** [4] -
585:12, 717:25,
718:2, 720:20
**throwing** [1] - 623:13
**thumbnail** [1] - 651:20
**thumbnails** [1] -
647:11
**Thursday** [1] - 667:1
**Tia** [1] - 783:4
**tied** [1] - 573:8
**tight** [2] - 598:19,
788:17
**time-stamp** [17] -
577:25, 578:2,
580:11, 588:1,
588:2, 608:6,
615:21, 631:5,
634:20, 641:1,
643:10, 684:17,
772:3, 772:4,
782:14, 783:5,
783:20
**timed** [1] - 782:14
**timeline** [3] - 749:3,
765:11, 768:16
**timing** [1] - 764:18
**tinge** [1] - 634:3
**tip** [1] - 767:6
**tired** [1] - 661:21
**title** [1] - 673:2
**today** [5] - 671:23,
672:1, 720:22,
776:6, 788:12
**together** [9] - 560:2,
585:16, 585:18,
686:21, 710:13,
732:23, 733:21,
764:24, 792:18
**tomorrow** [2] - 792:19,
792:23
**tonight** [1] - 645:6
**tons** [1] - 739:16
**took** [37] - 662:6,
675:19, 676:1,
676:4, 676:10,
682:7, 682:15,
682:21, 687:5,

690:16, 721:6,
721:25, 722:2,
729:13, 730:12,
730:13, 733:9,
734:3, 734:12,
736:1, 736:10,
736:11, 736:24,
741:11, 744:23,
749:24, 750:9,
750:23, 760:4,
760:15, 761:15,
761:21, 780:13,
780:21, 781:5,
781:21, 783:6
**tool** [1] - 772:25
**top** [40] - 556:22,
557:21, 557:23,
561:15, 563:1,
563:22, 564:24,
569:15, 570:14,
578:2, 580:11,
605:3, 606:15,
615:16, 619:14,
631:5, 634:2,
639:18, 644:8,
644:24, 645:10,
645:23, 648:3,
648:18, 649:12,
650:23, 651:10,
653:19, 657:8,
658:18, 662:13,
665:18, 667:24,
669:7, 696:2,
713:24, 713:25,
759:10, 773:7,
784:12
**topic** [3] - 721:21,
778:8, 778:10
**tossing** [1] - 790:2
**total** [1] - 589:9
**totally** [3] - 620:19,
715:11, 720:17
**touch** [2] - 690:13,
751:6
**tough** [2] - 746:2,
747:6
**toward** [4] - 574:18,
739:10, 739:23,
765:3
**towards** [31] - 579:4,
586:19, 619:15,
638:8, 642:11,
690:3, 690:5, 692:9,
696:19, 697:2,
697:17, 699:2,
699:5, 700:18,
718:13, 720:18,
733:14, 733:23,
734:10, 739:12,
739:15, 742:2,

753:18, 771:1,
784:2, 784:5, 784:9,
786:1, 786:5, 786:6,
786:11
**track** [2] - 764:25,
765:15
**tracking** [1] - 749:12
**tracks** [2] - 554:12,
765:11
**trafficking** [2] - 668:4,
668:24
**trailer** [4] - 705:9,
705:10, 705:12,
705:15
**train** [4] - 729:13,
741:10, 741:11
**traitors** [5] - 560:2,
661:22, 775:16,
776:4, 776:13
**TRANSCRIPT** [1] -
549:8
**transition** [1] - 670:3
**translated** [1] - 713:3
**traveled** [1] - 770:19
**traveling** [1] - 642:17
**treason** [8] - 775:6,
775:9, 775:13,
775:15, 775:19,
777:8, 777:23,
777:24
**TREASON** [1] - 649:7
**treated** [1] - 748:4
**tree** [64] - 684:11,
684:13, 736:6,
736:8, 736:10,
736:12, 736:20,
736:25, 737:1,
737:2, 737:5, 737:6,
737:10, 737:12,
737:13, 737:15,
737:17, 737:18,
739:2, 739:24,
740:11, 740:25,
750:2, 750:10,
750:18, 751:9,
751:13, 752:13,
753:1, 753:8,
753:13, 753:16,
756:24, 757:14,
758:1, 759:3, 759:5,
759:6, 759:9,
759:13, 759:16,
760:3, 760:4,
760:11, 760:15,
761:3, 761:4, 762:5,
762:9, 762:13,
762:19, 762:20,
763:9, 764:22,
764:23, 765:2,
766:8, 780:24,

781:10, 784:7,
785:20, 787:13,
787:15
**trees** [3] - 736:5,
762:12, 773:12
**trespassing** [1] -
647:6
**trial** [2] - 554:23, 789:7
**TRIAL** [1] - 549:8
**trick** [1] - 770:15
**tried** [3] - 599:1, 709:1,
739:7
**trigger** [1] - 552:11
**trio** [3] - 687:6, 687:12,
710:13
**trip** [1] - 788:6
**truck** [1] - 666:8
**true** [5] - 669:23,
705:5, 748:17,
780:13, 780:20
**truly** [1] - 668:11
**Trump** [23] - 569:14,
570:12, 653:13,
659:13, 662:23,
670:3, 704:4,
706:13, 707:24,
708:24, 709:3,
709:19, 733:1,
733:6, 736:18,
749:8, 767:24,
768:25, 776:2,
776:7, 776:12,
777:9, 787:1
**trump** [4] - 650:2,
650:7, 657:18,
658:13
**Trump's** [1] - 786:21
**trust** [1] - 748:14
**Truth** [1] - 666:24
**truth** [2] - 623:17,
738:5
**try** [6] - 611:5, 624:23,
692:7, 720:8, 792:5,
792:22
**trying** [36] - 583:19,
588:22, 589:3,
589:5, 591:5,
596:11, 597:19,
598:5, 602:21,
605:5, 606:12,
614:3, 614:15,
619:22, 619:24,
622:21, 623:17,
629:4, 657:22,
689:20, 694:1,
695:16, 696:16,
700:21, 716:11,
718:21, 719:14,
750:14, 750:21,
751:14, 752:25,

753:6, 757:19,
770:15
**Tuesday** [1] - 558:13
**tunnel** [1] - 688:10
**turn** [8] - 637:17,
637:20, 685:6,
698:8, 698:11,
700:11, 718:19,
789:2
**Twitter** [3] - 572:22,
663:14, 663:15
**Two** [1] - 558:1
**two** [51] - 558:22,
574:20, 588:8,
590:19, 590:21,
593:7, 594:20,
596:6, 597:20,
601:3, 602:9,
613:23, 617:8,
617:10, 619:5,
620:14, 621:6,
621:18, 622:20,
625:12, 628:12,
632:6, 632:11,
632:15, 638:21,
641:7, 645:3,
648:17, 662:6,
664:20, 665:19,
667:20, 672:15,
673:7, 685:20,
688:4, 700:2,
719:22, 720:1,
720:3, 749:18,
750:5, 762:24,
763:4, 776:16,
777:1, 781:17,
787:20, 790:13,
790:18
**two-minute** [3] -
617:10, 621:6, 632:6
**two-minute-10-**
**second** [1] - 595:3
**two-minute-15-**
**second** [1] - 617:22
**two-minute-21-**
**second** [1] - 632:24
**two-minute-30-**
**second** [2] - 642:19,
642:20
**two-minute-31** [1] -
586:22
**two-minute-32** [1] -
586:25
**two-minute-33-**
**second** [1] - 595:12
**two-minute-35-**
**second** [1] - 586:15
**two-minute-38-**
**second** [1] - 625:16
**two-minute-42-**

second [1] - 642:23
two-minute-52-
  second [1] - 625:23
two-minute-and [1] -
  632:11
two-minute-nine-
  second [1] - 625:12
two-minute-six-
  second [1] - 621:18
two-minute-two-
  second [1] - 594:20
two-second [2] -
  602:9, 641:7
type [3] - 558:5,
  570:13, 647:6
typical [1] - 624:15
typically [6] - 563:21,
  601:4, 606:11,
  654:6, 689:19,
  717:22
typos [1] - 672:15

## U

U.S [34] - 549:14,
  549:24, 564:19,
  568:9, 569:10,
  569:12, 569:15,
  572:23, 572:25,
  573:3, 577:19,
  579:3, 580:10,
  582:9, 583:15,
  587:22, 587:23,
  591:3, 599:7, 608:4,
  608:5, 615:1,
  619:13, 620:22,
  631:3, 640:24,
  646:12, 649:1,
  652:17, 664:3,
  680:6, 713:22,
  717:14
uncomfortable [1] -
  753:22
uncover [1] - 559:4
uncovered [1] - 660:7
under [5] - 620:19,
  673:6, 779:21,
  780:1, 781:21
underlying [1] -
  780:11
underneath [3] -
  659:18, 660:14,
  728:17
understood [1] -
  753:12
union [2] - 745:18,
  745:21
unique [1] - 747:14
UNISON [1] - 551:6
UNITED [3] - 549:1,

549:2, 549:9
United [8] - 549:11,
  551:3, 603:12,
  722:23, 724:3,
  743:25, 775:7,
  792:14
unless [1] - 673:21
unloading [1] - 728:18
up [205] - 555:23,
  556:7, 557:10,
  559:12, 560:23,
  562:5, 562:25,
  563:1, 564:21,
  565:6, 567:21,
  568:23, 569:22,
  570:6, 570:16,
  570:25, 571:14,
  572:7, 572:19,
  573:9, 573:11,
  573:20, 574:12,
  575:5, 575:7, 576:3,
  576:4, 576:23,
  577:16, 577:22,
  578:2, 578:6,
  578:15, 578:23,
  579:4, 579:24,
  582:3, 583:12,
  586:13, 587:17,
  590:23, 591:10,
  592:24, 593:4,
  594:3, 595:16,
  595:17, 595:19,
  595:20, 595:22,
  597:5, 597:21,
  599:4, 601:6,
  601:23, 602:22,
  603:4, 604:7,
  604:11, 604:14,
  604:17, 604:25,
  605:6, 605:15,
  606:16, 607:12,
  607:21, 607:23,
  608:3, 608:24,
  609:7, 611:5,
  611:23, 612:19,
  614:23, 616:19,
  617:13, 618:2,
  618:4, 619:8,
  621:22, 622:10,
  622:22, 626:14,
  630:4, 630:6,
  630:24, 636:2,
  637:6, 637:7,
  638:20, 639:18,
  640:19, 640:21,
  642:19, 643:13,
  643:18, 644:2,
  644:22, 646:6,
  646:13, 646:18,
  651:8, 651:15,
  651:24, 652:9,

652:22, 655:6,
  655:7, 656:11,
  657:3, 657:6,
  657:12, 657:22,
  657:23, 658:2,
  658:16, 659:5,
  659:20, 660:3,
  660:8, 660:22,
  661:25, 664:6,
  665:8, 667:3,
  669:12, 673:14,
  678:6, 679:3,
  680:17, 684:11,
  684:13, 685:17,
  689:14, 689:20,
  692:14, 693:8,
  694:1, 695:7,
  695:19, 700:23,
  703:19, 707:10,
  708:16, 710:18,
  710:24, 711:13,
  712:1, 713:24,
  714:5, 716:25,
  717:4, 717:19,
  718:14, 719:22,
  722:9, 724:22,
  728:15, 728:18,
  730:5, 730:8,
  730:10, 730:24,
  731:1, 735:8,
  735:15, 735:17,
  735:25, 736:24,
  737:2, 737:4, 737:6,
  737:8, 737:17,
  739:18, 739:23,
  740:22, 741:25,
  746:5, 748:2, 754:5,
  755:7, 755:10,
  760:4, 762:9,
  762:12, 762:13,
  762:19, 765:5,
  766:4, 772:9, 773:9,
  776:13, 777:5,
  777:19, 777:22,
  783:12, 784:5,
  784:8, 784:14,
  785:20, 790:12,
  791:6
UP [1] - 661:23
Upper [3] - 577:20,
  676:4, 767:17
upper [2] - 578:1,
  773:1
ups [1] - 583:21
upstairs [5] - 594:2,
  596:8, 599:20,
  603:24, 727:4
US [1] - 661:22
USAO [1] - 549:11
USC [1] - 552:4

UTC [6] - 654:3,
  655:12, 662:6,
  708:18, 712:23,
  712:24

## V

Valerie [3] - 653:2,
  655:2, 659:9
valid [1] - 702:12
validity [1] - 722:17
vantage [5] - 778:22,
  783:19, 784:4,
  784:8, 784:24
variation [1] - 693:21
various [4] - 723:21,
  746:23, 774:22,
  775:6
Vatican [1] - 668:21
VATICAN [1] - 668:23
vehicle [1] - 785:5
verdict [3] - 555:2,
  555:12, 724:15
version [1] - 554:16
versus [1] - 661:17
vest [14] - 570:14,
  571:9, 574:22,
  576:13, 577:14,
  584:22, 592:11,
  592:13, 592:14,
  606:6, 620:9,
  644:18, 710:14
vice [1] - 564:2
vicinity [2] - 589:7,
  590:4
video [92] - 564:17,
  565:16, 568:7,
  568:10, 568:11,
  574:8, 575:11,
  575:13, 575:15,
  575:18, 575:24,
  575:25, 576:6,
  576:8, 576:15,
  577:19, 579:1,
  579:2, 579:23,
  581:18, 582:8,
  582:10, 585:25,
  586:8, 587:22,
  590:5, 591:3,
  594:13, 596:2,
  599:7, 601:10,
  601:15, 601:18,
  601:24, 602:2,
  603:6, 603:9, 604:3,
  604:22, 608:1,
  609:4, 609:12,
  610:5, 612:22,
  622:15, 630:1,
  630:16, 631:3,
  636:20, 637:11,
  640:2, 642:6,

653:24, 653:25,
  654:11, 675:15,
  675:21, 675:23,
  676:1, 678:14,
  682:20, 683:10,
  684:6, 684:21,
  685:4, 685:8,
  685:11, 685:16,
  685:17, 685:25,
  686:10, 686:14,
  686:17, 686:20,
  689:23, 692:4,
  694:7, 694:15,
  695:24, 696:10,
  696:13, 698:7,
  700:20, 701:13,
  711:12, 717:11,
  718:11, 768:16,
  772:3, 772:4, 772:17
Video [141] - 565:14,
  566:5, 573:15,
  574:3, 574:17,
  575:2, 575:10,
  576:7, 577:1, 577:9,
  578:12, 578:20,
  579:10, 579:17,
  580:1, 580:17,
  580:21, 581:13,
  582:2, 582:5,
  582:18, 583:7,
  584:4, 584:11,
  584:19, 585:2,
  585:8, 586:3,
  586:17, 586:24,
  587:5, 587:20,
  588:5, 588:10,
  588:16, 588:25,
  589:15, 589:25,
  590:14, 590:25,
  591:17, 591:24,
  592:20, 592:22,
  593:9, 593:21,
  594:8, 594:18,
  595:2, 595:11,
  595:24, 596:15,
  596:23, 597:6,
  597:12, 597:17,
  598:1, 598:8,
  598:11, 598:23,
  601:8, 602:10,
  602:18, 603:3,
  603:16, 604:19,
  605:2, 605:10,
  605:23, 606:24,
  607:8, 607:17,
  608:10, 608:19,
  609:10, 611:14,
  612:2, 612:9, 613:4,
  613:12, 613:19,
  614:6, 615:12,
  615:20, 615:23,

616:22, 617:4, 617:21, 618:7, 618:23, 619:10, 620:4, 620:17, 621:4, 621:15, 621:17, 622:3, 622:12, 623:3, 623:9, 623:23, 624:8, 625:1, 625:6, 625:15, 625:22, 626:7, 626:25, 627:15, 627:20, 628:2, 628:15, 628:25, 629:9, 629:18, 631:10, 631:13, 632:5, 632:8, 632:23, 633:18, 634:9, 634:25, 635:9, 636:4, 636:12, 636:24, 637:9, 638:1, 638:12, 639:8, 640:14, 641:12, 641:25, 642:14, 642:22, 652:14, 717:6, 772:8, 774:17, 774:24

**videos** [42] - 559:9, 559:10, 567:11, 567:25, 572:16, 603:21, 609:21, 618:1, 632:13, 645:5, 654:16, 654:20, 675:13, 675:17, 676:13, 676:16, 676:18, 678:17, 682:16, 682:22, 686:22, 686:24, 687:4, 688:17, 688:21, 688:24, 689:2, 689:12, 690:14, 692:25, 699:16, 699:22, 700:7, 701:19, 710:9, 716:23, 716:24, 720:22, 734:6, 737:7, 749:19, 783:11

**view** [23] - 577:20, 585:6, 596:3, 601:20, 608:23, 609:12, 613:1, 615:7, 617:15, 633:11, 633:12, 637:14, 639:17, 642:5, 646:14, 647:4, 656:20, 694:5, 751:20, 751:21, 761:1,

762:5, 779:2

**viewed** [5] - 604:5, 604:6, 646:16, 647:13, 685:13

**viewing** [1] - 615:8

**viewpoint** [3] - 735:4, 785:11, 785:17

**views** [2] - 632:16, 707:8

**violation** [1] - 552:4

**violence** [2] - 627:7, 628:19

**violent** [1] - 657:17

**VIP** [1] - 732:3

**visible** [2] - 616:11, 647:3

**visited** [1] - 563:12

**visual** [1] - 750:25

**voice** [9] - 576:17, 576:18, 637:2, 699:22, 699:24, 700:4, 700:6, 737:23, 787:14

**voices** [1] - 707:21

**voluntarily** [1] - 644:2

**VOTE** [1] - 663:19

**voted** [1] - 775:14

**votes** [2] - 769:4, 769:5

**vs** [2] - 549:4, 551:4

## W

**wait** [3] - 666:6, 673:13, 726:20

**waiting** [6] - 665:22, 665:23, 665:25, 670:16, 713:14

**waiver** [1] - 644:2

**wake** [1] - 657:23

**walk** [11] - 585:21, 698:10, 734:1, 734:17, 735:14, 736:18, 740:17, 750:23, 753:11, 766:3, 771:18

**walked** [16] - 551:20, 693:11, 699:11, 730:2, 731:5, 733:14, 733:18, 735:17, 735:25, 739:10, 741:10, 742:2, 752:22, 752:24, 763:8, 766:24

**walking** [25] - 576:11, 606:4, 608:16, 633:2, 633:3, 633:4, 642:7, 663:17, 689:8, 689:23,

698:7, 701:14, 730:19, 733:18, 733:23, 734:10, 734:24, 739:12, 739:14, 740:16, 740:20, 765:3, 771:1, 786:5, 786:13

**walks** [3] - 698:4, 699:11, 701:7

**walkway** [12] - 683:13, 735:25, 736:9, 740:20, 740:22, 740:24, 752:8, 758:19, 765:25, 767:4, 767:11, 785:4

**wall** [4] - 636:16, 773:18, 774:8

**wants** [6] - 552:16, 650:3, 650:8, 663:18, 704:10, 790:12

**WAR** [1] - 667:5

**war** [2] - 597:3, 659:17

**warm** [2] - 611:5, 730:24

**warning** [2] - 647:6, 656:5

**warrant** [18] - 556:14, 557:15, 561:2, 562:14, 566:22, 567:3, 569:4, 570:1, 643:23, 644:1, 646:10, 646:23, 653:6, 654:12, 656:18, 657:10, 657:14, 661:2

**Washington** [17] - 549:15, 565:25, 566:9, 566:12, 571:12, 572:11, 636:15, 652:7, 656:1, 671:11, 685:3, 728:4, 728:9, 729:6, 729:25, 741:20, 741:22

**watch** [7] - 575:15, 592:9, 592:10, 593:16, 594:13, 641:10, 749:2

**watched** [1] - 599:9

**watching** [8] - 582:10, 585:25, 599:9, 631:24, 632:13, 632:20, 717:10, 749:6

**water** [2] - 732:22, 756:9

**wave** [1] - 666:7

**ways** [1] - 661:22

**WE** [1] - 661:21

**wealthy** [1] - 668:2

**weapons** [2] - 711:3

**wear** [1] - 666:7

**wearing** [25] - 569:8, 569:9, 569:11, 569:13, 570:11, 570:12, 581:8, 592:13, 606:7, 606:8, 606:20, 611:18, 614:8, 616:15, 617:1, 618:12, 621:24, 636:16, 640:7, 642:4, 694:21, 699:18, 717:23, 717:25, 718:2

**weaved** [1] - 691:11

**Webster** [1] - 727:2

**Wednesday** [1] - 549:4

**week** [2] - 663:2, 777:1

**weight** [3] - 588:20, 619:2, 620:19

**weird** [1] - 694:25

**welcome** [7] - 555:18, 611:3, 665:4, 671:11, 674:18, 674:24, 744:6

**welxome** [1] - 665:5

**west** [9] - 572:25, 579:4, 582:9, 696:3, 717:12, 717:14, 752:8, 767:14, 773:1

**West** [4] - 577:20, 676:4, 767:17, 772:17

**whatnot** [5] - 632:3, 656:2, 713:1, 729:7, 759:9

**whatsoever** [3] - 764:10, 784:25, 785:6

**White** [14] - 709:7, 709:20, 712:9, 712:17, 713:14, 713:18, 713:22, 714:7, 723:18, 730:14, 731:7, 731:8, 733:13, 782:6

**white** [13] - 573:4, 573:6, 573:7, 575:17, 575:19, 577:6, 577:21, 634:3, 634:5, 758:24, 762:21, 763:23, 772:7

**whole** [9] - 575:15, 575:24, 575:25, 586:20, 639:17, 702:9, 706:23,

733:19, 741:3

**width** [2] - 624:16, 785:10

**wild** [1] - 707:10

**WILL** [1] - 661:21

**wind** [1] - 612:5

**window** [7] - 580:5, 580:8, 580:20, 580:22, 580:25, 582:21, 583:2

**windows** [2] - 629:14, 662:24

**wing** [4] - 641:18, 643:2, 781:21

**Wing** [9] - 580:10, 581:18, 582:9, 582:10, 646:13, 687:18, 699:6, 700:16, 720:19

**wins** [1] - 667:7

**wire** [1] - 746:22

**wise** [1] - 715:11

**wish** [1] - 658:7

**wisps** [1] - 774:18

**witness** [42] - 581:15, 583:8, 588:19, 592:23, 593:10, 593:24, 594:19, 595:14, 597:18, 598:9, 598:24, 600:7, 600:13, 603:17, 607:18, 608:22, 617:24, 619:1, 620:18, 626:18, 628:5, 629:1, 629:12, 631:19, 634:12, 635:3, 635:12, 637:10, 642:25, 671:12, 679:25, 683:20, 683:22, 684:2, 722:7, 743:5, 752:18, 758:18, 767:11, 780:7, 783:3

**Witness** [5] - 680:10, 751:14, 752:15, 754:2, 784:1

**WITNESS** [19] - 561:13, 641:13, 651:12, 655:2, 659:23, 660:13, 660:16, 660:18, 663:10, 663:23, 664:2, 668:19, 674:19, 681:2, 721:12, 726:14, 726:17, 729:17, 788:8

**witnessed** [8] - 592:1, 592:4, 598:25,

600:19, 617:6, 619:17, 619:21, 643:1
**witnesses** [2] - 788:12, 788:25
**WITNESSES** [1] - 550:2
**witnessing** [4] - 577:4, 601:19, 622:18, 638:15
**woman** [4] - 572:5, 604:6, 604:15, 624:22
**woman's** [1] - 604:12
**women** [7] - 745:9, 745:11, 745:13, 746:3, 747:1, 747:3, 747:7
**Wood** [5] - 563:3, 563:4, 564:5, 564:14, 668:20
**word** [5] - 665:4, 692:5, 748:18, 763:10
**words** [12] - 660:12, 738:9, 738:10, 738:21, 748:17, 752:19, 756:21, 757:6, 757:19, 765:22, 767:12, 786:4
**WORK** [1] - 661:22
**worker** [2] - 726:9, 726:15
**works** [6] - 610:22, 726:6, 726:9, 744:19, 748:5, 748:9
**worldwide** [2] - 564:16, 668:5
**worm** [1] - 718:13
**worn** [1] - 606:11
**worse** [1] - 763:6
**worth** [1] - 790:9
**wrap** [2] - 673:14, 790:12
**write** [4] - 668:13, 668:14, 668:25, 679:16
**writing** [2] - 571:24, 656:10
**written** [5] - 556:14, 659:23, 665:20, 674:12, 680:5
**wrongly** [1] - 706:10
**wrote** [5] - 659:1, 660:15, 679:13, 679:19, 681:9
**WWG1WGA** [1] - 561:16

## Y

**yards** [1] - 731:18
**yeah..** [1] - 558:7
**years** [18] - 725:16, 725:19, 726:5, 727:8, 727:13, 744:16, 744:17, 744:20, 745:1, 745:6, 747:24, 749:18, 750:6, 762:24, 763:3, 763:4, 776:16
**yell** [1] - 652:20
**yelled** [1] - 740:10
**yelling** [1] - 719:19
**yellow** [19] - 574:4, 579:11, 582:20, 587:8, 605:12, 605:25, 606:10, 613:6, 613:24, 620:6, 623:24, 625:2, 625:25, 627:21, 629:21, 638:4, 638:5, 689:16, 694:8
**yesterday** [2] - 551:14, 555:22
**Yetter** [14] - 593:1, 597:22, 598:17, 599:13, 599:20, 599:22, 600:10, 600:14, 600:16, 633:23, 688:8, 692:23, 693:1
**yetter's** [1] - 599:15
**Yetter's** [1] - 599:25
**YOU** [1] - 661:22
**yourself** [9] - 657:17, 679:16, 680:7, 680:8, 735:14, 737:2, 746:5, 748:22, 754:11

## Z

**zip** [1] - 573:8
**zip-tied** [1] - 573:8
**zone** [1] - 676:2