| | |
|---|---|
| **From:** | Kira West |
| **To:** | Grace Wallack |
| **Cc:** | takeysha.robinson_psa.gov; Katrina.Stanford@psa.gov; Furst, Mona (USADC); Arco, Jessica (CRT) |
| **Subject:** | [EXTERNAL] Re: Pretrial Services re: U.S. v. Niemala, 21-cr-623 |
| **Date:** | Wednesday, August 10, 2022 3:05:38 PM |

All,

Further update: Jeff Levin of the federal public defender for the district of New Hampshire will be taking this case. Coordinating with him now.

Kira

> On Aug 10, 2022, at 12:11 PM, Grace Wallack <Grace_Wallack@dcd.uscourts.gov> wrote:
>
> Good afternoon,
>
> At a status conference with the parties today, Ms. West and Ms. Furst indicated that a referral for mental health services is still pending in the District of New Hampshire for Ms. Niemala (Docket Number: 21-CR-000623-02). Judge Cooper agrees that mental heath services are important and asked that I follow up with you about this request. If there is anything Pretrial Services needs from the Court, please do let me know.
>
> Many thanks,
> Grace
>
>
> **Grace Wallack | Law Clerk to the Honorable Christopher R. Cooper**
> United States District Court for the District of Columbia
> Grace_Wallack@dcd.uscourts.gov | 202-354-3492