| | |
|---|---|
| **From:** | Arco, Jessica (CRT) |
| **To:** | Rick Monteith; garritylaw@myfairpoint.net |
| **Cc:** | Gordon, Michael (USADC) |
| **Subject:** | MILs and motion to suppress |
| **Date:** | Wednesday, October 5, 2022 9:59:00 AM |
| **Attachments:** | MIL to to preclude cross on or evidence of Ashlii Babbitt shooting (FILED).docx.pdf |
| | MIL re Authentication of Open Source Video (FILED).docx.pdf |
| | MIL USSS - 231 and 1752 (FILED).docx.pdf |
| | MIL to to preclude LEO permission and entrapment by estoppel arguments (FILED).docx.pdf |
| | DiBiase declaration.pdf |
| | MIL re USCP Camera Map Positions (FILED).docx.pdf |
| | Eckerman Motion to Suppress ID.pdf |

Counsel,

As discussed, attached please find the motions in limine and defendant Eckerman's motion to suppress, which were filed last week.

Thanks,

Jessica Arco

Detailee – U.S. Attorney's Office for the District of Columbia

Trial Attorney

Human Trafficking Prosecution Unit, Criminal Section, Civil Rights Division

U.S. Department of Justice

Washington, DC 20530

Jessica.arco@usdoj.gov

202-532-3867