Haley Clark
1350 S Salford Boulevard
North Port, FL 34287
May 18th, 2023

The Honorable Christopher Cooper
U.S. District Court
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Cooper:

I'm submitting this request for leniency on behalf of Kirstyn Niemela in regard to Case #1:21-cr-00623-CRC-2. As her sister, I have been blessed to have known Kirstyn for my entire 31 years of life. It is difficult to adequately paint a picture of a person's character in a letter, but there is no denying the many admirable qualities that Kirstyn possesses, most notably her relentless work ethic, her dedication to her family and her life passions, as well as her almost-compulsive drive to help others even at her own expense.

To give some context, Kirstyn has always been an extraordinarily hard-worker and has never been afraid to pick up a new skill. She once ran her own property management company between New Hampshire and Florida, travelling between the two. She now works for someone else and remains grateful to her boss and conscious of the company's needs enough that she did not plan her latest Florida trip to be as long as she would have hoped knowing they would be short-staffed. Kirstyn is most in her element with a project in front of her, be it a car repair, a home renovation, a craft, or whatever may be required of someone in need. She willingly extends these skills to help others without the expectation of anything in return and always keeps an open heart and home to those around her. In recent years, Kirstyn finished a room in her basement to help house a homeless man, and on that note, I am not sure I could even count the number of people who have taken temporary refuge with Kirstyn for varying amounts of time over the years. She has offered work to men with cardboard pleadings at intersections, has driven across state lines and built a kennel on her property in successful endeavors to rescue dogs, has dropped everything to go tow someone out of the snow, and even spent part of one of our vacations in a hospital due to a mishap that occurred while she was trying to help a complete stranger whose car had broken down. These are just a few of the many examples of Kirstyn's passion for helping others and willingness to put in the hard work wherever needed.

Kirstyn has always considered herself a mother without any children, as kids hold a special place in her heart, and she is always jumping at the opportunity to hold someone's baby or help with babysitting. She often takes her friends' children under her wing as if they were her own and that also extends to friends of mine. My best friend was once a single mother of four after leaving a horrible situation and resided with me temporarily; my sister made sure these girls had clothes and gifts sent down for birthdays and Christmases and still to this day maintains a great relationship with them. Her ability to love these little humans as if they shared her blood demonstrates the compassion that Kirstyn instinctively has.

Kirstyn is also someone who deeply values family. She is very close with our mother who lives in the apartment above her and is often helping with projects or just making sure she is fed dinner. Years ago when my water heater broke and I was not in a financial place to fix it, Kirstyn completely took care of it for me without being asked. Since then, I have had a laundry list of home repairs that I lack the know-

how to do myself or desire to pay someone to do, but Kirstyn once flew down here on her own expense and spent an entire week completing nearly every task off of the list for us! As someone apprenticing in electrician work, she spent another visit mapping out all of our breaker switches, as well as testing and replacing outlets. In later visits, with help from our mother, she also helped install new flooring throughout our house, replace a toilet, and repair another. All of this is to say that my sister freely and routinely dedicates her time, effort, and money into helping me keeping my household running with no pressure from us to do so, only from the goodness of her heart. When her fiancé's two nephews were removed from their home and placed into the foster care system, Kirstyn took the boys in with Holly and did everything in her power to ensure the boys were well-cared for and had the love and guidance they needed. They fostered the boys for eleven months until they were reunified with their mother and in that time received nothing but praises from the teachers at school regarding both of the boys' drastic improvements both academically and behaviorally. Unfortunately, reunification did not last and the boys were eventually adopted, but Kirstyn has never stopped following up to see how the kids are doing and still visits them with Holly when they are able.

I gave birth to my first child, a sweet boy name Luca, in April of 2022, officially giving Kirstyn the title of Auntie! She will undoubtedly tell you what a prized title this is for her, as she has been long awaiting this day. Unfortunately, she would also agree that it was utterly heartbreaking to have had to miss his arrival into this world, as well as his first several weeks of life prior to being able to come to Florida to meet him due to needing to obtain permission to leave the state. This is one of the most momentous days of our lives that she will never be able to rewind time to be a part of. Since Luca's birth, Kirstyn has done her best to remain a constant for him even though he is still very young and there is much physical distance between us. She has accepted the bonus title of being his godmother, we have multiple video calls every week, and during her visits he is showered with love. During her most recent yet short trip, she took him swimming, shopping for new clothes, and was so happy to coordinate bringing him to get his very first haircut. In short, Kirstyn's love for her nephew is immeasurable!

I am also pregnant again with Kirstyn's new niece or nephew expected to arrive at the end of November or beginning of December 2023. I simply cannot express the deepfelt heartache that will be felt if she is to miss yet another birth of mine.

I hope this has given some insight to who Kirstyn is at her core. In understanding that we all make mistakes, I'd like to respectfully note that Kirstyn has already been enduring her punishment, having been on probation leading up to this court date, being forced to miss the birth of her nephew, the reputation she now has in front of her name, the time and money lost to legal obligations, as well as the mental and emotional burden incurred. Any time sentenced is time that a contributing member to society is stripped of her livelihood and means to financially support her family and is simply time that a devoted fiancé, daughter, sister, aunt, godmother, and friend is deprived of the basic human connection that we all need.

I thank you for your time in this matter and humbly request that you consider leniency in your sentencing. I can be reached at (603) 809-6072 if needed.


Thank you,

Haley Clark