Kirstyn Niemela

Docket Number:  21-cr-0623

Case: USA v. Niemela

5/3/23

Dear Judge Cooper:

I am writing on behalf of Kirstyn Niemela to ask you for leniency for her sentence.  I have gotten to know Kirstyn over the past year because she was one of the contractors working on installing solar panels on my house.  She was a very good employee (always punctual, friendly, hard-working, etc.).  Kirstyn found out that my husband wasn't able to do a lot of the work around the house because he had broken his back in 2 places, so she offered to come and help me out on the weekends for no pay.  I can't tell you how thankful I was for her help because we didn't have any extra money to spare after paying for the solar panel project.

Kirstyn also helped out a friend of mine who needed some work done on her porch.  She just offered to help us out because she is a good person and lives close to us.  I know that Kirstyn lives with her mother and takes care of their house/yard and that she really relies on her daughter.  I really feel that she just made a mistake by entering the capitol building but didn't mean any harm.  If you have any questions for me, please don't hesitate to contact me.

Sincerely,

Ilona Reinitzer

117 Pinecrest Road

Litchfield, NH 03052

ilona@moreboost.com

603-867-4640