Dear Judge Christopher Cooper,

    I am writing this letter on behalf of defendant, Kirstyn Niemela asking for leniency in docket number 21-cr-0623. I want to bring to light the kind of person that she is despite the allegations that she has faced in recent time. My name is Carolyn DeSantis and I have been friends with the defendant for about 15 years. I have frequent interactions with her as she is very close to myself and my family.

    Kirstyn is family oriented and is always willing to help anyone out. Kirstyn has helped my mother with numerous tasks around the house and has been an aunt figure to my children since they were born. Kirstyn spent countless hours refinishing my mother's hardwood floors, remodeling her bathroom and painting all of the rooms in her house and refused to accept money. Kirstyn has never missed a birthday party or family celebration since I have known her. She is always the first one there to help set up the parties and get the yard ready and the last one to leave helping with clean up. When I had my first daughter I was a single mother and Kirstyn always made sure I was supported and took the time to make sure we were always okay. Years later, when my husband was unemployed, Kirstyn without hesitation provided employment for him.  Kirstyn devotes her time to her family and friends and is always willing to do whatever it takes to make others happy. Since I have known Kirstyn she has overcome so much and has grown tremendously. I can attest to Kirstyn being a reliable, trustworthy, and decent person.

    I hope you will look into the matter and consider this character reference letter before passing on any verdict. Thank you for taking the time to read my letter and learn a little more about the person who I have known and loved for the past 15 years. I am available to confirm anything that I have written in this letter by phone or email. Despite the current case, I still believe Kirstyn to be an honorable individual, a valuable member of my community, and a good human being.

Sincerely,

*Carolyn DeSantis*, **MA**

**Psychotherapist**

603.668.4111 | ext: **5591** | desantic@mhcgm.org

North End Counseling

*The Mental Health Center of Greater Manchester*