RE: Kirstyn Niemela

Your Honour;

Please allow me to address this proceeding, so I may ask that you and or those that carry the heavy responsibility to judge the fate of a fellow patriotic American, that you consider the following:

Does the decision you make today, serve the best interest of our country as a whole, ensuring the continuance of the ideals and or principles and or preservation of our US Constitution to the highest moral standard, thus unifying the populous in tranquility or does the decision made further divide, fracture, and splinter the fabric of our great nation?

Additionally, please consider whether or not you were presented with all the evidence of that day whereas million(s) participated and or watched the events unfold that were not widely seen or shown, such as; the protectors of the building in question were waving their fellow patriotic Americans inside and with some protectors escorting them so that they could explore the building which was built for, by, and of our forefathers whilst some other protectors of the facility pushed their fellow Americans in harm's way.

Lastly, please consider that those inside and outside walked on; grass, stairs, floors both carpeted and uncarpeted, sat in chairs, and some went as far as moving furniture and placing their feet on desks, but what, exactly, did the inventory list, of all the signed for materialistic things show before and after prove to the powers that be of exactly what was missing and or the exact damage(s) inflicted on such things, such as; any laptops or computer devices, any type of phones, any pens or pencils, any pictures or keep sakes, and or any reems of paper or documents; as opposed to the people who lost many loved ones that day; how exactly did the person before you not suffer enough for any of the listed above infractions; and how is it beneficial to our great Republic to continue these types of proceedings?

In closing, thank you for your consideration, as the decision that you are about to embark upon must weigh heavily on you under the color of law.

Sincerely,


Wayne Dee