May 10, 2023

Honorable Christopher Cooper
U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Judge Cooper,

I am writing this letter in regard to Kirstyn Niemela. My name is Amanda Strong and Kirstyn is an employee of my contractor who is renovating a home project for me since last fall.  I acknowledge and understand the seriousness of the charges brought against her.

Over this past year, I have witnessed Kirstyn working amongst her peers. She has always been kind, considerate, and well-mannered while renovating my home. She's on time, always willing to help, and talented with her carpentry skills. She's professional with a great attention to detail and respectful to her colleagues who she works beside every day. I've witnessed on a daily basis her day-to-day interactions on the job as well as had numerous conversations about her personal life. She speaks enthusiastically about her little nephew and excited to meet her niece/nephew-to-be. During our conversations, she's down to earth and caring, and speaks warmly about her family, girlfriend, and her dogs. With trades coming and going on the project, Kirstyn is what any homeowner would want when someone is working in their home, trustworthy, honest, and reliable.

I request that your honor extend leniency in the upcoming sentence as well as compassion for this woman who has been a productive citizen going to work and putting her all in each and every day these past couple of years.

Thank you for your time and consideration.


Sincerely,



Amanda Strong
4 Rennie Drive
Andover, MA 01810