May 13, 2023
31 Ells Rd.
Hampstead, NH 03841

Honorable Christopher Cooper
U.S. District Court
333 Constitution Avenue NW
Washington, DC   200001
Case#; 1:21-cr-00623-CRC-2

Dear Judge Cooper:

My fiancé and I are writing to you on behalf of Kirstyn Neimela of Hudson, NH requesting you show her leniency.

We had the pleasure of meeting Kirstyn last year through our neighbor Mary Margaret Burke.  Since meeting Kirstyn she has become an invaluable part of our friend group.  Kirstyn is very giving of her time to anyone in need.  She has helped the homeless in her community on many occasions, finding them shelter and jobs. She also fosters and re-homes dogs in need.  If anyone of her friends or neighbors need help she will be the first one to volunteer. Kirstyn's work ethic is impeccable. She works very hard to be able to help her mother through hard times and support her partner.

She can come off as having tough demeanor on the outside but inside is a loving heart which is evident in the way she cares for family, friends and animals.

We ask that you show leniency when making your decision.


Respectfully submitted,



Robert E. Pearce                                             Kristen M. Walichiewicz