11 May 2023

29 Ells Rd.
Hampstead, NH 03841

Honorable Christopher Cooper
U.S. District Court
333 Constitution Avenue NW
Washington,  DC 20001
Case#;1:21-cr-00623-CRC-2

Dear Judge Cooper;

I am writing on behalf of Kirstyn Niemla to tell you a little about her in hopes that you will know her better and show her leniency.   I am Mary Margaret Burke.  I have been employed by Boston's Best Coffee for 31 years as National Sales Manager.

I met Kirstyn a little over a year ago.  We have seen each other one or two times a week since then.  Sharing a wonderful friendship,  I have gotten to know her very well.  Her kindness for people and animals is amazing.  She shows so much compassion for both.  Despite the life she has been dealt it is amazing she has compassion at all.

I have seen her befriend the homeless providing food, and shelter.  She saved a wolf dog from losing its life and from living in unhealthy conditions.  She is the first to offer help with anything and or any situation.  She is the kind of person you want on your team.   Personally she has stepped up numerous times to assist me with various home projects that I have found challenging.

I realize it is hard to see all this through her tough demeanor but she has a huge heart which is evident in the way she takes care of her mother and other family members.  I really believe there is no mean-ness or malice in her.

To incarcerate Kirstyn would be to take her soul.  I really hope, Judge Cooper when you have time to speak with her you will see this.

I will be with Kirstyn in Washington, DC  when you meet with her, and I am more than happy to answer any questions you may have.   Thank you for your time and consideration.

Respectfully Submitted,


Mary Margaret Burke

Hampstead, NH 03841

978-807-5227