Dear Judge Cooper,

My name is Liz Mecke, and I am a friend of Kirstyn Neimela 1:21-cr-00623. I am writing to you to ask for leniency with Kirstyns sentencing. I have known Kirstyn and Holly for about a year now, and they quickly became great friends of ours. Kirstyn is a top notch friend, she is always willing to help anyone who needs it and never hesitates to be the first to volunteer her time. She is always doing projects around her and Hollys house, and constantly improving things there. She is the hardest worker I know, no question about it. Not only are Kirstyn and Holly an active part of me and my husband's lives, but also our childrens. We have two young boys who adore Kirstyn and Holly. They attend my oldests t-ball games, we do many trips together, cookouts, ect. Despite only knowing Kirstyn a short time, she has shared many stories with me about her life growing up. She did not have an easy life, and endured many hardships but always came out on top of them, a better person with more knowledge and confidence in who she is. She learns from her mistakes and is able to admit when she's wrong. I believe that if given the opportunity to go back to Jan 6th, 2021 she would not enter the Capitol, I also believe that at the time of being in the building, she did not realize that any laws were being broken. She walked through, took pictures and walked back out. To me, that sounds more like a tour than an insurrection. I realize that there were people who caused damage and had ill intentions, but I do not feel that it is right to hold Kirstyn accountable for their actions. Her actions that day do not line up with the way that she has been treated, she has been punished before being found guilty, she has complied with all of her federal probation requirements for over a year and a half now. I believe she has paid her time for simply entering a building that she was welcomed into by a capitol police office, someone who she viewed as an authority figure.

I appreciate you taking the time to read this letter, and I hope it is well received.

Thank you,
Liz Mecke
Liz.hargraves@gmail.com