Dear Judge Christopher Cooper,


My name is Jan Moreira from Merrimac MA, I am writing on behalf of Kirstyn Niemela of Hudson, NH. Case # 1:21-cr-00623


I am respectfully requesting that you are very lenient and consider the impact your sentencing will have on this young lady's life.   Kirstyn is an asset to the community that she lives in.  She owns a home, contributes to society and is a hard worker.  Any sentencing for these misdemeanor charges will not only directly impact Kirstyn's future, but her partner's future, as Kirstyn provides financial support to the joint housing and living expenses.  The loss of work, her freedom and her life being put on hold have already taken its toll on her financially and emotionally.  Time has been served.  Please do not assess any further time and further damage the future of Kirstyn's life.  Enough has already been taken away.


 I have had the pleasure of knowing Kirstyn Niemela since April of 2022.  I met her through a mutual friend, Mary Margaret, at a social gathering.  Since meeting her, I have spent most weekends in her presence and have had the opportunity to get to know her on a more personal level.  Kirstyn is a very kind, caring and generous individual that has a passion for her country.  She has provided a homeless man with shelter by allowing him to stay in her Shed. She took it upon herself to furnish the space with a couch and blankets amongst other items for the man to be comfortable and safe.  She has dedicated her time to caring for two shelter dogs, providing food, medical attention, and a safe loving home.   You can find Kirstyn every other Friday night at a local intersection in New Hampshire, proudly waving the American Flag.  Kirstyn is an advocate for protecting Children and will actively and peacefully, protest events that are harmful to the welfare of children.


Kirstyn is a skilled builder/construction worker and often dedicates her skill set to helping others repair their homes when they are not able to afford to hire someone.  Kirstyn is more concerned with helping others get past their stressful situations, than with making money from her family and friends.  As you can see, Kirstyn is in the community doing good and helping others.  Please consider all that Kirstyn has already lost because of these court hearings and do not punish her any further.  Please allow Kirstyn to be a free member of society and remain free from any further charges or sentencing.


Thank you,


Jan Moreira

Merrimac, MA 01860

Email: Justjan1@comcast.net