Leniency Request for Kirstyn Niemela, case# 1:21-cr-00623-CRC-2

Dear Honorable Judge Christopher Cooper,

Hello, my name is Elise Warren. I come from a back ground of helping people with my career in nursing and caregiving for most of my adult life. So, it's important that I write this letter of leniency to you on behalf of one of my dearest friends Kirstyn Niemela. I have known her since she was a child and she is one of the most compassionate people I know.

I would love to write all of the things that I have seen her do for other people, but quite frankly this letter would be to long. She has helped me out in so many different ways when I have struggled just getting thorough life. I don't have a lot of family where I live, but Kirstyn has been like a sister to me. Any time I was in need she would drop everything and come to my aid.

She has also help build a beautiful home for her girlfriend, her dogs, and even an in law apartment for her single mother. She is the main support for her family and any prison sentence would put everything they have worked for in danger.

She is a fighter and has managed to break into the field of construction in an extremely male dominated profession. She has overcome get odds and has done so much good for women in the work place.

So, I am writing you this letter to ask for your leniency in her sentence and to consider the hardship she has gone through these last few years. She has changed for the better and I'm sure she will continue to learn from this experience and become and even better person.

Thank you for this consideration and I'm sure you will make you will make fair and reasonable decision.

Elise Warren