Leniency Request for Kirstyn Niemela, case# 1:21-cr-00623-CRC-2

Dear Honorable Judge Christopher Cooper,

My name is Keith Lefebvre and I have been in sales as a NH Realtor, GSM for a large auto dealer group, and a finance manager for over 20 years. I have interacted with a lot of different people in my life, and I am writing to you with sincerity on behalf of my dear friend, Kirstyn. I have known Kirstyn for approximately 4 years, and have had the pleasure of witnessing her exemplary character and integrity firsthand. That is why I am writing to you for leniency in her current circumstances.

Kirstyn has consistently demonstrated compassion, and empathy towards others. First, my current partner Elise Warren has been friends with her since she was a teenager, however Kirstyn treats her more like family. Kirstyn gave her a place to stay and has helped her move on multiple occasions when no one else was there for her. I have seen her give a homeless man a place to stay for months when he had nowhere else to turn. She helped me finish my apartment in the middle of the winter before I had to move out of my condo. She has driven across the state to pick up a dog in danger of being euthanized, and finding a new home for him. She is always the first person to help any of her family, or friends when they are in crisis.

When she was making plans to go to Presidents Trump rally she had asked if Elise and I would like to go with her. During this planning in no way shape or form was there any sense that we were going to do anything other than attend the Rally. Even though we did not go, to the best of my knowledge I have not seen or heard anything that leads me to believe that she did anything to damage, threaten, or incite any violence on January 6th.

In conclusion, I kindly request your understanding and leniency in assessing the circumstances surrounding her case. I am confident that she has and will learn from this experience and emerge as an even better individual.

Thank you for your time and consideration. Should you require any further information or would like to discuss this matter in more detail, please do not hesitate to contact me. I genuinely appreciate your attention to this matter and trust that you will make a fair and just decision.

Sincerely,

Keith Lefebvre

603-261-6562

krl363839@yahoo.com