May 23, 2023

Dear Honorable Judge Cooper,

 I am writing to you today in regards to my dear friend, Kirstyn Niemela. I have known Kirstyn for over 20 years and have watched her grow into a strong and confident woman. She is a kind-hearted, selfless person who is always willing to do anything for anyone. She is a loyal friend and is extremely family-oriented, always putting others' needs ahead of her own.

 When Kirstyn's girlfriend, Holly, found out that her two young nephews were being removed from their mother's care and needed a place to go, Kirstyn and Holly happily welcomed the boys into their home with open arms. They provided them with a safe, loving, and nurturing environment in which the boys were able to thrive.

 Kirstyn has also opened her home up to friends in need of a place to stay and even took in a homeless man, giving him a warm roof over his head and food to eat until he was able to get back on his feet.

 Kirstyn has an incredible work ethic. She works hard every day, performing manual labor outside, even in the extreme heat and bitter cold. When she is not working, she volunteers her time and skills to help her friends and family whenever they need a hand with home projects, car repairs, etc.

 It is easy for anyone to see that Kirstyn's family means everything to her, and the friendships she has are just as important. Kirstyn is an amazing woman with a heart of gold. I am extremely lucky and proud to be able to call Kirstyn a true friend.

Sincerely,

Jenny Berry Ostrom