May 24, 2023

From:
Retired SGM Brenda (Gaines) Roberts
76 Crescent Hills Drive
St. Peters, Mo 63376
(314)-706-5310

To:
Honorable Christopher Cooper
U.S. District Court
333 Constitutional Avenue, N.W.

Dear Judge Cooper,

I am writing you concerning my family friend, Kirstyn Niemela, whom I have known since 2009.
I respect that the court has found Kirstyn guilty of all charges. I want to address the court that she is far more than the offense she has been found guilty of. Kirstyn has not only stepped up for our family in times of need but she has stopped and changed her life to help raise my great nephews when their biological parents were unavailable to care for them due to drugs and alcohol abuse. She did this without hesitation or monetary from outside resources. I ask that you please find leniency towards her sentencing.

Thank you for taking your time to read my letter. I am available to answer any questions you may have regarding Kirstyn's character. I hope and pray this letter allows you to look at Kirstyn Niemela in another perspective.


Sincerely yours,

Retired SGM Brenda (Gaines) Roberts