10 May 2023

10 Ells Rd.
Hampstead, NH 03841

Honorable Christopher Cooper
U.S. District Court
333 Constitution Avenue NW
Washington, DC  20001
Case#;1:21-cr-00623-CRC-2

Dear Judge Cooper:

My wife and I are writing to you today on behalf of Kirstyn Niemla of Hudson, NH requesting leniency.

Our names are Rendle and Barbara Gallant of 10 Ells Rd., Hampstead, NH 03841. We met Kirstyn about a year ago and socialize with her about once a week.

Ms. Niemela came into our lives through a mutual friend. She quickly offered her assistance with fixing all things mechanical. Ms. Niemla is very talented when it comes to creative problem solving, construction, electrical, and mechanical systems. She generously offers her time and talents when we have challenges beyond our technical abilities. Throughout the year she has frequently stopped by to assist others but most importantly her mother. When her mom ran out of fuel oil this winter Ms. Niemla reached out for assistance for her mom, as well as contributing personally. She maintains her mom's home regularly. She also contributes financially to her mom's wellbeing. If Ms. Niemela is not available to her mom we fear it would create a significant hardship for her family.

Ms. Niemla has been a friend to animals. She has fostered some of the most challenging breeds of dogs and found them appropriate homes. She has reached out to homeless individuals offering shelter, meals, and assisted them in finding employment in the community. Ms. Niemela has assisted friends with numerous projects around their homes and provided a generator to a family during a power outage in central New Hampshire this winter. Ms. Niemla is a very driven young lady and works very hard to earn a living and make her way in the world. She is an accomplished construction worker and has learned on the job the carpentry skills as well as electrical skills that make her a valuable employee. She has proven day in and day out that she can work long hours in the New England climate without wavering in her responsibilities.

We are requesting that you take into consideration Ms. Niemla's responsibility to her mother, kindness and generosity to others, and necessity to maintain a steady income when making your decision.

We appreciate your time and consideration in this matter and welcome any additional questions you may have.

Respectfully Submitted,


Rendle Gallant, Cpt. FA NHARNG Ret.                                          Barbara Gallant, MEd