**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Case No.** |
| | ) | |
| **Complainant** | ) | **1:21-cr-00623  (CRC)** |
| | ) | |
| **v.** | ) | **1:22-cr-00025 (APM)** |
| | ) | |
| **KIRSTYN NIEMELA,** | ) | |
| | ) | |
| **Defendant** | ) | |

---

**DEFENDANT KIRSTYN NIEMELA's ERRATA TO HER**
**REPLY to SENTENCING MEMORANDUM**

Plaintiff KIRSTYN NIEMELA ("Niemela") by undersigned counsel, hereby submits this Errata to the Court her Reply Sentencing Memorandum.

As the government correctly pointed out today via e-mail, the statements set forth in Section II of Defendant's Reply to Sentencing Memorandum set forth an incorrect recitation of the procedural history regarding the pre-sentence report and recommendation. Counsel apologizes for the error. This was not intentional and was due to an incorrect review of the docket. Defendant therefore respectfully withdraws Section II of the reply.

Dated:  May 30, 2023

RESPECTFULLY SUBMITTED
**KIRSTYN NIEMELA,** *By Counsel*


_____/s/__John M. Pierce_____
John M. Pierce, Esq.
John Pierce Law Firm
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: *jpierce@johnpiercelaw.com*

Attorney for Defendant

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that this document is being filed on this May 30, 2023, with the Clerk of the Court by using the U.S. District Court for the District of Columbia's CM/ECF system, which will send an electronic copy of to the following CM/ECF participants.  From my review of the PACER account for this case the following attorneys are enrolled to receive notice and a copy through the ECF system.

MICHAEL MATTHEW GORDON, ESQ.
DOJ-USAO
U.S. Department Of Justice
400 North Tampa Street, Suite 3200
Tampa, FL 33602
(813) 274-6370
**michael.gordon3@usdoj.gov**

_____/s/_____
John M. Pierce, Esq.