**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | Criminal No. 1:21-cr-00623 (CRC) |
| KIRSTYN NIEMELA, | |
| Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Roger Roots, it is hereby ORDERED that the Motion is GRANTED. Roger Roots is admitted *pro hac vice* and may appear on behalf of Defendant Kirstyn Niemela, in the above-captioned matter.

Dated: _____, 2022

_____
United States District Judge