# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>KIRSTYN NIEMELA<br>*Defendant* | )<br>)<br>)  Case No. 1:21-cr-00623 (CRC)<br>)<br>) |

## WAIVER OF APPEARANCE TO SENTENCING HEARING

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), I agree to waive my right to appear in person to the sentencing hearing.

*All rights reserved, and non waived*

Date: 06/06/2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*
/s/ John M. Pierce

John M. Pierce
*Printed name and bar number of defendant's attorney*

21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
*Address of defendant's attorney*

JPierce@johnpiercelaw.com
*E-mail address of defendant's attorney*

(213) 400-0725
*Telephone number of defendant's attorney*