# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Case No.** |
| Complainant | ) | 1:21-cr-00623  (CRC) |
| v. | ) | 1:22-cr-00025 (APM) |
| **KIRSTYN NIEMELA,** | ) | |
| Defendant | ) | |

## FILING OF ADDITIONAL CHARACTER REFERENCE AND
## LETTER OF SUPPORT FOR SENTENCING HEARING FOR DEFENDANT

Plaintiff KIRSTYN NIEMELA ("Niemela") by undersigned counsel, hereby files the attached additional letter of character reference and support which has come in and asks that it be considered for the sentencing hearing rescheduled for June 8, 2023, at 10:00 AM.

Dated:  June 7, 2023              RESPECTFULLY SUBMITTED
                                  **KIRSTYN NIEMELA,** *By Counsel*


                                  _____/s/__John M. Pierce_____
                                  John M. Pierce, Esq.
                                  John Pierce Law Firm
                                  21550 Oxnard Street
                                  3rd Floor, PMB #172
                                  Woodland Hills, CA 91367
                                  Tel: (213) 400-0725
                                  Email: *jpierce@johnpiercelaw.com*
                                  Attorney for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that this motion is being filed on this June 7, 2023, with the Clerk of the Court by using the U.S. District Court for the District of Columbia's CM/ECF system, which will send an electronic copy of to the following CM/ECF participants.  From my review of the PACER account for this case the

1

2

following attorneys are enrolled to receive notice and a copy through the ECF system.

>MICHAEL MATTHEW GORDON, ESQ.
>DOJ-USAO
>U.S. Department Of Justice
>400 North Tampa Street, Suite 3200
>Tampa, FL 33602
>(813) 274-6370
>**michael.gordon3@usdoj.gov**
>
>
>_____/s/_____
>John M. Pierce, Esq.