Docket: 21-cr-0623                                        26 May 2023

Honorable Judge Cooper,

    Allow us to introduce ourselves. I am David Dettinburn, a retired PA Board of Probation and Parole, Deputy District Director of the Chester District, (2018). I am also a OIF3 Combat Veteran, who retired from the PA Army National Guard as a Major (2017). Patricia Dettinburn, is retired office manager (2011).

    We have known Kirstyn Niemela for approximately 3 years. My wife and I are writing this letter to ask for clemency and a sentence that is much lower than that recommended by the prosecution.

    We know Kirstyn as her sister is married to a young man, whom we have known all of his life. (Kyle and Hailey Clark). We consider ourselves as a fill in for his father, an agent orange victim of the Vietnam war who has passed away.

    Kirstyn is a hard worker in the construction industry, a professional, who does great work for a fair price. She takes a very active interest in her nephews' life and is a strong proponent of family values. We approve strongly of her interaction with her nephew.

    Kirstyn has been a model for complying with the rules, having completed 16 months of supervised community probation (under the Federal pre-trial system). She has incurred no sanctions or violations of the conditions which allow her to reside in the community. Furthermore, she has even been granted travel permission to see her sister and nephew in Florida. This is a great indication that the threat to the community is minimal at most, and an indication of her dedication to family.

    Kirstyn is a great humanitarian and has shown to us that her morals are in the right place, even becoming homeless to rescue two abused/ abandoned dogs. Frankly, we would not call her a friend if she wasn't a kind hearted person. In fact, we have never seen any malice in Kirstyn's actions, which would preclude our support for clemency.

    Sentencing Kirstyn to anything more than probation would put her family in financial difficulties, jeopardizing a stable home for her to return to. As you know, a stable residence is key to the reformation of an offender.

    My wife and I agree there is a much better solution than incarceration. Kirstyn deserves/has earned a chance at community supervision with credit for the time she has already served.

    We hope that your Honor can see this individual as deserving of a sentence to be served in the community.

Respectfully,

*David M Dettinburn*

David M. Dettinburn, (215) 964-5434

Patricia L. Dettinburn, (215) 718-6392

*Patricia L Dettinburn*