# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> KIRSTYN NIEMELA ) | Criminal No. 1:21-cr-00623 (CRC) |

## NOTICE OF APPEAL

Name and address of appellant:     Kirstyn Niemela, New Hampshire

Name and address of appellant's attorney:
John Pierce
John M. Pierce, Esq.
John Pierce Law Firm
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

Offense: Entry & Remaining, Disorderly Conduct, Picketing & Parading.

Concise statement of judgment or order, giving date, and any sentence:
    Sentenced to 11 months imprisonment on June 8, 2023.

Name and institution where now confined, if not on bail: Currently out on pre-release. Scheduled to self-surrender.

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____      _____
DATE     APPELLANT

                        _____
                        ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?     YES ☐     NO ☐
Has counsel ordered transcripts?     YES ☐     NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?     YES ☐     NO ☐