# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:21 cr 00623 (CRC) |
| vs. ) | |
| ) | |
| KIRSTYN NIEMELA ) | |

## NOTICE OF APPEAL

Name and address of appellant: KIRSTYN ASHLEY NIEMELA

Name and address of appellant's attorney:
JOHN M. PIERCE, Esq., JOHN PIERCE LAW
21550 Oxnard Street, 3rd Floor, PMB # 172
Woodland Hills, California 91367
Telephone: (213) 400-0725
Email: JPierce@JohnPierceLaw.com

Offense: 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 40 U.S.C. § 5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

Conviction on January 26, 2023; Sentencing June 8, 2023, for 11 months in jail containing legal and factual errors; Judgment entered on June 12, 2023

Name and institution where now confined, if not on bail: n/a/

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

06/20/2023
DATE

APPELLANT

ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | ☐ |
| CJA, NO FEE | ☐ |
| PAID USDC FEE | ☐ |
| PAID USCA FEE | ☐ |

| | | |
|---|---|---|
| Does counsel wish to appear on appeal? | YES | NO X |
| Has counsel ordered transcripts? | YES X | NO |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES | NO |