6-26-23

**LEAVE TO FILE GRANTED**
C.R. Cooper U.S.DJ.
7/6/23

Dear Judge Cooper,

I require approval for immediate access to file electronically.

very respectfully,
All Rights Reserved
Kirstyn Niemela

Case # 1:21-cr-00623

RECEIVED
Mail Room
JUN 28 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia