ATTN: Judge Cooper          LEAVE TO FILE GRANTED 6-26-23
                            A.R.C__ USDJ
                            7/6/23

I am currently Pro-se and am requesting access to full discovery and evidence in my case. John Pierce and Roger Roots were fired for:

1. Stealing money without service provided
2. Incompetent
3. Missed all important deadlines.


very Respectfully,
All rights Reserved
Kirstyn Niemela

[signature]

Case # 1:21-cr-00623