UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 21-cr-623-CRC |
| KIRSTYN NIEMELA, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S OPPOSITION TO**
**PROBATION'S PETITION TO TRANSFER JURISDICTION**

The United States Probation Office has filed a petition to transfer jurisdiction of supervision in this matter from the District of the District of Columbia to the District of New Hampshire.  ECF No. 168.  Although the government has no objection to courtesy supervision by the Probation Office in the District of New Hampshire, it respectfully objects to transfer of this Court's jurisdiction.  This Court is in the best position to evaluate the defendant's compliance (or lack thereof) with her probation conditions, particularly after the Court presided over the defendant's jury trial and sentencing proceedings.  To maintain consistency and address any concerns of Probation from a better informed perspective, the government respectfully requests that the Court retain jurisdiction and deny the Probation Office's petition.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Jessica Arco*
Jessica Arco
Trial Attorney
D.C. Bar No. 1035204
601 D St., NW

1

2

Washington, D.C. 20530
jessica.arco@usdoj.gov