LEAVE TO FILE GRANTED
/s/ Christopher R. Cooper
CHRISTOPER R. COOPER
District Judge    1/15/2025

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:21-cr-623-CRC |
| ) | |
| NIEMELA ) | |
| ) | |
| ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Kirstyn Niemela requests that the Court modify her conditions of release to allow her to travel for the day to Washington, D.C. to witness the inauguration of President Donald J. Trump in person. She only intends to visit Washington, D.C. for the day of January 20, 2025. She will not stay overnight in D.C.

Ms. Neimela is on probation, she is not a flight risk and she is not a danger. She already served nine months in prison. Preventing her from attending the inauguration serves no purpose other than gratuitous punishment. Accordingly, she should be allowed to attend.

Dated: January 14, 2025,                    Respectfully submitted

                                            /s/ Kirstyn Niemela, pro se

1