UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:21-cr-623 (CRC) |
| **KIRSTYN NIEMELA,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' OPPOSITION TO DEFENDANT'S
MOTION TO MODIFY CONDITIONS OF RELEASE**

The United States of America, by and through the undersigned United States Attorney, respectfully asks this Court to deny the defendant's motion to modify conditions of release to permit her travel to Washington, D.C. to attend the presidential inauguration on January 20, 2025. *See* ECF No. 171.

Although the defendant is not subject to a special condition that prohibits her travel to the District of Columbia during the term of her supervised release, *see* ECF No. 142, she must adhere to the general condition requiring her to seek Probation's approval before leaving the federal judicial district in which she resides. *Id.* The government has consulted with the defendant's supervising probation officer in the District of New Hampshire, who represented that while she does not oppose the request to travel to D.C. next week, she nevertheless asked the defendant to file this motion in deference to the Court on the matter.

Niemela's conduct on January 6, 2021, and thereafter leading up to the imposition of her sentence in June 2023, illustrates her disrespect to the D.C. community, including the law enforcement officers who defended the Capitol that fateful day. Although she was convicted of only misdemeanor crimes following a jury trial before this Court, ECF No. 95, she is not among

1

the least culpable misdemeanor January 6 defendants. Recognizing this and following her allocution to the Court demonstrating that she was "completely detached from reality," the Court sentenced her to 11 months' incarceration on June 8, 2023. *See* Sentencing Hr'g Tr. 86:23-87:20.

The last organized event Niemela attended in Washington, D.C., was a riot that resulted in hundreds of injured officers and even multiple deaths. A jury determined that Niemela joined the mob that descended upon restricted Capitol grounds, bringing violence and threats of violence with them. Unambiguously, Niemela not only ignored the violence before her on the West Plaza but became a part of the violent force that threatened law enforcement officers and members of the House of Representatives at not one but three locations, including the doors to the House Chamber. The actions of Niemela and her fellow rioters ultimately forced the evacuation of members of Congress and their staff from the House Chamber.

As outlined in the government's sentencing memorandum, even after the riot, she continued to call for violent confrontations with our elected leaders, stating on Facebook that "if it ain't fixed, we're going back locked and loaded." *See* Gov't Sentencing Mem. at 13-14. Even after her convictions at trial, Niemela continued to blame everyone but herself for her legal predicament, including the government, her own attorneys, and this Court. *See id.* at 14-15. Moreover, unlike other defendants, Niemela has not been fully compliant with her release conditions, having failed a drug test as recently as September 2024. *See* ECF No. 168.

It is a privilege to attend a presidential inauguration. Given her prior conduct, Niemela should not be permitted to return to the scene of her crimes during the pendency of her supervised release. For the foregoing reasons, the United States respectfully requests that this Court to deny Niemela's motion to modify her conditions of release to permit her travel to Washington, D.C. on January 20, 2025.

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        United States Attorney
                        D.C. Bar No. 481052

By:    */s/ Jessica Arco*
        JESSICA ARCO
        Trial Attorney
        D.C. Bar No. 1035204
        601 D St., NW
        Washington, D.C. 20001
        jessica.arco@usdoj.gov